IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYOWA HAKKO BIO, CO., LTD, BIOKYOWA, INC., KYOWA HAKKO BIO U.S. HOLDINGS, INC., and KYOWA HAKKO U.S.A., INC.

Plaintiffs,

v.

AJINOMOTO CO., INC., AJINOMOTO HEALTH & NUTRITION NORTH AMERICA, INC., AND AJINOMOTO FOODS NORTH AMERICA, INC.

Defendants.

C.A. No 17-313-MSG

JURY TRIAL DEMANDED

[redacted]

REDACTED VERSION

**DECLARATION OF MATT COLVIN**
**IN SUPPORT OF PLAINTIFFS'**
**<u>OPENING CLAIM CONSTRUCTION BRIEF</u>**

I, Matt Colvin, declare as follows:

1. I am an attorney with the law firm of Fish & Richardson P.C., and am counsel of record in this action for Plaintiffs Kyowa Hakko Bio, Co., Ltd., Biokyowa, Inc., Kyowa Hakko Bio U.S. Holdings, Inc., and Kyowa Hakko U.S.A.., Inc. ("Plaintiffs"). I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of printouts of portions of Ajinomoto's website as seen on May 3, 2019.

3. Attached as Exhibit B is a true and correct copy of J.W. Mullin, Crystallization, Third Edition (1992).

4. Attached as Exhibit C is a true and correct copy of Horiba Scientific, A Guidebook to Particle Size Analysis (2012).

5. Attached as Exhibit D is a true and correct copy of Alan Rawle, Basic Principles of Particle Size Analysis, Technical Paper, MRK034, Malvern Instruments.

6. Attached as Exhibit E is a true and correct copy of ASTM E2578-07, Standard Practice for Calculation of Mean Sizes/Diameters and Standard Deviations of Particle Size Distributions.

7. Attached as Exhibit F is a true and correct copy of certain pages of McGraw Hill Dictionary of Scientific and Technical Terms, Sixth Ed. (2003); Chambers Dictionary of Science and Technology (1999); Merriam-Webster's Collegiate Dictionary, Eleventh Ed. (2004); The New Oxford American Dictionary (2001); and The American Heritage Dictionary of the English Language, Fourth Ed. (2000).

8. Attached as Exhibit G is a true and correct copy of an email sent from myself to Defendants' counsel on April 8, 2019.

9. Attached as Exhibit H is a true and correct copy of a portion of Dr. Ohashi's April 16, 2019, deposition transcript.

10. Attached as Exhibit I is a true and correct copy of a portion of Dan Barnes' November 8, 2018, deposition transcript.

11. Attached as Exhibit J is a true and correct copy of the parties' claim construction proposals.

Executed this 3rd day of May, 2019.

*/s/ Matt Colvin*
Matt Colvin