# EXHIBIT A-1

Amino Acid Encyclopedia
The A to Z of Amino Acids - Essential for Life



# What is an Amino Acid? It's Simple!

What exactly are amino acids? Let's find out about the basics of amino acids!

**We often hear about amino acids,**

**but do you know exactly what they are?**

**Let's learn about the basics of amino acids!**



Lesson 1

## Amino Acids are essential for life!

**20% of Our Bodies are Made from Amino Acids!**

MORE



Lesson 2

## Role of Amino Acids in Making Proteins

**Amino Acids Become Proteins that Regulate Life**

MORE



Lesson 3

## Why Do We Eat Food?

**Protein is Broken Down into Amino Acids and then Remade!**



Lesson 4

## Amino Acids Benefit Us in Diverse and Outstanding Ways!



MORE

Uses for Amino Acids:
Food, Sports, Beauty and Medicine

MORE



Lesson

...Group and Amino Acids

A Long History of Amino Acid Research

MORE



Copyright ©2000-2019 AJINOMOTO CO.,INC. All rights reserved.