# EXHIBIT A-2



# What is an Amino Acid? It's Simple!

What exactly are amino acids? Let's find out about the basics of amino acids!

①Amino Acids are the Essence of Life!
②Role of Amino Acids in Making Proteins
③Why Do We Eat Food?
④Amino Acids Benefit Us in Diverse and Outstanding Ways!
⑤Ajinomoto Group and Amino Acids



Lesson 3

## Why Do We Eat Food?

**Proteins are Broken Down into Amino Acids and then Remade!**

### Amino Acids Do More than Just Make up Our Bodies

Amino acids are among the fundamental building blocks of our lives. How do our bodies absorb them?

For example, if we eat beef, do we turn into cows?

No, of course not.

Protein that we eat is digested, turned into amino acids and then remade!




1 Eat beef or other protein

2 After it is consumed, protein is digested and becomes amino acids

3 Amino acids are absorbed in the small intestine,then delivered to cells throughout the body

4 Amino acids are reassembled to make protein as determined by DNA[1]

[1]DNA provides a blueprint for making proteins, determining the sequence by which amino acids are joined.

The absorbed amino acids are transported in blood and distributed to cells throughout the body. There the amino acids are rejoined to make needed proteins.

DNA plays a role in reassembling amino acids to make proteins.DNA provides assembly instructions for the amino acids.
Since we have human DNA, our bodies make human proteins instead of cow proteins.



Lesson 4
Amino Acids Benefit Us in Diverse and Outstanding Ways!
Next



Copyright ©2000-2019 AJINOMOTO CO.,INC. All rights reserved.