# EXHIBIT A-3

Products Capabilities Eat Well, Live Well. AJINOMOTO About Careers Contact



# Aspartame

Aspartame is an excellent low-calorie, high-potency sweetener ideal for developing great-tasting, zero- or low-calorie food and beverages.

AF Allergen free
GF Gluten Free Compliant
H Halal
K Kosher
NON GMO Non GMO Compliant
V Vegan

REQUEST DOCUMENTATION

REQUEST SAMPLES

## Overview

Aspartame is a low-calorie sweetener made from two amino acids — the building blocks of proteins — just like those found naturally in everyday foods such a milk, cheese, meat, eggs and fish. It is digested by the body exactly the same way as these other protein foods, which means aspartame brings nothing new to the body. Due to its sugar-like taste and no lingering or metallic after-taste, it is an excellent low-calorie sweetener perfect for developing zero or low calorie food and beverages. Plus, aspartame is tooth- and diabetic-friendly because it is made from parts of protein rather than carbohydrates. With governments worldwide encouraging the public to reduce their sugar intake, aspartame's role in our diets is increasingly important.