# EXHIBIT A-4




## WE MAKE AMINO ACIDS FOR YOU

Biotech. Injectables and enterics. Health foods. Nutrition products and supplements. Food and flavor additives. Whatever end products you make, Ajinomoto can help make them better.

## AJINOMOTO AMINO ACIDS



Alanine
view details



Alanyl-L-Glutamine
view details



Arginine
view details

Request a Sample →



Arginine HCl
view details



Aspartic Acid
view details



Cysteine
view details

Talk to a Sales Rep →










Cysteine HCl Anhy
view details




Cysteine HCl H2O
view details



Cystine
view details

Place an Order
→




Cystine 2HCl
view details




Glutamic Acid
view details




Glutamine
view details




Glycine
view details




Histidine
view details




Histidine HCl H2O
view details




Isoleucine
view details




Leucine
view details




Levodopa
view details










Lysine Acetate
view details




Lysine HCl
view details




Methionine
view details




Phenylalanine
view details




Proline
view details




Serine
view details




Threonine
view details




Tryptophan
view details




Tyrosine
view details




Valine

view details