# Exhibit B

# Crystallization

Third Edition

J. W. Mullin

*Emeritus Professor of Chemical Engineering,*
*University of London*

BUTTERWORTH HEINEMANN

Butterworth-Heinemann
Linacre House, Jordan Hill, Oxford OX2 8DP
225 Wildwood Avenue, Woburn, MA 01801-2041
A division of Reed Educational and Professional Publishing Ltd

A member of the Reed Elsevier plc group

OXFORD AUCKLAND BOSTON
JOHANNESBURG MELBOURNE NEW DELHI

First published 1961
Second edition 1972
Third edition 1992
Reprinted 1994, 1995
Paperback edition 1997
Reprinted 2000

© Reed Educational and Professional Publishing Ltd 1993

All rights reserved. No part of this publication may be reproduced in any material form (including photocopying or storing in any medium by electronic means and whether or not transiently or incidentally to some other use of this publication) without the written permission of the copyright holder except in accordance with the provisions of the Copyright, Designs and Patents Act 1988 or under the terms of a licence issued by the Copyright Licensing Agency Ltd, 90 Tottenham Court Road, London, England W1P 0LP. Applications for the copyright holder's written permission to reproduce any part of this publication should be addressed to the publishers

**British Library Cataloguing in Publication Data**
Mullin, J. W.
Crystallization. – 3Rev. ed
I Title
660.294298

ISBN 0 7506 3759 5

Printed and bound in Great Britain by
MPG Books Ltd, Bodmin, Cornwall

PLANT A TREE
FOR EVERY TITLE THAT WE PUBLISH, BUTTERWORTH-HEINEMANN WILL PAY FOR BTCV TO PLANT AND CARE FOR A TREE.

# Contents

| | | |
|---|---|---|
| | *Preface to Third Edition* | viii |
| | *Preface to First Edition* | ix |
| | *Nomenclature and units* | xi |
| **1** | **The crystalline state** | 1 |
| 1.1 | Liquid crystals | 1 |
| 1.2 | Crystalline solids | 3 |
| 1.3 | Crystal symmetry | 4 |
| 1.4 | Crystal systems | 7 |
| 1.5 | Miller indices | 10 |
| 1.6 | Space lattices | 13 |
| 1.7 | Solid state bonding | 15 |
| 1.8 | Isomorphs and polymorphs | 16 |
| 1.9 | Enantiomorphs and racemates | 18 |
| 1.10 | Crystal habit | 20 |
| 1.11 | Dendrites | 21 |
| 1.12 | Composite crystals and twins | 22 |
| 1.13 | Imperfections in crystals | 24 |
| **2** | **Physical and thermal properties** | 29 |
| 2.1 | Density | 29 |
| 2.2 | Viscosity | 32 |
| 2.3 | Surface tension | 36 |
| 2.4 | Diffusivity | 38 |
| 2.5 | Refractive index | 43 |
| 2.6 | Electrolytic conductivity | 44 |
| 2.7 | Crystal hardness | 44 |
| 2.8 | Units of heat | 46 |
| 2.9 | Heat capacity | 47 |
| 2.10 | Thermal conductivity | 50 |
| 2.11 | Boiling, freezing and melting points | 51 |
| 2.12 | Latent heats of phase change | 55 |
| 2.13 | Heats of solution and crystallization | 58 |
| 2.14 | Size classification of crystals | 60 |
| **3** | **Solutions and solubility** | 81 |
| 3.1 | Solutions and melts | 81 |
| 3.2 | Solvent selection | 81 |
| 3.3 | Expression of solution composition | 85 |
| 3.4 | Solubility correlations | 87 |
| 3.5 | Theoretical crystal yield | 90 |

3.6 Ideal and non-ideal solutions 93
3.7 Particle size and solubility 102
3.8 Effect of impurities 104
3.9 Measurement of solubility 105
3.10 Prediction of solubility 114
3.11 Solubility data sources 116
3.12 Supersolubility 117
3.13 Solution structure 125

**4 Phase equilibria** 128
4.1 The phase rule 128
4.2 One-component systems 129
4.3 Two-component systems 132
4.4 Enthalpy-composition diagrams 138
4.5 Phase change detection 143
4.6 Three-component systems 148
4.7 Four-component systems 161
4.8 'Dynamic' phase diagrams 170

**5 Nucleation** 172
5.1 Primary nucleation 173
5.2 Secondary nucleation 185
5.3 Metastable zone widths 189
5.4 Effect of impurities 193
5.5 Induction and latent periods 194
5.6 Interfacial tension 197
5.7 Ostwald's rule of stages 200

