# EXHIBIT F-1

Case 1:17-cv-00313-MSG Document 89-9 Filed 05/10/19 Page 2 of 4 PageID #: 3852

AB

# McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Sixth Edition

McGraw-Hill
New York Chicago San Francisco
Lisbon London Madrid Mexico City
Milan New Delhi San Juan Seoul Singapore Sydney Toronto

**On the cover: Representation of a fullerene molecule with a noble gas atom trapped inside. At the Permian-Triassic sedimentary boundary the noble gases helium and argon have been found trapped inside fullerenes. They exhibit isotope ratios quite similar to those found in meterorites, suggesting that a fireball meteorite or asteroid exploded when it hit the Earth, causing major changes in the environment. *(Image copyright © Dr. Luann Becker. Reproduced with permission.)***

Over the six editions of the Dictionary, material has been drawn from the following references: G. M. Garrity et al., *Taxonomic Outline of the Procaryotes*, Release 2, Springer-Verlag, January 2002; D. W. Linzey, *Vertebrate Biology*, McGraw-Hill, 2001; J. A. Pechenik, *Biology of the Invertebrates*, 4th ed., McGraw-Hill, 2000; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, Department of Defense, 1967; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, National Aeronautics and Space Administration, 1965; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *ADP Glossary*, Department of the Navy, NAVSO P-3097; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,**
**Sixth Edition**

Copyright © 2003, 1994, 1989, 1984, 1978, 1976, 1974 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

2 3 4 5 6 7 8 9 0 DOW/DOW 0 8 7 6 5 4 3

ISBN 0-07-042313-X

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms--6th ed.
p. cm.
ISBN 0-07-042313-X (alk. paper)
1. Science--Dictionaries. 2. Technology--Dictionaries. I. Title: Dictionary of scientific and technical terms.

Q123.M15 2002
503—dc21 2002026436




Line pattern of constellation Aries. Grid lines represent the coordinates of the sky. Apparent brightness, or magnitude, of stars is shown by sizes of the dots, which are graded by appropriate numbers as indicated.

skin and mucous membranes produced by the prolonged administration or application of silver preparations. { är'jir·ē·ə }

**argyrite** *See* argentite. { är'jir,īt }

**argyrodite** [MINERAL] $Ag_8GeS_6$ A steel-gray mineral, one of two germanium minerals and a source for germanium; crystallizes in the isometric system and is isomorphous with canfieldite. { är'jir·ə,dīt }

**argyrophil lattice fiber** *See* reticular fiber. { 'är·jə·rō,fil 'lad·əs 'fī·bər }

**Arhynchobdellae** [INV ZOO] An order of annelids in the class Hirudinea characterized by the lack of an eversible proboscis; includes most of the important leech parasites of human and warm-blooded animals. { ¦ā,riŋ'käb·də,lē }

**Arhynchodina** [INV ZOO] A suborder of ciliophoran protozoans in the order Thigmotrichida. { ¦ā,riŋ'kä·də·nə }

**arhythmia** *See* arrhythmia. { ā'rith·mē·ə }

**arhythmicity** [BIOL] A condition that is characterized by the absence of an expected behavioral or physiologic rhythm. { ¦ā,rith'mis·əd·ē }

**Ari** *See* Aries.

**ariboflavinosis** [MED] Dietary deficiency of riboflavin, associated with the syndrome of angular cheilosis and stomatitis, corneal vascularity, nasolabial seborrhea, and genitorectal dermatitis. { ¦ā,rīb·ə,flav·ə'nō·səs }

**arid biogeographic zone** [ECOL] Any region of the world that supports relatively little vegetation due to lack of water. { 'ar·əd ¦bī·ō,gē·ō'graf·ik ,zōn }

**arid climate** [CLIMATOL] Any extremely dry climate. { 'ar·əd 'klī·mət }

**arid erosion** [GEOL] Erosion or wearing away of rock that occurs in arid regions, due largely to the wind. { 'ar·əd i'rō·zhən }

**Aridisol** [GEOL] A soil order characterized by pedogenic horizons; low in organic matter and nitrogen and high in calcium, magnesium, and more soluble elements; usually dry. { a'rid·ə,sȯl }

**aridity** [CLIMATOL] The degree to which a climate lacks effective, life-promoting moisture. { ə'rid·əd·ē }

**aridity coefficient** [CLIMATOL] A function of precipitation and temperature designed by W. Gorczynski to represent the relative lack of effective moisture (the aridity) of a place. { ə'rid·əd·ē ,kō·ə'fish·ənt }

**aridity index** [CLIMATOL] An index of the degree of water deficiency below water need at any given station; a measure of aridity. { ə'rid·əd·ē ,in,deks }

**Arid Transition life zone** [ECOL] The zone of climate and biotic communities occurring in the chaparrals and steppes from the Rocky Mountain forest margin to California. { 'ar·əd trans'ish·ən 'līf ,zōn }

**arid zone** *See* equatorial dry zone. { 'ar·əd ,zōn }

**ariegite** [PETR] A group of pyroxenites composed principally of clinopyroxene, orthopyroxene, and spinel. { ,ar·ē'ā,zhīt }

**Ariel** [ASTRON] A satellite of the planet Uranus orbiting at a mean distance of 119,000 miles (192,000 kilometers). { 'ar·ē·əl }

**Aries** [ASTRON] A constellation with a right ascension of 3 hours and declination of 20°N. Abbreviated Ari. Also known as Ram. { 'er,ēz }

**arietiform** [VERT ZOO] Shaped like a ram's horns; specifically, describing the dark facial marking that extends across the nose of kangaroo rats. { ,ar·ē'ed·ə,fȯrm }

