# EXHIBIT F-2

# CHAMBERS

# DICTIONARY OF SCIENCE AND TECHNOLOGY

*General Editor*
Professor Peter M B Walker, CBE, FRSE

CHAMBERS

CHAMBERS
An imprint of Chambers Harrap Publishers Ltd
7 Hopetoun Crescent, Edinburgh, EH7 4AY
Larousse Kingfisher Chambers Inc.,
95 Madison Avenue, New York, New York 10016

This edition first published by Chambers Harrap 1999

© Chambers Harrap Publishers Ltd 1999

Previous edition published in 1995 as *Larousse Dictionary of Science and Technology*. First edition published as *Chambers's Technical Dictionary* in 1940 by W & R Chambers Ltd (revised 1958, 1971, 1974 and 1984)

ISBN 0 550 14110 3

Illustrations drawn by Peter Walker

All rights reserved. No part of this publication may be reproduced, stored or transmitted by any means, electronic, mechanical, photocopying or otherwise, without the prior permission of the publisher

British Library Cataloguing in Publication Data for this book is available from the British Library

Typeset in Great Britain by Chambers Harrap, Edinburgh
Printed in Singapore by SNP Printing Pte Ltd

**auxiliary contact** (*ElecEng*) See **auxiliary switch**.

**auxiliary equation** (*Maths*) Of an ordinary linear differential equation $F(D)y=f(x)$, where $D$ is the differential operator $d/dx$, the algebraic equation $F(m)=0$.

**auxiliary plant** (*ElecEng*) A term used in generating-station practice to cover the condenser pumps, mechanical stokers, feed-water pumps, and other equipment used with the main boiler, turbine and generator plant.

**auxiliary pole** (*ElecEng*) See **compole**.

**auxiliary power unit** (*Aero*) An independent airborne engine to provide power for ancillary equipment, electrical services, starting etc. May be a small reciprocating or turbine. Abbrev *APU*.

**auxiliary rotor** (*Aero*) A small rotor mounted at the tail of a helicopter, usually in a perpendicular plane, which counteracts the torque of the main rotor; used to give directional and rotary control to the aircraft.

**auxiliary switch** (*ElecEng*) A small switch operated mechanically from a main switch or circuit breaker; used for operating such auxiliary devices as alarm bells, indicators etc. Also *auxiliary contact*.

**auxiliary tanks** (*Aero*) See **fuel tanks**.

**auxiliary winding** (*ElecEng*) A special winding on a machine or transformer, additional to the main winding.

**auxin** (*Bot*) A plant growth substance, indole-3-acetic acid (IAA), or any of a number of natural or artificial substances with similar effects. Auxins promote root initiation, cell elongation, xylem differentiation and may be involved in apical dominance and tropism. At high concentrations some synthetic auxins are used as herbicides. See **dichlorophenoxyacetic acid**, **indole-3-butyric acid**, **naphthalene acetic acid**, **2,4,5,-T**.

**auxochromes** (*Chem*) A chromophore (or group of atoms) introduced into dyestuffs to give full effectiveness to the colouring properties. The principal auxochromes are Cl, Br, $SO_3H$, $NO_2$, $NH_2$, OH. Auxochromes can also permit, by being present, the formation of salts and the creation of a dyestuff. They have a selective absorption frequency for radiation, and function as colour carriers for a frequency determined mainly by the compound of which they are part.

**auxocyte** (*Biol*) Any cell in which meiosis has begun; an androcyte, sporocyte, spermatocyte, or oöcyte, during the period of growth.

**auxometer** (*Phys*) An apparatus for measuring the magnifying power of an optical system.

**auxotonic** (*Zool*) Of muscle contraction, or of against increasing force.

**auxotroph** (*Biol*) A variant organism requiring the addition of special nutrients or growth factors before they will grow, eg amino-acid requiring bacteria. Cf **prototroph**.

**available** (*Bot*) That part of eg water or mineral nutrient in the soil or fertilizer, which can be drawn upon by a plant. Cf **unavailable**.

**available light photography** (*ImageTech*) Photography carried out without the use of flash or artificial lighting.

**available line** (*ImageTech*) Percentage of total length of scanning line on a cathode-ray tubescreen on which information can be displayed.

**available potential energy** (*Meteor*) That part of the total potential energy of the atmosphere available for conversion into kinetic energy by adiabatic redistribution of its mass so that the density stratification becomes horizontal everywhere.

