# EXHIBIT F-3

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
p. cm.
Includes index.
ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36 2003
423—dc21 2003003674
CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

456TT:QWV04

**Ada** \'ā-də\ *n* [fr. *Ada*, a trademark, fr. Augusta *Ada* Byron, Lady Lovelace †1852 Eng. mathematician] (1979) : a structured computer programming language

**ADA** *abbr* 1 American Dental Association 2 Americans for Democratic Action 3 average daily attendance

**ad•age** \'a-dij\ *n* [MF, fr. L *adagium*, fr. *ad-* + *-agium* (akin to *aio* I say); akin to Gk *ē* he said] (1513) : a saying often in metaphorical form that embodies a common observation

[1]**ada•gio** \ə-'dä-j(ē-,)ō, ä-, -zh(ē-,)ō\ *adv or adj* [It, fr. *ad* to + *agio* ease] (1683) : at a slow tempo — used chiefly as a direction in music

[2]**adagio** *n, pl* **-gios** (1699) 1 : a musical composition or movement in adagio tempo 2 : a ballet duet by a man and woman or a mixed trio displaying difficult feats of balance, lifting, or spinning

[1]**Ad•am** \'a-dəm\ *n* [ME, fr. LL, fr. Gk, fr. Heb *Ādhām*] (bef. 12c) 1 : the first man and father by Eve of Cain and Abel 2 : the unregenerate nature of man — used esp. in the phrase *the old Adam* — **Adam•ic** \ə-'da-mik\ *or* **Adam•i•cal** \-mi-kəl\ *adj*

[2]**Adam** *adj* [Robert *Adam* & James *Adam*] (1872) : of, relating to, or being an 18th century decorative style (as of furniture) characterized by straight lines, surface decoration, and conventional designs (as festooned garlands and medallions)

**ad•a•mance** \'a-də-mən(t)s\ *n* (1954) : ADAMANCY

**ad•a•man•cy** \-mən(t)-sē\ *n* [[2]*adamant* + *-cy*] (1937) : the quality or state of being adamant : OBSTINACY

**adam–and–eve** \,a-də-mən(d)-'ēv\ *n* (1807) : PUTTYROOT

[1]**ad•a•mant** \'a-də-mənt, -,mant\ *n* [ME, fr. AF, fr. L *adamant-, adamas* hardest metal, diamond, fr. Gk] (14c) 1 : a stone (as a diamond) formerly believed to be of impenetrable hardness 2 : an unbreakable or extremely hard substance

[2]**adamant** *adj* (1897) : unshakable or insistent esp. in maintaining a position or opinion : UNYIELDING *syn* see INFLEXIBLE — **ad•a•mant•ly** *adv*

**ad•a•man•tine** \,a-də-'man-,tēn, -,tīn, -'man-tᵊn\ *adj* [ME, fr. L *adamantinus*, fr. Gk *adamantinos*, fr. *adamant-, adamas*] (13c) 1 : made of or having the quality of adamant 2 : rigidly firm : UNYIELDING ⟨~ discipline⟩ 3 : resembling the diamond in hardness or luster

**Adam's apple** *n* (ca. 1755) : the projection in the front of the neck formed by the largest cartilage of the larynx

**Adam's needle** *n* (ca. 1760) : an often cultivated yucca (*Yucca filamentosa*) of coastal pine barrens of the eastern U.S. with a basal rosette of sharp-tipped leaves having loose threads along the margins

**adapt** \ə-'dapt, a-\ *vb* [F or L; F *adapter*, fr. L *adaptare*, fr. *ad-* + *aptare* to fit, fr. *aptus* apt, fit] *vt* (15c) : to make fit (as for a specific or new use or situation) often by modification ~ *vi* : to become adapted — **adapt•ed•ness** *n*

*syn* ADAPT, ADJUST, ACCOMMODATE, CONFORM, RECONCILE mean to bring one thing into correspondence with another. ADAPT implies a modification according to changing circumstances ⟨*adapted* themselves to the warmer climate⟩. ADJUST suggests bringing into a close and exact correspondence or harmony such as exists between parts of a mechanism ⟨*adjusted* the budget to allow for inflation⟩. ACCOMMODATE may suggest yielding or compromising to effect a correspondence ⟨*accommodated* his political beliefs in order to win⟩. CONFORM applies to bringing into accordance with a pattern, example, or principle ⟨refused to *conform* to society's values⟩. RECONCILE implies the demonstration of the underlying compatibility of things that seem to be incompatible ⟨tried to *reconcile* what he said with what I knew⟩.

