# EXHIBIT F-4

# The New Oxford American Dictionary

EDITED BY

Elizabeth J. Jewell
Frank Abate

LCCC LIBRARY

OXFORD
UNIVERSITY PRESS
2001

OXFORD
UNIVERSITY PRESS

New York Oxford
Athens Auckland Bangkok Bogotá Buenos Aires Cape Town
Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul Karachi
Kolkata Kuala Lumpur Madrid Melbourne Mexico City Mumbai Nairobi
Paris São Paulo Singapore Taipei Tokyo Toronto Warsaw

and associated companies in
Berlin Ibadan

The *New Oxford American Dictionary* is based on the *New Oxford Dictionary of English*, published in the United Kingdom in 1998.

Copyright © 2001 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.,
198 Madison Avenue,
New York, New York 10016

*www.oup-usa.org*
*www.askoxford.com*

Oxford is a registered trademark of Oxford University Press.
All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior permission of Oxford University Press.

Library of Congress Cataloging in Publication Data
Data available
ISBN 0-19-511227-X (thumb index)

This book includes some words that are, or are asserted to be, proprietary names or trademarks. Their inclusion does not imply that they have acquired for legal purposes a nonproprietary or general significance, nor is any other judgment implied concerning their legal status. In cases where the editor has some evidence that a word is used as a proprietary name or trademark, this is indicated by the designation trademark, but no judgment concerning the legal status of such words is made or implied thereby.

10 9 8 7 6 5 4 3 2 1

Printed in the United States of America on acid-free paper

–DERIVATIVES **a•dapt•o•gen•ic** |ə,dæptə'jenik| adj.
–ORIGIN 1960s: a term used by N.V. Lazarev, Russian scientist, from ADAPT + -GEN.

**A•dar** |ä'där; 'ädär| ▸n. (in the Jewish calendar) the sixth month of the civil and twelfth of the religious year, usually coinciding with parts of February and March. It is known in leap years as **Second Adar**.
■ an intercalary month preceding this in leap years, also called **First Adar**.
–ORIGIN from Hebrew *'ădār*.

**ad•ax•i•al** |æd'æksēəl| ▸adj. Botany facing toward the stem of a plant (esp. denoting the upper surface of a leaf). The opposite of ABAXIAL.

**ADC** ▸abbr. ■ aide-de-camp. ■ analog-to-digital converter. ■ Aid to Dependent Children. ■ Air Defense Command.

**ADD** ▸abbr. ■ analog digital digital, indicating that a music recording was made in analog format before being mastered and stored digitally. ■ attention deficit disorder.

**add** |æd| ▸v. [trans.] **1** join (something) to something else so as to increase the size, number, or amount: *a new wing was* ***added to*** *the building* | *some box offices now* ***add on*** *a handling charge* | [as adj.] **(added)** *one vitamin tablet daily will give added protection* | [intrans.] *this development* ***added to*** *the problems facing the staff.*
■ [intrans.] **(add up)** increase in amount, number, or degree: *watch those air miles add up!* ■ put or mix (an ingredient) together with another as one of the stages in the preparation of a dish: ***add*** *the flour* ***to*** *the eggs, stirring continuously.* ■ put (something) in or on something else so as to improve or alter its quality or nature: *chlorine is* ***added to*** *the water to kill bacteria* | [as adj.] **(added)** *the fruit juice contains no added sugar.* ■ contribute (an enhancing quality) to something: *the canopy will* ***add*** *a touch of class* ***to*** *your bedroom.*
**2** put together (two or more numbers or amounts) to calculate their total value: *they* ***added*** *all the figures* ***up*** | ***add*** *the two numbers* ***together*** | [intrans.] *children learned to add and subtract quickly and accurately.*
■ [intrans.] **(add up to)** amount to: *this adds up to a total of 400 calories* | figurative *these isolated incidents don't add up to a true picture of the situation.* ■ [intrans.] [usu. with negative] **(add up)** informal seem reasonable or consistent; make sense: *many things in her story didn't add up.*
**3** [reporting verb] say as a further remark: [with direct speech] *"I hope we haven't been too much trouble," she added politely* | [trans.] *we would like to add our congratulations* | [with clause] *he* ***added that*** *few of America's allies would support military action.*
–ORIGIN late Middle English: from Latin *addere*, from *ad-* 'to' + the base of *dare* 'put.'

