# EXHIBIT F-5

# The American Heritage® Dictionary of the English Language

FOURTH EDITION



HOUGHTON MIFFLIN COMPANY
Boston New York

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.–4th ed.
p. cm.
ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
(hardcover with CD ROM)
1. English language–Dictionaries
PE1628 .A623 2000
423–dc21

00-025369

Manufactured in the United States of America

*The Education of Henry Adams* (1918), and two novels, *Democracy* (1880) and *Esther* (1884).

**Adams, John** 1735–1826. The first Vice President (1789–1797) and second President (1797–1801) of the United States. He was a major figure during the American Revolution, the drafting of the Declaration of Independence, and the shaping of the Constitution.

**Adams, John Quincy** 1767–1848. The sixth President of the United States (1825–1829). As secretary of state (1817–1825) he helped formulate the Monroe Doctrine. After his presidency he served in the House of Representatives (1831–1848), where he advocated antislavery measures.

**Adams, Mount** A peak, 3,753.6 m (12,307 ft) high, in the Cascade Range of southwest Washington.

**Adams, Samuel** 1722–1803. American Revolutionary leader whose agitations spurred Bostonians toward rebellion against British occupation and rule. He was a member of the First and Second Continental Congresses, signed the Declaration of Independence, and served as governor of Massachusetts (1794–1797).

**Ad•am's apple** (ăd′əmz) *n.* The slight projection at the front of the throat formed by the largest cartilage of the larynx, usually more prominent in men than in women. [Ultimately translation of French *pomme d'Adam,* pomegranate, Adam's apple (sense influenced by Arabic *rummāna,* pomegranate, Adam's apple) : *pomme,* apple + *de,* of + *Adam,* Adam.]

**Adam's Bridge** also **Ra•ma's Bridge** (rä′məz) A chain of shoals extending about 29 km (18 mi) between India and Sri Lanka. According to Hindu legend, the bridge was built to transport Rama, hero of the *Ramayana,* to the island to rescue his wife from the demon king Ravana.

**Ad•am's-nee•dle** (ăd′əmz-nēd′l) *n.* Any of several closely related, stemless or nearly stemless plants of the genus *Yucca,* especially *Y. filamentosa* and *Y. smalliana* of the southeast United States, having long thin leaves and clusters of fragrant, white or off-white flowers. [From the spines on its leaves.]

**Adam's Peak** A mountain, 2,244.8 m (7,360 ft) high, in south-central Sri Lanka. It is a sacred place of pilgrimage for Buddhists, Hindus, and Muslims.

**A•da•na** (ä′də-nə, ə-dä′nə) A city of southern Turkey on the Seyhan River near the Mediterranean Sea. Probably founded by the Hittites, it was colonized by the Romans in 66 B.C. Population: 1,047,300.

**a•dapt** (ə-dăpt′) *v.* **a•dapt•ed, a•dapt•ing, a•dapts** —*tr.* To make suitable to or fit for a specific use or situation. —*intr.* To become adapted: *a species that has adapted well to winter climes.* [Middle English *adapten,* from Latin *adaptāre* : *ad-,* ad- + *aptāre,* to fit (from *aptus,* fitting; see APT).] —**a•dapt′ed•ness** *n.*

***Synonyms*** *adapt, accommodate, adjust, conform, fit, reconcile* These verbs mean to make suitable to or consistent with a particular situation or use: *adapted themselves to city life; can't accommodate myself to the new requirements; adjusting their behavior to the rules; conforming her life to accord with her moral principles; fitting the punishment to the crime; couldn't reconcile his reassuring words with his hostile actions.*
***Antonym*** *unfit*

**a•dapt•a•ble** (ə-dăp′tə-bəl) *adj.* Capable of adapting or of being adapted. —**a•dapt′a•bil′i•ty, a•dapt′a•ble•ness** *n.*

**ad•ap•ta•tion** (ăd′ăp-tā′shən) *n.* **1a.** The act or process of adapting. **b.** The state of being adapted. **2a.** Something, such as a device or mechanism, that is changed or changes so as to become suitable to a new or special application or situation. **b.** A composition that has been recast into a new form: *The play is an adaptation of a short novel.* **3.** *Biology* An alteration or adjustment in structure or habits, often hereditary, by which a species or individual improves its condition in relationship to its environment. **4.** *Physiology* The responsive adjustment of a sense organ, such as the eye, to varying conditions, such as light intensity. **5.** Change in behavior of a person or group in response to new or modified surroundings. —**ad′ap•ta′tion•al** *adj.* —**ad′ap•ta′tion•al•ly** *adv.*

**a•dapt•er** also **a•dap•tor** (ə-dăp′tər) *n.* **1.** One that adapts, such as a device used to effect operative compatibility between different parts of one or more pieces of apparatus. **2.** *Computer Science* A hardware device, such as a printed circuit board, that enables a personal computer to use additional peripheral devices or hardware.

**a•dap•tion** (ə-dăp′shən) *n.* Adaptation.

**a•dap•tive** (ə-dăp′tĭv) *adj.* **1.** Relating to or exhibiting adaptation. **2.** Readily capable of adapting or of being adapted: *an adaptive worker; adaptive clothing for children with special needs.* —**a•dap′tive•ly** *adv.* —**a•dap′tive•ness, ad′ap•tiv′i•ty** (ăd′ăp-tĭv′ĭ-tē) *n.*

**adaptive radiation** *n.* Diversification of a species or single ancestral type into several forms that are each adaptively specialized to a specific environmental niche.

**a•dap•tor** (ə-dăp′tər) *n.* Variant of **adapter.**

**A•dar** (ä-där′, ä′där) *n.* The sixth month of the year in the Jewish calendar. See table at **calendar.** [Hebrew *'ădār,* from Akkadian *adaru, addaru,* month corresponding to parts of February and March.]

**Adar She•ni** (shā-nē′) *n.* An extra month of the Hebrew year, having 29 days, added in leap years after the regular month of Adar. Also called *Veadar.* See table at **calendar.** [Hebrew *'ădār šēnî,* second Adar : *'ădār,* Adar; see ADAR + *šēnî,* second; see **tn** in Appendix II.]

**ad•ax•i•al** (ăd-ăk′sē-əl) *adj.* **1.** Located on the side nearest to the axis of an organ or organism. **2.** Of or relating to the side or surface facing or nearest to the axis of an organ, such as the upper surface of a leaf; ventral.

**ADC** *abbr.* **1.** aide-de-camp **2.** Aid to Dependent Children **3.** Air Defense Command

**add** (ăd) *v.* **add•ed, add•ing, adds** —*tr.* **1.** To combine (a column of figures, for example) to form a sum. **2.** To join or unite so as to increase in size, quantity, quality, or scope: *added 12 inches to the deck; flowers that added beauty to the dinner table.* **3.** To say or write further. —*intr.* **1.** To find a sum in arithmetic. **2a.** To constitute an addition: *an exploit that will add to her reputation.* **b.** To create or make an addition: *gradually added to my meager savings.* —***phrasal verb:*** **add up 1.** To be reasonable, plausible, or consistent; make sense: *The witness's testimony simply did not add up.* **2.** To amount to an expected total: *a bill that didn't add up.* **3.** To formulate an opinion of: *added up the other competitors in one glance.* —***idiom:*** **add up to** To constitute; amount to: *The revisions added up to a lot of work.* [Middle English *adden,* from Latin *addere* : *ad-,* ad- + *dare,* to give; see **dō-** in Appendix I.] —**add′a•ble, add′i•ble** *adj.*

**ADD** *abbr.* attention deficit disorder

**Ad•dams** (ăd′əmz), **Charles Samuel** 1912–1988. American cartoonist known for the macabre humor and Gothic settings of his cartoons, many of which first appeared in the *New Yorker.*

**Addams, Jane** 1860–1935. American social reformer and pacifist who founded Hull House (1889), a care and education center for the poor of Chicago, and worked for peace and many social reforms. She shared the 1931 Nobel Peace Prize.

**ad•dax** (ăd′ăks′) *n.* An antelope *(Addax nasomaculatus)* of northern Africa having long, spirally twisted horns. [Latin, of African origin.]

**ad•dend** (ăd′ĕnd′, ə-dĕnd′) *n.* Any of a set of numbers to be added. [Short for ADDENDUM.]

**ad•den•dum** (ə-dĕn′dəm) *n., pl.* **-da** (-də) Something added or to be added, especially a supplement to a book. [Latin, neuter gerundive of *addere,* to add. See ADD.]

**add•er**[1] (ăd′ər) *n.* One that adds, especially a computational device that performs arithmetic addition.

**ad•der**[2] (ăd′ər) *n.* **1.** See **viper** (sense 1). **2.** Any of several nonvenomous snakes, such as the milk snake of North America, popularly believed to be harmful. [Middle English, from *an addre,* alteration of *a naddre,* a snake, from Old English *nǣdre,* snake.]

***Word History*** The biblical injunction to be wise as serpents and innocent as doves looks somewhat alien in the Middle English guise *"Loke ye be prudent as neddris and symple as dowves." Neddris,* which is perhaps the strangest-looking word in this Middle English passage, would be *adders* in Modern English, with a different meaning and form. *Adder,* an example of specialization in meaning, no longer refers to just any serpent or snake, as it once did, but now denotes only specific kinds of snakes. *Adder* also illustrates a process known as false splitting, or juncture loss: the word came from Old English *nǣdre* and kept its *n* into the Middle English period, but later during that stage of the language people started analyzing the phrase *a naddre* as *an addre*—the false splitting that has given us *adder.*

**Ad•der•ley** (ăd′ər-lē), **Julian** Known as "Cannonball." 1928–1975. American jazz saxophonist who was noted for skillful improvisation and who promoted the musical styles known as soul jazz and bop.

**ad•der's-mouth** (ăd′ərz-mouth′) *n.* Any of various chiefly terrestrial orchids of the genus *Malaxis,* having terminal clusters of small, often greenish flowers. [From the resemblance of its flowers to the open mouths of snakes.]

**ad•der's-tongue** (ăd′ərz-tŭng′) *n.* **1.** See **adder's-tongue fern. 2.** See **dogtooth violet.**

**adder's-tongue fern** *n.* Any of various ferns in the genus *Ophioglossum,* having leaves divided into a simple, sterile blade and a slender, spikelike spore-bearing segment. Also called *adder's-tongue.* [From the resemblance of the spike at the base of the frond to a snake's tongue.]

**ad•dict** (ə-dĭkt′) *tr.v.* **-dict•ed, -dict•ing, -dicts 1.** To cause to become physiologically or psychologically dependent on a habit-forming substance: *The thief was addicted to cocaine.* **2.** To occupy (oneself) with or involve (oneself) in something habitually or compulsively: *The child was addicted to video games.* ❖ *n.* (ăd′ĭkt) **1.** One who is addicted, as to narcotics or a compulsive activity. **2.** A devoted adherent; a fan: *"We are all . . . addicts of change"* (Christopher Lasch). [Latin *addīcere, addict-,* to sentence : *ad-,* ad- + *dīcere,* to adjudge; see **deik-** in Appendix I.]

**ad•dic•tion** (ə-dĭk′shən) *n.* **1a.** Compulsive physiological and psychological need for a habit-forming substance: *a drug used in the treatment of heroin addiction.* **b.** An instance of this: *a person with multiple chemical addictions.* **2a.** The condition of being habitually or compulsively occupied with or or involved in something. **b.** An instance of this: *had an addiction for fast cars.*

**ad•dic•tive** (ə-dĭk′tĭv) *adj.* **1.** Causing or tending to cause addiction: *an addictive substance.* **2.** Characterized by or susceptible to addiction: *an addictive personality.*

**add-in** (ăd′ĭn′) *n.* **1.** Something designed or intended for use in conjunction with another. **2.** An accessory software program that extends the capabilities of an existing application. Also called *add-on, plug-in.* —**add′-in′** *adj.*

**Ad•dis Ab•a•ba** (ăd′ĭs ăb′ə-bə, ä′dĭs ä′bə-bä′) The capital and largest city of Ethiopia, in the center of the country on a plateau more than 2,440 m (8,000 ft) above sea level. Captured by the Italians in 1936 and made the capital of Italian East Africa, it was retaken by the Allies in 1941 and returned to Ethiopian sovereignty. Population: 2,316,400.

**Ad•di•son** (ăd′ĭ-sən) A village of northeast Illinois, a residential and industrial suburb of Chicago. Population: 32,058.

**Addison, Joseph** 1672–1719. English essayist whose witty and elegant works appeared in *The Tatler,* founded by Richard Steele in 1709,



**Adam's-needle**
*Yucca filamentosa*



**Jane Addams**



**addax**
*Addax nasomaculatus*

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͝o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

**Stress marks:** ′ (primary); ′ (secondary), as in **dictionary** (dĭk′shə-nĕr′ē)

vanced understanding of the human body based on science rather than speculation.

**a•ver** (ə-vûr′) *tr.v.* **a•verred, a•ver•ring, a•vers 1.** To affirm positively; declare. **2.** *Law* **a.** To assert formally as a fact. **b.** To justify or prove. [Middle English *averren*, from Old French *averer*, from Vulgar Latin **advērāre* : Latin *ad-*, ad- + Latin *vērus*, true; see **wērə-o-** in Appendix I.] —**a•ver′ment** *n.* —**a•ver′ra•ble** *adj.*

**av•er•age** (ăv′ər-ĭj, ăv′rĭj) *n.* **1.** *Mathematics* **a.** A number that typifies a set of numbers of which it is a function. **b.** See **arithmetic mean. 2a.** An intermediate level or degree: *near the average in size.* **b.** The usual or ordinary kind or quality: *Although the wines vary, the average is quite good.* **3.** *Sports* The ratio of a team's or player's successful performances such as wins, hits, or goals, divided by total opportunities for successful performance, such as games, times at bat, or shots: *finished the season with a .500 average; a batting average of .274.* **4.** *Law* **a.** The loss of a ship or cargo, caused by damage at sea. **b.** The incurrence of damage or loss of a ship or cargo at sea. **c.** The equitable distribution of such a loss among concerned parties. **d.** A charge incurred through such a loss. **5.** *Nautical* Small expenses or charges that are usually paid by the master of a ship. ❖ *adj.* **1.** *Mathematics* Of, relating to, or constituting an average. **2.** Being intermediate between extremes, as on a scale: *a player of average ability.* **3.** Usual or ordinary in kind or character: *a poll of average people; average eyesight.* **4.** Assessed in accordance with the law of averages. ❖ *v.* **-aged, -ag•ing, -ag•es** —*tr.* **1.** *Mathematics* To calculate the average of: *average a set of numbers.* **2.** To do or have an average of: *averaged three hours of work a day.* **3.** To distribute proportionately: *average one's income over four years so as to minimize the tax rate.* —*intr.* To be or amount to an average: *Some sparrows are six inches long, but they average smaller. Our expenses averaged out to 45 dollars per day.* —***phrasal verbs:*** **average down** To purchase shares of the same security at successively lower prices in order to reduce the average price of one's position. **average up** To purchase shares of the same security at successively higher prices in order to achieve a larger position at an average price that is lower than the current market value. [From Middle English *averay*, charge above the cost of freight, from Old French *avarie*, from Old Italian *avaria*, duty, from Arabic *'awārīya*, damaged goods, from *'awār*, blemish, from *'awira*, to be damaged. See **'wr** in Appendix II.] —**av′er•age•ly** *adv.* —**av′er•age•ness** *n.*



**Averroës**
colored lithograph by Vigneron (1789–1862)

***Synonyms*** *average, medium, mediocre, fair, middling, indifferent, tolerable* These adjectives indicate a middle position on a scale of evaluation. *Average* and *medium* apply to what is midway between extremes and imply both sufficiency and lack of distinction: *a novel of average merit; an orange of medium size. Mediocre* stresses the undistinguished aspect of what is average: *"The caliber of the students . . . has gone from mediocre to above average"* (Judy Pasternak). What is *fair* is passable but substantially below excellent: *in fair health. Middling* refers to a ranking between average and mediocre: *gave a middling performance. Indifferent* suggests neutrality: *"His home, alas, was but an indifferent attic"* (Edward Everett Hale). Something *tolerable* is merely acceptable: *prepared a tolerable meal.*



**aviator glasses**

**average joe** *n.* An ordinary person, especially a man: *"In these films the art community is a netherworld aggressively hostile to those average joes . . . who are not of it"* (Carrie Rickey).

