# Exhibit G

**From:** Matt Colvin
**Sent:** Thursday, May 02, 2019 6:57 PM
**To:** Bobby Hampton
**Subject:** FW: KHB v. AJ: Claim Construction

---

**From:** Matt Colvin
**Sent:** Monday, April 8, 2019 2:47 PM
**To:** ttenton@oblon.com <tfenton@oblon.com>; 'AJ-KHB-OblonTeam' <AJ-KHB-OblonTeam@oblon.com>; 'Stover, Chad' <Chad.Stover@btlaw.com>; 'Murphy, Gigi' <Gigi.Murphy@btlaw.com>
**Cc:** KHB-Ajinomoto F&R Team <KHB-AjinomotoF&RTeam@fr.com>
**Subject:** RE: KHB v. AJ: Claim Construction

Rob,

Thanks for the call today and confirming that for Average/Average Particle Size you intend for AJ's proposed construction to mean what is commonly referred to as D4,3.

For the first half of the Particle Size construction, please consider "The diameter of an equivalent sphere having the same volume as the particle [as determined by . . .]." I believe we agree that in general "particle size" is represented by the diameter of a sphere having the same volume as the particle concerned. To the extent you can work the concept of volume equivalent spheres into your construction I believe it will be easier to focus the court on the parties' actual dispute.

Thanks,

Matt

---

**From:** Matt Colvin
**Sent:** Friday, April 5, 2019 3:59 PM
**To:** ttenton@oblon.com <tfenton@oblon.com>; AJ-KHB-OblonTeam <AJ-KHB-OblonTeam@oblon.com>; 'Stover, Chad' <Chad.Stover@btlaw.com>; 'Murphy, Gigi' <Gigi.Murphy@btlaw.com>
**Cc:** KHB-Ajinomoto F&R Team <KHB-AjinomotoF&RTeam@fr.com>
**Subject:** RE: KHB v. AJ: Claim Construction

It does. I will send around a calendar invite for you, Rob, and Sasha.

Thanks,

Matt

---

**From:** ttenton@oblon.com <tfenton@oblon.com>
**Sent:** Friday, April 5, 2019 3:57 PM
**To:** Matt Colvin <colvin@fr.com>; AJ-KHB-OblonTeam <AJ-KHB-OblonTeam@oblon.com>; 'Stover, Chad' <Chad.Stover@btlaw.com>; 'Murphy, Gigi' <Gigi.Murphy@btlaw.com>

**Cc:** KHB-Ajinomoto F&R Team <KHB-AjinomotoF&RTeam@fr.com>
**Subject:** RE: KHB v. AJ: Claim Construction

Matt,

Does 3:00pm Monday work?

Thanks,
Tia

**Tia D. Fenton**
Partner

1940 Duke Street
Alexandria, Virginia 22314
Phone: 703-413-2777
Fax: 703-413-2220
TFenton@oblon.com

Oblon, McClelland,
Maier & Neustadt, L.L.P.
www.oblon.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact Oblon by reply email and destroy all copies of the original message.

---

**From:** Matt Colvin [mailto:colvin@fr.com]
**Sent:** Friday, April 5, 2019 4:15 PM
**To:** AJ-KHB-OblonTeam; 'Stover, Chad'; 'Murphy, Gigi'
**Cc:** KHB-Ajinomoto F&R Team
**Subject:** KHB v. AJ: Claim Construction

Tia,

We have been studying the parties' proposed constructions and we would like to discuss them with you on Monday or Tuesday of next week to see if there is any room for agreement. Please let us know of a time when you are available.

Thanks,

Matt

**Matt Colvin**
FISH & RICHARDSON P.C. | Dallas, Texas | 214-292-4013 | fr.com

*****************************************************************************************************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

*************************************************************************************************************************