# EXHIBIT H
# REDACTED IN ITS ENTIRETY