# EXHIBIT I
# REDACTED IN ITS ENTIRETY