# Exhibit J

**Table of Proposed Constructions**

| Term/Phrase | AJ Proposed Construction | KHB Proposed Construction |
|---|---|---|
| “average” | volume average (or volume mean)<br><br>Alternatively the term is indefinite. | the sum of a set of numbers divided by how many there are in the set. Also called a “mean.” |
| “particle size” | the diameter calculated assuming that the particles are spherical, as determined by laser diffraction | the diameter calculated assuming that the particle is spherical |
| “average particle size” | volume average diameter (or volume mean diameter)<br><br>Alternatively, the term is indefinite. | the sum of particle sizes divided by the number of particles |
| “adding crystals of the amino acid … to the medium” | putting crystals of the amino acid … into the medium<br><br>This term does not encompass crystals that form in the medium. | introducing crystals to the medium that were not there before, which are the same crystals that the claim later requires “grow … and accumulate in the medium” |
| “before crystals of the amino acid deposit in the medium” | prior to the presence of more than a slight amount of amino acid crystals in the medium<br><br>This term is a temporal limitation on the “adding” step. | prior to the deposit of more than a slight amount of crystals of amino acid produced by the microorganism |