**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

KYOWA HAKKO BIO, CO., LTD., BIOKYOWA, INC., KYOWA HAKKO BIO U.S. HOLDINGS, INC., and KYOWA HAKKO U.S.A., INC.,

Plaintiffs,

v.

AJINOMOTO CO., INC., AJINOMOTO HEALTH & NUTRITION NORTH AMERICA, INC., and AJINOMOTO FOODS NORTH AMERICA, INC.,

Defendants.

C.A. 17-313-MSG

**PUBLIC VERSION**

**DECLARATION OF SASHA S. RAO IN SUPPORT OF AJINOMOTO'S OPENING CLAIM CONSTRUCTION BRIEF**

BARNES & THORNBURG LLP
Chad S.C. Stover (No. 4919)
Regina S.E. Murphy (No. 5648)
1000 N. West St., Suite 1500
Wilmington, DE 19801
Telephone: (302) 300-3474
chad.stover@btlaw.com
gigi.murphy@btlaw.com

*Attorneys for Defendants Ajinomoto Co., Inc., Ajinomoto Health & Nutrition North America, Inc. and Ajinomoto Foods North America, Inc.*

OF COUNSEL:
Robert C. Mattson
Tia D. Fenton
Stephen G. Baxter
Lisa M. Mandrusiak
Sasha S. Rao
OBLON, McCLELLAND, MAIER & NEUSTADT, L.L.P.
1940 Duke Street
Alexandria, VA 22314
Telephone: (703) 413-3000

May 3, 2019
**Redacted Version filed on May 10, 2019**

I, SASHA S. RAO, declare and state:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and an Associate at the law firm of Oblon, McClelland, Maier & Neustadt, L.L.P., attorneys for Defendants Ajinomoto Co., Inc., Ajinomoto Health & Nutrition North America, Inc. and Ajinomoto Foods North America, Inc. (collectively, "Ajinomoto") in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

3. I make this declaration in support of Ajinomoto's Opening Claim Construction Brief.

4. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. RE 45,723 ("the '723 patent").

5. Attached hereto as **Exhibit 2** is a true and correct copy of U.S. Patent. No. 7,888,078 ("the '078 patent").

6. Attached hereto as **Exhibit 3** is a true and correct copy of pages from the file history of the '723 patent, as produced to Ajinomoto by Plaintiffs.

7. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from *Perry's Chemical Engineers' Handbook*, § 20-6 (7th ed. 1997), bearing production numbers AJ110388-90.

8. Attached hereto as **Exhibit 5** is a true and correct copy of *Particle size analysis – Laser diffraction methods – Part 1: General principles*, International Standard, ISO 13320-1 (1st ed. 1999), bearing production numbers AJ109016-56.

9. Attached hereto as **Exhibit 6** is a true and correct copy of Dr. Alan Rawle, *Basic Principles of Particle Size Analysis*, Technical Paper, MRK034, Malvern Instruments (2003).

10. Attached hereto as **Exhibit 7** is a true and correct copy of Horiba, *A Guidebook to Particle Size Analysis* (2012).

11. Attached hereto as **Exhibit 8** is a true and correct copy of Chapters 1, 2, and 4 from Allan S. Myerson, *Handbook of Industrial Crystallization* (2d ed. 2002).

12. Attached hereto as **Exhibit 9** is a true and correct copy of an excerpt of Philip Plantz, *Explanation of Data Reported by Microtrac Instruments*, Applications Note, SL-AN-16 Ref F, Microtrac Inc. (2008), bearing production numbers AJ108991 - AJ108997.

13. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from *The United States Pharmacopeia: The National Formulary*, USP28, NF23, U.S. Pharmacopeial Convention, Inc. (2005), bearing production numbers AJ109057-62.

14. Attached hereto as **Exhibit 11** is a true and correct copy of pages from the file history (including opposition proceedings) of the European patent EP1870476.

15. Attached hereto as **Exhibit 12** is a true and correct copy of the transcript of the Rule 30(b)(6) deposition of Ryo Ohashi, taken April 16, 2019.

16. Attached hereto as **Exhibit 13** is a true and correct copy of Innopharma Technology, *A Guide to D-values in Pharmaceutical Particle Characterisation*, bearing production numbers AJ108953 - AJ108957.

17. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of Seishin, *LMS-24 manual*, bearing production numbers KHB_0001372, 1398, 1404, and 1405, and a certified translation of these excerpts.

18. Attached hereto as **Exhibit 15** is a true and correct copy of *Representation of results of particle size analysis – Part 2: Calculation of average particle sizes/diameters and*

*moments from particle size distributions*, International Standard, ISO 9276-2 (1st ed. 2001), bearing production numbers KHB_0001642-61.

19. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from Jacob Bear, *Dynamics of Fluids in Porous Media*, 165-67 (1972), bearing production numbers AJ109085 - AJ109090.

20. Attached hereto as **Exhibit 17** is a true and correct copy of U.S. Patent No. 8,188,308 to Shimose and bearing production numbers AJ109008-14.

21. Attached hereto as **Exhibit 18** is a true and correct copy of [redacted] bearing production number KHB_0001371.

22. Attached hereto as **Exhibit 19** is a true and correct copy of [redacted], bearing production numbers KHB_0001361-70.

23. Attached hereto as **Exhibit 20** is a true and correct copy of an excerpt from *The New Oxford American Dictionary* (2001), containing the definition of "add" and bearing production numbers KHB_0001938-40.

24. Attached hereto as **Exhibit 21** is a true and correct copy of an excerpt from *Webster's II: New College Dictionary* (3d ed. 2005), containing the definition of "to" and bearing production numbers AJ108950-52.

25. Attached hereto as **Exhibit 22** is a true and correct copy of pages from the file history of U.S. Patent. No. 7,888,078, as produced to Ajinomoto by Plaintiffs.

26. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from the Japanese patent JP5138368B2 and a certified translation of its first page.

27. Attached hereto as **Exhibit 24** is a true and correct copy of European patent EP1870476B1.

28. Attached hereto as **Exhibit 25** is a true and correct copy of Plaintiffs' 6/01/12 correspondence with the Japanese Patent Office, bearing production numbers AJ110778-84, and a certified translation of the same.

29. Attached hereto as **Exhibit 26** is a true and correct copy of Plaintiffs' 7/23/12 response to the Japanese Patent Office, bearing production numbers AJ108978-83, and a certified translation of the same.

30. Attached hereto as **Exhibit 27** is a true and correct copy of the current *curriculum vitae* of Dr. Allan S. Myerson.

31. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from J.W. Mullin, *Crystallization*, pp. 78, 392-93 (4th ed. 2001).

32. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 3, 2019

*/s/ Sasha S. Rao*
Sasha S. Rao