# EXHIBIT 4




**FIG. 20-1** Particle-size distribution curve plotted on linear axes.




**FIG. 20-2** Particle-size distribution curve plotted using a logarithmic scale for the abscissa.

has an advantage in that transformations between distributions is simple; that is, if the number distribution is log-normal, the surface and volume distributions are also log-normal with the same slope (σ).

***Average Particle Size*** A powder has many average sizes; hence it is essential that they be well specified. The median is the 50 percent size; half the distribution is coarser and half finer. The mode is a high-density region; if there is more than one peak in the frequency curve, the distribution is said to be multimodal. The mean is the center of gravity of the distribution. The center of gravity of a mass (volume) distribution is defined by: $X_{VM} = \sum X dV / \sum dV$ where $dV = X^3 dN$: $dV$ is the volume of $dN$ particles of size $X$. This is defined as the *volume-moment mean diameter* and differs from the mean for a number or surface distribution.

***Specific Surface*** This can be calculated from size distribution data. For example, the Gates diagram employs a plot of cumulative percent by weight undersize versus reciprocal diameter; the area beneath the curve represents surface. Likewise the area under the Roller diagram of weight percent per micron against log of diameter represents surface (Work and Whitby, op.cit., p 477).

**Sampling of Powders** An important prerequisite to accurate particle size analysis is proper powder sampling. Powders may be classified as nonsegregating (cohesive) or segregating (free-flowing). Representative samples are more easily taken from cohesive powders provided they have previously been mixed. It is difficult to mix free-flowing powders; hence it is advisable to sample them in motion. (1) A powder should always be sampled when in motion. (2) The whole of the stream of powder should be taken for many short increments of time in preference to part of the stream being taken for the whole of the time. The estimated maximum sample errors on a 60:40 blend of free-flowing sand using different sampling techniques are given in Table 20-2.

# PERRY'S CHEMICAL ENGINEERS' HANDBOOK

SEVENTH EDITION

# *The definitive reference for chemical and process engineers*

This new Seventh Edition of the world-famous *Perry's Chemical Engineers' Handbook* provides you with unrivaled, state-of-the-art coverage of all aspects of chemical engineering—from the fundamentals to details on computer applications and control.

Featuring over 1,700 illustrations in its more than 2,200 pages of coverage, the *Handbook* gives you:

***A COMPREHENSIVE SOURCE*** for the newest developments, advances, achievements, and methods in your field—including *thermal design procedures, gas and liquid diffusivity estimating,* and *industrial processes* from *aerobic fermentation* to *pyrometallurgy*

***ALL THE FACTS AND DATA*** on procedures, equipment, performance, and principles that you need—including new material on *compact heat exchangers, design procedures for distillation columns,* and *methods for estimating discharge from ruptured lines and vessels*

***A READY REFERENCE*** to appropriate calculation methods for problems at hand—including *a completely new section on analysis of plant performance*

***TIME AND COST-SAVING TIPS*** on design alternatives, application techniques, and approaches to problems that are outside your area of expertise.

**Authoritative and comprehensive, this new edition includes the latest information on:**
**✔ Condensers, Reboilers, Evaporators, and Vessels ✔ Multicomponent and Enhanced Distillation, including Azeotropic, Extractive, and Reactive Methods ✔ Gas Absorption Processes, with Data on Plate Performance, Plate Design, and Packed Towers ✔ Super-Critical Fluid and Membrane Separation Processes ✔ Biochemical Separation Processes ✔ Materials of Construction ✔ Materials for Process Applications**

*Chosen by generations of chemical and process engineers,* ***Perry's Chemical Engineers' Handbook*** *continues the fine tradition of earlier editions: it thoroughly ...ed for complete, reliable, and useful information in the field.*

***...BLE TOOL FOR CHEMICAL ENGINEERS."***

**...ce, Principal Consultant, R & D Planning, Dupont**

9 780070 498419 150.00
0-07-049841-5 PERRY RO
PERRYS CHEMICAL ENGINEERS H-7E
TECHNICAL 02/15/02
OC2E008Z 0/00

ISBN 0-07-049841-5
90000
9 780070 498419

Cover Design: Richard Adelson

Visit us on the World Wide Web at
**www.books.mcgraw-hill.com**

McGraw-Hill
*A Division of The McGraw-Hill Companies*