**6 Crystal growth** 202
6.1 Crystal growth theories 202
6.2 Growth rate measurements 220
6.3 Crystallization and dissolution 240
6.4 Crystal habit modification 248
6.5 Phase transformations 257
6.6 Inclusions 260

**7 Crystallization techniques and equipment** 264
7.1 Recrystallization 264
7.2 Precipitation 285
7.3 Crystallization from melts 309
7.4 Sublimation 323
7.5 Crystallization from solution 332
7.6 Caking of crystals 364

**8 Crystallizer operation and design** 369
8.1 Crystal size distribution (CSD) 369
8.2 Kinetic data measurement and utilization 393



8.3 Crystallizer specification 397
8.4 Fluid–particle suspensions 408
8.5 Encrustation 416
8.6 Downstream processes 421

*Appendix* 430
*References* 488
*Subject index* 521

published information. There is, at the same time, a wealth of knowledge and experience retained in the process industries, much of it empirical but none the less valuable when collected and correlated.

The object of this book is to outline the more important aspects of crystallization theory and practice, together with some closely allied topics. The book is intended to serve process chemists and engineers, and it should prove of interest to students of chemical engineering and chemical technology. While many of the techniques and operations have been described with reference to specific processes or industries, an attempt has been made to treat the subject matter in as general a manner as possible in order to emphasize the unit operational nature of crystallization. Particular attention has been paid to the newer and more recently developed processing methods, even where these have not as yet proved adaptable to the large-scale manufacture of crystals.

My thanks are due to the Editors of *Chemical Engineering Practice* for permission to include some of the material and many of the diagrams previously published by me in Volume 6 of their 12-volume series. I am indebted to Professor M. B. Donald, who first suggested that I should write on this subject, and to many of my colleagues, past and present, for helpful discussions in connection with this work. I would also like to take this opportunity of acknowledging my indebtedness to my wife for the valuable assistance and encouragement she gave me during the preparation of the manuscript.

JOHN MULLIN
London
1960

# Nomenclature and units

The basic SI units of mass, length and time are the kilogram (kg), metre (m) and second (s). The basic unit of thermodynamic temperature is the kelvin (K), but temperatures and temperature differences may also be expressed in degrees Celsius (°C). The unit for the amount of substance is the mole (mol), defined as the amount of substance which contains as many elementary units as there are atoms in 0·012 kg of carbon-12. Chemical engineers, however, are tending to use the kilomole (kmol = $10^3$ mol) as the preferred unit. The unit of electric current is the ampere (A).

Several of the derived SI units have special names:

| *Quantity* | *Name* | *Symbol* | *SI unit* | *Basic SI unit* |
|---|---|---|---|---|
| Frequency | hertz | Hz | | $s^{-1}$ |
| Force | newton | N | | $m\ kg\ s^{-2}$ |
| Pressure | pascal | Pa | $N\ m^{-2}$ | $m^{-1}\ kg\ s^{-2}$ |
| Energy, work; heat | joule | J | $N\ m$ | $m^2\ kg\ s^{-2}$ |
| Power | watt | W | $J\ s^{-1}$ | $m^2\ kg\ s^{-3}$ |
| Quantity of electricity | coulomb | C | | $s\ A$ |
| Electric potential | volt | V | $W\ A^{-1}$ | $m^2\ kg\ s^{-3}\ A^{-1}$ |
| Electric resistance | ohm | Ω | $V\ A^{-1}$ | $m^2\ kg\ s^{-3}\ A^{-2}$ |
| Conductance | siemens | S | $A\ V^{-1}$ | $m^{-2}\ kg^{-1}\ s^3\ A^2$ |
| Capacitance | farad | F | $C\ V^{-1}$ | $m^{-2}\ kg^{-1}\ s^4\ A^2$ |
| Magnetic flux | weber | Wb | $V\ s$ | $m^2\ kg\ s^{-2}\ A^{-1}$ |
| Magnetic flux density | tesla | T | $Wb\ m^{-2}$ | $kg\ s^{-2}\ A^{-1}$ |
| Inductance | henry | H | $Wb\ A^{-1}$ | $m^2\ kg\ s^{-2}\ A^{-2}$ |

Up to the present moment, there is no general acceptance of the pascal for expressing pressures in the chemical industry; many workers prefer to use multiples and submultiples of the bar (1 bar = $10^5$ Pa = $10^5$ N $m^{-2}$ ≈ 1 atmosphere). The standard atmosphere (760 mm Hg) is defined as $1{\cdot}0133 \times 10^5$ Pa, i.e. 1·0133 bar.