**Ariidae** [VERT ZOO] A family of tropical salt-water catfishes in the order Siluriformes. { ə'rī·ə,dē }

**Arikareean** [GEOL] Lower Miocene geologic time. { ə,rik·ə'rē·ən }

**aril** [BOT] An outgrowth of the funiculus in certain seeds that either remains as an appendage or envelops the seed. { 'ar·əl }

**arilode** [BOT] An aril originating from tissues in the micropyle region; a false aril. { 'ar·ə,lōd }

**Arionidae** [INV ZOO] A family of mollusks in the order Stylommatophora, including some of the pulmonate slugs. { ,ar·ē'än·ə,dē }

**arista** [INV ZOO] The bristlelike or hairlike structure in many organisms, especially at or near the tip of the antenna of many Diptera. { ə'ris·tə }

**Aristarchus** [ASTRON] A crater on the moon. { ,ar·ə'stär·kəs }

**Aristolochiaceae** [BOT] The single family of the plant order Aristolochiales. { ə,ris·tə,lō·kē'ās·ē,ē }

**Aristolochiales** [BOT] An order of dicotyledonous plants in the subclass Magnoliidae; species are herbaceous to woody, often climbing, with perigynous to epigynous, apetalous flowers, uniaperturate or nonaperturate pollen, and seeds with a small embryo and copious endosperm. { ə,ris·tə,lō·kē'ā,lēz }

**aristolochic acid** [ORG CHEM] $C_{17}H_{11}NO_7$ Crystals in the form of shiny brown leaflets that decompose at 281–286°C; soluble in alcohol, chloroform, acetone, ether, acetic acid, and aniline; used as an aromatic bitter. Also known as aristolochine. { ə¦ris·tə¦läk·ik 'as·əd }

**aristolochine** *See* aristolochic acid. { a,ris'täl·ə,kēn }

**aristopedia** [INV ZOO] Replacement of the arista by a nearly perfect leg. { ə,ris·tə'pēd·ē·ə }

**Aristotle's lantern** [INV ZOO] A five-sided feeding and locomotor apparatus surrounding the esophagus of most sea urchins. { 'ar·ə,städ·əlz 'lant·ərn }

**arithlog paper** [MATH] Graph paper marked with a semilogarithmic coordinate system. { ə'rith,läg ,pā·pər }

**arithmetic** [MATH] Addition, subtraction, multiplication, and division, usually of integers, rational numbers, real numbers, or complex numbers. { ə'rith·mə,tik }

**arithmetic address** [COMPUT SCI] An address in a computer program that results from performing an arithmetic operation on another address. { ¦a·rith¦med·ik ə'dres }

**arithmetical addition** [MATH] The addition of positive numbers or of the absolute values of signed numbers. { ¦a·rith¦med·ə·kəl ə'dish·ən }

**arithmetical element** *See* arithmetical unit. { ¦a·rith¦med·ə·kəl 'el·ə·mənt }

**arithmetical instruction** [COMPUT SCI] An instruction in a computer program that directs the computer to perform an arithmetical operation (addition, subtraction, multiplication, or division) upon specified items of data. { ¦a·rith¦med·ə·kəl ,in'strək·shən }

**arithmetical operation** [COMPUT SCI] A digital computer operation in which numerical quantities are added, subtracted, multiplied, divided, or compared. { ¦a·rith¦med·ə·kəl ,äp·ə'rā·shən }

**arithmetical unit** [COMPUT SCI] The section of the computer which carries out all arithmetic and logic operations. Also known as arithmetical element; arithmetic-logic unit (ALU); arithmetic section; logic-arithmetic unit; logic section. { ¦a·rith¦med·ə·kəl 'yü·nət }

**arithmetic average** *See* arithmetic mean. { ¦a·rith¦med·ik 'av·rij }

**arithmetic check** [COMPUT SCI] The verification of an arithmetical operation or series of operations by another such process; for example, the multiplication of 73 by 21 to check the result of multiplying 21 by 73. { ə'rith·mə,tik ,chek }

**arithmetic circuitry** [COMPUT SCI] The section of the computer circuitry which carries out the arithmetic operations. { ¦a·rith¦med·ik 'sər·kə·trē }

**arithmetic coding** [COMMUN] A method of data compression in which a long character string is represented by a single number whose value is obtained by repeatedly partitioning the range of possible values in proportion to the probabilities of the characters. { ¦a·rith¦med·ik 'cōd·iŋ }

**arithmetic-geometric mean** [MATH] For two positive numbers $a_1$ and $b_1$, the common limit of the sequences $\{a_n\}$ and $\{b_n\}$ defined recursively by the equations $a_{n+1} = {}^1/_2(a_n + b_n)$ and $b_{n+1} = (a_n b_n)^{1/2}$. { ¦a·rith¦med·ik ,jē·ə¦me·trik 'mēn }

**arithmetic-logic unit** *See* arithmetical unit. { ə¦rith·mə,tik 'läj·ik ,yü·nət }

**arithmetic mean** [MATH] The average of a collection of numbers obtained by dividing the sum of the numbers by the quantity of numbers. Also known as arithmetic average; average (av). { ¦a·rith¦med·ik 'mēn }

**arithmetic processor** *See* numeric processor extension. { ə'rith·mə,tik ,präs,es·ər }

**arithmetic progression** [MATH] A sequence of numbers for which there is a constant $d$ such that the difference between any two successive terms is equal to $d$. Also known as arithmetic sequence. { ¦a·rith¦med·ik prə'gresh·ən }

**arithmetic register** [COMPUT SCI] A specific memory location reserved for intermediate results of arithmetic operations. Also known as A register. { ¦a·rith¦med·ik 'rej·ə·stər }

**arithmetic scan** [COMPUT SCI] The procedure for examining