**available power efficiency** (*ElecEng*) The ratio of electrical power available at the terminals of an electroacoustic transducer to the acoustical power output of the transducer. The latter should conform with the reciprocity principle so that the efficiency in sound reception is equal to that in transmission.

**available power gain** (*Telecomm*) The ratio of the available power output of an amplifier to the input power; equal to **power gain** only when the output of the device or circuit is correctly matched to the load.

**available power response** (*ElecEng*) For an electroacoustic transducer, the ratio of mean square sound pressure at a distance of 1 m, in a defined direction from the 'acoustic centre' of the transducer, to the available electrical power input. The response will be expressed in dB above the reference response of 1 $\mu$bar$^2$ W$^{-1}$ of available electrical power.

**avalanche** (*Phys*) Self-augmentation of ionization. See **Townsend avalanche, Zener effect**.

**avalanche diode** (*Electronics*) A semiconductor breakdown diode, usually silicon, in which avalanche breakdown occurs across the entire p–n junction, giving a voltage drop which is constant and independent of current. Avalanche diodes break down much more sharply than **Zener diodes**. Used in high-speed switching circuits and microwave oscillators.

**avalanche effect** (*Electronics*) Cumulative multiplication of carriers in a semiconductor because of avalanche breakdown. This occurs when the electric field across the barrier region is strong enough to allow production and cumulative multiplication of carriers by ionization.

**avalanche photodiode** (*Telecomm*) A photosensitive **avalanche diode** used as the detector in **optical fibre** systems. Its avalanche multiplication factor improves the receiver **signal-to-noise ratio** by enhancing signal power without increasing thermal noise.

**avalanche transistor** (*Electronics*) A transistor depending on avalanche breakdown to produce hole–electron pairs. It can give very high gain in the common-emitter mode or very rapid switching.

**avascular** (*Med*) Not having blood vessels.

**AVC** (*Telecomm*) Abbrev for **automatic volume control**.

**aventurine feldspar** (*Min*) A variety of plagioclase, near albite-oligoclase in composition, characterized by minute disseminated particles of red iron oxide which cause fire-like flashes of colour. Also *sunstone*.

**aventurine quartz** (*Min*) A form of quartz spangled, sometimes densely, with minute inclusions of either mica or iron oxide. Used in jewellery. Sometimes falsely 'Indian Jade'.

**average** (*Ships*) Loss or damage of marine property, less than total: compensation payment in proportion to amount insured.

**average** (*Stats*) Loose term usually for **mean**; less commonly used to mean **median** or **mode**.

**average current** (*ElecEng*) That current obtained by adding together the products of currents flowing in a circuit and the times for which they flow and dividing by the total time considered ie

$$\frac{1}{n}\sum_{j=1}^{n}|x_j-\bar{x}|$$

where the mean is as follows:

$$\bar{x}=\frac{1}{n}\sum_{j=1}^{n}x_j$$

For direct current the average value is constant: for true alternating current the average value is zero.

**average curvature** (*Maths*) See **curvature**.

**average haul distance** (*CivEng*) The distance between the centre of gravity of a cutting and that of the embankment formed from material excavated from the cutting.




**average haul distance**

**average power output** (*Telecomm*) In an amplitude-

modulate
ered by a
specified i

**aversion th**
which the
stimulus.

**aversive st**
attempt to
mentally t
**negative**

**Aves** (*Zool*)
forelimbs
girdle are
and the p
weight of
with feath
cular syste
panel on **V**

**avgas** (*Aero*)

**avian big li**

**avian dipht**

**avian eryth**

**avian eryth**

**avian favus**
of the hea
*white comb*.

**avian gout**
chicken, in
of internal

**avian granu**

**avian leuco**
in the chic
group of
efficiently
depressed
symptoms
most orga
**pathogno**
tion. The
*big liver dis*
*avian myelo*

**avian monc**
chickens c
diarrhoea.
sis of live
number c
unknown,
coronaviru

**avian myelo**

**avian paraty**
infection b

**avian spiroc**
and highly
birds, due
(*B. gallinar*
and *Ornith*

**avian typho**
infection b

**avian viscer**

**aviation bi-p**
lation sche
transition a

**aviation fue**
of high hea
energy) an
moderate
stability an
($B_5H_9$) hav
**gasoline, a**

**aviation ga**
almost all
220°C, wit