**adapt•able** \ə-'dap-tə-bəl, a-\ *adj* (1800) : capable of being or becoming adapted *syn* see PLASTIC — **adapt•abil•i•ty** \-,dap-tə-'bi-lə-tē\ *n*

**ad•ap•ta•tion** \,a-,dap-'tā-shən, -dəp-\ *n* (1610) 1 : the act or process of adapting : the state of being adapted 2 : adjustment to environmental conditions: as **a** : adjustment of a sense organ to the intensity or quality of stimulation **b** : modification of an organism or its parts that makes it more fit for existence under the conditions of its environment 3 : something that is adapted; *specif* : a composition rewritten into a new form — **ad•ap•ta•tion•al** \-shnəl, -shə-nᵊl\ *adj* — **ad•ap•ta•tion•al•ly** *adv*

**ad•ap•ta•tion•ist** \,a-,dap-'tā-sh(ə-)nist, -dəp-\ *adj* (1978) : explaining or seeking to explain the evolution of traits in terms of their adaptive function or survival value — **adaptationist** *n*

**adapt•er** *also* **adap•tor** \ə-'dap-tər, a-\ *n* (1801) 1 : one that adapts 2 **a** : a device for connecting two parts (as of different diameters) of an apparatus **b** : an attachment for adapting apparatus for uses not orig. intended

**adap•tion** \ə-'dap-shən, a-\ *n* (1704) : ADAPTATION

**adap•tive** \ə-'dap-tiv, a-\ *adj* (1760) : showing or having a capacity for or tendency toward adaptation — **adap•tive•ly** *adv* — **adap•tive•ness** *n* — **ad•ap•tiv•i•ty** \,a-,dap-'ti-və-tē\ *n*

**adaptive optics** *n pl but sing or pl in constr* (1975) : a telescopic system that improves image resolution by compensating for distortions caused by atmospheric turbulence

**adaptive radiation** *n* (1902) : evolutionary diversification of a generalized ancestral form with production of a number of adaptively specialized forms

**Adar** \ä-'där, 'ä-\ *n* [ME, fr. Heb *Ădhār*] (14c) : the 6th month of the civil year or the 12th month of the ecclesiastical year in the Jewish calendar — see MONTH table

**Adar Ri•shon** \ä-,där-rē-'shōn\ *n* [Heb *Ădhār Ri'shon* first Adar] (1905) : the intercalary month of the Jewish calendar that precedes Adar Sheni in leap years — see MONTH table

**Adar She•ni** \ä-,där-shā-'nē\ *n* [Heb *Ădhār Shēnī* second Adar] (ca. 1901) : the month of the Jewish calendar that takes the place of Adar in leap years — see MONTH table

**ad•ax•i•al** \(,)a-'dak-sē-əl\ *adj* (ca. 1900) : situated on the same side as or facing the axis (as of an organ) ⟨the ~ or upper surface of a leaf⟩

**ADC** *abbr* 1 aide-de-camp 2 Aid to Dependent Children 3 Air Defense Command 4 assistant division commander

**add** \'ad\ *vb* [ME, fr. L *addere*, fr. *ad-* + *-dere* to put — more at DO] *vt* (14c) 1 : to join or unite so as to bring about an increase or improvement ⟨~s 60 acres to his land⟩ ⟨wine ~s a creative touch to cooking⟩ 2 : to say further : APPEND 3 : to combine (numbers) into an equivalent simple quantity or number 4 : to include as a member of a group ⟨don't forget to ~ me in⟩ ~ *vi* 1 **a** : to perform addition **b** : to come together or unite by addition 2 **a** : to serve as an addition ⟨the movie will ~ to his fame⟩ **b** : to make an addition ⟨~*ed* to her savings⟩ — **add•able** *or* **add•ible** \'a-də-bəl\ *adj*

**ADD** *abbr* 1 American Dialect Dictionary 2 attention deficit disorder

**ad•dax** \'a-,daks\ *n, pl* **ad•dax•es** [L] (1693) : a large light-colored Saharan antelope (*Addax nasomaculatus*) that has long spiralling horns



addax

**ad•dend** \'a-,dend, ə-'dend\ *n* [short for *addendum*] (1674) : a number to be added to another

**ad•den•dum** \ə-'den-dəm\ *n, pl* **-den•da** \-'den-də\ *also* **-den•dums** [L, neut. of *addendus*, gerundive of *addere*] (1684) 1 : a thing added : ADDITION 2 : a supplement to a book — often used in pl. but sing. in constr.