**Ad•dams**[1] |'ædəmz|, Charles (Samuel) (1912–88), US cartoonist, noted for his macabre characters, which were brought to life in the television series "The Addams Family" (1964–66) and later in the movies in the 1970s and 1990s. His cartoons appeared in the New Yorker magazine from 1935.

**Ad•dams**[2], Jane (1860–1935), US social reformer, feminist, and pacifist. In 1889 she founded Hull House, a center for the care and education of Chicago's poor and a national model for combating urban poverty and treating youthful offenders. She was a leader of the suffrage movement and an active pacifist. Nobel Peace Prize (1931).



Jane Addams

**ad•dax** |'æd,æks| ▸n. a large antelope with a mainly grayish and white coat, native to the deserts of North Africa.
•*Addax nasomaculatus*, family Bovidae.
–ORIGIN late 17th cent.: from Latin, from an African word recorded by Pliny.

**ad•den•dum** |ə'dendəm| ▸n. (pl. **addenda** |-də|) **1** an item of additional material, typically omissions, added at the end of a book or other publication.
**2** Engineering the radial distance from the pitch circle of a cogwheel, worm wheel, etc., to the crests of the teeth or ridges. Compare with DEDENDUM.
–ORIGIN late 17th cent.: Latin, 'that which is to be added,' gerundive of *addere* (see ADD).

**ad•der** |'ædər| ▸n. a small venomous Eurasian snake that has a dark zigzag pattern on its back and bears live young. Also called VIPER.
•*Vipera berus*, family Viperidae.
■ used in names of similar or related snakes, e.g., **death adder, puff adder**.
–ORIGIN Old English *nædre* 'serpent, adder,' of Germanic origin; related to Dutch *adder* and German *Natter*. The initial *n* was lost in Middle English by wrong division of *a naddre*; compare with APRON, AUGER, and UMPIRE.

**ad•der's tongue** (also **adder's-tongue**) ▸n. **1** a widely distributed atypical fern that has a single pointed oval leaf and a straight unbranched spore-bearing stem.
•Genus *Ophioglossum*, family Ophioglossaceae, in particular *O. vulgatum*.
**2** another term for DOGTOOTH VIOLET, esp. a trout lily.

**ad•dict** |'ædikt| ▸n. a person who is addicted to a particular substance, typically an illegal drug: *a former heroin addict.*
■ [with adj.] informal an enthusiastic devotee of a specified thing or activity: *a must book for the crossword-puzzle addict* | *a self-confessed chocolate addict.*
–ORIGIN early 20th cent.: from the obsolete verb *addict*, which was a back-formation from ADDICTED.

**ad•dict•ed** |ə'diktid| ▸adj. physically and mentally dependent on a particular substance, and unable to stop taking it without incurring adverse effects: *she became* ***addicted to*** *alcohol and diet pills.*
■ enthusiastically devoted to a particular thing or activity: *he's* ***addicted to*** *computers.*
–ORIGIN mid 16th cent.: from the obsolete adjective *addict* 'bound or devoted (to someone),' from Latin *addict-* 'assigned,' from the verb *addicere*, from *ad-* 'to' + *dicere* 'say.'

**ad•dic•tion** |ə'dikSHən| ▸n. the fact or condition of being addicted to a particular substance, thing, or activity: *he committed the theft to finance his drug addiction* | *an addiction to gambling.*
–ORIGIN late 16th cent. (denoting a person's inclination or proclivity): from Latin *addictio(n-)*, from *addicere* 'assign' (see ADDICT).

**ad•dic•tive** |ə'diktiv| ▸adj. (of a substance, thing, or activity) causing or likely to cause someone to become addicted to it: *a highly addictive drug* | *gambling can become addictive.*
■ of, relating to, or susceptible to the fact of being or becoming addicted to something: *addictive behavior* | *I have a very addictive personality.*

**add-in** ▸n. a printed circuit board capable of being fitted internally to a computer or accommodated in an externally accessible slot.