**A•ver•no** (ä-vĕr′nō) Ancient name **A•ver•nus** (ə-vûr′nəs). A small crater lake of southern Italy near the Tyrrhenian Sea west of Naples. Because of its gloomy aspect and intense sulfuric vapors, now extinguished, the ancient Romans regarded it as the entrance to the underworld.

**A•ver•ro•ës** or **A•ver•rho•ës** (ə-vĕr′ō-ēz′, ăv′ə-rō′ēz) also **Ibn Rushd** (ĭb′ən rŏŏsht′) 1126–1198. Spanish-Arab philosopher, jurist, and physician. He is well known for his commentaries on Aristotle, which exerted a strong influence on medieval Christian theology.

**a•verse** (ə-vûrs′) *adj.* Having a feeling of opposition, distaste, or aversion; strongly disinclined: *investors who are averse to taking risks.* [Latin *āversus*, past participle of *āvertere*, to turn away. See AVERT.] —**a•verse′ly** *adv.* —**a•verse′ness** *n.*



**avocado**
*Persea americana*

**a•ver•sion** (ə-vûr′zhən, -shən) *n.* **1.** A fixed, intense dislike; repugnance: *formed an aversion to crowds.* **2.** The cause or object of such a feeling. **3.** The avoidance of a thing, situation, or behavior because it has been associated with an unpleasant or painful stimulus. **4.** *Obsolete* The act of turning away or averting.

**aversion therapy** *n.* A type of behavior therapy designed to modify undesirable or antisocial habits or addictions by creating a strong association with a disagreeable or painful stimulus.

**a•ver•sive** (ə-vûr′sĭv, -zĭv) *adj.* Causing avoidance of a thing, situation, or behavior by using an unpleasant or punishing stimulus, as in techniques of behavior modification. —**a•ver′sive•ly** *adv.* —**a•ver′sive•ness** *n.*

**a•vert** (ə-vûrt′) *tr.v.* **a•vert•ed, a•vert•ing, a•verts 1.** To turn away: *avert one's eyes.* **2.** To ward off (something about to happen); prevent: *averted an accident by turning sharply.* See synonyms at **prevent.** [Middle English *averten*, from Old French *avertir*, from Latin *āvertere* : *ā-*, *ab-*, away from; see AB–[1] + *vertere*, to turn; see **wer-**[2] in Appendix I.] —**a•vert′i•ble, a•vert′a•ble** *adj.*

**A•ver•y** (ā′və-rē), **Milton Clark** 1893–1965. American painter. Influenced by the works of Henri Matisse, his style of subtle colors and flat patterns influenced abstract expressionism.

**A•ves•ta** (ə-vĕs′tə) *n.* The body of sacred writings of the Zoroastrian religion. [Short for ZEND-AVESTA.]

**A•ves•tan** (ə-vĕs′tən) *n.* The eastern dialect of Old Iranian, in which the Avesta is written. ❖ *adj.* **1.** Of or relating to Avestan. **2.** Or or relating to the Avesta.

**avg.** *abbr.* average

**av•gas** (ăv′găs′) *n.* Gasoline formulated for use in piston-driven airplanes. [*av(iation) gas(oline).*]

**a•vi•an** (ā′vē-ən) *adj.* Of, relating to, or characteristic of birds. [From Latin *avis*, bird. See **awi-** in Appendix I.]

**a•vi•ar•y** (ā′vē-ĕr′ē) *n., pl.* **-ies** A large enclosure for holding birds in confinement. [Latin *aviārium*, from *avis*, bird. See **awi-** in Appendix I.] —**a′vi•a•rist** (-ə-rĭst, -ĕr′ĭst) *n.*

**a•vi•ate** (ā′vē-āt′, ăv′ē-) *intr.v.* **-at•ed, -at•ing, -ates** To operate an aircraft; fly. [Back-formation from AVIATION.]

**a•vi•a•tion** (ā′vē-ā′shən, ăv′ē-) *n.* **1.** The operation of aircraft. **2.** The design, development, and production of aircraft. **3.** Military aircraft. [French, from Latin *avis*, bird. See **awi-** in Appendix I.]

**aviation medicine** *n.* See **aeromedicine.**

**a•vi•a•tor** (ā′vē-ā′tər, ăv′ē-) *n.* One who operates an aircraft; a pilot. [French *aviateur*, from *aviation*, aviation. See AVIATION.]

**aviator glasses** *pl.n.* Eyeglasses having a lightweight metal frame and oval lenses that narrow toward the bridge of the nose.

**a•vi•a•trix** (ā′vē-ā′trĭks, ăv′ē-) *n.* A woman who operates an aircraft; a woman pilot.

**Av•i•cen•na** (ăv′ĭ-sĕn′ə) 980–1037. Persian physician and Neo-Platonist philosopher noted for his *Canon of Medicine*, a standard medical textbook used in Europe until the 17th century.

**a•vi•cul•ture** (ā′vĭ-kŭl′chər, ăv′ĭ-) *n.* The raising, keeping, and care of birds. [Latin *avis*, bird; see **awi-** in Appendix I + CULTURE.] —**a′vi•cul′tur•ist** *n.*

**av•id** (ăv′ĭd) *adj.* **1.** Having an ardent desire or unbounded craving; greedy: *avid for adventure.* **2.** Marked by keen interest and enthusiasm: *an avid sports fan.* [Latin *avidus*, from *avēre*, to desire.] —**av′id•ly** *adv.*

**av•i•din** (ăv′ĭ-dĭn) *n.* A protein found in uncooked egg white that binds to and inactivates biotin. An abundance of avidin in the diet can result in a deficiency of biotin. [AVID + (BIOT)IN, from its affinity for biotin.]

**a•vid•i•ty** (ə-vĭd′ĭ-tē) *n., pl.* **-ties 1.** Ardent desire or craving; eagerness. **2.** Keen interest or enthusiasm: *followed the tournament with avidity.* **3.** *Chemistry* **a.** The dissociation-dependent strength of an acid or base. **b.** Degree of affinity.

**a•vi•fau•na** (ā′və-fô′nə, ăv′ə-) *n.* The birds of a specific region or period. [Latin *avis*, bird; see **awi-** in Appendix I + FAUNA.] —**a′vi•fau′nal** *adj.*

**A•vi•gnon** (ä-vē-nyôN′) A city of southeast France on the Rhone River. It was the seat of the papacy from 1309 to 1378 and the residence of several antipopes from 1378 to 1417. Population: 89,132.

**Á•vi•la** (ä′və-lə, ä′vē-lä) A town of central Spain west-northwest of Madrid. It is a religious and tourist center. Population: 42,165.

**Á•vi•la Ca•ma•cho** (ä′vē-lä′ kə-mä′chō), **Manuel** 1897–1955. Mexican general and politician whose presidency (1940–1946) was a period of stability.

**A•vi•lés** (ä′və-lās′, ä′vē-lĕs′) A town of northwest Spain on an inlet of the Bay of Biscay. It is a port and an industrial center. Population: 89,992.

**a•vi•on•ics** (ā′vē-ŏn′ĭks, ăv′ē-) *n.* **1.** *(used with a sing. verb)* The science and technology of electronics and the development of electronic devices as applied to aeronautics and astronautics: *Avionics has become even more important with the development of the space program.* **2.** *(used with a pl. verb)* The electronic systems, equipment, and other devices so developed: *The avionics on this spacecraft represent a new generation of sophistication.* [AVI(ATION) + (ELECTR)ONICS.] —**a′vi•on′ic** *adj.*

**a•vir•u•lent** (ā-vîr′yə-lənt, ā-vîr′ə-) *adj.* Not virulent. —**a•vir′u•lence** *n.*

**a•vi•ta•min•o•sis** (ā-vī′tə-mĭ-nō′sĭs) *n., pl.* **-ses** (-sēz) A disease, such as scurvy, beriberi, or pellagra, caused by deficiency of one or more essential vitamins. —**a•vi′ta•min•ot′ic** (-nŏt′ĭk) *adj.*

**AV node** (ā′vē′) *n.* See **atrioventricular node.** [A(TRIO)V(ENTRICULAR) NODE.]

**a•vo** (ä′vōō) *n., pl.* **a•vos** See table at **currency.** [Portuguese, shortened from *oitavo*, eighth, from Latin *octāvus*. See OCTAVE.]

**av•o•ca•do** (ăv′ə-kä′dō, ä′və-) *n., pl.* **-dos 1a.** A tropical American tree *(Persea americana)* having oval or pear-shaped fruit with leathery skin, yellowish-green flesh, and a large seed. **b.** The edible fruit of this tree. Also called *alligator pear, avocado pear.* **2.** A dull green. [American Spanish, alteration (influenced by obsolete Spanish *avocado*, lawyer) of Nahuatl *ahuacatl.*]

***Word History*** The history of *avocado* takes us back to the Aztecs and their language, Nahuatl, which contained the word *ahuacatl*, meaning both "fruit of the avocado tree" and "testicle." The word *ahuacatl* was compounded with others, as in *ahuacamolli*, meaning "avocado soup or sauce," from which the Spanish-Mexican word *guacamole* derives. In trying to pronounce *ahuacatl*, the Spanish who found the fruit and its Nahuatl name in Mexico came up with *aguacate*, but other Spanish speakers substituted the form *avocado* for the Nahuatl word because *ahuacatl* sounded like the early Spanish word *avocado* (now *abogado*), meaning "lawyer." In borrowing the Spanish *avocado*, first recorded in English in 1697 in the compound *avogato pear* (with a spelling that probably reflects Spanish pronunciation), we have lost some traces of the more interesting Nahuatl word.

**av•o•ca•tion** (ăv′ō-kā′shən) *n.* **1.** An activity taken up in addition to one's regular work or profession, usually for enjoyment; a hobby. **2.** One's regular work or profession. **3.** *Archaic* A distraction or diversion. [Latin *āvocātiō*, *āvocātiōn-*, diversion, from *āvocātus*, past participle of

**beef** (bēf) *n., pl.* **beeves** (bēvz) or **beef 1a.** A full-grown steer, bull, ox, or cow, especially one intended for use as meat. **b.** The flesh of a slaughtered full-grown steer, bull, ox, or cow. **2.** *Informal* Human muscle; brawn. **3.** *pl.* **beefs** *Slang* A complaint. ❖ *intr.v.* **beefed, beef•ing, beefs** *Slang* To complain. ***—phrasal verb:*** **beef up** *Informal* To make or become greater or stronger: *beef up the defense budget.* [Middle English, from Old French *buef,* from Latin *bōs, bov-.* See **gʷou-** in Appendix I.]

***Word History*** That beef comes from cows is known to most, but the close relationship between the words *beef* and *cow* is hardly household knowledge. *Cow* comes via Middle English from Old English *cū,* which is descended from the Indo-European root **gʷou-*, also meaning "cow." This root has descendants in most of the branches of the Indo-European language family. Among those descendants is the Latin word *bōs,* "cow," whose stem form, *bov-,* eventually became the Old French word *buef,* also meaning "cow." The French nobles who ruled England after the Norman Conquest of course used French words to refer to the meats they were served, so the animal called *cū* by the Anglo-Saxon peasants was called *buef* by the French nobles when it was brought to them cooked at dinner. Thus arose the distinction between the words for animals and their meat that is also found in the English word-pairs *swine/pork, sheep/mutton,* and *deer/venison.* What is interesting about *cow/beef* is that we are in fact dealing with one and the same word, etymologically speaking.

**beef•a•lo** (bē′fə-lō′) *n., pl.* **beefalo** or **-los** or **-loes** A hybrid that results from a cross between the American buffalo, or bison, and beef cattle and is typically 3/8 buffalo and 5/8 bovine. Beefalo yields leaner beef than conventional breeds of cattle. Also called *cattalo.* [Blend of BEEF and BUFFALO.]

**beef bour•gui•gnon** (bo͝or′gēn-yôn′, -yôɴ′) *n.* Braised beef cubes simmered in a seasoned red wine sauce with mushrooms, carrots, and onions. [French *boeuf bourguignon,* from *Bourgogne,* Burgundy, a region of eastern France.]

**beef•cake** (bēf′kāk′) *n. Informal* **1.** Images, especially photographs, of minimally attired men with muscular physiques. **2.** Attractive men with muscular physiques, such as those in these images. [BEEF + (CHEESE)CAKE.]

**beef•eat•er** (bēf′ē′tər) *n.* A yeoman of the British monarch's royal guard. [Earlier, well-fed servant.]

**beefed-up** (bēft′ŭp′) *adj. Informal* Having been made greater or stronger: *"Beefed-up sales efforts* [by competitors] *overwhelmed them"* (Wall Street Journal).

**bee fly** *n.* Any of various flies of the family Bombyliidae that resemble bees, feed on nectar and pollen, and have larvae that are parasitic on bees, wasps, and other insects.

**beef•steak** (bēf′stāk′) *n.* A slice of beef, such as one taken from the loin or the hindquarters, suitable for broiling or frying.