The prefixes for unit multiples and submultiples are:

| | | | | | |
|---|---|---|---|---|---|
| $10^{-18}$ | atto | a | $10^1$ | deca | da |
| $10^{-15}$ | femto | f | $10^2$ | hecto | h |
| $10^{-12}$ | pico | p | $10^3$ | kilo | k |
| $10^{-9}$ | nano | n | $10^6$ | mega | M |
| $10^{-6}$ | micro | μ | $10^9$ | giga | G |
| $10^{-3}$ | milli | m | $10^{12}$ | tera | T |
| $10^{-2}$ | centi | c | $10^{15}$ | peta | P |
| $10^{-1}$ | deci | d | $10^{18}$ | exa | E |

Conversion factors for some common units used in chemical engineering are listed below. An asterisk (*) denotes an exact relationship.

| | | |
|---|---|---|
| Length | *1 in | : 25·4 mm |
| | *1 ft | : 0·304 8 m |
| | *1 yd | : 0·914 4 m |
| | 1 mile | : 1·609 3 km |
| | *1 Å (ångstrom) | : 10$^{-10}$ m |
| Time | *1 min | : 60 s |
| | *1 h | : 3·6 ks |
| | *1 day | : 86·4 ks |
| | 1 year | : 31·5 Ms |
| Area | *1 in$^2$ | : 645·16 mm$^2$ |
| | 1 ft$^2$ | : 0·092 903 m$^2$ |
| | 1 yd$^2$ | : 0·836 13 m$^2$ |
| | 1 acre | : 4046·9 m$^2$ |
| | 1 hectare | : 10 000 m$^2$ |
| | 1 mile$^2$ | : 2·590 km$^2$ |
| Volume | 1 in$^3$ | : 16·387 cm$^3$ |
| | 1 ft$^3$ | : 0·028 32 m$^3$ |
| | 1 yd$^3$ | : 0·764 53 m$^3$ |
| | 1 UK gal | : 4546·1 cm$^3$ |
| | 1 US gal | : 3785·4 cm$^3$ |
| Mass | 1 oz | : 28·352 g |
| | 1 grain | : 0·064 80 g |
| | *1 lb | : 0453 592 37 kg |
| | 1 cwt | : 50 802 3 kg |
| | 1 ton | : 1016·06 kg |
| Force | 1 pdl | : 0·138 26 N |
| | 1 lbf | : 4·448 2 N |
| | 1 kgf | : 9·806 7 N |
| | 1 tonf | : 9·964 0 kN |
| | *1 dyn | : 10$^{-5}$ N |
| Temperature difference | *1 degF (degR) | : $\frac{5}{9}$ degC (K) |
| Energy (work, heat) | 1 ft lbf | : 1·355 8 J |
| | 1 ft pdl | : 0·042 14 J |
| | *1 cal (internat. table) | : 4·186 8 J |
| | 1 erg | : 10$^{-7}$ J |
| | 1 Btu | : 1·055 06 kJ |
| | 1 chu | : 1·899 1 kJ |
| | 1 hp h | : 2·684 5 MJ |
| | *1 kW h | : 3·6 MJ |
| | 1 therm | : 105·51 MJ |
| | 1 thermie | : 4·185 5 MJ |