[1]**ad•der** \'a-dər\ *n* [ME, alter. (by false division of *a naddre*) of *naddre*, fr. OE *nǣdre*; akin to OHG *nātara* adder, L *natrix* water snake] (14c) 1 : the common venomous viper (*Vipera berus*) of Europe; *broadly* : any of various snakes of the viper family — compare PUFF ADDER 2 : any of several No. American snakes (as the hognose snakes) that are harmless but are popularly believed to be venomous

[2]**add•er** \'a-dər\ *n* (1580) : one that adds; *esp* : a device (as in a computer) that performs addition

**ad•der's–tongue** \'a-dərz-,təŋ\ *n* (1578) 1 : any of a genus (*Ophioglossum*, family Ophioglossaceae) of small ferns having a spore-bearing stalk resembling a serpent's tongue 2 : DOGTOOTH VIOLET

[1]**ad•dict** \ə-'dikt\ *vt* [L *addictus*, pp. of *addicere* to favor, fr. *ad-* + *dicere* to say — more at DICTION] (1534) 1 : to devote or surrender (oneself) to something habitually or obsessively ⟨~*ed* to gambling⟩ 2 : to cause addiction to a substance in (a person or animal)

[2]**ad•dict** \'a-(,)dikt\ *n* (1909) 1 : one who is addicted esp. to a substance 2 : DEVOTEE ⟨a detective novel ~⟩

**ad•dic•tion** \ə-'dik-shən, a-\ *n* (1599) 1 : the quality or state of being addicted ⟨~ to reading⟩ 2 : compulsive need for and use of a habit-forming substance (as heroin, nicotine, or alcohol) characterized by tolerance and by well-defined physiological symptoms upon withdrawal; *broadly* : persistent compulsive use of a substance known by the user to be harmful

**ad•dic•tive** \-'dik-tiv\ *adj* (1939) : causing or characterized by addiction ⟨an ~ drug⟩ ⟨an ~ personality⟩

**add–in** \'ad-,in\ *adj* (1980) : being or able to be added to and enclosed within an existing system (as a computer) ⟨an ~ graphics board⟩ — **add–in** *n*

**Ad•di•son's disease** \'a-də-sənz-\ *n* [Thomas *Addison* †1860 Eng. physician] (ca. 1856) : a destructive disease marked by deficient adrenocortical secretion and characterized by extreme weakness, loss of weight, low blood pressure, gastrointestinal disturbances, and brownish pigmentation of the skin and mucous membranes

**ad•di•tion** \ə-'di-shən, a-\ *n* [*addicion* AF, fr. L *addition-, additio*, fr. *addere*] (14c) 1 : a part added (as to a building or residential section) 2 : the result of adding : INCREASE 3 : the act or process of adding; *esp* : the operation of combining numbers so as to obtain an equivalent simple quantity 4 : direct chemical combination of substances into a single product — **in addition** : [2]BESIDES 2, ALSO — **in addition to** : combined or associated with : [1]BESIDES 2

**ad•di•tion•al** \-'dish-nəl, -'di-shə-nᵊl\ *adj* (1646) : existing by way of addition : ADDED ⟨~ information⟩

**ad•di•tion•al•ly** \-'dish-nə-lē, -'di-shən-lē, 'di-shə-nᵊl-ē\ *adv* (1659) : in or by way of addition : FURTHERMORE

[1]**ad•di•tive** \'a-də-tiv\ *adj* (1699) 1 : of, relating to, or characterized by addition ⟨an ~ process⟩ 2 : produced by addition 3 : characterized by, being, or producing effects (as drug responses or gene products) that when the causative factors act together are the sum of their individual effects — **ad•di•tive•ly** *adv* — **ad•di•tiv•i•ty** \,a-də-'ti-və-tē\ *n*

[2]**additive** *n* (1945) : a substance added to another in relatively small amounts to effect a desired change in properties ⟨food ~s⟩

**additive identity** *n* (1953) : an identity element (as 0 in the group of whole numbers under the operation of addition) that in a given mathematical system leaves unchanged any element to which it is added

**additive inverse** *n* (1953) : a number that when added to a given number gives zero ⟨the *additive inverse* of 4 is −4⟩ — compare OPPOSITE 3

[1]**ad•dle** \'a-dᵊl\ *adj* [ME *adel* filth, fr. OE *adela*; akin to MLG *adele* liquid manure] (1682) 1 *of an egg* : ROTTEN 2 : CONFUSED

[2]**addle** *vb* **ad•dled; ad•dling** \'ad-liŋ, 'a-dᵊl-iŋ\ *vt* (1682) : to throw into confusion : CONFOUND ~ *vi* 1 : to become rotten : SPOIL 2 : to become confused