**Ad•dis A•ba•ba** |,ædəs 'æbəbə; ,ädəs 'äbəbə| (also **Adis Abeba**) the capital of Ethiopia, in the central part of the country, at an altitude of about 8,000 feet (2,440 m); pop. 2,113,000.

**Ad•di•son**[1] |'ædəsən| a village in northeastern Illinois, northwest of Chicago; pop. 32,058.

**Ad•di•son**[2], Joseph (1672–1719), English essayist, poet, dramatist, and Whig politician. He is noted for his simple unornamented prose style. In 1711 he founded the *Spectator* with Sir Richard Steele.

**Ad•di•so•ni•an** |,ædi'sōnēən| ▸adj. **1** of, relating to, or characteristic of the works or style of Joseph Addison.
**2** Medicine of, relating to, or characterized by Addison's disease.

**Ad•di•son's dis•ease** ▸n. a disease characterized by progressive anemia, low blood pressure, great weakness, and bronze discoloration of the skin. It is caused by inadequate secretion of hormones by the adrenal cortex.
–ORIGIN mid 19th cent.: named after Thomas *Addison* (1793–1860), the English physician who described the disease.

**ad•di•tion** |ə'diSHən| (abbr.: **addn.**) ▸n. **1** the action or process of adding something to something else: *the hotel has been extended* ***with the addition of*** *more rooms.*
■ a person or thing added or joined, typically in order to improve something: *you will find the coat a useful* ***addition*** *to your wardrobe.*
**2** (abbr.: **addn.**) the process or skill of calculating the total of two or more numbers or amounts: *she began with simple arithmetic, addition and then subtraction.*
■ Mathematics the process of combining matrices, vectors, or other quantities under specific rules to obtain their sum.
–PHRASES **in addition** as an extra person, thing, or circumstance: *members of the board were paid a small allowance* ***in addition to*** *their normal salary.*
–ORIGIN late Middle English: from Latin *additio(n-)*, from the verb *addere* (see ADD).

**ad•di•tion•al** |ə'diSHənl| ▸adj. added, extra, or supplementary to what is already present or available: *we require additional information.*

**ad•di•tion•al•ly** |ə'diSHənl-ē| ▸adv. as an extra factor or circumstance: *brokers finance themselves additionally by short-term borrowing.*
■ [as sentence adverb] used to introduce a new fact or argument: *Additionally, the regulations require escape hatches.*

**ad•di•tion re•ac•tion** ▸n. Chemistry a reaction in which one molecule combines with another to form a larger molecule with no other products.

**ad•di•tive** |'æditiv| ▸n. a substance added to something in small quantities, typically to improve or preserve it: *many foods contain chemical additives.*
▸adj. characterized by, relating to, or produced by addition: *an additive process* | *the combination of these factors has an additive effect.*
■ technical of or relating to the reproduction of colors by the superimposition of primary colors: *the video monitor uses the* ***additive colors*** *red, green, and blue.*
–ORIGIN late 17th cent. (as an adjective): from late Latin *additivus*, from Latin *addit-* 'added,' from the verb *addere* (see ADD). The noun dates from the 1940s.

**ad•dle** |'ædl| ▸v. [trans.] chiefly humorous make unable to think clearly; confuse: *being in love must have addled your brain.*
▸adj. archaic (of an egg) rotten.
–ORIGIN Middle English: from Old English *adela* 'liquid filth,' of Germanic origin; related to Dutch *aal* and German *Adel* 'mire, puddle.'