**beefsteak fungus** *n.* An edible fungus *(Fistulina hepatica),* growing on living tree trunks, such as oak and ash, and having a large, irregularly shaped reddish cap.

**beefsteak tomato** *n.* Any of several varieties of tomato having large fruit with thick flesh.

**beef stro•ga•noff** (strō′gə-nôf′, -nŏf′) *n.* Thinly sliced beef fillet sautéed and mixed with onions, mushrooms, sour cream, and herbs, often served on a bed of noodles or rice. [After Count Pavel Alexandrovich *Stroganov* (1774–1817), Russian diplomat.]

**beef Well•ing•ton** (wĕl′ĭng-tən) *n.* A fillet of beef covered with pâté de foie gras, encased in pastry, and baked. [Probably from the name *Wellington.*]

**beef•wood** (bēf′wo͝od′) *n.* **1.** Any of various Australian evergreen trees or shrubs of the genus *Casuarina,* having jointed stems, scalelike whorled leaves, and small fruits grouped in woody conelike structures. **2.** The wood of any of these plants, often used in construction. In both senses also called *Australian pine, casuarina.*

**beef•y** (bē′fē) *adj.* **-i•er, -i•est 1a.** Muscular in build; brawny: *a beefy wrestler.* **b.** Substantial; filling: *"a rather . . . beefy, densely colored wine"* (Robert M. Parker, Jr.). **2.** Filled with beef. **—beef′i•ness** *n.*

♦**bee gum** *n. Chiefly Southern U.S.* **1.** A beehive in a hollow tree or log. **2.** Any beehive. [BEE¹ + *gum,* a hollowed-out log (from GUM¹).]

**bee•hive** (bē′hīv′) *n.* A hive for bees.

**bee•keep•er** (bē′kē′pər) *n.* See **apiarist. —bee′keep•ing** *n.*

**bee•line** (bē′līn′) *n.* A direct, straight course. ❖ *intr.v.* **-lined, -lin•ing, -lines** To move swiftly in a direct, straight course. [From the belief that a bee returns to its hive in a straight course.]

**Be•el•ze•bub** (bē-ĕl′zə-bŭb′) *n.* **1.** The Devil; Satan. **2.** One of the fallen angels in Milton's *Paradise Lost.* Beelzebub was next to Satan in power. **3.** An evil spirit; a demon. [Hebrew *ba'al zəbûb,* lord of (the) fly, alteration of *ba'al zəbûl,* lord prince. See **bʕl** in Appendix II.]

**bee moth** *n.* A moth *(Galleria mellonella)* that lays its eggs in beehives, where the larvae feed on the wax and debris of the honeycombs. Also called *wax moth.*

**been** (bĭn) *v.* Past participle of **be.**

**beep** (bēp) *n.* A sound or a signal, as from a horn or an electronic device. ❖ *v.* **beeped, beep•ing, beeps** *—intr.* To make a beep. *—tr.* **1.** To cause to make a beep. **2.** To call, summon, or warn by means of a beeper. [Imitative.]

**beep•er** (bē′pər) *n.* **1.** One that beeps. **2.** A small portable electronic device that emits a beeping signal when the person carrying it is being paged. Also called *pager.*

**bee plant** *n.* Any of numerous plants that attract bees for nectar or pollen.

**beer** (bîr) *n.* **1a.** A fermented alcoholic beverage brewed from malt and flavored with hops. **b.** A fermented beverage brewed by traditional methods that is then dealcoholized so that the finished product contains no more than 0.5 percent alcohol. **c.** A carbonated beverage produced by a method in which the fermentation process is either circumvented or altered, resulting in a finished product having an alcohol content of no more than 0.01 percent. **2.** A beverage made from extracts of roots and plants: *birch beer.* **3.** A serving of one of these beverages. [Middle English *ber,* from Old English *bēor,* from West Germanic, probably from Latin *bibere,* to drink. See **pō(i)-** in Appendix I.]

**beer belly** *n.* A protruding abdomen, especially as the result of habitual beer drinking.

**Beer•bohm** (bîr′bōm′), Sir **Henry Maximilian** Known as "Max." 1872–1956. British caricaturist, writer, and wit whose *Caricatures of Twenty-five Gentlemen* appeared in 1896. He spent most of his later years in Italy.

**beer garden** *n.* An outdoor tavern or an outdoor area adjoining a tavern where alcohol is served. [Translation of German *Biergarten* : *Bier,* beer + *Garten,* garden.]

**Beer•she•ba** (bîr-shē′bə, bĕr-shĕv′ə) A city of southern Israel southwest of Jerusalem. In biblical times it marked the southern boundary of Palestine. Population: 138,100.

**beer•y** (bîr′ē) *adj.* **-i•er, -i•est 1.** Smelling or tasting of beer: *beery breath.* **2.** Affected or produced by beer: *beery humor.*

**beest•ings** also **beast•ings** (bē′stĭngz) *pl.n. (used with a sing. or pl. verb)* The first milk secreted by a mammal, especially a cow, after parturition; colostrum. [Middle English *bestinggis,* pl. of *besting,* from Old English *bȳsting,* from *bēost,* beestings.]

**bee-stung** (bē′stŭng′) *adj.* Full and sensuous. Used of lips.

**bees•wax** (bēz′wăks′) *n.* **1.** The yellow to grayish-brown wax secreted by the honeybee for constructing honeycombs. **2.** Commercial wax obtained by processing and purifying the crude wax of the honeybee and used in making candles, crayons, and polishes.

**beet** (bēt) *n.* **1.** A biennial Eurasian plant *(Beta vulgaris)* grown as a crop plant for its edible roots and leaves. **2.** The swollen root of this plant eaten as a vegetable, typically having reddish flesh. **3.** The sugar beet. [Middle English *bete,* from Old English *bēte,* from Latin *bēta.*]

**beet armyworm** *n.* An armyworm *(Spodoptera exigua)* that feeds primarily on the foliage of alfalfa, beets, and other crops.

**Bee•tho•ven** (bā′tō′vən), **Ludwig van** 1770–1827. German composer. Among the greatest composers in history, he began to lose his hearing in 1801 and was deaf by 1819. His music, which formed a transition from classical to romantic composition, includes 9 symphonies, 5 piano concertos, a violin concerto, 32 piano sonatas, several other sonatas, 2 Masses, and an opera.

**bee•tle¹** (bēt′l) *n.* **1.** Any of numerous insects of the order Coleoptera, having biting mouthparts and forewings modified to form horny coverings that protect the underlying pair of membranous hind wings when at rest. **2.** An insect resembling a member of the order Coleoptera. ❖ *intr.v.* **-tled, -tling, -tles** To make one's way or move like a beetle: *"Chambermaids . . . beetled from bedroom to bedroom loaded with . . . champagne"* (Vanity Fair). [Middle English *betil,* from Old English *bitela,* from *bītan,* to bite. See **bheid-** in Appendix I.]

**bee•tle²** (bēt′l) *adj.* Jutting; overhanging: *beetle brows.* ❖ *intr.v.* **-tled, -tling, -tles** To jut; overhang: *"The rocks often beetled over the road"* (Washington Irving). [From Middle English *bitel-brouwed,* grim-browed : *bitel,* sharp (probably from Old English **bitol,* biting, from Old English *bīte,* bite; see BIT²) + *brouwed* (from *brow,* brow; see BROW).]

**bee•tle³** (bēt′l) *n.* **1.** A heavy mallet with a large wooden head. **2.** A small wooden household mallet. **3.** A machine with revolving wooden hammers that gives fabrics a lustrous sheen. [Middle English *betel,* from Old English *bȳtl.* See **bhau-** in Appendix I.]

**beet leafhopper** *n.* A small insect *(Eutettix tenellus)* that transmits a destructive viral disease to plants, especially sugar beets, in the United States.

**bee•tle•weed** (bēt′l-wēd′) *n.* See **galax.**

**bee tree** *n.* **1.** Any of various trees, such as the basswood, having nectar-rich flowers that are especially attractive to bees. **2.** A hollow tree in which bees form nests.

**beet•root** (bēt′ro͞ot′, -ro͝ot′) *n. Chiefly British* The edible root of the beet.

**beetroot purple** *n.* A deep to very deep purplish red.

**beeves** (bēvz) *n.* A plural of **beef.**

**bef.** *abbr.* before

**be•fall** (bĭ-fôl′) *v.* **-fell** (-fĕl′), **-fall•en** (-fô′lən), **-fall•ing, -falls** *—intr.* To come to pass; happen. *—tr.* To happen to. See synonyms at **happen.** [Middle English *bifallen,* from Old English *befeallan,* to fall.]

**be•fit** (bĭ-fĭt′) *tr.v.* **-fit•ted, -fit•ting, -fits** To be suitable to or appropriate for: *formal attire that befits the occasion.*

**be•fit•ting** (bĭ-fĭt′ĭng) *adj.* Appropriate; suitable; proper. **—be•fit′ting•ly** *adv.*

**be•fog** (bĭ-fôg′, -fŏg′) *tr.v.* **-fogged, -fog•ging, -fogs 1.** To cover or obscure with or as if with fog. **2.** To cause confusion in; muddle.

**be•fool** (bĭ-fo͞ol′) *tr.v.* **-fooled, -fool•ing, -fools 1.** To make a fool of. **2.** To hoodwink; deceive.

**be•fore** (bĭ-fôr′, -fōr′) *adv.* **1.** Earlier in time: *They called me the day before.* **2.** In front; ahead. ❖ *prep.* **1.** Previous to in time; earlier than. **2.** In front of. **3.** In store for; awaiting: *The young man's whole life lies before him.* **4.** Into or in the presence of: *She asked that the visitor be brought before her.* **5.** Under the consideration or jurisdiction of: *The case is now before the court.* **6.** In a position superior to: *The prince is before*



**beefsteak fungus**
*Fistulina hepatica*



**beet**
*Beta vulgaris*



**Ludwig van Beethoven**
*Beethoven Composing the 'Missa Solemnis',* 1819, by Joseph Stieler (1781–1858)

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͝o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

**Stress marks:** ′ (primary); ′ (secondary), as in **dictionary** (dĭk′shə-nĕr′ē)

*his brother in the line of succession.* ❖ *conj.* **1.** In advance of the time when: *See me before you leave.* **2.** Rather than; sooner than: *I will die before I will betray my country.* [Middle English *bifore,* from Old English *beforan.* See **per¹** in Appendix I.]

**before Christ** *adv. Abbr.* **B.C.** or B.C. In a specified year of the pre-Christian era.

**be•fore•hand** (bĭ-fôr′hănd′, -fōr′-) *adv. & adj.* **1.** In anticipation. **2.** In advance; early.

**be•fore•time** (bĭ-fôr′tīm′, -fōr′-) *adv. Archaic* Formerly.



Menachem Begin

**be•foul** (bĭ-foul′) *tr.v.* **-fouled, -foul•ing, -fouls 1.** To make dirty; soil. See synonyms at **contaminate. 2.** To cast aspersions upon; speak badly of.

**be•friend** (bĭ-frĕnd′) *tr.v.* **-friend•ed, -friend•ing, -friends** To behave as a friend to.

**be•fud•dle** (bĭ-fŭd′l) *tr.v.* **-dled, -dling, -dles 1.** To confuse; perplex. See synonyms at **confuse. 2.** To stupefy with or as if with alcoholic drink.

**beg** (bĕg) *v.* **begged, beg•ging, begs** —*tr.* **1.** To ask for as charity: *begged money while sitting in a doorway.* **2.** To ask earnestly for or of; entreat: *begged me for help.* **3a.** To evade; dodge: *a speech that begged the real issues.* **b.** To take for granted without proof: *beg the point in a dispute.* —*intr.* **1.** To solicit alms. **2.** To make a humble or urgent plea. ***—phrasal verb:*** **beg off** To ask to be released from something, such as an obligation: *We were invited to stay for dinner, but we had to beg off.* [Middle English *beggen,* possibly from Anglo-Norman *begger,* from Old French *begart,* lay brother, one who prays. See BEGGAR.]

***Synonyms*** *beg, crave, beseech, implore, entreat, importune* These verbs mean to make an earnest request. *Beg* and *crave* mean to ask in a serious and sometimes humble manner, especially for something one cannot claim as a right: *I begged her to forgive me. The attorney craved the court's indulgence. Beseech* emphasizes earnestness and often implies anxiety: *Be silent, we beseech you. Implore* intensifies the sense of urgency and anxiety: *The child implored his father not to be angry. Entreat* pertains to persuasive pleading: *"Ask me no questions, I entreat you"* (Charles Dickens). *Importune* adds the sense of persistent and sometimes irksome pleading: *The foundation was importuned by fundraisers.* See also synonyms at **cadge.**



begonia

**be•gan** (bĭ-găn′) *v.* Past tense of **begin.**

**be•get** (bĭ-gĕt′) *tr.v.* **-got** (-gŏt′), **-got•ten** (-gŏt′n) or **-got, -get•ting, -gets 1.** To father; sire. **2.** To cause to exist or occur; produce: *Violence begets more violence.* [Middle English *biyeten, bigeten,* from Old English *begetan.* See **ghend-** in Appendix I.] **—be•get′ter** *n.*

**beg•gar** (bĕg′ər) *n.* **1.** One who solicits alms for a living. **2.** An impoverished person; a pauper. **3.** *Informal* A man or a boy. ❖ *tr.v.* **-gared, -gar•ing, -gars 1.** To make a beggar of; impoverish. **2.** To exceed the limits, resources, or capabilities of: *beauty that beggars description.* [Middle English, from Old French *begart,* ultimately from Middle Dutch *beggaert,* one who rattles off prayers.]

**beg•gar•ly** (bĕg′ər-lē) *adj.* **1.** Of, relating to, or befitting a beggar; very poor: *a beggarly existence in the slums.* **2.** So mean, petty, or paltry as to deserve contempt. **—beg′gar•li•ness** *n.*

**beg•gar's lice** (bĕg′ərz) *n. (used with a sing. or pl. verb)* **1.** Any of several plants, such as the stickseed, having small, often prickly fruits that cling readily to clothing or animal fur. **2.** The fruit of any of these plants.

**beggar ticks** also **beggar's ticks** *pl.n. (used with a sing. or pl. verb)* **1a.** Any of various weeds of the genus *Bidens* in the composite family, having heads of usually yellow flowers. Also called *Spanish needles, sticktight.* **b.** The small barbed achenes of any of these plants, clinging readily to clothing and animal fur. **2.** Any of certain other plants or their clinging fruits.

**beg•gar•weed** (bĕg′ər-wēd′) *n.* Any of several tick trefoils, especially *Desmodium tortuosum* or *D. purpureum,* grown for forage or as a cover crop in subtropical and tropical regions.