| | | |
|---|---|---|
| Calorific value (volumetric) | 1 Btu/ft$^3$ | : 37·259 kJ m$^{-3}$ |
| | 1 chu/ft$^3$ | : 67·067 kJ m$^{-3}$ |
| | 1 kcal/ft$^3$ | : 147·86 kJ m$^{-3}$ |
| | 1 kcal/m$^3$ | : 4·186 8 kJ m$^{-3}$ |
| | 1 therm/ft$^3$ | : 3·726 0 GJ m$^{-3}$ |
| Velocity | 1 ft/s | : 0·304 8 m s$^{-1}$ |
| | 1 ft/min | : 5·080 0 mm s$^{-1}$ |
| | 1 ft/h | : 84·667 μm s$^{-1}$ |
| | 1 mile/h | : 0·447 04 m s$^{-1}$ |
| Volumetric flow | 1 ft$^3$/s | : 0·028 316 m$^3$ s$^{-1}$ |
| | 1 ft$^3$/h | : 7·865 8 cm$^3$ s$^{-1}$ |
| | 1 UK gal/h | : 1·262 8 cm$^3$ s$^{-1}$ |
| | 1 US gal/h | : 1·051 5 cm$^3$ s$^{-1}$ |
| Mass flow | 1 lb/h | : 0·126 00 g s$^{-1}$ |
| | 1 ton/h | : 0·282 24 kg s$^{-1}$ |
| Mass per unit area | 1 lb/in$^2$ | : 703·07 kg m$^{-2}$ |
| | 1 lb/ft$^2$ | : 4·882 4 kg m$^{-2}$ |
| | 1 ton/mile$^2$ | : 392·30 kg km$^{-2}$ |
| Density | 1 lb/in$^3$ | : 27·680 g cm$^{-3}$ |
| | 1 lb/ft$^3$ | : 16·019 kg m$^{-3}$ |
| | 1 lb/UK gal | : 99·776 kg m$^{-3}$ |
| | 1 lb/US gal | : 119·83 kg m$^{-3}$ |
| Pressure | 1 lbf/in$^2$ | : 6·894 8 kN m$^{-2}$ |
| | 1 tonf/in$^2$ | : 15·444 MN m$^{-2}$ |
| | 1 lbf/ft$^2$ | : 47·880 N m$^{-2}$ |
| | 1 kgf/m$^2$ | : 9·806 7 N m$^{-2}$ |
| | *1 standard atm | : 101·325 kN m$^{-2}$ |
| | *1 at (1 kgf/cm$^2$) | : 98·066 5 kN m$^{-2}$ |
| | *1 bar | : 10$^5$ N m$^{-2}$ |
| | 1 ft water | : 2·989 1 kN m$^{-2}$ |
| | 1 in water | : 249·09 N m$^{-2}$ |
| | 1 inHg | : 3·386 4 kN m$^{-2}$ |
| | 1 mmHg (1 torr) | : 133·32 N m$^{-2}$ |
| Power (heat flow) | 1 hp (British) | : 745·70 W |
| | 1 hp (metric) | : 735·50 W |
| | 1 erg/s | : 10$^{-7}$ W |
| | 1 ft lbf/s | : 1·355 8 W |
| | 1 Btu/h | : 0·293 08 W |
| | 1 Btu/s | : 1·055 1 kW |
| | 1 chu/h | : 0·527 54 W |
| | 1 chu/s | : 1·899 1 kW |
| | 1 kcal/h | : 1·163 0 kW |
| | 1 ton of refrigeration | : 3516·9 W |

# 5 *Nucleation*

The condition of supersaturation or supercooling alone is not sufficient cause for a system to begin to crystallize. Before crystals can develop there must exist in the solution a number of minute solid bodies, embryos, nuclei or seeds, that act as centres of crystallization. Nucleation may occur spontaneously or it may be induced artificially. It is not always possible, however, to decide whether a system has nucleated of its own accord or whether it has done so under the influence of some external stimulus.

Nucleation can often be induced by agitation, mechanical shock, friction and extreme pressures within solutions and melts, as shown by the early experiments of Young (1911) and Berkeley (1912). The erratic effects of external influences such as electric and magnetic fields, spark discharges, ultra-violet light, X-rays, $\gamma$-rays, sonic and ultrasonic irradiation have also been studied over many years (Khamskii, 1969) but so far none of these methods has found any significant application in large-scale crystallization practice.

Cavitation in an under-cooled liquid can cause nucleation, and this probably accounts for a number of the above reported effects. Hunt and Jackson (1966) demonstrated, by a novel experimental technique, that nucleation occurs when a cavity collapses rather than when it expands. Very high pressures ($\sim 10^5$ bar) can be generated by the collapse of a cavity; the change in pressure lowers the crystallization temperature of the liquid and nucleation results. It is even suggested that nucleation caused by scratching the side of the containing vessel could be the result of cavitation effects.

At the present time there is no general agreement on nucleation nomenclature so to avoid confusion the terminology to be used in this and subsequent chapters will be defined here. The term 'primary' will be reserved for all cases of nucleation in systems that do not contain crystalline matter. On the other hand, nuclei are often generated in the vicinity of crystals present in a supersaturated system; this behaviour will be referred to as 'secondary' nucleation. Thus we may consider a simple scheme:






## 5.1 Primary nucleation

### 5.1.1 Homogeneous nucleation

Exactly how a stable crystal nucleus is formed within a homogeneous fluid is not known with any degree of certainty. To take a simple example, the condensation of a supersaturated vapour to the liquid phase is only possible after the appearance of microscopic droplets, called condensation nuclei, on the condensing surface. However, as the vapour pressure at the surface of these minute droplets is exceedingly high, they evaporate rapidly even though the surrounding vapour is supersaturated. New nuclei form while old ones evaporate, until eventually stable droplets are formed either by coagulation or under conditions of very high vapour supersaturation.