**ad•dle•pat•ed** \'a-dᵊl-,pā-təd\ *adj* (1630) 1 : being mixed up : CONFUSED 2 : ECCENTRIC

**addn** *abbr* addition

**addnl** *abbr* additional

[1]**add–on** *n* (1946) : something added on: as **a** : a sum or amount added on **b** : something (as an accessory or added feature) that enhances the thing it is added to ⟨computer hardware ~s⟩

[2]**add–on** \'a-,dän, -,dȯn\ *adj* (1955) 1 : being or able to be added on ⟨an ~ device⟩ 2 : able to be added to ⟨~ certificates of deposit⟩

[1]**ad•dress** \ə-'dres, a- *also* 'a-,dres\ *vb* [ME *adressen*, fr. AF *adrescer*, fr. *a-* (fr. L *ad-*) + *drescer* to to direct, put right — more at DRESS] *vt* (14c) 1 *archaic* **a** : DIRECT, AIM **b** : to direct to go : SEND 2 **a** : to direct the efforts or attention of (oneself) ⟨will ~ himself to the problem⟩ **b** : to deal with : TREAT ⟨intrigued by the chance to ~ important issues —I. L. Horowitz⟩ 3 *archaic* : to make ready; *esp* : DRESS 4 **a** : to communicate directly ⟨~*es* his thanks to his host⟩ **b** : to speak or write directly to; *esp* : to deliver a formal speech to 5 **a** : to mark directions for delivery on ⟨~ a letter⟩ **b** : to consign to the care of another (as an agent or factor) 6 : to greet by a prescribed form 7 : to adjust the club preparatory to hitting (a golf ball) 8 : to identify (as a computer peripheral or memory location) by an address or a name for information transfer ~ *vi, obs* : to direct one's speech or attentions — **ad•dress•er** *n*

[2]**ad•dress** \ə-'dres, *for 4 & 5 & 7 also* 'a-,dres\ *n* (1539) 1 : dutiful and courteous attention esp. in courtship — usu. used in pl. 2 **a** : readi-

ness and c
and smoot
preparedn
: manner o
tion; *esp* :
special occ
communic
object (as a
placed betv
designation
e-mail 6 :
: a location
mation is s
specifies th
ory) of part
**ad•dress•a**
rectly acces
subscription
system oper
**ad•dress•ee**
dressed
**ad•duce** \ə-
*ducere*, lit., t
offer as exan
er *n*
[1]**ad•duct** \ə-'c
draw (as a li
bring togeth
[2]**ad•duct** \'a-,c
tion product
**ad•duc•tion** \
state of being
**ad•duc•tor** \-
(1615) 1 : a
body or towa
valves of a bi
**add up** *vi* (18
*add up*⟩ **b** :
doesn't *add u*
a lot of laughs
*adds up*⟩ ~ *v*
**-ade** *n suffix* [
*-atus* -ate] 1
⟨lime*ade*⟩
**Adé•lie peng**
Coast, Antarc
tic penguin (
also *Adélie*
**-adelphous** *a*
*-adelphus*, fr. (
*a-* together (ak
womb — mor
ing (such or
⟨mon*adelphou*
**aden-** *or* **adeno**
*aden-, adēn*;
: gland ⟨*adeni*
**ad•e•nine** \'a-d
ence in glandu
base $C_5H_5N_5$ t
mation in the
RNA — compa
**ad•e•ni•tis** \,a-d
*esp* : LYMPHAD
**ad•e•no•car•ci•**
malignant tum
**ci•no•ma•tous**
**ad•e•no•hy•pop**
(1935) : the ant
**hy•poph•y•se•**
\-,hī-pə-'fi-zē-əl\
[1]**ad•e•noid** \'a-də-
(ca. 1890) : eith
sue at the back o
sages; *also* : such
pl.
[2]**adenoid** *adj* (ca.
to, affected with,
severe ~ conditi
**ad•e•noi•dal** \,a-
(as snoring, mou
abnormally enla
used technically
**ad•e•no•ma** \,a-d
*adenomat-, aden*
or of glandular o
**aden•o•sine** \ə-'d
(ca. 1909) : a nuc
yields adenine an
**adenosine dipho**
**adenosine mo•n**
: AMP
**adenosine 3',5'-**
AMP
**adenosine tri•pho**
**adenosine tri•pho**
**ad•e•no•vi•rus** \,a-
*dae*) of DNA virus
infections of the r
tract, and includin
perimental animals
**ad•e•nyl•ate cy•cl**
-ə-,lāt-\ *n* (1968) :
AMP from ATP