**ad•dle•brained** |'ædl,brānd| ▸adj. lacking in common sense; having a muddled mind: *made the addlebrained decision to install an uncertain rookie at point guard.*

**addn.** ▸abbr. addition.

**add-on** ▸n. something that has been or can be added to an existing object or arrangement: *we offer skiing lessons as add-ons to our chalet vacations* | [as adj.] *cars with add-on extras.*
■ an accessory device designed to increase the capability of a computer or hi-fi system. ■ a unit of construction added to an existing construction: *the new kitchen replaces an add-on that was torn down in 1980.*

**ad•dress** |ə'dres; 'ædres| ▸n. **1** the particulars of the place where someone lives or an organization is situated: *they exchanged addresses and agreed to keep in touch.*
■ the place itself: *our officers went to the address.* ■ Computing a binary number that identifies a particular location in a data storage system or computer memory.
**2** a formal speech delivered to an audience: *delivered an address to the National Council of Teachers.*
■ archaic a person's manner of speaking to someone else: *his address was abrupt and unceremonious.* ■ **(addresses)** archaic courteous or amorous approaches to someone: *he persecuted her with his addresses.*
**3** dated skill, dexterity, or readiness: *he rescued me with the most consummate address.*
▸v. [trans.] **1** write the name and address of the intended recipient on (an envelope, letter, or package): *I* ***addressed*** *my letter* ***to*** *him personally* | [as adj.] **(addressed)** *an addressed envelope.*
**2** speak to (a person or an assembly), typically in a formal way: *she addressed an audience of the most important Shawnee chiefs* | *they* ***addressed themselves to*** *my father.*
■ **(address someone as)** name someone in a specified way when talking or writing: *she addressed my father as "Mr. Stevens."* ■ **(address something to)** say or write remarks or a protest to (someone): *address your complaints to the Board of Review.*
**3** think about and begin to deal with (an issue or problem): *a fundamental problem has still to be addressed.*
**4** Golf take up one's stance and prepare to hit (the ball).
–PHRASES **form of address** a name or title used in speaking or writing to a person of a specified rank or function: *"Venerable" was the usual form of address for a priest at that time.*
–DERIVATIVES **ad•dress•er** n.
–ORIGIN Middle English (as a verb in the senses 'set upright' and 'guide, direct,' hence 'write directions for delivery on' and 'direct spoken words to'): from Old French, based on Latin *ad-* 'toward' + *directus* (see DIRECT). The noun is of mid 16th-cent. origin in the sense 'act of approaching or speaking to someone.'

**ad•dress•a•ble** |ə'dresəbəl| ▸adj. Computing relating to or denoting a memory unit in which all locations can be separately accessed by a particular program.

**ad•dress•ee** |,ædre'sē; ə,dre'sē| ▸n. the person to whom something, typically a letter, is addressed.

**av•a•da•vat** |ˈævədəˌvæt| (also **amadavat**) ▸n. a small South Asian waxbill that is often kept as a caged bird. The male has red or green plumage and a red bill.
•Genus *Amandava*, family Estrildidae: the **red avadavat** (*A. amandava*) and the **green avadavat** (*A. formosa*).
–ORIGIN late 17th cent.: named after the city of AHMADABAD in India, where the birds were sold.

**a•vail** |əˈvāl| ▸v. **1** (**avail oneself of**) use or take advantage of (an opportunity or available resource): *my daughter did not avail herself of my advice.*
**2** help or benefit: [trans.] *no amount of struggle availed Charles* | [intrans.] *the dark and narrow hiding place did not avail to save the fugitives.*
–PHRASES **avail someone nothing** archaic (of an action) be of no help at all to someone: *this protest availed her nothing.* **of little** (or **no**) **avail** not very (or not at all) effective or successful: *Latin was of little avail in the practical affairs of life.* **to little** (or **no**) **avail** with little (or no) success or benefit: *he tried to get his work recognized, but to little avail.*
–ORIGIN Middle English: from obsolete *vail* 'be of use or value' (apparently on the pattern of pairs such as *amount, mount*), from Old French *valoir*, from Latin *valere* 'be strong, be of value.'

**a•vail•a•ble** |əˈvāləbəl| ▸adj. able to be used or obtained; at someone's disposal: *refreshments will be available all afternoon* | *a slush fund* ***available to*** *universities.*
■ (of a person) not otherwise occupied; free to do something: *the nurse is only available at certain times* | *the minister was not available for comment.* ■ not currently involved in a sexual or romantic relationship: *there's a dearth of available women here.*
–DERIVATIVES **a•vail•a•bil•i•ty** |əˌvāləˈbilitē| n.
–ORIGIN late Middle English (in the senses 'effectual, serviceable' and 'legally valid'): from AVAIL + -ABLE. Sense 1 dates from the early 19th cent.