**beg•gar•y** (bĕg′ə-rē) *n.* **1.** Extreme poverty; penury. **2.** The state or condition of being a beggar. **3.** Beggars considered as a group.

**be•gin** (bĭ-gĭn′) *v.* **-gan** (-găn′), **-gun** (-gŭn′), **-gin•ning, -gins** —*intr.* **1.** To take the first step in performing an action; start. **2.** To come into being: *when life began.* **3.** To do or accomplish in the least degree: *Those measures do not even begin to address the problem.* —*tr.* **1.** To take the first step in doing; start: *began work.* **2.** To cause to come into being; originate. **3.** To come first in: *The numeral 1 begins the sequence.* [Middle English *biginnen,* from Old English *beginnan.*]

***Synonyms*** *begin, commence, start, initiate, inaugurate* These verbs denote coming into being or taking the first step, as in a procedure. *Begin, commence,* and *start* are equivalent in meaning, though *commence* is more formal, and *start* often stresses the point where inaction turns to action: *The play begins at eight o'clock. The festivities commenced with the national anthem. We will stay on the platform until the train starts. Initiate* applies to causing the first steps in a process: *I initiated a lawsuit against the driver who hit my car. Inaugurate* often connotes a formal beginning: *"The exhibition inaugurated a new era of cultural relations"* (Serge Schmemann).

**Be•gin** (bā′gĭn), **Menachem** 1913–1992. Russian-born Israeli politician. He led (1943–1948) Irgun, the Zionist underground movement in Palestine. After the establishment of Israel, Begin became a political leader known for his hard-line views on the Arabs, but as prime minister (1977–1983) he strove to resolve the Arab-Israel conflict. He shared the 1978 Nobel Peace Prize with Anwar el-Sadat of Egypt.

**be•gin•ner** (bĭ-gĭn′ər) *n.* **1.** One that begins. **2.** One who is just starting to learn or do something; a novice.

**be•gin•ning** (bĭ-gĭn′ĭng) *n.* **1.** The act or process of bringing or being brought into being; a start. **2.** The time when something begins or is begun: *the beginning of the war.* **3.** The place where something begins or is begun: *at the beginning of the road.* **4.** A source; an origin: *What was the beginning of the dispute?* **5.** The first part: *The front matter is at the beginning of the book.* **6.** An early or rudimentary phase. Often used in the plural: *the beginnings of human life on this planet.*

***Synonyms*** *beginning, birth, dawn, genesis, nascence, rise* These nouns denote the initial stage of a developmental process: *the beginning of a new era in technology; the birth of generative grammar; the dawn of civilization; the genesis of quantum mechanics; the nascence of classical sculpture; the rise and decline of an ancient city-state.*
***Antonym*** *end*

**beginning rhyme** *n.* **1.** Rhyme at the beginning of consecutive lines of verse. Also called *initial rhyme.* **2.** See **head rhyme.**

**be•gird** (bĭ-gûrd′) *tr.v.* **-girt** (-gûrt′) or **-gird•ed, -girt, -gird•ing, -girds** To encircle with or as if with a band.

**be•gombed** (bĭ-gômd′) *adj. Ocracoke Island, North Carolina* Smudged or sticky. See Note at **Ocracoke Island.** [Probably from alteration of **begome,* to smudge, smear : BE– + obsolete *gome,* grease; see GAUM.]

**be•gone** (bĭ-gôn′, -gŏn′) *v.* Used chiefly in the imperative to express an order of dismissal. [Middle English *begone* : *be,* imperative of *ben,* to be; see BE + *gone,* past participle of *gon,* to go; see GO¹.]

**be•go•nia** (bĭ-gōn′yə) *n.* Any of various tropical or subtropical plants of the genus *Begonia,* widely cultivated as ornamentals for their usually asymmetrical, brightly colored leaves. [New Latin *Begonia,* genus name, after Michel *Bégon* (1638–1710), French governor in the West Indies.]

**be•gor•ra** (bĭ-gôr′ə, -gŏr′ə) *interj. Irish* Used as a mild oath. [Alteration of *by God.*]

**be•got** (bĭ-gŏt′) *v.* Past tense and a past participle of **beget.**

**be•got•ten** (bĭ-gŏt′n) *v.* A past participle of **beget.**

**be•grime** (bĭ-grīm′) *tr.v.* **-grimed, -grim•ing, -grimes** To smear or soil with or as if with dirt.

**be•grudge** (bĭ-grŭj′) *tr.v.* **-grudged, -grudg•ing, -grudg•es 1.** To envy the possession or enjoyment of: *She begrudged him his youth.* See synonyms at **envy. 2.** To give or expend with reluctance: *begrudged every penny spent.* **—be•grudg′er** *n.* **—be•grudg′ing•ly** *adv.*

**be•guile** (bĭ-gīl′) *tr.v.* **-guiled, -guil•ing, -guiles 1.** To deceive by guile; delude. See synonyms at **deceive. 2.** To take away from by or as if by guile; cheat: *a disease that has beguiled me of strength.* **3.** To distract the attention of; divert: *"to beguile you from the grief of a loss so overwhelming"* (Abraham Lincoln). **4.** To pass (time) pleasantly. **5.** To amuse or charm; delight. See synonyms at **charm.** [Middle English *bigilen* : *bi-,* be- + *gilen,* to deceive; see GUILE.] **—be•guile′ment** *n.* **—be•guil′er** *n.* **—be•guil′ing•ly** *adv.*

**be•guine** (bĭ-gēn′) *n.* **1.** A ballroom dance similar to the rumba, based on a dance of Martinique and St. Lucia. **2.** The music for this dance. [French (West Indies) *béguine,* from French *béguin,* hood, flirtation, from *beguine,* Beguine. See BEGUINE.]

**Beg•uine** (bā′gēn′, bā-gēn′) *n. Roman Catholic Church* A member of any of several lay sisterhoods founded in the Netherlands in the 13th century. [Middle English *begine,* from Old French *beguine,* from Middle Dutch *beg-,* root of *beggaert,* one who rattles off prayers.]

**be•gum** (bā′gəm, bē′-) *n.* **1.** A Muslim woman of rank. **2.** Used as a form of address for such a woman. [Urdu *begam,* from East Turkic *begüm,* first person sing. possessive of *beg,* master, mistress. See BEY.]

**be•gun** (bĭ-gŭn′) *v.* Past participle of **begin.**

**be•half** (bĭ-hăf′, -häf′) *n.* Interest, support, or benefit. ***—idioms:*** **in behalf of** For the benefit of; in the interest of. **on behalf of** As the agent of; on the part of. [Middle English, from Old English *be healfe,* by (his) side : *be,* by, at; see BY¹ + *healf,* side, half; see HALF.]

***Usage Note*** A traditional rule holds that *in behalf of* and *on behalf of* have distinct meanings. *In behalf of* means "for the benefit of," as in *We raised money in behalf of the earthquake victims. On behalf of* means "as the agent of, on the part of," as in *The guardian signed the contract on behalf of the minor child.* The two meanings are quite close, however, and the phrases are often used interchangeably, even by reputable writers.

**Be•han** (bē′ən), **Brendan Francis** 1923–1964. Irish writer whose early association with the Irish Republican Army and experiences in prison influenced his works, including the play *The Quare Fellow* (1954) and the autobiographical *Borstal Boy* (1958).

**be•have** (bĭ-hāv′) *v.* **-haved, -hav•ing, -haves** —*intr.* **1a.** To conduct oneself in a specified way: *The child behaved badly at the party.* **b.** To conduct oneself in a proper way: *I told the child to behave.* **2.** To act, react, function, or perform in a particular way: *This fabric behaves well even in hot weather.* —*tr.* **1.** To conduct (oneself) properly: *Did you behave yourself at the party?* **2.** To conduct (oneself) in a specified way: *The witness behaved herself with great calmness.* [Middle English *behaven* : *be-,* be- + *haven,* to have; see HAVE.]

**be•hav•ior** (bĭ-hāv′yər) *n.* **1.** The manner in which one behaves. **2a.** The actions or reactions of a person or animal in response to external or internal stimuli. **b.** One of these actions or reactions: *"a hormone . . . known to directly control sex-specific reproductive and parenting behaviors in a wide variety of vertebrates"* (Thomas Maugh II). **3.** The manner in

pluck the feathers from. [Middle English *deplumen*, from Old French *deplumer*, from Medieval Latin *dēplūmāre* : Latin *dē-*, de- + Latin *plūma*, feather.] —**de′plu•ma′tion** *n.*

**de•po•lar•ize** (dē-pō′lə-rīz′) *tr.v.* **-ized, -iz•ing, -iz•es 1.** To partially or completely eliminate or counteract the polarization of. **2.** To demagnetize. —**de•po′lar•i•za′tion** (-lər-ĭ-zā′shən) *n.*

**de•po•lit•i•cize** (dē′pə-lĭt′ĭ-sīz′) *tr.v.* **-cized, -ciz•ing, -ciz•es** To remove the political aspect from; remove from political influence or control: *depoliticize the administration of justice.* —**de′po•lit′i•ci•za′tion** (-sĭ-zā′shən) *n.*

**de•pol•lute** (dē′pə-lo͞ot′) *tr.v.* **-lut•ed, -lut•ing, -lutes** To remove the pollution from: *depollute a river.*

**de•pone** (dĭ-pōn′) *v.* **-poned, -pon•ing, -pones** —*tr.* To testify or declare under oath. —*intr.* To give testimony. [Middle English *deponen*, from Medieval Latin *dēpōnere*, from Latin, to put down : *dē-*, de- + *pōnere*, to put; see **apo-** in Appendix I.]

**de•po•nent** (dĭ-pō′nənt) *adj. Grammar* Being a verb of active meaning but passive or middle form, as certain Latin and Greek verbs. ❖ *n.* **1.** *Grammar* A deponent verb. **2.** *Law* One who testifies under oath, especially in writing. [Middle English, from Late Latin *(verbum) dēpōnēns, (verbum) dēpōnent-*, deponent (verb), present participle of Latin *dēpōnere*, to put down. See DEPONE.]

**de•pop•u•late** (dē-pŏp′yə-lāt′) *tr.v.* **-lat•ed, -lat•ing, -lates** To reduce sharply the population of, as by disease, war, or forcible relocation. [Latin *dēpopulārī, dēpopulāt-*, to lay waste : *dē-*, de- + *populārī*, to ravage (from *populus*, people, throng).] —**de•pop′u•la′tion** *n.* —**de•pop′u•la′tor** *n.*

**de•port** (dĭ-pôrt′, -pōrt′) *tr.v.* **-port•ed, -port•ing, -ports 1.** To expel from a country. See synonyms at **banish. 2.** To behave or conduct (oneself) in a given manner; comport. [French *déporter*, to banish, from Latin *dēportāre*, to carry away : *dē-*, de- + *portāre*, to carry; see **per-**[2] in Appendix I. Sense 2, Middle English, from Old French *deporter*, to behave, from Latin *dēportāre*.]

**de•port•a•ble** (dĭ-pôr′tə-bəl, -pōr′-) *adj.* **1.** Subject to deportation: *a deportable alien.* **2.** Punishable by deportation: *a deportable offense.*

**de•por•ta•tion** (dē′pôr-tā′shən, -pōr-) *n.* **1.** The act or an instance of deporting. **2.** Expulsion of an undesirable alien from a country.

**de•port•ee** (dē′pôr-tē′, -pōr-) *n.* A deported person.

**de•port•ment** (dĭ-pôrt′mənt, -pōrt′-) *n.* A manner of personal conduct; behavior. See synonyms at **behavior.**

**de•pos•al** (dĭ-pō′zəl) *n.* The act or an instance of deposing from office.

**de•pose** (dĭ-pōz′) *v.* **-posed, -pos•ing, -pos•es** —*tr.* **1a.** To remove from office or power. **b.** To dethrone. **2.** *Law* **a.** To state or affirm in a deposition or by affidavit. **b.** To take a deposition from: *Investigators will depose the witness behind closed doors.* **3.** To put or lay down; deposit. —*intr. Law* To give a deposition; testify. [Middle English *deposen*, from Old French *deposer*, alteration (influenced by *poser*, to put) of Latin *dēpōnere*, to put down. See DEPONE.] —**de•pos′a•ble** *adj.*

**de•pos•it** (dĭ-pŏz′ĭt) *v.* **-it•ed, -it•ing, -its** —*tr.* **1.** To put or set down; place. **2.** To lay down or leave behind by a natural process: *layers of sediment that were deposited on the ocean floor; glaciers that deposited their debris as they melted.* **3a.** To give over or entrust for safekeeping. **b.** To put (money) in a bank or financial account. **4.** To give as partial payment or security. —*intr.* To become deposited; settle. ❖ *n.* **1.** Something, such as money, that is entrusted for safekeeping, as in a bank. **2.** The condition of being deposited: *funds on deposit with a broker.* **3.** A partial or initial payment of a cost or debt: *left a $100 deposit toward the purchase of a stereo system.* **4.** A sum of money given as security for an item acquired for temporary use. **5.** A depository. **6.** Something deposited, especially by a natural process, as: **a.** *Geology* A concentration of mineral matter or sediment in a layer, vein, or pocket: *iron ore deposits; rich deposits of oil and natural gas.* **b.** *Physiology* An accumulation of organic or inorganic material, such as a lipid or mineral, in a body tissue, structure, or fluid. **c.** A sediment or precipitate that has settled out of a solution. **7.** A coating or crust left on a surface, as by evaporation or electrolysis. [Latin *dēpōnere, dēposit-*. See DEPONE.] —**de•pos′i•tor** *n.*



**depot**
the Strasburg Railroad in Pennsylvania

**de•pos•i•tar•y** (dĭ-pŏz′ĭ-tĕr′ē) *n., pl.* **-ies 1.** One entrusted with something for preservation or safekeeping. **2.** A depository.

**dep•o•si•tion** (dĕp′ə-zĭsh′ən) *n.* **1.** The act of deposing, as from high office. **2.** The act of depositing, especially the laying down of matter by a natural process. **3.** Something deposited; a deposit. **4.** *Law* Testimony under oath, especially a statement by a witness that is written down or recorded for use in court at a later date. **5. Deposition** The removal of Jesus from the cross. —**dep′o•si′tion•al** *adj.*

**de•pos•i•to•ry** (dĭ-pŏz′ĭ-tôr′ē, -tōr′ē) *n., pl.* **-ries 1.** A place where something is deposited, as for storage or safekeeping; a repository. **2.** A trustee; a depositary.

**de•pot** (dē′pō, dĕp′ō) *n.* **1.** A railroad or bus station. **2.** A warehouse or storehouse. **3a.** A storage installation for military equipment and supplies. **b.** A station for assembling military recruits and forwarding them to active units. [French *dépôt*, from Old French *depost*, from Latin *dēpositum*, something deposited, from neuter past participle of *dēpōnere*, to put down, deposit. See DEPONE.]