The formation of crystal nuclei is an even more difficult process to envisage. Not only have the constituent molecules to coagulate, resisting the tendency to redissolve (section 3.7), but they also have to become orientated into a fixed lattice. The number of molecules in a stable crystal nucleus can vary from about ten to several thousand: water (ice) nuclei, for instance, may contain about 100 molecules. However, a stable nucleus could hardly result from the simultaneous collision of the required number of molecules since this would constitute an extremely rare event. More likely, it could arise from a sequence of bimolecular additions according to the scheme:

$$A + A \rightleftharpoons A_2$$
$$A_2 + A \rightleftharpoons A_3$$
$$A_{n-1} + A \rightleftharpoons A_n \text{ (critical cluster)}$$

Further molecular additions to the critical cluster would result in nucleation and subsequent growth of the nucleus. Similarly, ions or molecules in a solution can interact to form short-lived clusters. Short chains may be formed initially, or flat monolayers, and eventually a crystalline lattice structure is built up. The construction process, which occurs very rapidly, can only continue in local regions of very high supersaturation, and many of the embryos or 'sub-nuclei' fail to achieve maturity; they simply redissolve because they are extremely unstable. If, however, the nucleus grows beyond a certain critical size, as explained below, it becomes stable under the average conditions of supersaturation obtaining in the bulk of the fluid.

The structure of the assembly of molecules or ions which we call a critical nucleus is not known, and it is too small to observe directly. It could be a miniature crystal, nearly perfect in form. On the other hand, it could be a rather diffuse body with molecules or solvated ions in a state not too different from that in the bulk fluid, with no clearly defined surface. The morphology of very small atomic clusters has been discussed by Hoare and McInnes (1976).

The classical theory of nucleation, stemming from the work of Gibbs (1948), Volmer (1939), Becker and Döring (1935) and others, is based on the condensation of a vapour to a liquid, and this treatment may be extended to crystallization from melts and solutions. The free energy changes associated with the process of homogeneous nucleation may be considered as follows.




**Figure 5.7.** *Interfacial tensions at the boundaries between three phases (two solids, one liquid)*

or

$$\cos\theta = \frac{\gamma_{sl} - \gamma_{cs}}{\gamma_{cl}} \qquad (5.23)$$

The angle $\theta$, the angle of contact between the crystalline deposit and the foreign solid surface, corresponds to the angle of wetting in liquid–solid systems.

The factor $\phi$ in equation 5.21 can be expressed (Volmer, 1939) as

$$\phi = \frac{(2 + \cos\theta)(1 - \cos\theta)^2}{4} \qquad (5.24)$$

Thus, when $\theta = 180°$, $\cos\theta = -1$ and $\phi = 1$, equation 5.21 becomes

$$\Delta G'_{crit} = \Delta G_{crit} \qquad (5.25)$$

When $\theta$ lies between 0 and 180°, $\phi < 1$; therefore

$$\Delta G'_{crit} < \Delta G_{crit} \qquad (5.26)$$

When $\theta = 0$, $\phi = 0$, and

$$\Delta G'_{crit} = 0 \qquad (5.27)$$

The three cases represented by equations 5.25–5.27 can be interpreted as follows. For the case of complete non-affinity between the crystalline solid and the foreign solid surface (corresponding to that of complete non-wetting in liquid–solid systems), $\theta = 180°$, and equation 5.25 applies, i.e. the overall free energy of nucleation is the same as that required for homogeneous or spontaneous nucleation. For the case of partial affinity (cf. the partial wetting of a solid with a liquid), $0 < \theta < 180°$, and equation 5.26 applies, which indicates that nucleation is easier to achieve because the overall excess free energy required is less than that for homogeneous nucleation. For the case of complete affinity (cf. complete wetting) $\theta = 0$, and the free energy of nucleation of zero. This case corresponds to the seeding of a supersaturated solution with crystals of the required crystalline product, i.e. no nuclei have to be formed in the solution. *Figure 5.8* indicates the relationship between $\phi$ and $\theta$.