Case 1:17-cv-00313-MSG Document 89-11 Filed 05/10/19 Page 5 of 5 PageID #: 3863



other than a sex
**au·to·so·mal·ly**
-stra·de \-'strä-
*ta* paved road —
SV] (1890) : an in-
ical condition by
ELF-HYPNOSIS —
*ut-* + *telos* end —
not apart from it-
idividual or strain
ies of a single ge-
implement — **au-**
*n*
ation of a part (as
into two or more
ze \-ˌmīz\ *vb*
) : a transformer
r all of their turns
1923) : return of
tem
j.] (1938) : an au-
*h*, fr. Gk *autotro-*
iourish] (1893) **1**
source of carbon
bolic synthesis of
· compare HET-
us factor for nor-
*adv* — **au·tot·ro-**
1 employed in the
idation by direct
eratures
14c) **1** : the sea-
e northern hemi-
November or as
er equinox to the
maturity or incip-
n-nəl\ *adj* — **au-**
iicum (*Colchicum*
] (ca. 1852) : a ra-
ral that occurs in
mium
*iaris*, fr. *auxilium*
c) **1 a** : offering
capacity ⟨an ~
npanying another
d, or tense **3 a**
power plant⟩ **4**
d engine ⟨an ~
group, or device;
at war **b** : a Ro-
op and not having
**2** : an auxiliary
— more at EKE]
ices that promote
growth processes
: any of various
ic acid in activity
NT HORMONE —
hic strain or indi-
icrease + *-o-* + E
ance beyond the
luction by the pa-
— **aux·ot·ro·phy**
Version
) + *valer*, *valoir* to
o be of use or ad-
to produce or re-
*~ed* him nothing⟩
take advantage of
or purpose : USE
l : the quality or
ing
a beneficial effect
it or ready for im-
ABLE ⟨articles ~
mething or to as-
such chemical or
ogen⟩ ⟨~ water⟩
ovençal) *lavantse*,
th, rock, or other
er a precipice **2**
tion of something
**3** : a cumulative

process in which photons or accelerated charge carriers produce additional photons or charge carriers through collisions (as with gas molecules)

[2]**avalanche** *vb* **-lanched; -lanch·ing** *vi* (1855) : to descend in an avalanche ~ *vt* : OVERWHELM, FLOOD

**Av·a·lon** \'a-və-ˌlän\ *n* (13c) : a paradise to which Arthur is carried after his death

**avant** \'ä-ˌvän(t), 'a-, -ˌvȯn(t), -ˌvōⁿ\ *adj* [F *avant-* fore-, front, fr. *avant* before, fr. L *abante*] (1965) : culturally or stylistically advanced : AVANT-GARDE ⟨~ jazz⟩

[1]**avant–garde** \ˌä-ˌvän(t)-'gärd, ˌa-; ə-'vänt-ˌ; ˌä-ˌvōⁿ-', ˌa-ˌvȯn(t)-'\ *n* [F, vanguard] (1910) : an intelligentsia that develops new or experimental concepts esp. in the arts — **avant–gard·ism** \-'gär-ˌdi-zəm\ *n* — **avant–gard·ist** \-'gär-dist\ *n*

[2]**avant–garde** *adj* (1925) : of or relating to an avant-garde ⟨~ writers⟩

**av·a·rice** \'a-və-rəs, 'av-rəs\ *n* [ME, fr. AF, fr. L *avaritia*, fr. *avarus* avaricious, fr. *avēre* to crave — more at AVID] (14c) : excessive or insatiable desire for wealth or gain : GREEDINESS, CUPIDITY

**av·a·ri·cious** \ˌa-və-'ri-shəs\ *adj* (15c) : greedy of gain : excessively acquisitive esp. in seeking to hoard riches *syn* see COVETOUS — **av·a·ri·cious·ly** *adv* — **av·a·ri·cious·ness** *n*

**avas·cu·lar** \(ˌ)ā-'vas-kyə-lər\ *adj* (ca. 1900) : having few or no blood vessels ⟨~ tissue⟩ — **avas·cu·lar·i·ty** \ˌā-ˌvas-kyə-'lar-ə-tē\ *n*

**avascular necrosis** *n* (1953) : necrosis of bone tissue due to impaired or disrupted blood supply (as that caused by traumatic injury or disease)

**avast** \ə-'vast\ *vb imper* [perh. fr. D *houd vast* hold fast] (1681) — a nautical command to stop or cease

**av·a·tar** \'a-və-ˌtär\ *n* [Skt *avatāraḥ* descent, fr. *avatarati* he descends, fr. *ava-* away + *tarati* he crosses over — more at UKASE, THROUGH] (1784) **1** : the incarnation of a Hindu deity (as Vishnu) **2 a** : an incarnation in human form **b** : an embodiment (as of a concept or philosophy) often in a person **3** : a variant phase or version of a continuing basic entity **4** : an electronic image that represents and is manipulated by a computer user (as in a computer game or an online shopping site)