**av•a•lanche** |ˈævəˌlænCH| ▸n. a mass of snow, ice, and rocks falling rapidly down a mountainside.
■ a large mass of any material moving rapidly downhill: *an avalanche of mud.* ■ figurative a sudden arrival or occurrence of something in overwhelming quantities: *we have had an avalanche of applications.* ■ Physics a cumulative process in which a fast-moving ion or electron generates further ions and electrons by collision.
▸v. [intrans.] (of a mass of snow, ice, and rocks) descend rapidly down a mountainside.
■ [trans.] (usu. **be avalanched**) engulf or carry off by such a mass of material: *the climbers were avalanched down the south face of the mountain.* ■ [intrans.] Physics undergo a rapid increase in conductivity due to an avalanche process.
–ORIGIN late 18th cent.: from French, alteration of the Alpine dialect word *lavanche* (of unknown origin), influenced by *avaler* 'descend'; compare with Italian *valanga*.

**Av•a•lon** |ˈævəˌlän| (in Arthurian legend) the place to which Arthur was conveyed after death.

**a•vant-garde** |ˈävänt ˈgärd| ▸n. (usu. **the avant-garde**) new and unusual or experimental ideas, esp. in the arts, or the people introducing them: *works by artists of the Russian avant-garde.*
▸adj. favoring or introducing such new ideas: *a controversial avant-garde composer.*
–DERIVATIVES **a•vant-gard•ism** |-ˌdizəm| n.; **a•vant-gard•ist** |-dist| n.
–ORIGIN late Middle English (denoting the vanguard of an army): from French, literally 'vanguard.' Current senses date from the early 20th cent.

**av•a•rice** |ˈævəris| ▸n. extreme greed for wealth or material gain.
–ORIGIN Middle English: from Old French, from Latin *avaritia*, from *avarus* 'greedy.'

**av•a•ri•cious** |ˌævəˈrisHəs| ▸adj. having or showing an extreme greed for wealth or material gain: *a corrupt and avaricious government.*
–DERIVATIVES **av•a•ri•cious•ly** adv.; **av•a•ri•cious•ness** n.
–ORIGIN late Middle English: from Old French *avaricieux*, based on Latin *avarus* 'greedy' (see AVARICE).

**a•vas•cu•lar** |əˈvæskyələr; āˈvæs-| ▸adj. Medicine characterized by or associated with a lack of blood vessels.

**a•vast** |əˈvæst| ▸exclam. Nautical stop; cease: *you, young man, avast there!*
–ORIGIN early 17th cent.: from Dutch *hou'vast, houd vast* 'hold fast!'

**av•a•tar** |ˈævəˌtär| ▸n. chiefly Hinduism a manifestation of a deity or released soul in bodily form on earth; an incarnate divine teacher.
■ an incarnation, embodiment, or manifestation of a person or idea: *he set himself up as a new avatar of Arab radicalism.* ■ Computing a movable icon representing a person in cyberspace or virtual reality graphics.
–ORIGIN from Sanskrit *avatāra* 'descent,' from *ava* 'down' + *tar-* 'to cross.'

**a•vaunt** |əˈvônt| ▸exclam. archaic go away: *avaunt, you worm-faced fellows of the night!*
–ORIGIN late Middle English: from an Anglo-Norman French variant of Old French *avant*, from Latin *ab* 'from' + *ante* 'before.'

**Ave.** ▸abbr. Avenue.

**a•ve** |ˈävā| ▸exclam. poetic/literary used to express good wishes on meeting or parting.
▸n. **1** (**Ave**) short for AVE MARIA.
**2** poetic/literary a shout of welcome or farewell.
–ORIGIN Middle English: from Latin, 'fare well!', singular imperative of *avere*.

**Ave•bur•y** |ˈāvb(ə)rē; ˈāvˌberē| a village in Wiltshire, site of one of Britain's major henge monuments of the late Neolithic period.