**de•prave** (dĭ-prāv′) *tr.v.* **-praved, -prav•ing, -praves** To debase, especially morally; corrupt. See synonyms at **corrupt.** [Middle English *depraven*, to corrupt, from Old French *depraver*, from Latin *dēprāvāre* : *dē-*, de- + *prāvus*, crooked.] —**dep′ra•va′tion** (dĕp′rə-vā′shən) *n.* —**de•prav′er** *n.*

**de•praved** (dĭ-prāvd′) *adj.* Morally corrupt; perverted. —**de•prav′ed•ly** (-prā′vĭd-lē, -prāvd′lē) *adv.*

**de•prav•i•ty** (dĭ-prăv′ĭ-tē) *n., pl.* **-ties 1.** Moral corruption or degradation. **2.** A depraved act or condition.

**dep•re•cate** (dĕp′rĭ-kāt′) *tr.v.* **-cat•ed, -cat•ing, -cates 1.** To express disapproval of; deplore. **2.** To belittle; depreciate. [Latin *dēprecārī, dēprecāt-*, to ward off by prayer : *dē-*, de- + *precārī*, to pray; see **prek-** in Appendix I.] —**dep′re•cat′ing•ly** *adv.* —**dep′re•ca′tion** *n.* —**dep′re•ca′tor** *n.*

***Usage Note*** The first and fully accepted meaning of *deprecate* is "to express disapproval of." But the word has steadily encroached on the meaning of *depreciate*. It is now used, almost to the exclusion of *depreciate*, in the sense "to belittle or mildly disparage," as in *He deprecated his own contribution.* In an earlier survey, this newer sense was approved by a majority of the Usage Panel.

**dep•re•ca•to•ry** (dĕp′rĭ-kə-tôr′ē, -tōr′ē) also **dep•re•ca•tive** (-kā′tĭv) *adj.* **1.** Expressing disapproval or criticism. **2.** Mildly disparaging or uncomplimentary, especially of oneself. —**dep′re•ca•to′ri•ly** *adv.*

**de•pre•cia•ble** (dĭ-prē′shə-bəl) *adj.* That can be depreciated in value: *depreciable assets.*

**de•pre•ci•ate** (dĭ-prē′shē-āt′) *v.* **-at•ed, -at•ing, -ates** —*tr.* **1.** To lessen the price or value of. **2.** To think or speak of as being of little worth; belittle. See synonyms at **decry.** See Usage Note at **deprecate.** —*intr.* To diminish in price or value. [Medieval Latin *dēpreciāre, dēpreciāt-*, alteration of Latin *dēpretiāre* : *dē-*, de- + *pretium*, price; see **per-**[5] in Appendix I.] —**de•pre′ci•a′tor** *n.*

**de•pre•ci•a•tion** (dĭ-prē′shē-ā′shən) *n.* **1.** A decrease or loss in value, as because of age, wear, or market conditions. **2.** *Accounting* An allowance made for a loss in value of property. **3.** Reduction in the purchasing value of money. **4.** An instance of disparaging or belittlement.

**de•pre•cia•to•ry** (dĭ-prē′shə-tôr′ē, -tōr′ē) also **de•pre•cia•tive** (-shə-tĭv, -shē-ā′tĭv) *adj.* **1.** Diminishing in value. **2.** Disparaging; belittling.

**dep•re•date** (dĕp′rĭ-dāt′) *v.* **-dat•ed, -dat•ing, -dates** —*tr.* To ransack; plunder. —*intr.* To engage in plundering. [Late Latin *dēpraedārī, dēpraedāt-* : Latin *dē-*, de- + Latin *praedārī*, to plunder (from *praeda*, booty; see **ghend-** in Appendix I).] —**dep′re•da′tor** *n.* —**de•pred′a•to′ry** (dĭ-prĕd′ə-tôr′ē, -tōr′ē, dĕp′rĭ-də-) *adj.*

**dep•re•da•tion** (dĕp′rĭ-dā′shən) *n.* **1.** A predatory attack; a raid. **2.** Damage or loss; ravage: "[Carnegie Hall has] *withstood the wear and tear of enthusiastic music lovers and the normal depredations of time*" (Mechanical Engineering).

**de•press** (dĭ-prĕs′) *tr.v.* **-pressed, -press•ing, -press•es 1.** To lower in spirits; deject. **2a.** To cause to drop or sink; lower: *The drought depressed the water level in the region's reservoirs.* **b.** To press down: *Depress the space bar on a typewriter.* **3.** To lessen the activity or force of; weaken: *feared that rising inflation would further depress the economy.* **4.** To lower prices in (a financial market). [Middle English *depressen*, to push down, from Old French *depresser*, from Latin *dēprimere, dēpress-* : *dē-*, de- + *premere*, to press; see **per-**[4] in Appendix I.] —**de•press′i•ble** *adj.*

**de•pres•sant** (dĭ-prĕs′ənt) *adj.* Tending to lower the rate of vital physiological activities. ❖ *n.* An agent, especially a drug, that decreases the rate of vital physiological activities.

**de•pressed** (dĭ-prĕst′) *adj.* **1.** Low in spirits; dejected. **2.** Suffering from psychological depression. **3.** Sunk below the surrounding region: *the depressed center of a crater.* **4.** Lower in amount, degree, or position: *Oil reserves were at depressed levels because of increasing industrial demands.* **5a.** Sluggish in growth or activity: *a depressed sector of the economy.* **b.** Suffering from social and economic hardship: *a depressed region.* **6.** *Botany* Flattened downward, as if pressed from above. **7.** *Zoology* Flattened along the dorsal and ventral surfaces.

***Synonyms*** *depressed, blue, dejected, dispirited, downcast, downhearted* These adjectives mean affected or marked by low spirits: *depressed by the loss of his job; lonely and blue in a strange city; is dejected but trying to look cheerful; a dispirited and resigned expression on her face; looked downcast after his defeat; a downhearted patient who welcomed visitors.*

**de•press•ing** (dĭ-prĕs′ĭng) *adj.* **1.** Causing especially emotional depression. **2.** Dismal; dreary: *a week of rainy, depressing weather.* —**de•press′ing•ly** *adv.*

**de•pres•sion** (dĭ-prĕsh′ən) *n.* **1a.** The act of depressing. **b.** The condition of being depressed. **2.** An area that is sunk below its surroundings; a hollow. **3.** The condition of feeling sad or despondent. **4.** *Psychology* A psychiatric disorder characterized by an inability to concentrate, insomnia, loss of appetite, anhedonia, feelings of extreme sadness, guilt, helplessness and hopelessness, and thoughts of death. Also called *clinical depression.* **5a.** A reduction in activity or force. **b.** A reduction in physiological vigor or activity: *a depression in respiration.* **c.** A lowering in amount, degree, or position. **6.** *Economics* A period of drastic decline in a national or international economy, characterized by decreasing business activity, falling prices, and unemployment. **7.** *Meteorology* A region of low barometric pressure. **8.** The angular distance below the horizontal plane through the point of observation. **9.** *Astronomy* The angular distance of a celestial body below the horizon.

**De•pres•sion glass** (dĭ-prĕsh′ən) *n.* Machine-pressed, tinted glassware mass-produced during the 1920s and 1930s. [After the Great *Depression*, a period of severe economic hardship during the 1930s.]

**de•pres•sive** (dĭ-prĕs′ĭv) *adj.* **1.** Tending to depress or lower. **2.** Depressing; gloomy: *"Americans entertained the depressive thought that they had ceased to be themselves"* (Lance Morrow). **3.** Of or relating to



**medlar**
*Mespilus germanica*



**Medusa**
c. 1590–1600 shield painting by Caravaggio



**megakaryocyte**
photomicrograph of two megakaryocyte cells

*ocris* : *medius,* middle; see **medhyo-** in Appendix I + *ocris,* a rugged mountain; see **ak-** in Appendix I.]

**me•di•oc•ri•ty** (mē′dē-ŏk′rĭ-tē) *n., pl.* **-ties 1.** The state or quality of being mediocre. **2.** Mediocre ability, achievement, or performance. **3.** One that displays mediocre qualities. **—me•di•oc′ri•tize′** (-tīz′) *v.* **—me•di•oc′ri•ti•za′tion** *n.*

**med•i•tate** (mĕd′ĭ-tāt′) *v.* **-tat•ed, -tat•ing, -tates** *—tr.* **1.** To reflect on; contemplate. **2.** To plan in the mind; intend: *meditated a visit to her daughter.* *—intr.* **1a.** *Buddhism & Hinduism* To train, calm, or empty the mind, often by achieving an altered state, as by focusing on a single object. **b.** To engage in devotional contemplation, especially prayer. **2.** To think, especially in a calm and deliberate manner. [Latin *meditārī, meditāt-.* See **med-** in Appendix I.] **—med′i•ta′tor** *n.*

**med•i•ta•tion** (mĕd′ĭ-tā′shən) *n.* **1a.** The act or process of meditating. **b.** A devotional exercise of or leading to contemplation. **2.** A contemplative discourse, usually on a religious or philosophical subject. **—med′i•ta′tion•al** *adj.*

**med•i•ta•tive** (mĕd′ĭ-tā′tĭv) *adj.* Characterized by or prone to meditation. See synonyms at **pensive. —med′i•ta′tive•ly** *adv.* **—med′i•ta′tive•ness** *n.*

**med•i•ter•ra•ne•an** (mĕd′ĭ-tə-rā′nē-ən, -rān′yən) *adj.* Surrounded nearly or completely by dry land. Used of large bodies of water, such as lakes or seas. [Latin *mediterrāneus,* inland : *medius,* middle; see **medhyo-** in Appendix I + *terra,* land; see **ters-** in Appendix I.]

**Med•i•ter•ra•ne•an** (mĕd′ĭ-tə-rā′nē-ən) The region surrounding the Mediterranean Sea. Several important ancient civilizations flourished in the region, which was dominated for millennia by Phoenicia, Carthage, Greece, Sicily, and Rome. **—Med′i•ter•ra′ne•an** *adj. & n.*

**Mediterranean fever** *n.* See **brucellosis** (sense 1).

**Mediterranean flour moth** *n.* A small, pale gray moth *(Anagasta kuehniella)* now found worldwide, the larvae of which destroy flour and other stored grain products.

**Mediterranean fruit fly** *n.* A black and white two-winged fly *(Ceratitis capitata)* found in many warm regions of the world, the larvae of which destroy citrus and other fruit crops.

**Mediterranean Sea** An inland sea surrounded by Europe, Asia, Asia Minor, the Near East, and Africa. It connects with the Atlantic Ocean through the Strait of Gibraltar; with the Black Sea through the Dardanelles, the Sea of Marmara, and the Bosporus; and with the Red Sea through the Suez Canal.

**me•di•um** (mē′dē-əm) *n., pl.* **-di•a** (-dē-ə) or **-di•ums 1.** Something, such as an intermediate course of action, that occupies a position or represents a condition midway between extremes. **2.** An intervening substance through which something else is transmitted or carried on. **3.** An agency by which something is accomplished, conveyed, or transferred: *The train was the usual medium of transportation in those days.* **4.** *pl.* **media** *Usage Problem* **a.** A means of mass communication, such as newspapers, magazines, radio, or television. **b. media** *(used with a sing. or pl. verb)* The group of journalists and others who constitute the communications industry and profession. **5.** *pl.* **media** *Computer Science* An object or device, such as a disk, on which data is stored. **6.** *pl.* **mediums** A person thought to have the power to communicate with the spirits of the dead or with agents of another world or dimension. Also called *psychic.* **7.** *pl.* **media a.** A surrounding environment in which something functions and thrives. **b.** The substance in which a specific organism lives and thrives. **c.** A culture medium. **8a.** A specific kind of artistic technique or means of expression as determined by the materials used or the creative methods involved: *the medium of lithography.* **b.** The materials used in a specific artistic technique: *oils as a medium.* **9.** A solvent with which paint is thinned to the proper consistency. **10.** *Chemistry* A filtering substance, such as filter paper. **11.** A size of paper, usually 18 × 23 inches or 17½ × 22 inches. ❖ *adj.* Occurring or being between two degrees, amounts, or quantities; intermediate: *broil a medium steak.* See synonyms at **average.** [Latin, from neuter of *medius,* middle. See **medhyo-** in Appendix I.]

***Usage Note*** The etymologically plural form *media* is often used as a singular to refer to a particular means of communication, as in *The Internet is the most exciting new media since television.* Many people regard this usage as incorrect, preferring *medium* in such contexts. • People also use *media* with the definite article as a collective term to refer not to the forms of communication themselves so much as the communities and institutions behind them. In this sense, *the media* means something like "the press." Like other collective nouns, it may take a singular or plural verb depending on the intended meaning. If the point is to emphasize the multifaceted nature of the press, a plural verb may be more appropriate: *The media have covered the trial in a variety of formats.* Frequently, however, *media* stands as a singular noun for the aggregate of journalists and broadcasters: *The media has not shown much interest in covering the trial.* This development of a singular *media* parallels that of more established words such as *data* and *agenda,* which are also Latin plurals that have acquired a singular meaning. • The singular *medium* cannot be used as a collective noun for the press. The sentence *No medium has shown much interest in covering the issue,* would suggest that the lack of interest is in the means of communication itself rather than in its practitioners.

**medium frequency** *n. Abbr.* **MF** A radio frequency or radio-frequency band in the range 300 to 3,000 kilohertz.

**medium of exchange** *n., pl.* **media of exchange** or **mediums of exchange** Something, such as a precious metal, that is commonly used in a specific area or among a certain group of people as money.

**med•lar** (mĕd′lər) *n.* **1.** A deciduous European tree *(Mespilus germanica)* having white flowers and edible apple-shaped fruit. **2.** The fruit of this plant, eaten fresh or made into preserves. [Middle English *medler,* from Old French *meslier, medler,* from *mesle, medle,* fruit of the medlar, from Late Latin *mespila,* from Greek *mespilē.*]

**Med. Lat.** *abbr.* Medieval Latin

**med•ley** (mĕd′lē) *n., pl.* **-leys 1.** An often jumbled assortment; a mixture: *"That night he dreamed he was traveling in a foreign country, only it seemed to be a medley of all the countries he'd ever been to and even some he hadn't"* (Anne Tyler). **2.** *Music* An arrangement made from a series of melodies, often from various sources. **3.** *Sports* An event in competitive swimming in which backstroke, breaststroke, butterfly, and freestyle are swum in equal distances by an individual or as divisions of a relay race. [Middle English *medlee,* from Anglo-Norman *medlee,* meddling, from past participle of *medler,* to meddle. See MEDDLE.]