As mentioned above, the heterogeneous nucleation of a solution can occur by seeding from embryos retained in cavities, e.g. in foreign bodies or the walls of the retaining vessel, under conditions in which the embryos would normally be unstable on a flat surface. This problem has been analysed by Turnbull (1950) for






**Figure 5.8.** *Ratio of free energies of homogeneous and heterogeneous nucleation as a function of the contact angle*

different types of cavity. The maximum diameter of a cylindrical cavity which will retain a stable embryo is given by

$$d_{max} = \frac{4\gamma_{cl}\cos\theta}{\Delta G_v} \qquad (5.28)$$

where $\Delta G_v$ is the volume free energy for the phase transformation. If the system is heated, this reducing the supersaturation or supercooling and eliminating all embryos in cavities larger than $d_{max}$, and subsequently cooled, the embryos retained in the cavities smaller than $d_{max}$ will grow to the mouth of the cavity. They will then act as nuclei only if the cavity size $d_{max} \geqslant 2r_c$, where $r_c$ is the size of a critical nucleus (equation 5.3 or 5.13).

## 5.2 Secondary nucleation

A supersaturated solution nucleates much more readily, i.e. at a lower supersaturation, when crystals of the solute are already present or deliberately added. The term *secondary* nucleation will be used here for this particular pattern of behaviour to distinguish it from so-called *primary* nucleation (no crystals initially present) discussed in section 5.1. There have been several comprehensive reviews of the literature on secondary nucleation (Strickland-Constable, 1968; Botsaris, 1976; de Jong, 1979; Garside and Davey, 1980; Garside, 1985; Nývlt *et al.*, 1985).

Among the early papers on this subject may be mentioned the work of Ting and McCabe (1934) who demonstrated that solutions of magnesium sulphate nucleated in a more reproducible manner at moderate supersaturations in the presence of seed crystals. Similar observations were made in studies with copper sulphate (McCabe and Stevens, 1951).

A particular type of secondary nucleation in KBr solutions was interpreted by Gyulai (1948) as evidence for a 'transitional boundary layer' of partially integrated units which could be stripped off the crystal surfaces by fluid motion. This behaviour was demonstrated by Powers (1963), in a series of simple experiments, showing that the movement of a sucrose crystal in a supersaturated solution, or the movement of the solution past a stationary crystal, produced nuclei. Inert replicas of the crystals did not produce nuclei under the same conditions. These results tended to suggest that a fluid mechanical shearing of weak outgrowths or loosely bonded units from the crystal–solution interface was responsible. Sung, Estrin and Youngquist (1973) have also invoked the concept of fluid shear in an agitated vessel as a mechanism for generating embryos (sub-nuclei) which develop into stable nuclei when swept into regions of high supersaturation.

Strickland-Constable (1968) described several possible mechanisms of secondary nucleation, such as 'initial' breeding (crystalline dust swept off a newly introduced seed crystal), 'needle' breeding (the detachment of weak outgrowths), 'polycrystalline' breeding (the fragmentation of a weak polycrystalline mass) and 'collision' breeding (a complex process resulting from the interaction of crystals with one another or with parts of the crystallization vessel).

Clontz and McCabe (1971) showed that at moderate levels of supersaturation, crystal contacts readily caused secondary nucleation of $MgSO_4 \cdot 7H_2O$, but crystal–crystal contacts gave up to five times as many nuclei as did crystal–metal rod contacts. Furthermore, the faster growing faces produced fewer nuclei than did the slower growing faces (Johnson, Rousseau and McCabe, 1972) indicating a connection between secondary nucleation and the crystal growth process.

Collisions in a liquid medium can initiate complex behaviours. Fracture may occur at the point of contact, but substantial hydrodynamic forces can operate over the surfaces in the vicinity of the point of contact, giving rise to plastic and elastic deformation in the parent crystal. Due to energy absorption, a small fragment broken off a crystal by collision could be in a considerably disordered state, with many dislocations and mismatch surfaces: in fact, it may be nearer to an amorphous glassy condition than to a crystal (Strickland-Constable, 1979). It is not surprising, therefore, that these small crystalline fragments often grow much more slowly than macrocrystals. Indeed, cases have been recorded where they do not grow at all (Bujac, 1976; van't Land and Wienk, 1976). In a recent study, Ristic, Sherwood and Shripathi (1991) suggested that the formation of varying numbers of dislocations and the development of elastic strain in the new interface are the two main reasons for growth rate dispersion (section 6.2.7) in attrition fragments smaller than about 150 μm.