**avaunt** \ə-'vȯnt, -'vänt\ *adv* [ME, lit., forward, fr. AF *avant*, fr. L *abante* forward, before, fr. *ab* from + *ante* before — more at OF, ANTE-] (15c) : AWAY, HENCE

**AVC** *abbr* automatic volume control

**avdp** *abbr* avoirdupois

[1]**ave** \'ä-(ˌ)vā\ *n* [ME, fr. L, hail] (13c) **1** : an expression of greeting or of leave-taking : HAIL, FAREWELL **2** *often cap* : AVE MARIA

[2]**ave** *abbr* avenue

**avel·lan** \ə-'ve-lən\ *or* **avel·lane** \ə-'ve-ˌlān, 'a-və-ˌlān\ *adj* [L *abellana, avellana* filbert, fr. fem. of *Abellanus* of Abella, fr. *Abella*, ancient town in Italy] (1610) *of a heraldic cross* : having the four arms shaped like conventionalized filberts — see CROSS illustration

**Ave Ma·ria** \ˌä-(ˌ)vā-mə-'rē-ə\ *n* [ME, fr. ML, hail, Mary] (13c) : HAIL MARY 1

**avenge** \ə-'venj\ *vt* **avenged; aveng·ing** [ME, fr. AF *avenger*, fr. *a-* (fr. L *ad-*) + *venger* to avenge — more at VENGEANCE] (14c) **1** : to take vengeance for or on behalf of ⟨swore to ~ his father⟩ **2** : to exact satisfaction for (a wrong) by punishing the wrongdoer ⟨*avenged* their leader's death⟩ — **aveng·er** *n*

**av·ens** \'a-vənz\ *n, pl* **avens** [ME *avence*, fr. AF *avance, avence*] (13c) : any of a genus (*Geum*) of perennial herbs of the rose family with white, purple, red, or yellow flowers

**av·en·tail** \'a-vən-ˌtāl\ *n* [ME, fr. AF *aventaille*, alter. of *ventaille*] (14c) : VENTAIL

**aven·tu·rine** \ə-'ven-chə-ˌrēn, -rən\ *n* [F, fr. *aventure* chance — more at ADVENTURE] (1811) **1** : glass containing opaque sparkling particles of foreign material (as copper or chromic oxide) **2** : a translucent quartz spangled throughout with scales of mica or other mineral

**av·e·nue** \'a-və-ˌnü, -ˌnyü\ *n* [MF, fr. fem. of *avenu*, pp. of *avenir* to come to, fr. L *advenire* — more at ADVENTURE] (1600) **1** : a way of access : ROUTE **2** : a channel for pursuing a desired object ⟨~s of communication⟩ **3 a** *chiefly Brit* : the principal walk or driveway to a house situated off a main road **b** : a broad passageway bordered by trees **4** : an often broad street or road

**aver** \ə-'vər\ *vt* **averred; aver·ring** [ME *averren*, fr. AF *averer*, fr. ML *adverare* to confirm as authentic, fr. L *ad-* + *verus* true — more at VERY] (15c) **1 a** : to verify or prove to be true in pleading a cause **b** : to allege or assert in pleading **2** : to declare positively

[1]**av·er·age** \'a-v(ə-)rij\ *n* [fr. earlier *average* proportionally distributed charge for damage at sea, modif. of MF *avarie* damage to ship or cargo, fr. OIt *avaria*, fr. Ar *'awārīya* damaged merchandise] (1732) **1 a** : a single value (as a mean, mode, or median) that summarizes or represents the general significance of a set of unequal values **b** : MEAN 1b **2 a** : an estimation of or approximation to an arithmetic mean **b** : a level (as of intelligence) typical of a group, class, or series ⟨above the ~⟩ **3** : a ratio expressing the average performance esp. of an athletic team or an athlete computed according to the number of opportunities for successful performance — **on average** *or* **on the average** : taking the typical example of the group under consideration ⟨prices have increased *on average* by five percent⟩

*syn* AVERAGE, MEAN, MEDIAN, NORM mean something that represents a middle point. AVERAGE is exactly or approximately the quotient obtained by dividing the sum total of a set of figures by the number of figures ⟨scored an *average* of 85 on tests⟩. MEAN may be the simple average or it may represent value midway between two extremes ⟨a high of 70° and a low of 50° give a *mean* of 60°⟩. MEDIAN applies to the value that represents the point at which there are as many instances above as there are below ⟨*average* of a group of persons earning 3, 4, 5, 8, and 10 dollars an hour is 6 dollars, whereas the *median* is 5 dollars⟩. NORM means the computed or estimated average of performance of a significantly large group, class, or grade ⟨scores about the *norm* for fifth grade arithmetic⟩.