**A•ve Ma•ri•a** |ˈävā məˈrēə| ▸n. a prayer to the Virgin Mary used in Catholic worship. The first line is adapted from Luke 1:28. Also called HAIL MARY.
–ORIGIN Middle English: the opening words in Latin, literally 'Hail, Mary!'

**a•venge** |əˈvenj| ▸v. [trans.] inflict harm in return for (an injury or wrong done to oneself or another): *his determination to avenge the murder of his brother* | *they are eager to avenge last year's Super Bowl defeat.*
■ inflict such harm on behalf of (oneself or someone else previously wronged or harmed): *we must avenge our dead* | *she* ***avenged herself*** *after he broke off their engagement* | *the warrior swore he would be* ***avenged on*** *their prince.*
–DERIVATIVES **a•veng•er** n.
–ORIGIN late Middle English: from Old French *avengier*, from *a-* (from Latin *ad* 'to') + *vengier*, from Latin *vindicare* 'vindicate.'

**av•ens** |ˈævənz| ▸n. a plant of the rose family, typically having serrated, divided leaves and seeds bearing small hooks. Several kinds are grown in gardens.
•Genus *Geum*, family Rosaceae: several species, including the widespread **water avens** (*G. rivale*), with drooping pinkish flowers, and the mat-forming **alpine avens** (*G. montanum*).
–ORIGIN Middle English: from Old French *avence* (medieval Latin *avencia*), of unknown origin.

**a•ven•tu•rine** |əˈvenCHəˌrēn; -ˌrīn| ▸n. brownish glass containing sparkling particles of copper or gold: [as adj.] *aventurine glass.*
■ a translucent mineral containing small reflective particles, typically quartz containing mica or iron compounds, or feldspar containing hematite.
–ORIGIN early 18th cent.: from French, from Italian *avventurino*, from *avventura* 'chance' (because of its accidental discovery).

**av•e•nue** |ˈævəˌn(y)o͞o| ▸n. **1** a broad road in a town or city, typically having trees at regular intervals along its sides: *tree-lined avenues surround the hotel* | [in proper names] *Euclid Avenue.*
■ [in proper names] a thoroughfare running at right angles to the streets in a city laid out on a grid pattern: *7th Avenue.* ■ a tree-lined road or path, esp. one that leads to a country house or similar building: *an avenue of limes.*
**2** a way of approaching a problem or making progress toward something: *three possible avenues of research suggested themselves.*
–ORIGIN early 17th cent. (sense 2): from French, feminine past participle of *avenir* 'arrive, approach,' from Latin *advenire*, from *ad-* 'toward' + *venire* 'come.'

**a•ver** |əˈvər| ▸v. (**averred, averring**) [reporting verb] formal state or assert to be the case: [with clause] *he averred that he was innocent of the allegations* | [with direct speech] *"You're the most beautiful girl in the world," he averred.*
■ [trans.] Law allege as a fact in support of a plea.
–ORIGIN late Middle English (in the sense 'declare or confirm to be true'): from Old French *averer*, based on Latin *ad* 'to' (implying 'cause to be') + *verus* 'true.'

**av•er•age** |ˈæv(ə)rij| (abbr.: **avg.**) ▸n. **1** the result obtained by adding several amounts together and then dividing this total by the number of amounts; the mean: *the housing prices there are twice the national average.* Compare with MEAN³ (sense 1).
■ an amount, standard, level, or rate regarded as usual or ordinary: *the month's snowfall is* ***below average*** | *they take about thirty minutes* ***on average.***
**2** the apportionment of financial liability resulting from loss of or damage to a ship or its cargo.
■ reduction in the amount payable under an insurance policy, e.g., in respect of partial loss.
▸adj. constituting the result obtained by adding together several amounts and then dividing this total by the number of amounts: *the average temperature in May was 64°F.*
■ of the usual or ordinary standard, level, or quantity: *a woman of average height.* ■ having qualities that are seen as typical of a particular person or thing: *the average teenager prefers comfort to high fashion.* ■ mediocre; not very good: *a very average director who made very average movies.*
▸v. **1** [trans.] amount to or achieve as an average rate or amount over a period of time: *annual inflation averaged 2.4 percent.*
■ calculate or estimate the average of (figures or measurements): *their earnings,* ***averaged out*** *over the month, were only $62 a week.* ■ [intrans.] (**average out**) result in an even distribution; even out: *it is reasonable to hope that the results will average out.*
■ [intrans.] (**average out at/to**) result in an average figure of: *the cost should average out to about $6 per page.*
–DERIVATIVES **av•er•age•ly** adv.
–ORIGIN late 15th cent.: from French *avarie* 'damage to ship or cargo,' earlier 'customs duty,' from Italian *avaria*, from Arabic *'awār* 'damage to goods'; the suffix *-age* is on the pattern of *damage*. Originally denoting a charge or customs duty payable by the owner of goods to be shipped, the term later denoted the financial liability from goods lost or damaged at sea, and specifically the equitable apportionment of this between the owners of the vessel and the cargo (late 16th cent.); this gave rise to the general sense of the equalizing out of gains and losses by calculating the mean (mid 18th cent.).