**Mé•doc[1]** (mā-dŏk′, -dôk′) A region of southwest France north of Bordeaux between the Bay of Biscay and the Gironde River estuary. It is noted for its vineyards.

**Mé•doc[2]** (mā-dôk′, -dŏk′) *n.* A red Bordeaux wine. [After MÉDOC[1].]

**me•dul•la** (mĭ-dŭl′ə) *n., pl.* **-dul•las** or **-dul•lae** (-dŭl′ē) **1.** The inner core of certain organs or body structures, such as the marrow of bone. **2.** The medulla oblongata. **3.** See **myelin. 4.** *Botany* **a.** The pith in the stems or roots of certain plants. **b.** The central portion of a thallus in certain lichens and red or brown algae. [Middle English, from Latin, perhaps alteration (influenced by *medius,* middle; see MEDIAL) of **merulla.*] **—me•dul′lar, med′ul•lar′y** (mĕd′l-ĕr′ē, mə-dŭl′ə-rē) *adj.*

**medulla ob•lon•ga•ta** (ŏb′lông-gä′tə) *n., pl.* **-ga•tas** or **me•dul•lae ob•lon•ga•tae** (mĭ-dŭl′ē ŏb′lông-gä′tē) The lowermost portion of the vertebrate brain, continuous with the spinal cord, responsible for the control of respiration, circulation, and certain other bodily functions. [New Latin *medulla oblongāta* : Latin *medulla,* medulla + New Latin *oblongāta,* feminine of *oblongātus,* oblong.]

**medullary sheath** *n.* See **myelin sheath.**

**med•ul•lat•ed** (mĕd′l-ā′tĭd) *adj.* **1.** Myelinated. **2.** *Anatomy* Having a medulla.

**med•ul•li•za•tion** (mĕd′l-ĭ-zā′shən) *n.* Replacement of bone tissue by marrow, as in inflammatory bone disease.

**me•du•sa** (mĭ-do͞o′sə, -zə, -dyo͞o′-) *n., pl.* **-sas** or **-sae** (-sē, -zē) The tentacled, usually bell-shaped, free-swimming sexual stage in the life cycle of a coelenterate, such as a jellyfish. [Latin *Medūsa,* Medusa (from the Medusa's snaky locks). See MEDUSA.]

**Me•dus•a** (mĭ-do͞o′sə,-zə, -dyo͞o′-) *n., pl.* **-sas** or **-sae** (-sē, -zē) *Greek Mythology* The Gorgon who was killed by Perseus. [Middle English *Meduse,* from Latin *Medūsa,* from Greek *Medousa,* from feminine present participle of *medein,* to protect, rule over. See **med-** in Appendix I.]

**me•du•sa•head** (mĭ-do͞o′sə-hĕd′, -zə, -dyo͞o′-) *n.* A grass *(Taeniatherum caput-medusae)* with long bristly awns that is native to Europe and has become naturalized in western North America.

**me•du•soid** (mĭ-do͞o′soid′, -zoid′, -dyo͞o′-) *n.* **1.** A shape resembling a jellyfish. **2.** A jellyfish. **—me•du′soid′** *adj.*

**meed** (mēd) *n.* **1.** A fitting recompense. **2.** *Archaic* A merited gift or wage. [Middle English *mede,* from Old English *mēd.* See **mizdho-** in Appendix I.]

**meek** (mēk) *adj.* **meek•er, meek•est 1.** Showing patience and humility; gentle. **2.** Easily imposed on; submissive. [Middle English *meke,* of Scandinavian origin; akin to Old Norse *mjūkr,* soft.] **—meek′ly** *adv.*

**meer•kat** (mîr′kăt′) *n.* See **suricate.** [Afrikaans, from Middle Dutch *meercatte,* monkey : *meer,* sea (because monkeys came from overseas); see **mori-** in Appendix I + *catte,* cat (from Germanic **kattuz*).]

**meer•schaum** (mîr′shəm, -shôm′) *n.* **1.** A fine, compact, usually white claylike mineral of hydrous magnesium silicate, $H_4Mg_2Si_3O_{10}$, found in the Mediterranean area and used in fashioning tobacco pipes and as a building stone. Also called *sepiolite.* **2.** A tobacco pipe with a bowl made of this mineral. [German : *Meer,* sea (from Middle High German *mer,* from Old High German *mari;* see **mori-** in Appendix I) + *Schaum,* foam (from Middle High German *schūm,* from Old High German *scūm;* see **(s)keu-** in Appendix I).]

**Mee•rut** (mā′rət, mîr′ət) A city of north-central India northeast of Delhi. It was the site of the first uprising (May 1857) against the British in the Indian Mutiny. Population: 753,778.

**meet[1]** (mēt) *v.* **met** (mĕt), **meet•ing, meets** *—tr.* **1.** To come upon by chance or arrangement. **2.** To be present at the arrival of: *meet the train.* **3.** To be introduced to. **4.** To come into conjunction with; join: *where the sea meets the sky.* **5.** To come into the company or presence of, as for a conference. **6.** To come to the notice of (the senses): *There is more here than meets the eye.* **7.** To experience; undergo: *met his fate with courage.* **8.** To deal with; oppose: *"We have met the enemy and they are ours"* (Oliver Hazard Perry). **9.** To cope or contend effectively with: *meet each problem as it arises.* **10.** To come into conformity with the views, wishes, or opinions of: *The firm has done its best to meet us on that point.* **11.** To satisfy (a need, for example); fulfill: *meet all the conditions in the contract.* See synonyms at **satisfy. 12.** To pay; settle: *enough money to meet expenses.* *—intr.* **1.** To come together: *Let's meet tonight.* **2.** To come into conjunction; be joined: *"East is East, and West is West, and never the twain shall meet"* (Rudyard Kipling). **3.** To come together as opponents; contend. **4.** To become introduced. **5.** To assemble. **6.** To occur together, especially in one person or entity. ❖ *n.* A meeting or contest, especially an athletic competition. ***—phrasal verb:* meet with 1.** To experience or undergo. **2.** To receive: *Our plan met with their approval.* ***—idioms:* meet (one's) Maker** *Slang* To die. **meet (someone) halfway** To make a compromise with. [Middle English *meten,* from Old English *mētan.*]

Any of several equal portions or fractions that can constitute a whole or into which a whole can be divided: *a mixture of two parts flour to one part sugar.* **3.** A division of a literary work: *a novel in three parts.* **4.** *(used with a pl. v.)* **a.** An organ, member, or other division of an organism: *A tail is not a part of a guinea pig.* **b. parts** The external genitals. **5.** A component that can be separated from or attached to a system; a detachable piece: *spare parts for cars.* **6.** A role: *He has the main part in the play.* **7.** One's responsibility, duty, or obligation; share: *We each do our part to keep the house clean.* **8.** Individual endowment or ability; talent. Often used in the plural. **9.** A region, area, land, or territory. Often used in the plural: *"Minding your own business is second nature in these parts"* (Boston). **10.** The line where the hair on the head is parted. **11.** *Music* **a.** The music or score for a particular instrument, as in an orchestra. **b.** One of the melodic divisions or voices of a contrapuntal composition. ❖ *v.* **part•ed, part•ing, parts** —*tr.* **1.** To divide or break into separate parts. **2.** To break up (a relationship) by separating the elements involved: *parted company.* **3.** To put or keep apart: *No one could part the two friends.* **4.** To comb (hair, for example) away from a dividing line, as on the scalp. **5.** *Archaic* To divide into shares or portions. —*intr.* **1.** To become divided or separated: *The curtain parted in the middle.* **2.** To go apart from one another; separate: *They parted as friends. They were forced to part from one another.* See synonyms at **separate. 3.** To separate or divide into ways going in different directions: *The road parts about halfway into the forest.* **4.** To go away; depart. **5.** To disagree by factions: *The committee parted over the issue of pay raises for employees.* **6.** *Archaic* To die. ❖ *adv.* Partially; in part: *part yellow, part green.* ❖ *adj.* Not full or complete; partial: *a part owner of the business.* ***—phrasal verb:* part with** To give up or let go of; relinquish. ***—idioms:* for (one's) part** So far as one is concerned. **for the most part** To the greater extent; generally or mostly. **in good part** Good-naturedly or with good grace; without taking offense: *take a joke in good part.* **in part** To some extent; partly. **on the part of** Regarding or with respect to (the one specified): *Brilliant strategy on the part of Confederate forces ensured their victory at Chancellorsville.* **part and parcel** A basic or essential part: *Working overtime is part and parcel of my job.* **take part** To join in; participate: *She took part in the celebration.* **take (someone's) part** To side with in a disagreement; support. [Middle English, from Old French, from Latin *pars, part-*. See **perə-²** in Appendix I.]

**part.** *abbr.* **1.** participle **2.** particle **3.** partitive

**par•take** (pär-tāk′) *v.* **-took** (-to͝ok′), **-tak•en** (-tā′kən), **-tak•ing, -takes** —*intr.* **1.** To take or have a part or share; participate. **2.** To take or be given part or portion: *The guests partook of a delicious dinner.* **3.** To have part of the quality, nature, or character of something. —*tr.* To take or have a part in; share in. [Back-formation from *partaker,* one who partakes, from Middle English *part-taker* (translation of Latin *particeps,* participant).] **—par•tak′er** *n.*

**part•ed** (pär′tĭd) *adj.* **1.** Separated or divided into parts. **2.** Being or kept apart; separated. **3.** *Botany* Cleft almost to the base, so as to have distinct divisions or lobes. **4.** *Archaic* Deceased.

**par•terre** (pär-târ′) *n.* **1.** An ornamental flower garden having the beds and paths arranged to form a pattern. **2.** See **parquet circle.** [French, from Old French, ornamental garden, from *par terre,* on the ground : *par,* over, on; see PARAMOUNT + *terre,* ground (from Old French, from Latin *terra,* earth; see **ters-** in Appendix I).]

**par•the•no•car•py** (pär′thə-nō-kär′pē) *n.* The production of fruit without fertilization. [Greek *parthenos,* virgin + Greek *karpos,* fruit; see –CARP + –Y².] **—par′the•no•car′pic** *adj.* **—par′the•no•car′pi•cal•ly** *adv.*

**par•the•no•gen•e•sis** (pär′thə-nō-jĕn′ĭ-sĭs) *n.* A form of reproduction in which an unfertilized egg develops into a new individual, occurring commonly among insects and certain other arthropods. [New Latin : Greek *parthenos,* virgin + GENESIS.] **—par′the•no•ge•net′ic** (-jə-nĕt′ĭk) *adj.* **—par′the•no•ge•net′i•cal•ly** *adv.*

**Par•the•non** (pär′thə-nŏn′, -nən) *n.* The chief temple of the goddess Athena built on the acropolis at Athens between 447 and 432 B.C. and considered a supreme example of Doric architecture. [Latin *Parthenōn,* from Greek, from *parthenos,* virgin.]

**Par•thi•a** (pär′thē-ə) An ancient country of southwest Asia corresponding to modern northeast Iran. It was included in the Assyrian and Persian empires, the Macedonian empire of Alexander the Great, and the Syrian empire. A Parthian kingdom lasted from c. 250 B.C. to A.D. 226, reaching the height of its influence and landholdings at the beginning of the first century B.C. Parthian soldiers were renowned as horsemen and archers.

**Par•thi•an** (pär′thē-ən) *adj.* **1.** Of or relating to Parthia or its people, language, or culture. **2.** Delivered in or as if in retreat: *"a Parthian volley of expletives from Uncle Billy"* (Bret Harte). ❖ *n.* **1.** A native or inhabitant of Parthia. **2.** The Iranian language of the Parthians.

**par•tial** (pär′shəl) *adj.* **1.** Of, relating to, being, or affecting only a part; not total; incomplete: *The plan calls for partial deployment of missiles. The police have only a partial description of the suspect.* **2.** Favoring one person or side over another or others; biased or prejudiced: *a decision that was partial to the plaintiff.* **3.** Having a particular liking or fondness for something or someone: *partial to spicy food.* **4.** *Mathematics* Of or being operations or sequences of operations, such as differentiation and integration, when applied to only one of several variables at a time. ❖ *n.* **1.** *Music* See **harmonic** (sense 1). **2.** *Mathematics* A partial derivative. [Middle English *parcial,* from Old French, from Late Latin *partiālis,* from Latin *pars, part-,* part. See PART.] **—par′tial•ness** *n.*

**par•tial-birth abortion** (pär′shəl-bûrth′) *n.* A late-term abortion, especially one in which a viable fetus is partially delivered through the cervix before being extracted. Not in technical use.

**partial derivative** *n.* The derivative with respect to a single variable of a function of two or more variables, regarding other variables as constants.

**partial differential equation** *n.* A differential equation containing at least one partial derivative.

**partial differentiation** *n.* Differentiation with respect to a single variable in a function of several variables, regarding other variables as constants.

**partial fraction** *n.* One of a set of fractions having a sum equal to a specified fraction.

**par•ti•al•i•ty** (pär′shē-ăl′ĭ-tē, pär-shăl′-) *n., pl.* **-ties 1.** The state of being partial. **2.** Favorable prejudice or bias. **3.** A special fondness; a predilection: *had a partiality for cats.* See synonyms at **predilection.**

**par•tial•ly** (pär′shə-lē) *adv.* To a degree; not totally.

**partial pressure** *n.* The pressure that one component of a mixture of gases would exert if it were alone in a container.

**partial tone** *n.* See **harmonic** (sense 1).

**par•ti•ble** (pär′tə-bəl) *adj.* That can be parted, divided, or separated; divisible: *a partible estate.*

**par•tic•i•pant** (pär-tĭs′ə-pənt) *n.* One that participates, shares, or takes part in something. ❖ *adj.* Sharing in or taking part; participating. **—par•tic′i•pance** *n.*

**par•tic•i•pate** (pär-tĭs′ə-pāt′) *v.* **-pat•ed, -pat•ing, -pates** —*intr.* **1.** To take part in something: *participated in the festivities.* **2.** To share in something: *If only I could participate in your good fortune.* —*tr.* *Archaic* To partake of. [Latin *participāre, participāt-,* from *particeps, particip-,* partaker : *pars, part-,* part; see PART + *capere,* to take; see **kap-** in Appendix I.] **—par•tic′i•pa′tive** *adj.* **—par•tic′i•pa′tor** *n.*

**par•tic•i•pa•tion** (pär-tĭs′ə-pā′shən) *n.* The act of taking part or sharing in something: *Teachers often encourage class participation.* **—par•tic′i•pa′tion•al** *adj.*

**par•tic•i•pa•to•ry** (pär-tĭs′ə-pə-tôr′ē, -tōr′ē) *adj.* Marked by, requiring, or involving participation, especially affording the opportunity for individual participation: *a participatory democracy.*

**par•ti•cip•i•al** (pär′tĭ-sĭp′ē-əl) *adj.* Of, relating to, consisting of, or formed with a participle. ❖ *n.* A participle. [Latin *participiālis,* from *participium,* participle. See PARTICIPLE.] **—par′ti•cip′i•al•ly** *adv.*

**par•ti•ci•ple** (pär′tĭ-sĭp′əl) *n.* A form of a verb that in some languages, such as English, can function independently as an adjective, as the past participle *baked* in *We had some baked beans,* and is used with an auxiliary verb to indicate tense, aspect, or voice, as the past participle *baked* in the passive sentence *The beans were baked too long.* [Middle English, from Old French, variant of *participe,* from Latin *participium* (translation of Greek *metokhē,* sharing, partaking, participle), from *particeps, particip-,* partaker. See PARTICIPATE.]