Crystal–agitator contacts are prime suspects for causing secondary nucleation in crystallizers, although only those crystals that manage to penetrate the fluid boundary layer around the blade will actually be hit. The probability of such an impact is directly proportional to the rotational speed of the agitator (Nienow, 1976). The relative hardness of the contacting bodies is also a factor to consider: a metal impeller gives a much higher nucleation rate than one coated with a soft material such as polyethylene (Shah, McCabe and Rousseau, 1973; Randolph and Sikdar, 1974; Ness and White, 1976; Toyokura, Yamazoe and Mogi, 1976).



Energy–impact models have been developed from the results of attrition and breakage studies in agitated vessels using crystals suspended in inert liquids (Fasoli and Conti, 1976; Nienow and Conti, 1978). A generalized model to quantify nucleation by mechanical attrition, based on Rittinger's law for the energy required for producing new surface and the additivity of two attrition processes due to crystal–crystal and crystal–impeller collisions, has been proposed by Kuboi, Nienow and Conti (1984).

Several hydrodynamic models of secondary nucleation in agitated crystallizers were applied to experimental data obtained from a 6-L agitated batch crystallizer using potassium sulphate by Shamlou, Jones and Djamarani (1990). They concluded that the secondary nuclei were produced by an attrition process with a turbulent fluid-induced mechanism with critical eddies in the viscous dissipation subrange of the turbulent energy spectrum. An empirical attrition model, which relates crystal attrition to crystal size and hold-up, was developed by Jager *et al.* (1991) from data obtained with a 20-L continuous evaporative crystallizer using ammonium sulphate.

The scale-up of secondary nucleation rates for use in the design and operation of industrial crystallizers is dealt with in section 8.1.1.

Direct observation of impact-induced microattrition at the surfaces of potash alum crystals immersed in supersaturated solution (Garside, Rusli and Larson, 1979) indicated that the majority of the fragments produced were in the 1–10 μm size range and had a supersaturation-dependent size distribution. Impact energy and the frequency of impact also have an important influence on the number of crystals resulting from contact secondary nucleation (Larson, 1982).

Crystalline fragments smaller than about 1 μm probably do not survive in an agitated crystallizer where fluctuations of both temperature and supersaturation commonly occur. The so-called 'survival theory' (Garabedian and Strickland-Constable, 1972) is based on the Gibbs–Thomson effect (section 3.7) which suggests that microcrystals can dissolve in solutions that are supersaturated with respect to macrocrystals.

breakage

The production of breakage fragments, i.e. secondary nuclei, may not always be a direct result of crystal interactions or collisions. Chernov, Zaitseva and Rashkovich (1990) have shown that growing crystals containing dislocations, defects or inclusions are prone to secondary nucleation through the development of internal stresses which lead to crack formation and the subsequent production of breakage fragments, i.e. secondary nuclei. Crack propagation initiated by the adsorption of impurity species at defects on crystal surface was earlier suggested by Sarig and Mullin (1980) as a possible explanation of an observed phenomenon of crystal breakdown in a gently agitated suspension in a just-saturated solution that also contained a trace amount of a substance that was known to be an active habit modifier.

Melia and Moffitt (1964) studied secondary nucleation in aqueous solutions of KCl and reported that the nucleation rate was independent of the number of seeds added. At a constant cooling rate a time-lag or induction period (section 5.5) was recorded before secondary nucleation commenced. Cayey and Estrin (1967) also observed an induction period with seeded solutions of $MgSO_4$ in a 2-L agitated crystallizer and reported a strange effect of the quantity of seeds

added: one seed (~1 mm, <2 mg) was more effective in inducing nucleation than 50 mg, but less effective than 500 mg. This anomaly, however, was not pursued. They also reported that a crystal was not capable of giving rise to fresh nuclei until it had reached a critical size of around 220 μm. Rousseau, Li and McCabe (1976) suggested a critical size of about 200 μm. Toyokura, Mogi and Hirasawa (1977) reported that crystals smaller than about 100 μm did not produce secondary nuclei in a fluidized bed with solutions of K alum supercooled by 3 °C. Using the same system at a lower supercooling (2 °C) in an agitated vessel, Kubota and Fujiwara (1990) demonstrated that the critical size could vary between about 200 and 500 μm depending on the agitator speed and its material of construction.