[2]**average** *adj* (1770) **1** : equaling an arithmetic mean **2 a** : being about midway between extremes ⟨a man of ~ height⟩ **b** : not out of the ordinary : COMMON ⟨the ~ person⟩ — **av·er·age·ly** *adv* — **av·er·age·ness** *n*

[3]**average** *vb* **av·er·aged; av·er·ag·ing** *vi* (1769) **1 a** : to be or come to an average ⟨the gain *averaged* out to 20 percent⟩ **b** : to have a medial value of ⟨a color *averaging* a pale purple⟩ **2** : to buy on a falling market or sell on a rising market additional shares or commodities so as to obtain a more favorable average price — usu. used with *down* or *up* ~ *vt* **1** : to do, get, or have on the average or as an average sum or quantity ⟨~s 12 hours of work a day⟩ **2** : to find the arithmetic mean of (a series of unequal quantities) **3 a** : to bring toward the average **b** : to divide among a number proportionately

**aver·ment** \ə-'vər-mənt\ *n* (15c) **1** : the act of averring **2** : something that is averred : AFFIRMATION

**averse** \ə-'vərs\ *adj* [L *aversus*, pp. of *avertere*] (1597) : having an active feeling of repugnance or distaste — usu. used with *to* ⟨~ to strenuous exercise⟩ *syn* see DISINCLINED — **averse·ly** *adv* — **averse·ness** *n*

**aver·sion** \ə-'vər-zhən, -shən\ *n* (1596) **1** *obs* : the act of turning away **2 a** : a feeling of repugnance toward something with a desire to avoid or turn from it ⟨regards drunkenness with ~⟩ **b** : a settled dislike : ANTIPATHY ⟨expressed an ~ to parties⟩ **c** : a tendency to extinguish a behavior or to avoid a thing or situation and esp. a usu. pleasurable one because it is or has been associated with a noxious stimulus **3** : an object of aversion ⟨inconstancy is my ~ —Jane Austen⟩

**aversion therapy** *n* (1946) : therapy intended to suppress an undesirable habit or behavior (as smoking) by associating the habit or behavior with a noxious or punishing stimulus (as electric shock)

**aver·sive** \ə-'vər-siv, -ziv\ *adj* (1923) : tending to avoid or causing avoidance of a noxious or punishing stimulus ⟨behavior modification by ~ stimulation⟩ — **aver·sive·ly** *adv* — **aver·sive·ness** *n*

**avert** \ə-'vərt\ *vt* [ME, fr. MF *avertir*, fr. L *avertere*, fr. *ab-* + *vertere* to turn — more at WORTH] (15c) **1** : to turn away or aside (as the eyes) in avoidance **2** : to see coming and ward off : AVOID ⟨~ disaster⟩

**Aves·ta** \ə-'ves-tə\ *n* [MPers *abestāg*, lit., text] (1856) : the book of the sacred writings of Zoroastrianism

**Aves·tan** \-tən\ *n* (1856) : an ancient Iranian language in which the sacred books of Zoroastrianism were written — see INDO-EUROPEAN LANGUAGES table — **Avestan** *adj*

**avg** *abbr* average

**av·gas** \'av-ˌgas\ *n* [*aviation gasoline*] (1943) : gasoline for airplanes

**av·go·lem·o·no** \ˌäv-gō-'le-mə-(ˌ)nō\ *n* [ModGk *augolemono*, fr. *augo* egg + *lemoni* lemon] (1961) : a soup or sauce made with chicken stock, egg yolks, and lemon juice

**avi·an** \'ā-vē-ən\ *adj* [L *avis*] (1870) : of, relating to, or derived from birds ⟨~ behavior⟩ ⟨~ species⟩

**avi·ary** \'ā-vē-ˌer-ē, -ˌe-rē\ *n, pl* **-ar·ies** [L *aviarium*, fr. *avis* bird; akin to Gk *aetos* eagle] (1577) : a place for keeping birds confined

**avi·ate** \'ā-vē-ˌāt, 'a-\ *vi* **-at·ed; -at·ing** [back-formation fr. *aviation*] (1887) : to navigate the air (as in an airplane)

**avi·a·tion** \ˌā-vē-'ā-shən, ˌa-\ *n*, *often attrib* [F, fr. L *avis*] (1866) **1** : the operation of heavier-than-air aircraft **2** : military airplanes **3** : airplane manufacture, development, and design

**avi·a·tor** \'ā-vē-ˌā-tər, 'a-\ *n* (1887) : the operator or pilot of an aircraft and esp. an airplane

**aviator glasses** *n pl* (1968) : eyeglasses having a lightweight metal frame and relatively large usu. tinted lenses

**avi·a·trix** \ˌā-vē-'ā-triks, ˌa-\ *n, pl* **-trix·es** \-trik-səz\ *or* **-tri·ces** \-trə-ˌsēz\ (1910) : a woman who is an aviator

**avi·cul·ture** \'ā-və-ˌkəl-chər, 'a-\ *n* [L *avis* + E *culture*] (ca. 1879) : the raising and care of birds and esp. of wild birds in captivity — **avi·cul·tur·ist** \ˌā-və-'kəl-ch(ə-)rist, ˌa-\ *n*

**av·id** \'a-vəd\ *adj* [F or L; F *avide*, fr. L *avidus*, fr. *avēre* to desire, crave; akin to W *ewyllys* desire, OIr *con-oi* he protects] (1769) **1** : desirous to the point of greed : urgently eager : GREEDY ⟨~ for publicity⟩ **2** : characterized by enthusiasm and vigorous pursuit ⟨~ readers⟩ *syn* see EAGER — **av·id·ly** *adv* — **av·id·ness** *n*

**av·i·din** \'a-və-dən\ *n* [fr. its avidity for biotin] (1941) : a protein found in egg white that inactivates biotin by combining with it

**avid·ity** \ə-'vi-də-tē, a-\ *n, pl* **-ities** (15c) **1** : the quality or state of being avid: **a** : keen eagerness **b** : consuming greed **2** : AFFINITY 2b(2)

**avi·fau·na** \ˌā-və-'fȯ-nə, ˌa-, -'fä-nə\ *n* [NL, fr. L *avis* + NL *fauna*] (1873) : the birds or the kinds of birds of a region, period, or environment — **avi·fau·nal** \-'fȯ-nᵊl, -'fä-\ *adj*

**avi·on·ics** \ˌā-vē-'ä-niks, ˌa-\ *n pl* [*aviation electronics*] (1949) : electronics designed for use in aerospace vehicles — **avi·on·ic** \-nik\ *adj*

**avir·u·lent** \(ˌ)ā-'vir-(y)ə-lənt\ *adj* [ISV] (ca. 1900) : not virulent — compare NONPATHOGENIC

**avi·ta·min·osis** \ˌā-ˌvī-tə-mə-'nō-səs\ *n, pl* **-o·ses** \-ˌsēz\ [NL] (1914) : disease (as pellagra) resulting from a deficiency of one or more vitamins — **avi·ta·min·ot·ic** \-mə-'nä-tik\ *adj*

**A–V node** \ˌā-'vē-, 'ā-ˌ\ *n* (1949) : ATRIOVENTRICULAR NODE

**avo** \'a-(ˌ)vü\ *n, pl* **avos** [Pg, fr. *avo* fractional part, fr. *-avo* ordinal suffix (as in *oitavo* eighth, fr. L *octavus*) — more at OCTAVE] (ca. 1909) — see *pataca* at MONEY table

**av·o·ca·do** \ˌa-və-'kä-(ˌ)dō, ˌä-\ *n, pl* **-dos** *also* **-does** [modif. of Sp *aguacate*, fr. Nahuatl *āhuacatl* avocado, testicle] (1697) **1** : a pulpy green- to purple-skinned nutty-flavored fruit of any of various tropical American trees (genus *Persea* esp. *P. americana*) of the laurel family; *also* : a tree bearing avocados **2** : a light yellowish green


avocado 1

**avocado pear** *n* (1830) *chiefly Brit* : AVOCADO 1

**av·o·ca·tion** \ˌa-və-'kā-shən\ *n* [L *avocation-, avocatio*, fr. *avocare* to call away, fr. *ab-* + *vocare* to call, fr. *voc-, vox* voice — more at VOICE] (ca. 1617) **1** *archaic* : DIVERSION, DISTRACTION **2** : customary employment : VOCATION **3** : a subordinate occupation pursued in addition to one's vocation esp. for enjoyment : HOBBY

**av·o·ca·tion·al** \ˌa-və-'kā-sh(ə-)nəl\ *adj* (1921) **1** : of or relating to an avocation ⟨an ~ interest in sports⟩ **2** : being