**a•ver•ment** |əˈvərmənt| ▸n. formal an affirmation or allegation.
■ Law a formal statement by a party in a case of a fact or circumstance that the party offers to prove or substantiate.
–ORIGIN late Middle English: from Old French *averrement, averement*, from *averer* 'declare true' (see AVER).

**A•ver•ro•ës** |əˈverəwēz; ˌævəˈrō-ēz| (*c.*1126–98), Islamic philosopher, judge, and physician, born in Spain; Arabic name *ibn-Rushd*. His highly influential commentaries on Aristotle sought to reconcile Aristotle with Plato and the Greek philosophical tradition with the Arabic.

**a•verse** |əˈvərs| ▸adj. [predic.] [usu. with negative] (**averse to**) having a strong dislike of or opposition to something: *as a former CIA director, he is not averse to secrecy* | [in combination] *the bank's approach has been risk-averse.*
–ORIGIN late 16th cent.: from Latin *aversus* 'turned away from,' past participle of *avertere* (see AVERT).

**USAGE:** The widespread idiom for expressing dislike, opposition, or hostility (to things, usually not people) is **averse to.** Similarly, one may be said to have an **aversion to** (usually not **aversion from**) certain things or activities (but usually not people): *Katherine was known for her* ***aversion*** *to flying, but she was brave and boarded the plane anyway.* **Averse from** is found more often in British than US English, following the prescription of Samuel Johnson and other traditionalists, who have condemned **averse to** as nonsensical (the Latin origin of **averse** has the meaning 'turn from'). In the US, however, *averse to* is by far the more common occurrence. See also **usage** at ADVERSE.

**a•ver•sion** |əˈvərZHən| ▸n. a strong dislike or disinclination: *he had a deep-seated* ***aversion*** *to most forms of exercise.*
■ someone or something that arouses such feelings.
–DERIVATIVES **a•ver•sive** |-siv; -ziv| adj.
–ORIGIN late 16th cent. (originally denoting the action of turning away or averting one's eyes): from Latin *aversio(n-)*, from *avertere* 'turn away from' (see AVERT).

**a•ver•sion ther•a•py** ▸n. a type of behavior therapy designed to make a patient give up an undesirable habit by causing them to associate it with an unpleasant effect.

**a•vert** |əˈvərt| ▸v. [trans.] **1** turn away (one's eyes or thoughts): *she averted her eyes during the more violent scenes.*
**2** prevent or ward off (an undesirable occurrence): *talks failed to avert a rail strike.*
–ORIGIN late Middle English (in the sense 'divert or deter someone from a place or a course of action'): from Latin *avertere*, from *ab-* 'from' + *vertere* 'to turn'; reinforced by Old French *avertir*.

**A•ves** |ˈäväz| Zoology a class of vertebrates that comprises the birds.
–ORIGIN Latin, plural of *avis* 'bird.'

**A•ves•ta** |əˈvestə| ▸n. the sacred writings of Zoroastrianism, compiled in the 4th century AD.
–ORIGIN Persian.

**A•ves•tan** |əˈvestən| ▸adj. of or relating to the Avesta or to the ancient Indo-Iranian language in which it is written, closely related to Vedic Sanskrit.
▸n. the Avestan language.