***Usage Note*** Participial phrases such as *walking down the street* or *having finished her homework* are commonly used in English to modify nouns or pronouns, but care must be taken in incorporating such phrases into sentences. Readers will ordinarily associate a participle with the noun, noun phrase, or pronoun adjacent to it, and misplacement may produce comic effects as in *He watched his horse take a turn around the track carrying a racing sheet under his arm.* A correctly placed participial phrase leaves no doubt about what is being modified: *Sitting at her desk, Jane read the letter carefully.* • Another pitfall in using participial phrases is illustrated in the following sentence: *Turning the corner, the view was quite different.* Grammarians would say that such a sentence contains a "dangling participle" because there is no noun or pronoun in the sentence that the participial phrase could logically modify. Moving the phrase will not solve the problem (as it would in the sentence about the horse with a racing sheet). To avoid distracting the reader, it would be better to recast the sentence as *When we turned the corner, the view was quite different* or *Turning the corner, we had a different view.* • A number of expressions originally derived from participles have become prepositions, and these may be used to introduce phrases that are not associated with the immediately adjacent noun phrase. Such expressions include *concerning, considering, failing, granting, judging by,* and *speaking of.* Thus one may write without fear of criticism *Speaking of politics, the elections have been postponed* or *Considering the hour, it is surprising that he arrived at all.*

**par•ti•cle** (pär′tĭ-kəl) *n.* **1.** A very small piece or part; a tiny portion or speck. **2.** A very small or the smallest possible amount, trace, or degree: *not a particle of doubt.* **3.** *Physics* **a.** A body whose spatial extent and internal motion and structure, if any, are irrelevant in a specific problem. **b.** An elementary particle. **c.** A subatomic particle. See table at **subatomic particle. 4.** *Linguistics* **a.** An uninflected item that has grammatical function but does not clearly belong to one of the major parts of speech, such as *up* in *He looked up the word* or *to* in English infinitives. **b.** In some systems of grammatical analysis, any of various short function words, including articles, prepositions, and conjunctions. **5.** *Roman Catholic Church* **a.** A small piece of a consecrated host. **b.** One of the smaller, individual hosts. **6.** *Archaic* A small division or section of something written, such as a clause of a document. [Middle English, from Latin *particula,* diminutive of *pars, part-,* part. See PART.]

**particle accelerator** *n.* A device, such as a cyclotron or linear accelerator, that accelerates charged subatomic particles or nuclei to high energies. Also called *atom smasher.*

**particle beam** *n.* A beam of atoms or subatomic particles that have been accelerated by a particle accelerating device, aimed by magnets, and focused by a lens.

**par•ti•cle•board** or **particle board** (pär′tĭ-kəl-bôrd′, -bōrd′) *n.*



**parterre**



**Parthenon**
view of the west end

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͝o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary); ′ (secondary), as in **dictionary** (dĭk′shə-nĕr′ē)

A structural material made of wood fragments, such as chips or shavings, that are mechanically pressed into sheet form and bonded together with resin.

**particle physics** *n.* The branch of physics that deals with subatomic particles.

**par•ti-col•ored** (pär′tē-kŭl′ərd) *adj.* Having parts, sections, or areas colored differently from each other; pied. [From Obsolete *party,* variegated, from Middle English *parti,* from Old French, divided, striped, past participle of *partir,* to divide. See PARTY.]

**par•tic•u•lar** (pər-tĭk′yə-lər, pə-tĭk′-) *adj.* **1.** Of, belonging to, or associated with a specific person, group, thing, or category; not general or universal: *has a particular preference for Chinese art.* **2.** Separate and distinct from others of the same group, category, or nature: *made an exception in this particular case.* **3.** Worthy of note; exceptional: *a piano performance of particular depth and fluidity.* **4a.** Of, relating to, or providing details: *gave a particular description of the room.* **b.** Attentive to or concerned with details or niceties, often excessively so; meticulous or fussy. **5.** *Logic* Encompassing some but not all of the members of a class or group. Used of a proposition. ❖ *n.* **1.** An individual item, fact, or detail: *correct in every particular.* See synonyms at **item**. **2.** An item or detail of information or news. Often used in the plural: *The police refused to divulge the particulars of the case.* **3.** A separate case or an individual thing or instance, especially one that can be distinguished from a larger category or class. Often used in the plural: "*What particulars were ambushed behind these generalizations?*" (Aldous Huxley). **4.** *Logic* A particular proposition. **—*idiom:* in particular** Particularly; especially. [Middle English *particuler,* from Old French, from Late Latin *particulāris,* from Latin *particula,* diminutive of *pars, part-,* part. See PART.]

**par•tic•u•lar•ism** (pər-tĭk′yə-lə-rĭz′əm, pə-tĭk-) *n.* **1.** Exclusive adherence to, dedication to, or interest in one's own group, party, sect, or nation. **2.** A principle of allowing each state in a nation or federation to act independently of the central authority, especially in promoting its own economic interests. **—par•tic′u•lar•ist** *n.* **—par•tic′u•lar•is′tic** *adj.*

**par•tic•u•lar•i•ty** (pər-tĭk′yə-lăr′ĭ-tē, pə-tĭk′-) *n., pl.* **-ties** **1.** The quality or state of being particular rather than general. **2.** Exactitude of detail, especially in description: *a travel account written with almost excruciating particularity.* **3.** Attention to or concern with detail; fastidiousness: *a scholar known for her particularity.* **4.** A specific point or detail; a particular. **5.** An individual characteristic; a peculiarity.

**par•tic•u•lar•ize** (pər-tĭk′yə-lə-rīz′, pə-tĭk-) *v.* **-ized, -iz•ing, -iz•es** *—tr.* **1.** To mention, describe, or treat individually; itemize or specify. **2.** To make particular as opposed to general or universal. *—intr.* To go into or give details or particulars. **—par•tic′u•lar•i•za′tion** (-lər-ĭ-zā′shən) *n.* **—par•tic′u•lar•iz′er** *n.*

**par•tic•u•lar•ly** (pər-tĭk′yə-lər-lē, pə-tĭk′-) *adv.* **1.** To a great degree; especially: *I particularly like the brown shoes.* **2.** With particular reference or emphasis; individually or specifically: "*Everyone has a moment in history which belongs particularly to him*" (John Knowles). **3.** With regard to particulars; in detail.

**par•tic•u•late** (pər-tĭk′yə-lĭt, -lāt′, pär-) *adj.* Of, relating to, or formed of minute separate particles. ❖ *n.* **1.** A minute separate particle, as of a granular substance or powder. **2.** Particulate matter. Often used in the plural: *diesel particulates; a high level of atmospheric particulates.* [From Latin *particula,* a small part. See PARTICLE.]

**particulate matter** *n. Abbr.* **PM** Material suspended in the air in the form of minute solid particles or liquid droplets, especially when considered as an atmospheric pollutant.

**part•ing** (pär′tĭng) *n.* **1a.** The act or process of separating or dividing. **b.** The state of being separated or divided. **2.** A departure or leave-taking. ❖ *adj.* Given, received, or done on departing or separating: *a parting gift.* **—*idiom:* parting of the ways** A point of divergence, especially one of great moment.

**parting shot** *n.* An act of aggression or retaliation, such as a retort or threat, that is made upon one's departure or at the end of a heated discussion.

**par•ti pris** (pär′tē prē′) *n., pl.* **par•tis pris** (pär′tē) An inclination for or against something or someone that affects judgment; prejudice or bias. [French : *parti,* decision, side + *pris,* taken.]

**par•ti•san¹** (pär′tĭ-zən) *n.* **1.** A fervent, sometimes militant supporter or proponent of a party, cause, faction, person, or idea. **2.** A member of an organized body of fighters who attack or harass an enemy, especially within occupied territory; a guerrilla. ❖ *adj.* **1.** Of, relating to, or characteristic of a partisan or partisans. **2.** Devoted to or biased in support of a party, group, or cause: *partisan politics.* [French, from Old French, from Old Italian dialectal *partisano,* variant of Old Italian *partigiano,* from *parte,* part, from Latin *pars, part-.* See PART.] **—par′ti•san•ship′** *n.*



**partridge**
chukar partridge
*Alectoris chukar*

**par•ti•san²** also **par•ti•zan** (pär′tĭ-zən) *n.* A weapon having a blade with lateral projections mounted on the end of a long shaft, used chiefly in the 16th and 17th centuries. [French *partizane,* from Italian dialectal **(arma) partisana,* partisan (weapon), feminine sing. of *partisano,* supporter. See PARTISAN¹.]

**par•ti•ta** (pär-tē′tə) *n. Music* **1.** An instrumental piece composed of a series of variations, as a suite. **2.** One of the variations contained in such a piece. [Italian, from feminine past participle of *partire,* divide, from Latin *partīre.* See PARTITE.]

**par•tite** (pär′tīt′) *adj.* Divided into parts. [Latin *partītus,* past participle of *partīre,* to divide, from *pars, part-,* part. See PART.]

**par•ti•tion** (pär-tĭsh′ən) *n.* **1a.** The act or process of dividing something into parts. **b.** The state of being so divided. **2a.** Something that divides or separates, as a wall dividing one room or cubicle from another. **b.** A wall, septum, or other separating membrane in an organism. **3.** A part or section into which something has been divided. **4.** Division of a country into separate, autonomous nations. **5.** *Mathematics* **a.** An expression of a positive integer as a sum of positive integers. **b.** The decomposition of a set into a family of disjoint sets. **6.** *Computer Science* A section of storage space on a hard disk. **7.** *Law* Division of property, especially real estate. ❖ *tr.v.* **-tioned, -tion•ing, -tions** **1.** To divide into parts, pieces, or sections. **2.** To divide or separate by means of a partition: *We partitioned off the alcove to make another bedroom.* **3.** To divide (a country) into separate, autonomous nations. [Middle English *particioun,* from Old French *partition,* from Latin *partītiō, partītiōn-,* from *partītus,* past participle of *partīre,* to divide, from *pars, part-,* part. See PART.] **—par•ti′tion•er** *n.* **—par•ti′tion•ment** *n.*

**par•ti•tion•ist** (pär-tĭsh′ə-nĭst) *n.* One who advocates partition of a country.

**par•ti•tive** (pär′tĭ-tĭv) *adj.* **1.** Dividing or serving to divide something into parts; marked by division. **2.** *Grammar* Indicating a part as distinct from a whole, as *some of the coffee* in the sentence *She drank some of the coffee.* ❖ *n. Grammar* **1.** A partitive word, such as *many* or *less.* **2.** A partitive construction or case. [Middle English, from Old French *partitif,* from Medieval Latin *partītīvus,* from Latin *partītus,* past participle of *partīre,* to divide. See PARTITE.] **—par′ti•tive•ly** *adv.*

**par•ti•zan** (pär′tĭ-zən) *n.* Variant of **partisan²**.

**part•let** (pärt′lĭt) *n.* A collared, usually ruffled covering for the neck and shoulders, popular in 16th-century Europe and worn especially by women. [Alteration of Middle English *patelet,* from Old French *patelete,* band of cloth, diminutive of *pate,* paw. See PATOIS.]

**part•ly** (pärt′lē) *adv.* In part or in some degree; not completely.

**part•ner** (pärt′nər) *n.* **1.** One that is united or associated with another or others in an activity or a sphere of common interest, especially: **a.** A member of a business partnership. **b.** A spouse. **c.** A domestic partner. See Usage Note at **domestic partner**. **d.** Either of two persons dancing together. **e.** One of a pair or team in a sport or game, such as tennis or bridge. **2.** *Nautical* A wooden framework used to strengthen a ship's deck at the point where a mast or other structure passes through it. Often used in the plural. ❖ *v.* **-nered, -ner•ing, -ners** *—tr.* **1.** To make a partner of. **2.** To bring together as partners. **3.** To be the partner of. *—intr.* To work or perform as a partner or partners. [Middle English *partener,* alteration (influenced by *part,* part) of *parcener,* parcener; see PARCENER.]

***Synonyms*** *partner, colleague, ally, confederate* These nouns all denote one who is united or associated with another, as in a venture or relationship. A *partner* participates in a relationship in which each member has equal status: *a partner in a law firm.* A *colleague* is an associate in an occupation or a profession: *a colleague and fellow professor.* An *ally* is one who associates with another, at least temporarily, in a common cause: *countries that were allies in World War II.* A *confederate* is a member of a confederacy, a league, or an alliance or sometimes a collaborator in a suspicious venture: *confederates in a scheme to oust the chairman.*

**part•ner•ship** (pärt′nər-shĭp′) *n.* **1.** The state of being a partner. **2a.** A legal contract entered into by two or more persons in which each agrees to furnish a part of the capital and labor for a business enterprise, and by which each shares a fixed proportion of profits and losses. **b.** The persons bound by such a contract. **3.** A relationship between individuals or groups that is characterized by mutual cooperation and responsibility, as for the achievement of a specified goal: *Neighborhood groups formed a partnership to fight crime.*

**part of speech** *n., pl.* **parts of speech** **1.** One of a group of traditional classifications of words according to their functions in context, including the noun, pronoun, verb, adjective, adverb, preposition, conjunction, and interjection, and sometimes the article. **2.** A word considered as a part of speech.

**par•ton** (pär′tŏn′) *n.* Any of the point particles believed to be a constituent of hadrons, now known as quarks. No longer in technical use. [PART(ICLE) + -ON¹.]

**par•took** (pär-to͝ok′) *v.* Past tense of **partake.**

**par•tridge** (pär′trĭj) *n., pl.* **partridge** or **-tridg•es** **1.** Any of several plump-bodied Old World game birds, especially of the genera *Perdix* and *Alectoris,* related to the pheasants and grouse. **2.** Any of several birds, such as the ruffed grouse or the bobwhite, similar or related to the partridge. [Middle English *partrich,* from Old French *perdriz,* alteration of *perdis,* from Latin *perdīx,* from Greek. See **perd-** in Appendix I.]

**par•tridge•ber•ry** (pär′trĭj-bĕr′ē) *n.* A creeping evergreen perennial plant *(Mitchella repens)* of eastern North America, having small white flowers and scarlet berries. Also called *twinberry.*

**partridge pea** *n.* An annual plant *(Cassia fasciculata)* of eastern and central North America in the pea family, having yellow flowers and sensitive leaves with numerous leaflets.

**part song** *n.* **1.** An unaccompanied secular, usually homophonic choral composition, especially of the 19th century. **2.** An unaccompanied secular polyphonic song predating the madrigal.

**part-time** (pärt′tīm′) *adj.* For or during less than the customary or standard time: *a part-time job.* **—part′-time′** *adv.* **—part′-tim′er** *n.*

**par•tu•ri•ent** (pär-to͝or′ē-ənt, -tyo͝or′-) *adj.* **1.** About to bring forth young; being in labor. **2.** Of or relating to giving birth. **3.** About to produce or come forth with something, such as an idea or a discovery. [Latin *parturiēns, parturient-,* present participle of *parturīre,* to be in labor, from *partus,* past participle of *parere,* to give birth. See **perə-¹** in Appendix I.] **—par•tu′ri•en•cy** *n.*

number 60 in a series. **2.** One of 60 equal parts. **—six′ti•eth** *adv. & adj.*
**Six•tine** (sĭk′stēn′, -stīn′) *adj.* Variant of **Sistine.**
**six•ty** (sĭks′tē) *n., pl.* **-ties 1.** The cardinal number equal to $6 \times 10$. **2. sixties a.** A decade or the numbers from 60 to 69: *They planned to retire in their sixties. The breeze kept the temperature in the sixties.* **b.** often **Sixties** The decade from 60 to 69 in a century. [Middle English, from Old English *sixtig.* See **s(w)eks** in Appendix I.] **—six′ty** *adj. & pron.*
**six•ty-fourth note** (sĭks′tē-fôrth′, -fōrth′) *n. Music* A note having one sixty-fourth the time value of a whole note.
**six•ty-nine** (sĭks′tē-nīn′) *n. Vulgar Slang* Oral-genital sex between two people at the same time. [From the resemblance of the figure *69* to the position assumed by the two people.]
**siz•a•ble** also **size•a•ble** (sī′zə-bəl) *adj.* Of considerable size; fairly large. **—siz′a•ble•ness** *n.* **—siz′a•bly** *adv.*
**size**[1] (sīz) *n.* **1.** The physical dimensions, proportions, magnitude, or extent of an object. **2.** Any of a series of graduated categories of dimension whereby manufactured articles, such as shoes and clothing, are classified. **3a.** Considerable extent, amount, or dimensions: *a debt of enormous size.* **b.** Relative amount or number, as of population or contents: *What size is Cleveland?* **4.** Character, value, or status with reference to relative importance or the capacity to meet given requirements: *Try this proposal on for size.* **5.** The actual state of affairs: *That's about the size of the situation.* ❖ *tr.v.* **sized, siz•ing, siz•es 1.** To arrange, classify, or distribute according to size. **2.** To make, cut, or shape to a required size. ❖ *adj.* Sized. Often used in combination: *bite-size appetizers; an economy-size package.* ***—phrasal verb:* size up** To make an estimate, opinion, or judgment of: *She sized up her opponent.* [Middle English *sise,* from Old French, court session, law, short for *assise.* See ASSIZE.] **—siz′er** *n.*
**size**[2] (sīz) *n.* Any of several gelatinous or glutinous substances usually made from glue, wax, or clay and used as a glaze or filler for porous materials such as paper, cloth, or wall surfaces. ❖ *tr.v.* **sized, siz•ing, siz•es** To treat or coat with size or a similar substance. [Middle English *sise,* probably from Old French, a setting. See SIZE[1].]
**size•a•ble** (sī′zə-bəl) *adj.* Variant of **sizable.**
**sized** (sīzd) *adj.* Having a particular or specified size. Often used in combination: *a medium-sized car; an average-sized house.*
**siz•ing** (sī′zĭng) *n.* **1.** A glaze or filler; size. **2.** Treatment of a fabric or other surface with size.
**siz•zle** (sĭz′əl) *intr.v.* **-zled, -zling, -zles 1.** To make the hissing sound characteristic of frying fat. **2.** To seethe with anger or indignation. **3.** To be very hot: *a summer day that sizzled.* ❖ *n.* A hissing sound. [Perhaps frequentative of Middle English *sissen,* to hiss, of imitative origin.] **—siz′zling•ly** *adv.*
**siz•zler** (sĭz′lər) *n.* **1.** One that sizzles. **2.** *Informal* A very hot day.
**SJ** *abbr.* Society of Jesus
**.sj** *abbr.* Svalbard and Jan Mayen Island (in Internet addresses)
**Sjael•land** (shĕl′än′) also **Zea•land** (zē′lənd) An island of eastern Denmark bounded by the Kattegat and the Baltic Sea. Separated from Sweden by the Oresund, it is the largest island of Denmark and the site of Copenhagen, the country's capital.
**sjam•bok** (shăm-bŏk′, -bŭk′) *South African n.* A heavy whip, usually made of animal hide. ❖ *tr.v.* **-boked, -bok•ing, -boks** To hit or beat with a sjambok. [Afrikaans, from Malay *cambuk,* whip, from Hindi *cābuk,* from Persian *chābuk,* from Middle Persian.]
**SJD** *abbr. Latin* Scientiae Juridicae Doctor (Doctor of Juridical Science)
**Sjö•gren's syndrome** (shō′grənz, shœ′-) *n.* A chronic inflammation of the lachrymal and salivary glands, often accompanied by rheumatoid arthritis and the presence of autoantibodies in the blood, occurring chiefly among women. [After Henrik Samuel Conrad *Sjögren* (born 1899), Swedish ophthalmologist.]
**SK** *abbr.* Saskatchewan
**sk.** *abbr.* sack
**.sk** *abbr.* Slovakia (in Internet addresses)
**ska** (skä) *n.* Popular music originating in Jamaica in the 1960s, having elements of rhythm and blues, jazz, and calypso and marked by a fast tempo and a strongly accented offbeat. [From the phrase *(Love) Ska(voovie),* greeting used by Jamaican bassist Cluet Johnson, one of the early creators of ska, or imitative of the sound of a guitar in tandem with a rim click on a snare drum.]
**skag** (skăg) *n. Slang* Variant of **scag.**
**Skag•er•rak** also **Skag•er•ak** (skăg′ə-răk′, skä′gə-räk′) A broad strait between southeast Norway and northwest Denmark linking the North Sea and the Kattegat.
**Skag•it** (skăj′ĭt) A river, about 241 km (150 mi) long, of southwest British Columbia, Canada, and northwest Washington flowing into **Skagit Bay,** an inlet of Puget Sound.
**Skag•way** (skăg′wā′) A town of southeast Alaska at the head of the Lynn Canal north-northwest of Juneau. It was a boom town and the gateway to the Klondike during the Alaskan gold rush (1897–1898). Population: 692.
**skald** also **scald** (skôld, skäld) *n.* A medieval Scandinavian poet, especially one writing in the Viking age. [Old Norse *skāld.* See **sek**[w]**-**[3] in Appendix I.] **—skald′ic** *adj.*
**Skan•e•at•e•les Lake** (skăn′ē-ăt′ləs, skĭn′-) A lake of central New York. It is one of the Finger Lakes.
**skank** (skăngk) *n.* **1.** A rhythmic dance performed to reggae or ska music, characterized by bending forward, raising the knees, and extending the hands. **2.** Disgusting or vulgar matter; filth. **3.** One who is disgustingly foul or filthy and often considered sexually promiscuous. Used especially of a woman or girl. ❖ *intr.v.* **skanked, skank•ing, skanks** To dance the skank. [Of Jamaican origin.] **—skank′y** *adj.*
**skat** (skät) *n.* **1.** A card game for three persons that is played with 32 cards, sevens through aces. **2.** One of the combinations of cards occurring in this game. [German, from Italian *scarto,* a discarded card, from *scartare,* to reject : *s-,* out; see SFUMATO + *carta,* card (from Latin *charta,* paper made of papyrus; see CARD[1]).]
**skate**[1] (skāt) *n.* **1.** An ice skate. **2.** A roller skate. **3.** A skateboard. **4.** The act or a period of skating or skateboarding. ❖ *intr.v.* **skat•ed, skat•ing, skates 1.** To glide or move along on or as if on skates. **2.** To ride or perform stunts on a skateboard. **3.** *Informal* To act in an irresponsible or superficial manner. [From Dutch *schaats,* stilt, skate (taken as pl.), from Middle Dutch *schaetse,* from Old North French *escache,* stilt, perhaps of Germanic origin.]
**skate**[2] (skāt) *n.* Any of various rays of the genus *Raja,* having a flattened body and greatly expanded pectoral fins that extend around the head. [Middle English *scate,* from Old Norse *skata.*]
**skate**[3] (skāt) *n.* **1.** A fellow; a person. **2.** A decrepit horse; a nag. [Perhaps alteration of dialectal *skite,* contemptible person. See BLATHERSKITE.]
**skate•board** (skāt′bôrd′, -bōrd′) *n.* A short narrow board having a set of four wheels mounted under it, ridden in a standing or crouching position and often used to perform stunts ❖ *intr.v.* **-board•ed, -board•ing, -boards** To ride or perform stunts on a skateboard. **—skate′board′er** *n.*
**skat•er** (skā′tər) *n.* **1.** One who skates, as on ice. **2.** One who skateboards. **3.** See **water strider.**
**skate ski** *n.* A short lightweight snow ski designed to be used with a rapid skating motion on level ground. **—skate′-ski′** (skāt′skē′) *v.*
**skat•ole** (skăt′ōl, -ôl) also **skat•ol** (-ôl, -ōl, -ŏl) *n.* A white crystalline organic compound, $C_9H_9N$, having a strong fecal odor, found naturally in feces, beets, and coal tar and used as a fixative in the manufacture of perfume. [Greek *skōr, skat-,* dung; see **sker-**[3] in Appendix I + -OLE.]
**Skaw** (skô) A cape on the northern extremity of Jutland, Denmark, extending into the Skagerrak and the Kattegat.
**skean** (skēn) *n.* A double-edged dagger formerly used in Ireland and Scotland. [Middle English *skene,* from Irish Gaelic *scian,* from Old Irish *scían.* See **skei-** in Appendix I.]
**Skeat** (skēt), **Walter William** 1835–1912. English philologist who wrote *An Etymological Dictionary of the English Language* (1879–1882) and began the systematic study of English place names.
**ske•dad•dle** (skĭ-dăd′l) *intr.v.* **-dled, -dling, -dles** *Informal* To leave hastily; flee. [Origin unknown.]
**Skee•na** (skē′nə) A river rising in western British Columbia, Canada, and flowing about 579 km (360 mi) generally south and west to the Pacific Ocean near Prince Rupert.
**skeet** (skēt) *n.* A form of trapshooting in which clay targets are thrown from traps to simulate birds in flight and are shot at from different stations. [Alteration of SHOOT.]
♦ **skee•ter** (skē′tər) *n. Chiefly Southern U.S.* See **mosquito.** See Regional Note at **possum.** [Shortening and alteration of MOSQUITO.]
♦ **skeeter hawk** *n. South Atlantic U.S.* See **dragonfly.** See Regional Note at **dragonfly.**
**skeg** (skĕg) *n.* **1.** A timber that connects the keel and sternpost of a ship. **2.** An arm extending to the rear of the keel to support the rudder and protect the propeller. **3.** A series of timbers attached to the stern of a small boat, serving as a keel to keep the boat on course. [Dutch *scheg,* perhaps from Old Norse *skegg,* beard, beak of a ship.]
**skein** (skān) *n.* **1a.** A length of thread or yarn wound in a loose long coil. **b.** Something suggesting the coil of a skein; a complex tangle: *a twisted skein of lies.* **2.** A flock of geese or similar birds in flight. See synonyms at **flock**[1]. [Middle English *skeine,* from Old French *escaigne.*]
**skel•e•tal** (skĕl′ĭ-tl) *adj.* **1.** Of, relating to, forming, or of the nature of a skeleton. **2.** Attached to or formed by a skeleton. **—skel′e•tal•ly** *adv.*
**skeletal muscle** *n.* A usually voluntary muscle made up of elongated, multinucleated, transversely striated muscle fibers, having principally bony attachments. Also called *striated muscle.*
**skeletal system** *n.* The bodily system that consists of the bones, their associated cartilages, and the joints, and supports and protects the body, produces blood cells, and stores minerals.
**skel•e•ton** (skĕl′ĭ-tn) *n.* **1a.** The internal structure composed of bone and cartilage that protects and supports the soft organs, tissues, and other parts of a vertebrate organism; endoskeleton. **b.** The hard external supporting and protecting structure in many invertebrates, such as mollusks and crustaceans, and certain vertebrates, such as turtles; exoskeleton. **2.** A supporting structure or framework, as of a building. **3.** An outline or sketch. **4.** Something reduced to its basic or minimal parts. **5.** One that is very thin or emaciated. ❖ *adj.* **1.** Of, relating to, or resembling a skeleton. **2.** Reduced to the basic or minimal parts or members: *a skeleton crew.* ***—idiom:* skeleton in (one's) closet** A source of shame or disgrace, as in a family, that is kept secret. [Greek *skeleton (sōma),* dried-up (body), neuter of *skeletos,* from *skellesthai,* to dry up.]
**skel•e•ton•ize** (skĕl′ĭ-tn-īz′) *tr.v.* **-ized, -iz•ing, -iz•es 1.** To reduce to skeleton form: *"Carnivorous beetles . . . can skeletonize a bat within hours"* (Scientific American). **2.** To outline or sketch briefly. **3.** To reduce in size or number: *skeletonized the hospital staff to cut costs.*
**skeleton key** *n.* A key with a large portion of the bit filed away so that it can open different locks. Also called *passkey.*
**skell** (skĕl) *n. Slang* A homeless person who lives as a derelict. [Origin unknown.]
**skel•lum** (skĕl′əm) *n. Scots* A rascal; a rogue. [Dutch *schelm,* from Low German, from Middle Low German.]



**skate**[2]
longnose skate
*Raja rhina*



**skateboard**
skateboarding on a ramp



**skeleton**

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

**Stress marks:** **′** (primary); ′ (secondary), as in **dictionary** (dĭk′shə-nĕr′ē)