There are several reasons why the seed crystal size may be influential in secondary nucleation. For example, large seeds generate more secondary nuclei in agitated systems than do small seeds because of their greater contact probabilities and collision energies. Indeed, very small crystals can follow the streamlines within the turbulence eddies in vigorously agitated solutions, behaving essentially as if they were suspended in a stagnant fluid, rarely coming into contact with the agitator or other crystals. Other factors to consider are that crystals smaller than about 10 μm probably grow much more slowly than do macrocrystals (section 6.2.7) and, as mentioned above, some damaged crystal fragments may not be capable of growing at all.

Secondary nucleation was observed to occur in a series of pulses, mainly during the latent period (section 5.4), when citric acid solutions were seeded in an agitated vessel (Mullin and Leci, 1972). The secondary nucleation rate decreased with an increase in the seed size or in the number of seeds of a given size. The latent period was drastically reduced by decreasing the seed size, but was relatively unaffected by the number of seeds added. Increased supersaturation increased secondary nucleation and decreased the latent period. Increased agitation increased the desupersaturation rate to a maximum and decreased the latent period to a minimum. No evidence of fluid mechanical shearing was found, and a mechanism of secondary nucleation based on molecular cluster formation in solution was proposed.

Belyustin and Rogacheva (1966) studied the nucleation of $MgSO_4 \cdot 7H_2O$ which crystallizes in enantiomorphic forms (section 1.9) at room temperature. When this salt nucleated spontaneously (unseeded), the product crystals were mostly left-handed. When the solution was seeded with right-handed crystals, the number of product crystals increased and the percentage of left-handed crystals in the total product decreased. Increases in solution velocity and supersaturation in the presence of a right-handed seed both led to decreases in the percentage of right-handed crystals in the product. They concluded, however, that secondary nucleation in these cases was not caused by fragmentation. Because filtration of the solution retarded both seeded and unseeded nucleation they proposed that foreign particles (heteronuclei) coming into contact with the seed crystals became activated and initiated nucleation.

In a similar study, Denk and Botsaris (1972) studied the seeded nucleation of sodium chlorate enantiomorphs in agitated solution and attempted to distinguish between nuclei originating from either the solution or the added seeds. At



high supersaturation, when primary nucleation was considered to be the dominant mode, the crystals were found to be roughly 50:50 D and L forms. At intermediate supersaturations, however, virtually 100% of the product crystals were of the same form as the added seeds, although at very low supersaturation this proportion fell to around 60%.

The use of selective seeding as a method for separating solutes in solutions supersaturated with two salts was proposed by Rousseau and O'Dell (1980). Supersaturated aqueous solutions of potassium sulphate together with either potassium chloride or dichromate were seeded with one of the solutes to cause secondary nucleation of that substance. After recovering the developed crystals by filtration, the filtrate was seeded with the second solute to complete the separation.

## 5.3 Metastable zone widths

The lack of success of the classical nucleation theories in explaining the behaviour of real systems has led a number of authors to suggest that most primary nucleation in industrial crystallizers is heterogeneous rather than homogeneous and that empirical relationships such as

$$J = k_n \Delta c_{max}^n \tag{5.29}$$

are the only ones that can be justified. $J$ is the nucleation rate, $k_n$ the nucleation rate constant and $\Delta c_{max}$ the maximum allowable supersaturation (or metastable zone width). The exponent $n$, which is frequently referred to as the apparent order of nucleation, has no fundamental significance. It does not give an indication of the number of elementary species involved in the nucleation process.

However, equation 5.29 is not entirely empirical since it can be derived from the classical nucleation relationship (equation 5.9) (Nielsen, 1964; Nývlt, 1968). The nucleation rate may be expressed in terms of the rate at which supersaturation is created by cooling, viz.

$$J = q\dot{\theta} \tag{5.30}$$

where $\dot{\theta} = -d\theta/dt$ and $q$ is the mass of crystalline substance deposited per unit mass of 'free' solvent present when the solution is cooled by 1 °C. $q$ is a function of the concentration change and of the crystallizing species. In general,

$$q = \varepsilon \frac{dc^*}{d\theta} \tag{5.31}$$

where $\varepsilon = R/[1 - c(R-1)]^2$. $R$ is the ratio of the molecular weights of hydrate: anhydrous salt and $c$ is the solution concentration expressed as mass of anhydrous solute per unit mass of solvent at a given temperature.

The maximum allowable supersaturation, $\Delta c_{max}$, may be expressed in terms of the maximum allowable undercooling, $\Delta\theta_{max}$:

$$\Delta c_{max} = \left(\frac{dc^*}{d\theta}\right)\Delta\theta_{max} \tag{5.32}$$

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER