# EXHIBIT 8

# Handbook of Industrial Crystallization



*Second Edition*



**Allan S. Myerson**

# Handbook of Industrial Crystallization

## Second Edition

*Edited by*

**Allan S. Myerson**

Professor of Chemical Engineering and
Dean, Armour College of Engineering
and Science
Illinois Institute of Technology

BUTTERWORTH HEINEMANN

Boston • Oxford • Johannesburg • Melbourne • New Delhi • Singapore

Copyright © 2002 by Butterworth–Heinemann

A member of the Reed Elsevier group All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

Butterworth–Heinemann supports the efforts of American Forests and the Global ReLeaf program in its campaign for the betterment of trees, forests, and our environment.

**Library of Congress Cataloging-in-Publication Data**

Handbook of industrial crystallization / edited by Allan S. Myerson.—2nd ed.
p. cm.
Includes bibliographical references and index.
ISBN 0-1239-0804-3 (alk. paper)
1. Crystallization—Industrial applications. I. Myerson, Allan S., 1952-

TP156.C7 H36 2001
660'.284298—dc21

2001037405

**British Library Cataloguing-in-Publication Data**

A catalogue record for this book is available from the British Library.

The publisher offers special discounts on bulk orders of this book. For information, please contact:

Manager of Special Sales
Butterworth–Heinemann
225 Wildwood Avenue
Woburn, MA 01801–2041
Tel: 781-904-2500
Fax: 781-904-2620

For information on all Butterworth–Heinemann publications available, contact our World Wide Web home page at: http://www.bh.com

10 9 8 7 6 5 4 3 2 1

Printed in the United States of America

# 1

# SOLUTIONS AND SOLUTION PROPERTIES

Albert M. Schwartz and Allan S. Myerson

## 1.1. INTRODUCTION AND MOTIVATION

Crystallization is a separation and purification technique employed to produce a wide variety of materials. *Crystallization* may be defined as a phase change in which a crystalline product is obtained from a solution. A solution is a mixture of two or more species that form a homogeneous single phase. Solutions are normally thought of in terms of liquids, however, solutions may include solids and even gases. Typically, the term *solution* has come to mean a liquid solution consisting of a solvent, which is a liquid, and a solute, which is a solid, at the conditions of interest. The term *melt* is used to describe a material that is solid at normal conditions and is heated until it becomes a molten liquid. Melts may be pure materials, such as molten silicon used for wafers in semiconductors, or they may be mixtures of materials. In that sense, a homogeneous melt with more than one component is also a solution, however, it is normally referred to as a melt. A solution can also be gaseous; an example of this is a solution of a solid in a supercritical fluid.

Virtually all industrial crystallization processes involve solutions. The development, design, and control of any of these processes involve knowledge of a number of the properties of the solution. This chapter will present and explain solutions and solution properties, and relate these properties to industrial crystallization operations.

## 1.2. UNITS

Solutions are made up of two or more components of which one is the solvent and the other is the solute(s). There are a variety of ways to express the composition of a solution. If we consider the simple system of a solvent and a solute, its composition may be expressed in terms of mass fraction, mole fraction, or a variety of concentration units as shown in Table 1.1. The types of units that are commonly used can be divided into those that are ratios of the mass (or moles) of solute to the mass (or moles) of the solvent, those that, are ratios of the mass (or moles) of the solute to the mass (or moles) of the solution, and those that are ratios of the mass (or moles) of the solute to the volume of the solution.

While all three units are commonly used, it is important to note that use of units of type 3, requires knowledge of the solution density to convert these units into those of the other types. In addition, type 3 units must be defined at a particular temperature since the volume of a solution is a function of temperature. The best units to use for solution preparation are mass of solute per mass of solvent. These units have no temperature dependence and solutions can be prepared simply by weighing each species. Conversion among mass (or mole) based units is also simple. Example 1.1 demonstrates conversion of units of all three types.

**TABLE 1.1 Concentration Units**

**Type 1: Mass (or moles) solute/mass (or moles) solvent**
- Grams solute/100 grams solvent
- Moles solute/100 grams solvent
- Moles solute/1000 grams solvent–molal
- lbm solute/lbm solvent
- Moles solute/moles solvent

**Type 2: Mass (or moles) solute/mass (or moles) solution**
- Grams solute/grams total Mass fraction
- Moles solute/moles total Mole fraction

**Type 3: Mass (or moles) solute/volume solution**
- Moles solute/liter of solution–molar
- Grams solute/liter of solution
- lbm solute/gallon solution

## 1.3. SOLUBILITY OF INORGANICS

### 1.3.1. BASIC CONCEPTS

A solution is formed by the addition of a solid solute to the solvent. The solid dissolves, forming the homogeneous solution. At a given temperature there is a maximum amount of solute that can dissolve in a given amount of solvent. When this maximum is reached the solution is said to be saturated. The amount of solute required to make a saturated solution at a given condition is called the *solubility*.

Solubilities of common materials vary widely, even when the materials appear to be similar. Table 1.2 lists the solubility of a number of inorganic species (Mullin 1997 and Myerson et al. 1990). The first five species all have calcium as the cation but their solubilities vary over several orders of magnitude. At 20 °C the solubility of calcium hydroxide is 0.17 g/100 g water while that of calcium iodide is 204 g/100 g water. The same variation can be seen in the six sulfates listed in Table 1.2. Calcium sulfate has a solubility of 0.2 g/100 g water at 20 °C while ammonium sulfate has a solubility of 75.4 g/100 g water.

**TABLE 1.2 Solubilities of Inorganics at 20 °C**

| Compound | Chemical Formula | Solubility (g anhydrous/100 g $H_2O$) |
|---|---|---|
| Calcium chloride | $CaCl_2$ | 74.5 |
| Calcium iodide | $CaI_2$ | 204 |
| Calcium nitrate | $Ca(NO_3)_2$ | 129 |
| Calcium hydroxide | $Ca(OH)_2$ | 0.17 |
| Calcium sulfate | $CaSO_4$ | 0.20 |
| Ammonium sulfate | $(NH_4)_2SO_4$ | 75.4 |
| Copper sulfate | $CuSO_4$ | 20.7 |
| Lithium sulfate | $LiSO_4$ | 34 |
| Magnesium sulfate | $MgSO_4$ | 35.5 |
| Silver sulfate | $Ag_2SO_4$ | 0.7 |

(Based on data from Mullin 1997 and Myerson et al. 1990)

**EXAMPLE 1.1**
**Conversion of Concentration Units**

Given: 1 molar solution of NaCl at 25 °C
Density of solution = 1.042 g/cm³
Molecular weight (MW) NaCl = 58.44

$$1 \text{ molar} = \frac{1 \text{ mol NaCl}}{\text{liter of solution}}\frac{1 \text{ liter}}{1000\,\text{cm}^3}\frac{58.44\,\text{g NaCl}}{\text{mol NaCl}}\frac{1\,\text{cm}^3}{1.042\,\text{g}}$$

$$= \frac{0.056\,\text{g NaCl}}{\text{g solution}}$$

$$= 0.056\,\text{wt fraction NaCl} = 5.6\,\text{wt\% NaCl}$$

$$\frac{0.056\,\text{g NaCl}}{\text{g solution}} = \frac{0.056\,\text{g NaCl}}{0.944\,\text{g water} + 0.056\,\text{g NaCl}}$$

$$= 0.059\,\text{g NaCl/g water}$$

$$0.056\,\text{wt fraction NaCl} = \frac{0.056\,\text{g NaCl}}{0.944\,\text{g water} + 0.056\,\text{g NaCl}}$$

$$= \frac{\dfrac{0.056\,\text{g NaCl}}{58.44\,\text{g/g mol}}}{\dfrac{0.056\,\text{g NaCl}}{58.44\,\text{g/g mol}} + \dfrac{0.944\,\text{g water}}{18\,\text{g/g mol}}}$$

$$= 0.018\,\text{mol fraction NaCl}$$

The solubility of materials depends on temperature. In the majority of cases the solubility increases with increasing temperature, although the rate of the increase varies widely from compound to compound. The solubility of several inorganics as a function of temperature are shown in Figure 1.1 (Mullin 1997). Sodium chloride is seen to have a relatively weak temperature dependence with the solubility changing from 35.7 to 39.8 g/100 g water over a 100 °C range. Potassium nitrate, on the other hand, changes from 13.4 to 247 g/100 g water over the same temperature range. This kind of information is very important in crystallization processes since it will determine the amount of cooling required to yield a given amount of product and will in fact determine if cooling will provide a reasonable product yield.

Solubility can also decrease with increasing temperature with sparingly soluble materials. A good example of this is the calcium hydroxide water system shown in Figure 1.2.

The solubility of a compound in a particular solvent is part of that systems phase behavior and can be described graphically by a phase diagram. In phase diagrams of solid–liquid equilibria the mass fraction of the solid is usually plotted versus temperature. An example is Figure 1.3, which shows the phase diagram for the magnesium sulfate water system. This system demonstrates another common property of inorganic solids, the formation of *hydrates*. A *hydrate* is a solid formed upon crystallization from water that contains water molecules as part of its crystal structure. The chemical formula of a hydrate indicates the number of moles of water present per mole of the solute species by listing a stoichiometric number and water after the dot in the chemical formula. Many compounds that form hydrates form several with varying amounts of water. From the phase diagram (Figure 1.3) we can see that $MgSO_4$ forms four stable hydrates ranging from 12 mol of water/mol $MgSO_4$ to 1 mol of water/mol of $MgSO_4$. As is usual with hydrates, as the temperature rises, the number of moles of water in the stable hydrate declines and at some temperature the anhydrous material is the stable form.

The phase diagram contains much useful information. Referring to Figure 1.3, the line abcdef is the solubility or saturation line that defines a saturated solution at a given temperature. Line ab is the solubility line for the solvent (water) since when a solution in this region is cooled, ice crystallizes out and is in equilibrium with the solution. Point b marks what is known as the eutectic composition. At this composition, 0.165 weight fraction $MgSO_4$, if the solution is cooled both ice and $MgSO_4$ will separate as solids. The rest of the curve from b to f represents the solubility of $MgSO_4$ as a function of temperature. If we were to start with a solution at 100 °F and 25 wt% $MgSO_4$ (point A in Figure 1.3) and cool that solution, the solution would be saturated at the point where a vertical line from A crosses the saturation curve, which is at 80 °F. If the solution were cooled to 60 °F as shown in point D, the solution will have separated at equilibrium into solid $MgSO_4 \cdot 7H_2O$ and a saturated solution of the composition corresponding to point C.

The phase diagram also illustrates a general practice concerning hydrate solubility. The solubility of compounds that form hydrates




**Figure 1.1** Solubility of $KNO_3$, $CuSO_4$, and NaCl in aqueous solution. (Data from Mullin 1997.)




**Figure 1.2** Solubility of calcium hydroxide in aqueous solution. (Data from Myerson et al. 1990.)

are usually given in terms of the anhydrous species. This saves much confusion when multiple stable hydrates can exist but requires that care be taken when performing mass balances or preparing solutions. Example 1.2 illustrates these types of calculations.

Phase diagrams can be significantly more complex than the example presented in Figure 1.3 and may involve additional stable phases and/or species. A number of references (Rosenberger 1981; Gordon 1968) discuss these issues in detail.

---

**EXAMPLE 1.2**
**Calculations Involving Hydrates**

Given solid $MgSO_4 \cdot 7H_2O$ prepare a saturated solution of $MgSO_4$ at 100 °F.

**(a)** Looking at the phase diagram (Figure 1.3) the solubility of $MgSO_4$ at 100 °F is 0.31 wt. fraction $MgSO_4$ (anhydrous) and the stable phase is $MgSO_4 \cdot 7H_2O$. First, calculate the amount of $MgSO_4$ (anhydrous) necessary to make a saturated solution at 100 °F.

$$0.31 = x_f = \frac{\text{weight } MgSO_4 \text{ (g)}}{\text{weight } MgSO_4 \text{ (g)} + \text{weight } H_2O \text{ (g)}} \quad (1)$$

Using a Basis: 1000 g $H_2O$, the weight of $MgSO_4$ (g) needed to make a saturated solution is 449 (g) $MgSO_4$ (anhydrous).

**(b)** Since the stable form of the $MgSO_4$ available is $MgSO_4 \cdot 7H_2O$, we must take into account the amount of water added to the solution from the $MgSO_4$ hydrate.

We first need to determine the amount of water added per gram of $MgSO_4 \cdot 7H_2O$. To do this we need to know the molecular masses of $MgSO_4$, $H_2O$, and $MgSO_4 \cdot 7H_2O$. These are 120.37 g/gmol, 18.015 g/gmol, and 246.48 g/gmol, respectively.

$$x_{MgSO_4} = \frac{\text{wt. of } MgSO_4 \text{ in the hydrate}}{\text{wt. of } MgSO_4 \cdot 7H_2O} = \frac{120.37}{246.48} = 0.488 \quad (2)$$

$$x_{H_2O} = \frac{\text{wt. of } H_2O \text{ in the hydrate}}{\text{wt. of } MgSO_4 \cdot 7H_2O} = \frac{126.11}{246.48} = 0.512 \quad (3)$$

Mass Balances:

$$\text{Total weight} = \text{wt. } H_2O + \text{wt. of } MgSO_4 \text{ in the hydrate} \quad (4)$$

$$0.31\ \{\text{Total weight}\} = \text{wt. of } MgSO_4 \text{ in the hydrate} \quad (5)$$

$$0.69\ \{\text{Total weight}\} = \text{wt. of } H_2O \text{ in the hydrate} + \text{wt. of } H_2O \text{ solvent} \quad (6)$$

First we will examine equation (4) the total mass balance. Since we are using a basis of 1000 g of $H_2O$ and the weight of $MgSO_4$ in the hydrate is equal to the weight of $MgSO_4$ (anhydrous) calculated in **1.2(a)**, the total weight of our system is 1449 g.

By substituting equations (2) and (3) into equations (5) and (6), respectively, we can solve for the amount of $MgSO_4 \cdot 7H_2O$ needed to make a saturated solution at 100 °F.

$$0.31\ \{1449\text{ g}\} = 0.488\ \{\text{wt. of } MgSO_4 \cdot 7H_2O\}$$

**wt. of $MgSO_4 \cdot 7H_2O$ g = 920 g**

$$0.69\ \{1449\} = \text{wt. } H_2O \text{ solvent} + 0.512\ \{\text{wt. of } MgSO_4 \cdot 7H_2O\}$$

$$0.69\ \{1449\} = \text{wt. } H_2O \text{ solvent} + 0.512\ \{920\text{ g}\}$$

**wt. $H_2O$ solvent = 529 g**

Therefore, in order to make a saturated solution of $MgSO_4$ at 100 °F starting with $MgSO_4 \cdot 7H_2O$, we need to add 920 g of the hydrate to 529 g of $H_2O$.




**Figure 1.3** Phase diagram for $MgSO_4$–$H_2O$. (Reprinted by permission of John Wiley & Sons, Inc., from R.M. Felder and R.W. Rousseau (1986), *Elementary Principles of Chemical Processes*, 2nd ed., p. 259. © John Wiley and Sons, Inc.)

### 1.3.2. SPARINGLY SOLUBLE SPECIES—DILUTE SOLUTIONS

As we have seen in the previous section, the solubility of materials varies according to their chemical composition and with temperature. Solubility is also affected by the presence of additional species in the solution, by the pH, and by the use of different solvents (or solvent mixtures). When discussing inorganic species, the solvent is usually water, while with organics, the solvent can be water or a number of organic solvents, or solvent mixtures.

If we start with a sparingly soluble inorganic species such as silver chloride and add silver chloride to water in excess of the saturation concentration, we will eventually have equilibrium between solid AgCl and the saturated solution. The AgCl is, as most of the common inorganics, an electrolyte and dissociates into its ionic constituents in solution. The dissociation reaction can be written as

$$AgCl(s) \Leftrightarrow Ag^+ + Cl^- \tag{1.1}$$

The equilibrium constant for this reaction can be written as

$$K = (a_{Ag^+}a_{Cl^-})/(a_{AgCl}) \tag{1.2}$$

where $a$ denotes the activities of the species. If the solid AgCl is in its stable crystal form and at atmospheric pressure, it is at a

standard state and will have an activity of one. The equation can then be written as

$$K_{sp} = a^{Ag^+}a^{Cl^-} = \gamma^{Ag^+}(m_{Ag^+})\gamma^{Cl^-}(m_{Cl^-}) \tag{1.3}$$

where $\gamma$ is the activity coefficient of the species and $m$ represents the concentrations in solution of the ions in molal units. For sparingly soluble species, such as AgCl, the activity coefficient can be assumed to be unity (using the asymmetric convention for activity coefficients) so that Eq. (1.3) reduces to

$$K_{sp} = [m_{Ag^+}][m_{Cl^-}] \tag{1.4}$$

This equation represents the solubility product of silver chloride. Solubility products are generally used to describe the solubility and equilibria of sparingly soluble salts in aqueous solutions. Solubility products of a number of substances are given in Table 1.3. It is important to remember that use of solubility product relations based on concentrations assumes that the solution is saturated, in equilibrium, and ideal (the activity coefficient is equal to one), and is therefore an approximation, except with very dilute solutions of one solute.

Eq. (1.4) can be used for electrolytes in which there is a 1:1 molar ratio of the anion and cation. For an electrolyte that consists of univalent and bivalent ions, such as silver sulfate, which dissociates into 2 mol of silver ion for each mole of sulfate ion, the solubility product equation would be written as

$$K_{sp} = (m_{Ag^+})^2(m_{SO_4^{2-}}) \tag{1.5}$$

In the dissociation equation the concentration of the ions of each species are raised to the power of their stoichiometric number.

**TABLE 1.3 Solubility Products**

| Substance | Solubility Product at 25 °C |
|---|---|
| Aluminum hydroxide | $3.70 \times 10^{-15}$ |
| Barium carbonate | $2.58 \times 10^{-9}$ |
| Barium chromate | $1.17 \times 10^{-10}$ |
| Barium fluoride | $1.84 \times 10^{-7}$ |
| Barium iodate monohydrate | $1.67 \times 10^{-9}$ |
| Barium sulfate | $1.08 \times 10^{-10}$ |
| Calcium carbonate (calcite) | $3.36 \times 10^{-9}$ |
| Calcium fluoride | $3.45 \times 10^{-11}$ |
| Calcium iodate hexahydrate | $7.10 \times 10^{-7}$ |
| Calcium oxalate monohydrate | $2.32 \times 10^{-9}$ |
| Calcium sulfate | $4.93 \times 10^{-5}$ |
| Cupric iodate monohydrate | $6.94 \times 10^{-8}$ |
| Cupric oxalate | $4.43 \times 10^{-10}$ |
| Cuprous bromide | $6.27 \times 10^{-9}$ |
| Cuprous chloride | $1.72 \times 10^{-7}$ |
| Cuprous iodide | $1.27 \times 10^{-12}$ |
| Ferric hydroxide | $2.79 \times 10^{-39}$ |
| Ferrous hydroxide | $4.87 \times 10^{-17}$ |
| Lead carbonate | $7.40 \times 10^{-14}$ |
| Lead sulfate | $2.53 \times 10^{-8}$ |
| Lithium carbonate | $8.15 \times 10^{-4}$ |
| Magnesium carbonate | $6.82 \times 10^{-6}$ |
| Magnesium fluoride | $5.16 \times 10^{-11}$ |
| Magnesium hydroxide | $5.61 \times 10^{-12}$ |
| Magnesium oxalate dihydrate | $4.83 \times 10^{-6}$ |
| Manganese carbonate | $2.24 \times 10^{-11}$ |
| Silver bromate | $5.38 \times 10^{-5}$ |
| Silver iodide | $8.52 \times 10^{-17}$ |
| Zinc hydroxide | $3.00 \times 10^{-17}$ |

(Data from Lide 1998.)

The solubility product principle enables simple calculations to be made of the effect of other species on the solubility of a given substance and may be used to determine the species that will precipitate in an electrolyte mixture. One simple result of applying the solubility product principle is the common ion effect. This is the effect caused by the addition of an ionic species that has an ion in common with the species of interest. Since the solubility of a species is given by the product of the concentration of its ions, when the concentration of one type of ion increases, the concentration of the other must decline, or the overall concentration of that compound must decline. We can illustrate this simply by using our previous example of silver chloride. The solubility product of silver chloride at 25 °C is $1.56 \times 10^{-10}$. This means that at saturation we can dissolve $1.25 \times 10^{-5}$ mol of AgCl/1000 g of water. If, however, we were to start with a solution that has a concentration of $1 \times 10^{-5}$ molal NaCl (hence $1 \times 10^{-5}$ molal $Cl^-$) the solubility product equation can be written in the form

$$K_{sp} = (m_{Ag^+})(m_{Cl^-}) = (x_{Ag^+})(x_{Cl^-} + 1 \times 10^{-5}) \tag{1.6}$$

$$K_{sp} = x^2 + 1 \times 10^{-5}\,x \tag{1.7}$$

where $x$ is the amount of AgCl that can dissolve in the solution. Solving Eq. (1.7) results in $x = 0.725 \times 10^{-5}$ molal. The common ion effect has worked to decrease the solubility of the compound of interest. It is important to remember that this is true only for very dilute solutions. In more concentrated solutions, the activity coefficients are not unity and more complex electrical effects and complexation may occur. This is discussed in detail in the next section.

Another use of solubility products is the determination, in a mixture of slightly soluble materials, as to what material is likely to precipitate. This is done by looking at all the ion concentrations and calculating their products in all possible combinations. These are then compared with the solubility products that must already be known. This is useful in situations where scale formation is of interest, or in determining the behavior of slightly soluble mixtures.

### 1.3.3. CONCENTRATED SOLUTIONS

Unfortunately, like all easy to use principles, the solubility product principle is not generally applicable. At higher concentrations, electrical interactions, complex formation, and solution nonideality make the prediction of the effect of ionic species on the solubility of other ionic species much more complicated.

In the previous section we used the solubility product principle to calculate the effect of a common ion on the solubility of a sparingly soluble species. The common ion effect, however, is completely dominated by a more powerful effect when a large concentration of another electrolyte is present. In fact, the solubility of sparingly soluble materials increases with increasing ion concentration in solution. This is called the *salt effect* and is illustrated in Figures 1.4 through 1.6 where we see the increase in solubility of AgCl as a function of increasing concentrations of added electrolytes. We see this effect in both added salts with a common ion and without. This effect can also be induced by changing the pH of the solution since this changes the ion content of the solution.

The solubility of many inorganics in aqueous solution is available in the book by Linke and Seidell (1958). This reference also contains the solubilities of electrolytes in the presence of other species. As an example, Figure 1.7 shows the solubility of NaCl as a function of NaOH concentration. As a general rule, the solubility of most inorganics in water is available as a function of temperature. What is more difficult to find is the effect of other species on the solubility. If several other species are present the




**Figure 1.4** Solubility of AgCl in aqueous $CaSO_4$ solution at 25 °C. (Data from Linke and Seidell 1958, 1965.)




**Figure 1.5** Solubility of AgCl in aqueous $NaNO_3$ solution at 30 °C. (Data from Linke and Seidell 1958, 1965.)




**Figure 1.6** Solubility of AgCl in aqueous $CaCl_2$ solution. (Data from Linke and Seidell 1958, 1965.)




**Figure 1.7** Solubility of NaCl in aqueous NaOH solution. (Data from Linke and Seidell 1958, 1965.)

data will usually not be available. Given this situation there are two alternatives. The first is to measure the solubility at the conditions and composition of interest. Experimental methods for solubility measurement will be discussed in Section 1.4.5. The second alternative is to calculate the solubility. This is a viable alternative when thermodynamic data are available for the pure components (in solution) making up the multicomponent mixture. An excellent reference for calculation techniques in this area is the *Handbook of Aqueous Electrolyte Thermodynamics* by Zemaitis et al. (1986). A simplified description of calculation techniques is presented in the next section.

***Solution Thermodynamics.*** As we have seen previously, for a solution to be saturated it must be at equilibrium with the solid solute. Thermodynamically this means that the chemical potential of the solute in the solution is the same as the chemical potential of the species in the solid phase.

$$\mu_{i_{\text{solid}}} = \mu_{i_{\text{solution}}} \tag{1.8}$$

If the solute is an electrolyte that completely dissociates in solution (strong electrolyte), Eq. (1.8) can be rewritten as

$$\mu_{i_{\text{solid}}} = \nu_c \mu_c + \nu_a \mu_a \tag{1.9}$$

where $\nu_c$ and $\nu_a$ are the stoichiometric numbers, and $\mu_c$ and $\mu_a$ are the chemical potentials of the cation and anion, respectively. The chemical potential of a species is related to the species activity by

$$\mu_i(\text{T}) = \mu^0_{(aq)}(\text{T}) + \text{RT}\ln(a_i) \tag{1.10}$$

where $a_i$ is the activity of species $i$ and $\mu^0_{(aq)}$ is an arbitrary reference state chemical potential. The activity coefficient is defined as

$$\gamma_i = a_i/m_i \tag{1.11}$$

where $m_i$ is the concentration in molal units. In electrolyte solutions, because of the condition of electroneutrality, the charges of the anion and cation will always balance. When a salt dissolves it will dissociate into its component ions. This has led to the definition of a mean ionic activity coefficient and mean ionic molality defined as

$$\gamma_\pm = (\gamma_c^{\nu_c}\gamma_a^{\nu_a})^{1/\nu} \tag{1.12}$$

$$m_\pm = (m_c^{\nu_c} m_a^{\nu_a})^{1/\nu} \tag{1.13}$$

where the $\nu_c$ and $\nu_a$ are the stoichiometric number of ions of each type present in a given salt. The chemical potential for a salt can be written as

$$\mu_{\text{salt}(aq)} = \mu^0_{(aq)} + \nu\text{RT}\ln(\gamma_\pm m_\pm)^\nu \tag{1.14}$$

where $\mu^0_{(aq)}$ is the sum of the two ionic standard state chemical potentials and $\nu$ is the stoichiometric number of moles of ions in one mole of solid. In practice, experimental data are usually reported in terms of mean ionic activity coefficients. As we have discussed previously, various concentration units can be used. We have defined the activity coefficient of a molal scale. On a molar scale it is

$$y_i = \frac{a_i(c)}{(c_i)} \tag{1.15}$$

where $y_i$ *is* the molar activity coefficient and $c_i$ is the molar concentration. We can also define the activity coefficient on a mole fraction scale

$$f_i = \frac{a_i(x)}{x_i} \tag{1.16}$$

where $f_i$ is the activity coefficient and $x_i$ the mole fraction. Converting activity coefficients from one type of units to another is neither simple nor obvious. Equations that can be used for this conversion have been developed (Zemaitis et al. 1986) and appear below

$$f_{\pm} = (1.0 + 0.01 M_s \nu m)\gamma_{\pm} \tag{1.17}$$

$$f_{\pm} = \frac{(\rho + 0.001c(\nu M_s - M))}{\rho_0} y_{\pm} \tag{1.18}$$

$$\gamma_{\pm} = \frac{(\rho - 0.001cM)}{\rho_0} y_{\pm} = \left(\frac{c}{m\rho_0}\right) y_{\pm} \tag{1.19}$$

$$y_{\pm} = (1 + 0.001mM)\left(\frac{\rho}{\rho_0}\right)\gamma_{\pm} = \left(\frac{m\rho_0}{c}\right)\gamma_{\pm} \tag{1.20}$$

where

$\nu$ = stoichiometric number = $\nu_+ + \nu_-$
$\rho$ = solution density
$\rho_0$ = solvent density
$M$ = molecular weight of the solute
$M_s$ = molecular weight of the solvent

***Solubility of a Pure Component Strong Electrolyte.*** The calculation of the solubility of a pure component solid in solution requires that the mean ionic activity coefficient be known along with a thermodynamic solubility product (a solubility product based on activity). Thermodynamic solubility products can be calculated from standard state Gibbs free energy of formation data. If, for example, we wished to calculate the solubility of KCl in water at 25 °C,

$$KCl \Leftrightarrow K^+ + Cl^- \tag{1.21}$$

The equilibrium constant is given by equation.

$$K_{sp} = \frac{a_{K^+} a_{Cl^-}}{a_{KCl}} = (\gamma_{K^+} m_{K^+})(\gamma_{Cl^-} m_{Cl^-}) = \gamma_{\pm}^2 m_{\pm}^2 \tag{1.22}$$

The equilibrium constant is related to the Gibbs free energy of formation by the relation

$$K_{sp} = \exp(-\Delta G_{f^\circ}/RT) \tag{1.23}$$

The free energy of formation of KCl can be written as

$$\Delta G_{f^\circ} = \Delta G_{f^\circ K_+} + \Delta G_{f^\circ Cl^-} - \Delta G_{f^\circ KCl} \tag{1.24}$$

Using data from the literature (Zemaitis et al. 1986) one finds,

$$\Delta G_{f^\circ} = -1282 \text{ cal/g mol} \tag{1.25}$$

so that

$$K_{sp} = 8.704 \tag{1.26}$$

Employing this equilibrium constant and assuming an activity coefficient of 1 yields a solubility concentration of 2.95 molal. This compares with an experimental value (Linke and Seidell 1958) of 4.803 molal. Obviously assuming an activity coefficient of unity is a very poor approximation in this case and results in a large error.

The calculation of mean ionic activity coefficients can be complex and there are a number of methods available. Several references (Zemaitis et al. 1986; Robinson and Stokes 1970; Guggenheim 1987) describe these various methods. The method of Bromley (1972, 1973, 1974) can be used up to a concentration of 6 molal and can be written as

$$\log \gamma_{\pm} = \frac{A|z^+z^-|\sqrt{I}}{1+\sqrt{I}} + \frac{((0.06 + 0.6B)|z^+z^-|I)}{\left(1 + \frac{1.5}{|z^+z^-|}I\right)^2} + BI \tag{1.27}$$

where

$\gamma_{\pm}$ = activity coefficient
$A$ = Debye-Hückel constant
$z$ = number of charges on the cation or anion
$I$ = ionic strength is $1/2\Sigma_i m_i z_i^2$
$B$ = constant for ion interaction

Values for the constant $B$ are tabulated (Zemaitis et al. 1986) for a number of systems. For KCl, $B = 0.0240$. Employing Eq. (1.27), $\gamma_{\pm}$ can be calculated as a function of $m$. This must be done until the product $\gamma_{\pm}^2 m^2 = K_{sp}$. For the KCl water system at 25 °C, $\gamma_{+}$ is given as a function of concentration in Table 1.4 along with $\gamma_{\pm}^2 m^2$. You can see that the resulting calculated solubility is approximately 5 molal, which compares reasonably well with the experimental value of 4.8 molal.

***Electrolyte Mixtures.*** The calculation of the solubility of mixtures of strong electrolytes requires knowledge of the thermodynamic solubility product for all species that can precipitate and requires using an activity coefficient calculation method that takes into account ionic interactions. These techniques are well described in Zemaitis et al. (1986), however, we will discuss a simple case in this section.

The simplest case would be a calculation involving a single possible precipitating species. A good example is the effect of HCl on the solubility of KCl.

The thermodynamic solubility product $K_{sp}$ for KCl is defined as

$$K_{sp} = (\gamma_{K^+} m_{K^+})(\gamma_{Cl^-} m_{Cl^-}) = \gamma_{\pm}^2 m^2 \tag{1.28}$$

In the previous example, we obtained $K_{sp}$ from the Gibbs free energy data and used this to calculate the solubility of KCl. Normally for a common salt, solubility data is available. $K_{sp}$ is,

**TABLE 1.4 Calculated Activity Coefficients for KCl in Water at 25 °C**

| *m* (molality) | $\gamma_+$ | $m^2\gamma^2$ |
|---|---|---|
| 0.01 | 0.901 | $8.11 \times 10^{-6}$ |
| 0.1 | 0.768 | $5.8 \times 10^{-3}$ |
| 1.0 | 0.603 | 0.364 |
| 1.5 | 0.582 | 0.762 |
| 2.0 | 0.573 | 1.31 |
| 2.5 | 0.569 | 2.02 |
| 3.0 | 0.569 | 2.91 |
| 3.5 | 0.572 | 4.01 |
| 4.0 | 0.577 | 5.32 |
| 4.5 | 0.584 | 6.91 |
| 5.0 | 0.592 | 8.76 |

$K_{sp} = 8.704$ from Gibbs free energy of formation

(Data from Zemaitis et al. 1986.)

therefore, obtained from the experimental solubility data and activity coefficients. Using the experimental KCl solubility at 25 °C (4.8 molal) and the Bromley activity coefficients yields a $K_{sp} = 8.01$. If we wish to calculate the KCl solubility in a 1 molal HCl solution, we can write the following equations

$$\frac{(\gamma_{K^+} m_{K^+})(\gamma_{Cl^-} m_{Cl^-})}{K_{sp}} = 1 \quad (1.29)$$

$$\underset{\text{(from KCl)}}{z_{K^+} m_{K^+}} + \underset{\text{(from HCL)}}{z_{H^+} m_{H^+}} = \underset{\text{(from KCl)}}{z_{Cl^-} m_{Cl^-}} + \underset{\text{(from HCl)}}{z_{Cl^-} m_{Cl^-}} \quad (1.30)$$

Eqs. (1.29) and (1.30) must be satisfied simultaneously for a fixed value of 1 molal HCl.

Using Bromley's method for multicomponent electrolytes

$$\log \gamma_i = \frac{-A z_i^2 \sqrt{I} + F_i}{1 + \sqrt{I}} \quad (1.31)$$

where

$A$ = Hückel constant
$I$ = ionic strength
$i$ = any ion present
$z_i$ = number of charges on ion $I$
$F_i$ is an interaction parameter term

$$F_i = \Sigma B_{ij} z_{ij}^2 m_j \quad (1.32)$$

where $j$ indicates all ions of opposite charge to $i$

$$z_{ij} = \frac{z_i + z_j}{2} \quad (1.33)$$

where $m_j$ = molality of ion $j$

$$B_{ij} = \frac{((0.06 + 0.6B)|z_i z_j|)}{\left(1 + \frac{1.5}{|z_i z_j|} I\right)^2} + B \quad (1.34)$$

Employing these equations the activity coefficient for $K^+$ and $Cl^-$ are calculated as a function of KCl concentration at a fixed HCl concentration of 1 molar. These values along with the molalities of the ions are then substituted in Eq. (1.29) until it is an equality (within a desired error). The solubility of KCl in a 1 molal solution of HCl is found to be 3.73 molal, which compares with an experimental value of 3.92 molal. This calculation can then be repeated for other fixed HCl concentrations. Figure 1.8 compares the calculated and experimental values of KCl solubility over a range of HCl concentrations. Unfortunately, many systems of interest include species that form complexes, intermediates, and undissociated aqueous species. This greatly increases the complexity of solubility calculations because of the large number of possible species. In addition, mixtures with many species often include a number of species that may precipitate. These calculations are extremely tedious and time consuming to do by hand or to write a specific computer program for each application. Commercial software is available for calculations in complex electrolyte mixtures. The ProChem software developed by OLI Systems Inc. (Morris Plains, New Jersey) is an excellent example. The purpose of the package is to simultaneously consider the effects of the detailed reactions as well as the underlying species interactions




**Figure 1.8** Calculated versus experimental KCl solubility in aqueous HCl solution at 25 °C. (Reproduced from J.F. Zemaitis, Jr., D.M. Clark, M. Rafal, and N.C. Scrivner (1986), *Handbook of Aqueous Electrolyte Thermodynamics*, p. 284. Used by permission of the American Institute of Chemical Engineers. © 1986 AIChE.)

**TABLE 1.5 Calculated Results for $Cr(OH)_3$ Solubility at 25 °C**

| Equilibrium Constant | K (mol/kg) |
|---|---|
| $H_2O$ | $9.94 \times 10^{-15}$ |
| $CrOH^{+2}$ | $1.30 \times 10^{-10}$ |
| $Cr(OH)_2^{+}$ | $2.72 \times 10^{-9}$ |
| $Cr(OH)_3$ (aq.) | $2.03 \times 10^{-6}$ |
| $Cr(OH)_3$ (crystal) | $6.44 \times 10^{-31}$ |
| $Cr(OH)_4^{-}$ | $1.67 \times 10^{-5}$ |
| $Cr2(OH)_2^{+4}$ | $2.35 \times 10^{-5}$ |
| $Cr3(OH)_4^{+5}$ | $2.52 \times 10^{-7}$ |
| Liquid phase pH = 10 | Ionic strength = $1.01 \times 10^{-2}$ |

| Species | Moles | Activity Coefficient |
|---|---|---|
| $H_2O$ | 55.5 | 1.0 |
| $H^+$ | $1.22 \times 10^{-10}$ | 0.904 |
| $OH^-$ | $1.00 \times 10^{-4}$ | 0.902 |
| $Cr^{+3}$ | $2.21 \times 10^{-18}$ | 0.397 |
| $CrOH^{+2}$ | $9.32 \times 10^{-13}$ | 0.655 |
| $Cr(OH)_2^{+}$ | $1.65 \times 10^{-8}$ | 0.899 |
| $Cr(OH)_{3\,(aq)}$ | $6.56 \times 10^{-7}$ | 1.0 |
| $Cr(OH)_4^{-}$ | $3.95 \times 10^{-6}$ | 0.899 |
| $Cr2(OH)_2^{+4}$ | $2.98 \times 10^{-21}$ | 0.185 |
| $Cr3(OH)_4^{+5}$ | $4.48 \times 10^{-22}$ | 0.0725 |
| $Cl^-$ | $1.00 \times 10^{-2}$ | 0.898 |
| $Na^+$ | $1.01 \times 10^{-2}$ | 0.898 |

(Data from Zemaitis et al. 1986.)

that determine the actual activity coefficient values. Only by such a calculation can the solubility be determined.

A good example of the complexity of these calculations can be seen when looking at the solubility of $Cr(OH)_3$. Simply assuming the dissociation reaction

$$Cr(OH)_3 \Leftrightarrow Cr^{+3} + 3OH^- \quad (1.35)$$

and calculation a solubility using the $K_{sp}$ obtained from Gibbs free energy of formation leads to serious error. That is because a number of other dissociation reactions and species are possible. These include: $Cr(OH)_3$ (undissociated molecule in solution); $Cr(OH)_4^-$; $Cr(OH)_2^+$; $Cr(OH)^{2+}$; $Cr_2(OH)_2^{4+}$; and $Cr_3(OH)_4^{5+}$.

Calculation of the solubility of $Cr(OH)_3$ as a function of pH using HCl and NaOH to adjust the pH requires taking into account all species, equilibrium relationships, mass balance, and electroneutrality, as well as calculation of the ionic activity coefficients. The results of such a calculation (employing Prochem software) appears in Table 1.5 and Figures 1.9 and 1.10. Table 1.5 shows the results obtained at a pH of 10. Figure 1.9 gives the solubility results obtained from a series of calculations and also shows the concentration of the various species while Figure 1.10 compares the solubility obtained with that calculated from a solubility product. The solubility results obtained by the simple solubility product calculation are orders of magnitude less than those obtained by the complex calculation, demonstrating




**Figure 1.9** Chrome hydroxide solubility and speciation versus pH at 25 °C. (Reproduced from J.F. Zemaitis, Jr., D.M. Clark, M. Rafal, and N.C. Scrivner (1986), *Handbook of Aqueous Electrolyte Thermodynamics*, p. 661. Used by permission of the American Institute of Chemical Engineers. © 1986 AIChe.)




**Figure 1.10** Chrome solubility versus pH. (Reproduced with permission of OLI Systems.)

the importance of considering all possible species in the calculation.

## 1.4. SOLUBILITY OF ORGANICS

In crystallization operations involving inorganic materials we virtually always employ water as the solvent, thus requiring solubility data on inorganic water systems. Since most inorganic materials are ionic, this means that dissociation reactions, ionic interactions, and pH play a major role in determining the solubility of a particular inorganic species in aqueous solution. When dealing with organic species (or inorganics in nonaqueous solvents) a wide variety of solvents and solvent mixtures can usually be employed. The interaction between the solute and the solvent determines the differences in solubility commonly observed for a given organic species in a number of different solvents. This is illustrated in Figures 1.11 and 1.12 for hexamethylene tetramine and adipic acid in several different solvents. In the development of crystallization processes this can be a powerful tool. In many cases the solvent chosen for a particular process is an arbitrary choice made in the laboratory with no thought of the downstream processing consequences. Many times, from a chemical synthesis or reaction point of view, a number of different solvents could be used with no significant change in product yield or quality. This means that the solubility and physical properties of the solvent (solubility as a function of temperature, absolute solubility, and vapor pressure) should be evaluated so that the solvent that provides the best characteristics for the crystallization step is chosen. This of course requires that the process development engineers be in contact with the synthetic organic chemists early in a process development.

In this section we will describe the basic principles required to estimate and calculate the solubility of an organic solute in different solvents and explain how to assess mixed solvents.

### 1.4.1. THERMODYNAMIC CONCEPTS AND IDEAL SOLUBILITY

As we have shown previously, the condition for equilibrium between a solid solute and a solvent is given by the relation

$$\mu_{i_{\text{solid}}} = \mu_{i_{\text{solution}}} \qquad (1.36)$$




**Figure 1.11** Solubility of hexamethylenetetramine in different solvents. (Reprinted with permission from S. Decker, W.P. Fan, and A.S. Myerson, "Solvent Selection and Batch Crystallization," *Ind. Eng. Chem. Fund.* **25**, 925. © 1986 American Chemical Society.)




**Figure 1.12** Solubility of adipic acid in different solvents. (Reprinted with permissions from S. Decker, W.P. Fan, and A.S. Myerson (1986), "Solvent Selection and Batch Crystallization," *Ind. Eng. Chem. Fund.* **25**, 925. © 1986 American Chemical Society.)

A thermodynamic function known as the fugacity can be defined as

$$\mu_i - \mu_i^0 = RT \ln f_i/f_i^0 \tag{1.37}$$

Comparing Eq. (1.10) with Eq. (1.37) shows us that the activity $a_i = f_i/f_i^0$. Through a series of manipulations it can be shown (Prausnitz et al. 1999) that for phases in equilibrium

$$f_{i_{\text{solid}}} = f_{i_{\text{solution}}} \tag{1.38}$$

Eq. (1.38) will be more convenient for us to use in describing the solubility of organic solids in various solvents. The fugacity is often thought of as a "corrected pressure" and reduces to pressure when the solution is ideal. Eq. (1.38) can be rewritten as

$$f_{2_{\text{solid}}} = \gamma_2 x_2 f_2^0 \tag{1.39}$$

where

$f_2$ = fugacity of the solid
$x_2$ = mole fraction of the solute in the solution
$f_2^0$ = standard state fugacity
$\gamma_2$ = activity coefficient of the solute

or

$$x_2 = \frac{f_{2_{\text{solid}}}}{\gamma_2 f_2^0} \tag{1.40}$$

Eq. (1.40) is a general equation for the solubility of any solute in any solvent. We can see from this equation that the solubility depends on the activity coefficient and on the fugacity ratio $f_2/f_2^0$. The standard state fugacity normally used for solid–liquid equilibrium is the fugacity of the pure solute in a subcooled liquid state below its melting point. We can simplify Eq. (1.40) further by assuming that our solid and subcooled liquid have small vapor pressures. We can then substitute vapor pressure for fugacity. If we further assume that the solute and solvent are chemically similar so that $\gamma_2 = 1$, then we can write

$$x_2 = \frac{P^s_{2_{\text{solid solute}}}}{P^s_{2_{\text{subcooled liquid solute}}}} \tag{1.41}$$

Eq. (1.41) gives the ideal solubility. Figure 1.13, an example phase diagram for a pure component, illustrates several points. First, we are interested in temperatures below the triple point since we are interested in conditions where the solute is a solid. Second, the subcooled liquid pressure is obtained by extrapolating the liquid–vapor line to the correct temperature.

Eq. (1.41) gives us two important pieces of information. The first is that the ideal solubility of the solute does not depend on the solvent chosen; the ideal solubility depends only on the solute properties. The second is that it shows the differences in the pure component phase diagrams that result from structural differences in materials will alter the triple point and hence the ideal solubility.

A general equation for the fugacity ratio is

$$\ln \frac{f_2}{f_{2_{\text{subcooled liquid solute}}}} = \frac{\Delta H_{tp}}{R}\left(\frac{1}{T_{tp}} - \frac{1}{T}\right) - \frac{\Delta C_p}{R}\left(\ln \frac{T_{tp}}{T} - \frac{T_{tp}}{T} + 1\right) - \frac{\Delta V}{RT}(P - P_{tp}) \tag{1.42}$$




**Figure 1.13** Schematic of a pure component phase diagram. (Reprinted by permission of Prentice Hall, Englewood Cliffs, New Jersey, from J.M. Prausnitz, R.N. Lichenthaler, and E. Gomes de Azevedo, *Molecular Thermodynamics of Fluid-Phase Equilibria*, 2nd ed., © 1986, p. 417.)

where

$\Delta H_{tp}$ = enthalpy change for the liquid solute transformation at the triple point
$T_{tp}$ = triple point temperature
$\Delta C_p$ = difference between the $C_p$ of the liquid and the solid
$\Delta V$ = volume change

If substituted into Eq. (1.40) this yields the solubility equation

$$x_2 = \frac{1}{\gamma_2} \exp\left[\frac{\Delta H_{tp}}{R}\left(\frac{1}{T_{tp}} - \frac{1}{T}\right) - \frac{\Delta C_P}{R}\left(\ln \frac{T_{tp}}{T} - \frac{T_{tp}}{T} + 1\right) - \frac{\Delta V}{RT}(P - P_{tp})\right] \tag{1.43}$$

Eq. (1.43) is the most general form of the solubility equation. In most situations (though not all) the effect of pressure on solubility is negligible so that the last term on the right-hand side of the equation can be dropped. In addition, the heat capacity term can also usually be dropped from the equation. This yields

$$x_2 = \frac{1}{\gamma_2} \exp\left[\frac{\Delta H_{tp}}{R}\left(\frac{1}{T_{tp}} - \frac{1}{T}\right)\right] \tag{1.44}$$

or since

$$\Delta S = \Delta H_{tp}/T_{tp} \tag{1.45}$$

$$x_2 = \frac{1}{\gamma_2} \exp\left[\frac{\Delta S_{tp}}{R}(1 - T_{tp}/T)\right] \tag{1.46}$$

In many instances, the triple point temperature of a substance is not known. In those cases, the enthalpy of melting (fusion) and melting point temperature are used since they are usually close to the triple point temperature

$$x_2 = \frac{1}{\gamma_2} \exp\left[\frac{\Delta H_m}{R}\left(\frac{1}{T_m} - \frac{1}{T}\right)\right] \tag{1.47}$$

**TABLE 1.6 Melting Temperature, Enthalpy of Melting, and Ideal Solubility of Organic Solutes at 25 °C**

| Substance | $T_m$ (K) | $\Delta H_m$ (cal/mol) | Ideal Solubility (mol%) |
|---|---|---|---|
| *Ortho*-chloronitrobenzene | 307.5 | 4546 | 79 |
| *Meta*-chloronitrobenzene | 317.6 | 4629 | 62 |
| *Para*-chloronitrobenzene | 356.7 | 4965 | 25 |
| Napthalene | 353.4 | 4494 | 31 |
| Urea | 406.0 | 3472 | 21 |
| Phenol | 314.1 | 2695 | 79 |
| Anthracene | 489.7 | 6898 | 1 |
| Phenanthrene | 369.5 | 4456 | 23 |
| Biphenyl | 342.2 | 4235 | 39 |

(Based on data from Walas 1985.)

For an ideal solution when the activity coefficient equation equals one, this reduces to

$$x_2 = \exp\left[\frac{\Delta H_m}{R}\left(\frac{1}{T_m} - \frac{1}{T}\right)\right] \tag{1.48}$$

Eq. (1.48) allows the simple calculation of ideal solubilities and can be used profitably to see the differences in solubility of chemically similar species with different structures. This is illustrated in Table 1.6 where calculated ideal solubilities are shown together with $\Delta H_m$ and $T_m$. Isomers of the same species can have widely different ideal solubilities based on changes in their physical properties, which relate back to their chemical structures. Eq. (1.48) also tells us that for an ideal solution, solubility increases with increasing temperature. The rate of increase is approximately proportional to the magnitude of the heat of fusion (melting). For materials with similar melting temperatures, the lower the heat of fusion, the higher the solubility. For materials with similar heats of fusion, the material with the lower melting temperature has the higher solubility. A good example of this is shown in Table 1.6 when looking at *ortho-*, *meta-*, and *para*-chloronitrobenzene. The lower melting *ortho* has an ideal solubility of 79 mol% compared with 25 mol% for the higher melting *para*. While Eq. (1.48) is useful for comparing relative solubilities of various solutes, it takes no account of the solvent used or solute-solvent interactions. To account for the role of the solvent, activity coefficients must be calculated.

## 1.4.2. REGULAR SOLUTION THEORY

In electrolytic solutions we were concerned with electrostatic interactions between ions in the solution and with the solvent (water). In solutions of nonelectrolytes we will be concerned with molecule-solvent interactions due to electrostatic forces, dispersion forces, and chemical forces.

Even though a solution contains no ions, electrostatic interactions can still be significant. This is because of a property called *polarity*. An electrically neutral molecule can have a dipole moment that is due to an asymmetric distribution of its electrical charge. This means that one end of the molecule is positive and the other end is negative. The dipole moment is defined by

$$\mu = el \tag{1.49}$$

where $e$ is the magnitude of the electric charge and $l$ is the distance between the two charges. The dipole moment is a measure of how polar a molecule is. As the dipole moment increases, the molecule is less symmetrical in terms of its electrical charge. A list of molecules and their dipole moments is given in Table 1.7. As you can see from the table, water is quite polar. There are also molecules with more complex charge distributions called *quadrupoles*, which also display this asymmetric charge behavior. This shows that even without ions, electrostatic interactions between polar solvent molecules and polar solute molecules will be of importance in activity coefficient calculations and will therefore affect the solubility.

**TABLE 1.7 Permanent Dipole Moments**

| Molecule | $\mu$ (Debyes) | Molecule | $\mu$ (Debyes) |
|---|---|---|---|
| CO | 0.10 | $CH_3I$ | 1.64 |
| $C_3H_6$ | 0.35 | $CH_3COOCH_3$ | 1.67 |
| $C_6H_5CH_3$ | 0.37 | $C_2H_5OH$ | 1.70 |
| $PH_3$ | 0.55 | $H_2O$ | 1.84 |
| HBr | 0.80 | HF | 1.91 |
| $CHCl_3$ | 1.05 | $C_2H_5F$ | 1.92 |
| $(C_2H_5)_2O$ | 1.18 | $(CH_3)_2CO$ | 2.87 |
| $NH_3$ | 1.47 | $C_6H_5COCH_3$ | 3.00 |
| $C_6H_5NH_2$ | 1.48 | $C_2H_5NO_2$ | 3.70 |
| $C_6H_5Cl$ | 1.55 | $CH_3CN$ | 3.94 |
| $C_2H_5SH$ | 1.56 | $CO(NH_2)_2$ | 4.60 |
| $SO_2$ | 1.61 | KBr | 9.07 |

(Data from Prausnitz et al. 1986.)

Organic solutes and solvents are usually classified as polar or nonpolar, though, of course, there is a range of polarity. Nonpolar solutes and solvents also interact through forms of attraction and repulsion known as dispersion forces. Dispersion forces result from oscillations of electrons around the nucleus and have a rather complex explanation; however, it is sufficient to say that non-idealities can result from molecule-solvent interactions that result in values of the activity coefficient not equal to 1. An excellent reference in this area is the book of Prausnitz et al. (1999).

Generally, the activity coefficients are $<1$ when polar interactions are important, with a resulting increase in solubility of compounds compared with the ideal solubility. The opposite is often true in nonpolar systems where dispersion forces are important, with the activity coefficients being $>1$. A variety of methods are used to calculate activity coefficients of solid solutes in solution. A frequently used method is that of Scatchard-Hildebrand, which is also known as "regular" solution theory (Prausnitz et al. 1999).

$$\ln \gamma_2 = \frac{V_2^L(\delta_1 - \delta_2)^2\Phi_1^2}{RT} \tag{1.50}$$

where

$V_2^L$ = molar volume of the subcooled liquid solute
$\delta_2$ = solubility parameter of the subcooled liquid
$\delta_1$ = solubility parameter of the solvent
$\Phi$ = volume fraction, or the solvent defined by

$$\Phi = \frac{x_1 V_1^L}{x_1 V_1^L + x_2 V_2^L} \tag{1.51}$$

The solubility parameters are defined by the relations

$$\delta_1 = \left(\frac{\Delta u_1^v}{v_1}\right)^{1/2} \quad \delta_2 = \left(\frac{\Delta u_2^v}{v_2}\right)^{1/2} \tag{1.52}$$

where $\Delta u$ is the enthalpy of vaporization and $v$ is the molar liquid volume. Solubility parameters for a number of solvents and solutes are given in Table 1.8. This method works moderately well at predicting solubilities in nonpolar materials. Calculated solubility

**TABLE 1.8 Solubility Parameters at 25 °C**

| Substance | $\delta$(cal/cm$^3$)$^{1/2}$ |
|---|---|
| Anthracene | 9.9 |
| Naphthalene | 9.38 |
| Phenanthrene | 10.52 |
| Acetic acid | 10.05 |
| Acetone | 9.51 |
| Aniline | 11.46 |
| 1-Butanol | 11.44 |
| Carbon disulfide | 9.86 |
| Carbon tetrachloride | 9.34 |
| Chloroform | 9.24 |
| Cyclohexane | 8.19 |
| Cyclohexanol | 11.4 |
| Diethyl ether | 7.54 |
| Ethanol | 12.92 |
| *n*-Hexane | 7.27 |
| Methanol | 14.51 |
| Phenol | 12.11 |
| 1-Propanol | 12.05 |
| 2-Propanol | 11.57 |
| Perfluoro-*n*-heptane | 6.0 |
| Neopentane | 6.2 |
| Isopentane | 6.8 |
| *n*-Pentane | 7.1 |
| 1-Hexene | 7.3 |
| *n*-Octane | 7.5 |
| *n*-Hexadecane | 8.0 |
| Ethyl benzene | 8.8 |
| Toluene | 8.9 |
| Benzene | 9.2 |
| Styrene | 9.3 |
| Tetrachloroethylene | 9.3 |
| Bromine | 11.5 |

(Based on data from Prausnitz et al. 1986 and Walas 1985.)

results employing this theory are shown in Table 1.9 along with experimentally determined values. It is apparent that in many cases this theory predicts results very far from the experiment. A variety of modifications of the Scatchard-Hildebrand theory as well as other methods are available for activity coefficient calculations and are described by Walas (1985), Prausnitz et al. (1999), and Reid et al. (1987), however, no accurate general method is available for activity coefficient calculation of solid-solutes in liquids.

**TABLE 1.9 Solubility of Napthalene in Various Solvents by UNIFAC and Scatchard-Hildebrand Theory**

| | Solubility (mol%) | | |
|---|---|---|---|
| Solvent | Experimental | UNIFAC | Scatchard-Hildebrand |
| Methanol | 4.4 | 4.8 | 0.64 |
| Ethanol | 7.3 | 5.4 | 4.9 |
| 1-Propanol | 9.4 | 9.3 | 11.3 |
| 2-Propanol | 7.6 | 9.3 | 16.3 |
| 1-Butanol | 11.6 | 11.1 | 18.8 |
| *n*-Hexane | 22.2 | 25.9 | 11.5 |
| Cyclohexanol | 22.5 | 20.5 | 20.0 |
| Acetic acid | 11.7 | 12.5 | 40.1 |
| Acetone | 37.8 | 35.8 | 42.2 |
| Chloroform | 47.3 | 47.0 | 37.8 |
| Ideal solubility = 4.1 mol% | | | |

(Data from Walas 1985.)

### 1.4.3. GROUP CONTRIBUTION METHODS

As we discussed in Section 1.3, on inorganic materials, industrial crystallization rarely takes place in systems that contain only the solute and solvent. In many situations, additional components are present in the solution that affect the solubility of the species of interest. With an organic solute, data for solubility in a particular solvent is often not available, while data for the effect of other species on the solubility is virtually nonexistent. This means that the only option available for determining solubility in a complex mixture of solute, solvent, and other components (impurities or by-products) is through calculation or experimental measurement. While experimental measurement is often necessary, estimation through calculation can be worthwhile.

The main methods available for the calculation of activity coefficients in multicomponent mixtures are called group *contribution methods*. This is because they are based on the idea of treating a molecule as a combination of functional groups and summing the contribution of the groups. This allows the calculation of properties for a large number of components from a limited number of groups. Two similar methods are used for these types of calculations, ASOG (analytical solution of groups) and UNIFAC (UNIQUAC functional group activity coefficient), and they are explained in detail in a number of references (Reid et al. 1987; Walas 1985; Kojima and Tochigi 1979; Frendenslund et al. 1977).

Both of these methods rely on the use of experimental activity coefficient data to obtain parameters that represent interaction between pairs of structural groups. These parameters are then combined to predict activity coefficients for complex species and mixtures of species made up from a number of these functional groups. An example of this would be the calculation of the behavior of a ternary system by employing data on the three possible binary pairs. Lists of parameters and detailed explanations of these calculations can be found in the references previously mentioned.

The groups contribution methods can also be used to calculate solubility in binary (solute–solvent) systems. A comparison of solubilities calculated employing the UNIFAC method with experimental values and values obtained from the Scatchard-Hildebrand theory is given in Table 1.9.

### 1.4.4. SOLUBILITY IN MIXED SOLVENTS

In looking for an appropriate solvent system for a particular solute to allow for the development of a crystallization process, often the desired properties cannot be obtained with the pure solvents that can be used. For a number of economic, safety, or product stability reasons, you may be forced to consider a small group of solvents. The solute might not have the desired solubility in any of these solvents, or if soluble, the solubility may not vary with temperature sufficiently to allow cooling crystallization. In these cases a possible solution is to use a solvent mixture to obtain the desired solution properties. The solubility of a species in a solvent mixture can significantly exceed the solubility of the species in either pure component solvent. This is illustrated in Figure 1.14 for the solute phenanthrene in the solvents cyclohexane and methyl iodide. Instead of a linear relation between the solvent composition and the solubility, the solubility has a maximum at a solvent composition of 0.33 wt% methyl iodide (solute-free basis). The large change in solubility with solvent composition can be very useful in crystallization processes. It provides a method other than temperature change to alter the solubility of the system. The solubility can be easily altered up or down by adding the appropriate solvent to the system. The method of changing solvent composition to induce crystallization will be discussed in more detail in Section 1.5.3.




**Figure 1.14** Solubility of phenanthrene in cyclohexane-methylene iodide mixtures. (Reprinted with permission from L.J. Gordon and R.L. Scott, "Enhanced Methylene Iodide Solubility in Solvent Mixtures. I. The System Phenanthrene—Cyclohexane-Methylene Iodide," *J. Am. Chem. Soc.* **74**, 4138. © 1952 American Chemical Society.)

Finding an appropriate mixed solvent system should not be done on a strictly trial and error basis. It should be examined systematically based on the binary solubility behavior of the solute in solvents of interest. It is important to remember that the mixed solvent system with the solute present must be miscible at the conditions of interest. The observed maximum in the solubility of solutes in mixtures is predicted by Scatchard-Hildebrand theory. Looking at Eq. (1.50) we see that when the solubility parameter of the solvent is the same as that of the subcooled liquid solute, the activity coefficient will be 1. This is the minimum value of the activity coefficient possible employing this relation. When the activity coefficient is equal to 1, the solubility of the solute is at a maximum. This then tells us that by picking two solvents with solubility parameters that are greater than and less than the solubility parameter of the solute, we can prepare a solvent mixture in which the solubility will be a maximum. As an example, let us look at the solute anthracene. Its solubility parameter is 9.9 $(\text{cal/cm}^3)^{1/2}$. Looking at Table 1.8, which lists solubility parameters for a number of common solvents, we see that ethanol and toluene have solubility parameters that bracket the value of anthracene. If we define a mean solubility parameter by the relation

$$\delta = \frac{\sum x_i V_i \delta_i}{\sum x_i V_i} \tag{1.53}$$

we can then calculate the solvent composition that will have the maximum solubility. This is a useful way to estimate the optimum solvent composition prior to experimental measurement. Examples of these calculations can be found in Walas (1985).

Another useful method is to employ the group contribution methods described in the previous section with data obtained on the binary pairs that make up the system.

Recently, Frank et al. (1999) presented a good review of these and other calculation-based methods to quickly screen solvents for use in organic solids crystallization processes.

### 1.4.5. MEASUREMENT OF SOLUBILITY

Accurate solubility data is a crucial part of the design, development, and operation of a crystallization process. When confronted with the need for accurate solubility data, it is often common to find that the data is not available for the solute at the conditions of interest. This is especially true for mixed and nonaqueous solvents, and for systems with more than one solute. In addition, most industrial crystallization processes involve solutions with impurities present. If it is desired to know the solubility of the solute in the actual working solution with all impurities present, it is very unlikely that data will be available in the literature. Methods for the calculation of solubility have been discussed previously. These can be quite useful, but often are not possible because of lack of adequate thermodynamic data. This means that the only method available to determine the needed information is solubility measurement.

The measurement of solubility appears to be quite simple, however, it is a measurement that can easily be done incorrectly, resulting in very large errors. Solubility should always be measured at a constant controlled temperature (isothermal) with-agitation employed. A procedure for measuring solubility is given below:

1. To a jacketed or temperature-controlled vessel (temperature control should be 0.1 °C or better), add a known mass of solvent.
2. Bring the solvent to the desired temperature. If the temperature is above room temperature or the solvent is organic, use a condenser to prevent evaporation.
3. Add the solute in excess (having determined the total mass added) and agitate the solution for a period of at least 4 h. A time period of 24 h is preferable.
4. Sample the solution and analyze for the solute concentration.

If solute analysis is not simple or accurate, step 4 can be replaced by filtering the solution, drying the remaining solid, and weighing. The amount of undissolved solute is subtracted from the total initially added. The long period of time is necessary because dissolution rates become very slow near saturation. If a short time period is used (1 h or less), the solubility will generally be underestimated.

If care is taken, data obtained using this procedure will be as accurate as the concentration measurement or weighing accuracy achieved.

Two common errors in solubility measurement that produce large errors involve using nonisothermal techniques. In one technique a solution of known concentration is made at a given temperature above room temperature and cooled until the first crystals appear. It is assumed that this temperature is the saturation temperature of the solution of the concentration initially prepared. This is incorrect. As we will see in Section 1.5, solutions become supersaturated (exceed their solubility concentration) before they crystallize. The temperature that the crystals appeared is likely to be significantly below the saturation temperature for that concentration so that the solubility has been significantly overestimated.

Another method that will result in error is to add a known amount of solute in excess to the solution and raise the temperature until it all dissolves. It is assumed that the temperature at which the last crystal disappears is the solubility temperature at the concentration of solution (total solute added per solvent in system). This is again incorrect because dissolution is not an instantaneous process and, in fact, becomes quite slow as the saturation

temperature is approached. This method will underestimate the solubility because the solution will have been heated above the saturation temperature.

Accurate solubility data is worth the time and trouble it will take to do the experiment correctly. Avoid the common errors discussed and be suspicious of data where the techniques used in measurement are not known.

## 1.5. SUPERSATURATION AND METASTABILITY

As we have seen in the previous section, solubility provides the concentration at which the solid solute and the liquid solution are at equilibrium. This is important because it allows calculation of the maximum yield of product crystals accompanying a change of state from one set of concentration to another in which crystals form. For example, if we look at Figure 1.15, which gives us the solubility diagram for KCl, if we start with 1000 kg of a solution at 100 °C and a concentration of 567 g/kg water and cool it to 10 °C at equilibrium, we will have 836 kg of solution with a KCl concentration of 310 g/kg water and 164 kg of solid KCl. While this mass balance is an important part of crystallization process design, development, and experimentation, it tells us nothing about the rate at which the crystals form and the time required to obtain this amount of solid. That is because thermodynamics tells us about equilibrium states but not about rates. Crystallization is a rate process, this means that the time required for the crystallization depends on some driving force. In the case of crystallization the driving force is called the *supersaturation*.

Supersaturation can be easily understood by referring to Figure 1.15. If we start at point A and cool the solution of KCl to a temperature of 40 °C, the solution is saturated. If we continue to cool a small amount past this point to B, the solution is likely to remain homogeneous. If we allow the solution to sit for a period of time or stir this solution, it will eventually crystallize. A solution in which the solute concentration exceeds the equilibrium (saturation) solute concentration at a given temperature is known as a supersaturated solution. Supersaturated solutions are metastable. We can see what that means by looking at Figure 1.16. A stable solution is represented by Figure 1.16a and appears as a minimum. A large disturbance is needed to change the state in this instance. An unstable solution is represented by Figure 1.16b and is just the opposite, with the solution being represented by a sharp maximum so that a differential change will result in a change in the state of the system. A metastable solution is represented by Figure 1.16c as an inflection point where a small change is needed to change the state of the system, but one which is finite. Metastability is an important concept that we will discuss in greater detail in Section 1.5.2.

### 1.5.1. UNITS

Supersaturation is the fundamental driving force for crystallization and can be expressed in dimensionless form as

$$\frac{\mu - \mu^*}{RT} = \ln\frac{a}{a^*} = \ln\frac{\gamma c}{\gamma^* c^*} \tag{1.54}$$

where $\mu$ is the chemical potential, $c$ is the concentration, $a$ is the activity, $\gamma$ is the activity coefficient, and * represents the property at saturation. In most situations, the activity coefficients are not known and the dimensionless chemical potential difference is approximated by a dimensionless concentration difference

$$\sigma = c - \frac{c^*}{c^*} \tag{1.55}$$

This substitution is only accurate when $\gamma/\gamma^* = 1$ or $\sigma \ll 1$ so that $\ln(\sigma + 1) = \sigma$. It has been shown that this is generally a poor approximation at $\sigma > 0.1$ (Kim and Myerson 1996), but it is still normally used because the needed thermodynamic data are usually unavailable. Supersaturation is also often expressed as a concentration difference

$$\Delta c = c - c^* \tag{1.56}$$

and as a ratio of concentrations

$$S = \frac{c}{c^*} \tag{1.57}$$

It is important to note that these definitions of supersaturation assume an ideal solution with an activity coefficient of 1. It is common practice to ignore activity coefficients in most cases and employ concentrations in expressions of supersaturation, however, in very nonideal solutions and in precise studies of crystal growth and nucleation, activity coefficients are often used.




**Figure 1.15** Solubility of KCl in aqueous solution. (Data from Linke and Seidell 1958, 1965.)




**Figure 1.16** Stability states.

Another practice is to refer to supersaturation in terms of degrees. This refers to the difference between the temperature of the solution and the saturation temperature of the solution at the existing concentration. A simpler way to explain this is that the degrees of supersaturation are simply the number of degrees a saturated solution of the appropriate concentration was cooled to reach its current temperature. This is generally not a good unit to use, however, it is often mentioned in the literature.

### 1.5.2. METASTABILITY AND THE METASTABLE LIMIT

As we have seen previously, supersaturated solutions are metastable. This means that supersaturating a solution some amount will not necessarily result in crystallization. Referring to the solubility diagram shown in Figure 1.17, if we were to start with a solution at point A and cool to point B just below saturation, the solution would be supersaturated. If we allowed that solution to sit, it might take days before crystals formed. If we took another sample, cooled it to point C. and let it sit, this might crystallize in a matter of hours; eventually we will get to a point where the solution crystallized rapidly and no longer appears to be stable. As we can see from this experiment, the metastability of a solution decreases as the supersaturation increases. It is important to note however that we are referring to homogeneous solutions only. If crystals of the solute are placed in any supersaturated solution, they will grow, and the solution will eventually reach equilibrium. The obvious question that comes to mind is why are supersaturated solutions metastable. It seems reasonable to think that if the solubility is exceeded in a solution, crystals should form. To understand why they do not, we will have to discuss something called nucleation. *Nucleation* is the start of the crystallization process and involves the birth of a new crystal. Nucleation theory tells us that when the solubility of a solution is exceeded and it is supersaturated, the molecules start to associate and form aggregates (clusters), or concentration fluctuations. If we assume that these aggregates are spherical, we can write an equation for the Gibbs free energy change required to form a cluster of a given size

$$\Delta G = 4\pi r^2\sigma - \left(\frac{4\pi r^3}{3V_m}\right)RT\ \ln(1+S) \tag{1.58}$$




**Figure 1.17** Metastable zone width for KCl-water system. (Data from Chang 1984.)

where $r$ is the cluster radius, $\sigma$ is the solid–liquid interfacial tension, and $V_m$ is the specific volume of a solute molecule.

The first term is the Gibbs free energy change for forming the surface, and the second term is for the volume. For small numbers of molecules the total Gibbs free energy change is positive. This means that the clusters are unstable and will dissolve. A plot of $\Delta G$ as a function of cluster size (Figure 1.18) shows that as the cluster size increases, we reach a point where the Gibbs free energy change is negative and the cluster would grow spontaneously. When this happens, nucleation will occur. The reason that supersaturated solutions are metastable is, therefore, because of the need for a critical sized cluster to form. From Eq. (1.58) we can derive an expression for the critical size by setting the derivative $d\Delta G/dr = 0$ (the minimum in Figure 1.18) yields

$$r_c = 2V_m\sigma/RT\ \ln(1+S) \tag{1.59}$$




**Figure 1.18** Free energy versus cluster radius. (Reproduced with permission from Mullin 1972.)

We can see from this equation that as the supersaturation increases, the critical size decreases. That is why solutions become less and less stable as the supersaturation is increased. Unfortunately, Eqs. (1.58) and (1.59) are not useful for practical calculations because one of the parameters, $\sigma =$ the cluster interfacial tension, is not available or measurable and has a very significant effect on the calculation.

Every solution has a maximum amount that it can be supersaturated before it becomes unstable. The zone between the saturation curve and this unstable boundary is called the *metastable zone* and is where all crystallization operations occur. The boundary between the unstable and metastable zones has a thermodynamic definition and is called the *spinodal curve*. The spinodal is the absolute limit of the metastable region where phase separation must occur immediately. In practice, however, the practical limits of the metastable zone are much smaller and vary as a function of conditions for a given substance. This is because the presence of dust and dirt, the cooling rate employed and/or solution history, and the use of agitation can all aid in the formation of nuclei and decrease the metastable zone. Figure 1.17 gives an estimated metastable zone width for KCl in water.

Measurement of the metastable zone width and values for the metastable zone width obtained by a variety of methods for inorganic materials can be found in the work of Nývlt et al. (1985). In general there are two types of methods for the measurement of the metastable limit. In the first method, solutions are cooled to a given temperature rapidly and the time required for crystallization is measured. When this time becomes short then the effective metastable limit has been approached. A second method is to cool a solution at some rate and observe the temperature where the first crystals form. The temperature at which crystals are first observed will vary with the cooling rate used. Measured metastable limits for a number of materials are given in Table 1.10.

Data on the effective metastable limit at the conditions you are interested in (composition, cooling rate, and stirring) are important because you normally wish to operate a crystallizer away from the edge of the effective metastable zone. As we will see in later chapters, formation of small crystals. which are known as *fines*, is a common problem. Fines cause filtration problems and

**TABLE 1.10 Metastable Zone Width**

| Substance | Equilibrium Temperature (°C) | Maximum Undercooling Before Nucleation — Cooling Rate 2 °C/h | 5 °C/h | 20 °C/h |
|---|---|---|---|---|
| $Ba(NO_3)_2$ | 30.8 | 1.65 | 2.17 | 3.27 |
| $CuSO_4 \cdot 5H_2O$ | 33.6 | 5.37 | 6.82 | 9.77 |
| | 60.4 | 0.93 | 1.30 | 2.16 |
| $FeSO_4 \cdot 7H_2O$ | 30.0 | 0.89 | 1.21 | 1.93 |
| | 40.6 | 0.57 | 0.83 | 1.46 |
| KBr | 30.3 | 1.62 | 2.33 | 4.03 |
| | 61.0 | 1.69 | 2.41 | 4.11 |
| KCl | 29.8 | 1.62 | 1.86 | 2.30 |
| | 59.8 | 1.02 | 1.18 | 1.48 |
| $MgSO_4 \cdot 7H_2O$ | 32 | 1.95 | 2.63 | 4.15 |
| $NH_4Al(SO_4)_2 \cdot 12H_2O$ | 30.2 | 0.81 | 1.34 | 2.88 |
| | 63 | 1.19 | 1.95 | 4.13 |
| $NaBr \cdot 2H_2O$ | 30.6 | 4.6 | 6.97 | 13.08 |

(Data from Nývlt et al. 1985.)

often are not wanted for various reasons in the final product. When a crystallization occurs at a high supersaturation (near the metastable limit) this usually means small crystals. The effective metastable zone width is an important process development and experimental design tool, and is worth the time to estimate.

### 1.5.3. METHODS TO CREATE SUPERSATURATION

In our discussions of supersaturation and metastability, we have always focused on situations where supersaturation is created by temperature change (cooling). While this is a very common method to generate supersaturation and induce crystallization, it is not the only method available.

There are four main methods to generate supersaturation that follow:

1. Temperature change.
2. Evaporation of solvent.
3. Chemical reaction.
4. Changing the solvent composition.

As we have discussed previously, the solubility of most materials declines with declining temperature so that cooling is often used to generate supersaturation. In many cases however, the solubility of a material remains high even at low temperatures or the solubility changes very little over the temperature range of interest. In these cases, other methods for the creation of supersaturation must be considered.

After cooling, evaporation is the most commonly used method for creating supersaturation. This is especially true when the solvent is nonaqueous and has a relatively high vapor pressure. The principle of using evaporation to create supersaturation is quite simple. Solvent is being removed from the system, thereby increasing the system concentration. If this is done at a constant temperature, eventually the system will become saturated and then supersaturated. After some maximum supersaturation is reached, the system will begin to crystallize.

There are a number of common methods used to evaporate solvents and crystallize materials based on the materials properties and solubility. One very common method for a material that has a solubility that decreases with decreasing temperature is to cool the system by evaporating solvent. Evaporation causes cooling in any system because of the energy of vaporization. If a system is put under a vacuum at a given temperature, the solvent will evaporate




**Figure 1.19** Solubility of terephthalic acid in DMSO-water mixtures at 25 °C. (Data from Saska 1984.)

and the solution will cool. In this case the concentration of the system increases while the temperature of the system decreases. In some cases, the cooling effect of the evaporation slows the evaporation rate by decreasing the system vapor pressure; in these cases, heat is added to the system to maintain the temperature and thereby the evaporation rate. Virtually all evaporations are done under vacuum.

As we saw in our discussion of solubility, the mixing of solvents can result in a large change in the solubility of the solute in the solution. This can be used to design a solvent system with specific properties and can also be used as a method to create supersaturation. If we took, for example, a solution of terephthalic acid (TPA) in the solvent dimethylsulfoxide (DMSO) at 25 °C, the solubility of the TPA at this temperature is 16.5 wt%. A cooling-crystallization starting from some temperature above this to 23 °C (about room temperature) would leave far too much product in solution.

Imagine that evaporation cannot be used because of the lack of reasonable equipment, or because the solvent is not volatile enough and the product is heat sensitive. The third option is to add another solvent to the system to create a mixed solvent system in which the solubility of the solute is greatly decreased. If we were to add water to the TPA-DMSO system, the solubility changes rapidly from 16.5 wt% to essentially zero wt% with the addition of 30% water (by volume on the solute-free basis). This is shown in Figure 1.19. By controlling the rate of the addition, we can control the rate of supersaturation just as we can by cooling or by evaporation. In this case however, good mixing conditions are important so that we do not have local regions of high supersaturation and other regions of undersaturation.

This method of creating supersaturation is often called *drowning out* or adding a miscible nonsolvent. Normally you can find an appropriate solvent to add by looking for a material in which the solute is not soluble, that is miscible with the solute–solvent system. This can be done experimentally or screening can be done using solubility calculations prior to experimental tests. This is a particularly valuable technique with organic materials.

The last method of generating supersaturation is through chemical reaction. This is commonly called precipitation and will be discussed in detail in Chapter 6. In this case, two soluble materials are added together in solution that react to form a product with a low solubility. Since the solubility of the product is soon exceeded, the solution becomes supersaturated and the material crystallizes. This technique is commonly used in the production of inorganic materials. An example of a precipitation is the reaction of $Na_2SO_4$ and $CaCl_2$ to form NaCl and $CaSO_4$ (the insoluble product).

The solubility of the reactants and products are shown in Figure 1.20. Again in this type of process mixing is crucial in obtaining a homogenous supersaturation profile. Precipitation is important in the manufacture of a variety of materials. TPA, which is an organic commodity chemical used in the manufacture of polymers, is made from the oxidation of *p*-xylene in an acetic acid water mixture. The product has a very low solubility in the solvent system and rapidly precipitates out. Control of the supersaturation in a precipitation process is difficult because it involves control of the mixing of the reactants and or the reaction rate.




**Figure 1.20** Solubility of NaCl, $Na_2SO_4$, $CaSO_4$, and $CaCl_2$ in water. (Data from Linke and Seidell 1958, 1965.)

**TABLE 1.11 Density and Viscosity of Common Solvents**

| Substance | Density at 20 °C (g/cm³) | Viscosity at 20 °C (cP) |
|---|---|---|
| Water | 0.999 | 1.00 |
| Acetone | 0.789 | 0.322 |
| Benzene | 0.879 | 0.654 |
| Toluene | 0.866 | 0.587 |
| Carbon tetrachloride | 1.595 | 0.975 |
| Methanol | 0.791 | 0.592 |
| Ethanol | 0.789 | 1.19 |
| *n*-Propanol | 0.804 | 2.56 |

(Based on data from Mulin 1972 and Weast 1975.)

In general, you usually have the choice of more than one method to generate supersaturation. You should evaluate the system equipment available, solubility versus temperature of the material, and the production rate required before choosing one of the methods we discussed.

## 1.6. SOLUTION PROPERTIES

### 1.6.1. DENSITY

The density of the solution is often needed for mass balance, flow rate, and product yield calculations. Density is also needed to convert from concentration units based on solution volume to units of concentration based on mass or moles of the solution. Density is defined as the mass per unit volume and is commonly reported in g/cm$^3$, however, other units such as pounds mass (lbm)/ft$^3$ and kg/m$^3$ are often used. When dealing with solutions, density refers to a homogeneous solution (not including any crystal present). Specific volume is the volume per unit mass and is equal to $1/\rho$.

Densities of pure solvents are available in handbooks like the *Handbook of Chemistry and Physics* (Lide 1999). The densities of a number of common solvents appear in Table 1.11. The densities of solutions as a function of concentration are difficult to find except for some common solutes in aqueous solution. The density of NaCl and sucrose as a function of concentration are given in Figure 1.21.

Densities are a function of temperature and must be reported at a specific temperature. A method for reporting densities uses a ratio known as the specific gravity. *Specific gravity* is the ratio of the density of the substance of interest to that of a reference substance (usually water) at a particular temperature. To make use of specific gravity data it is necessary to know the density of the reference material at the correct temperature and to multiply the specific gravity by the reference density.

If density data is not available for the solution of interest, the density can be estimated by using the density of the pure solvent and pure solid solute at the temperature of interest and assuming the volumes are additive

$$\frac{1}{\rho_{solution}} = \frac{w_{crystal}}{\rho_{crystal}} + \frac{w_{solvent}}{\rho_{solvent}} \tag{1.60}$$

where $w$ is the mass fraction of crystal or solvent. Calculating the density of a saturated solution of NaCl at 25 °C using Eq. (1.60) results in a value of 1.17 g/cm$^3$ compared with the experimental value of 1.20 g/cm$^3$. Density can be calculated with more accuracy using thermodynamic techniques described in Reid et al. (1987).

Density can be measured in the laboratory in a number of different ways depending on the need for accuracy and the number of measurements required. Solution density can be easily estimated with reasonable accuracy by weighing a known volume of solution. Very precise instruments for the measurement of density that work employing a vibrating quartz element in a tube are sold by the Mettler Company (Hightstown, New Jersey). The period of vibration of the element is proportional to the density of the material placed in the tube. With careful calibration and temperature control the accuracy of these instruments ranges from $1 \times 10^{-3}$ to $1 \times 10^{-5}$ g/cm$^3$. It is possible to use these instruments for on-line solution density measurement of fluid in a crystallizer (Rush 1991).

Another term typically used to describe solid–liquid mixtures is *slurry* or *magma density*. This is usually defined in terms of the mass of solids per unit volume of solution. A 10% slurry density therefore would indicate 100 g of solids/l of solution. Slurry density is not actually a true density but is a convenient term for indicating the amount of suspended solids in the solution.

### 1.6.2. VISCOSITY

The design of any equipment that involves the flow or stirring of liquids requires a knowledge of the fluids viscosity. Since crystallization operations involve the stirring and movement of suspensions of particles in fluids, the viscosity of suspensions is important in crystallization design and operation. *Viscosity* is a property of a




**Figure 1.21** Density of sodium chloride and sucrose aqueous solutions as 20 °C. (Data from Weast 1975.)

**TABLE 1.12 Viscosity Units and Conversion Factors**

| Given a Quantity in These Units: / Multiply by Table Value to Convert to These Units: → | $g\ cm^{-1}s^{-1}$ | $kg\ m^{-1}s^{-1}$ | $lb_m\ ft^{-1}s^{-1}$ | $lb_f\ s^{-1}ft^{-2}$ | cP | $lb_m\ ft^{-1}h^{-1}$ |
|---|---|---|---|---|---|---|
| $g\ cm^{-1}s^{-1}$ | 1 | $10^{-1}$ | $6.7197 \times 10^{-2}$ | $2.0886 \times 10^{-3}$ | $10^{2}$ | $2.4191 \times 10^{2}$ |
| $kg\ m^{-1}s^{-1}$ | 10 | 1 | $6.7197 \times 10^{-2}$ | $2.0886 \times 10^{-3}$ | $10^{3}$ | $2.4191 \times 10^{3}$ |
| $lb_m\ ft^{-1}s^{-1}$ | $1.4882 \times 10^{1}$ | 1.4882 | 1 | $3.1081 \times 10^{-2}$ | $1.4882 \times 10^{3}$ | 3600 |
| $lb_f\ s^{-1}ft^{-1}$ | $4.7880 \times 10^{2}$ | $4.7880 \times 10^{1}$ | 32.1740 | 1 | $4.7880 \times 10^{4}$ | $1.1583 \times 10^{5}$ |
| cP | $10^{-2}$ | $10^{-3}$ | $6.7197 \times 10^{-4}$ | $2.0886 \times 10^{-5}$ | 1 | 2.4191 |
| $lb_m\ ft^{-1}h^{-1}$ | $4.1338 \times 10^{-3}$ | $4.1338 \times 10^{-4}$ | $2.7778 \times 10^{-4}$ | $8.6336 \times 10^{-6}$ | $4.1338 \times 10^{-1}$ | 1 |

(Reprinted by permission of John Wiley & Sons, Inc. from R.B. Bird, W.E. Stewart, and E.N. Lightfoot (1960), *Transport Phenomena.* © 1960 John Wiley & Sons, Inc.)

particular material defined as the ratio of the shear stress and the shear rate. Viscosity can be thought of as a measure of the resistance of a fluid to flow. When the relationship between shear stress and shear rate is linear and passes through the origin, the material is said to be Newtonian and the relationship can be represented by

$$\tau_{yx} = -\mu \frac{du_x}{dy} \tag{1.61}$$

where

$\tau_{yx}$ = shear stress

$\frac{du_x}{dy}$ = shear rate

$\mu$ = viscosity

Most common solvents are Newtonian fluids. Looking at Eq. (1.61) we can see that the units of viscosity will be given by the ratio of the shear stress and the shear rate which is mass/distance-time. Typical units used for viscosity are given in Table 1.12 along with their conversion factors. The ratio of the viscosity and the density is another commonly used term that is known as the *kinematic viscosity*. The kinematic viscosity has units of length squared per unit time.

The viscosity of most common solvents is available in the literature. The values for some common solvents appear in Table 1.12. The viscosity of solutions of solids dissolved in liquids is normally not available at high concentrations except for common solutes in aqueous solution.

Viscosity increases with increasing concentration in solutions and decreases with increasing temperature. Recent work (Myerson et al. 1990; Ginde and Myerson 1991) has shown that the viscosity of supersaturated solutions increases with increasing concentration much more rapidly than in undersaturated solutions. This is demonstrated in Figures 1.22 and 1.23 for KCl and glycine in aqueous solutions. This rise in viscosity has been attributed to the formation of precritical molecular clusters in the solution. The formation of clusters in solution is a time-dependent process with the cluster size increasing with increasing time. This would indicate a possible dependence of viscosity on solution "age." In recent experiments (Ginde and Myerson 1991) this has been observed in the glycine–water system, however, the effect is quite small.

In crystallization operations, the viscosity of the slurry of solution and crystals is of importance. The viscosity of a slurry of




**Figure 1.22** Viscosity of aqueous KCl solutions at 25 °C. (Reproduced from R.M. Ginde and A.S. Myerson (1991), "Viscosity and Diffusivity in Metastable Solutions," *AIChe Symposium Series,* vol. 87, no. 284, pp. 124–129. Used by permission of the American Institute of Chemical Engineers. © 1991 AIChE.)




**Figure 1.23** Viscosity of aqueous glycine solution at 25 °C. (Reproduced from R.M. Ginde and A.S. Myerson (1991), "Viscosity and Diffusivity in Metastable Solutions," *AIChE Symposium Series*, vol. 87, no. 284, pp. 124–129. Used by permission of the American Institute of Chemical Engineers. © 1991 AIChE.)

solution and crystals usually does not obey Newton's law of viscosity but instead it follows other more complex empirical relations that must be obtained from experimental data. Systems, which do not obey Newton's law of viscosity, are called *non-Newtonian fluids.* A discussion of a number of non-Newtonian fluid models can be found in Bird et al. (1960). A commonly used non-Newtonian viscosity model used is the Power law, which can be written as

$$\tau_{yx} = -m\left|\frac{du_x}{dy}\right|^{n-1}\frac{du_x}{dy} \tag{1.62}$$

when $n = 1$, the Power law model reduces to Newton's law with $m = \mu$. Power law parameters for several different suspensions of particles in a fluid are given in Table 1.13.

The viscosity of slurries is a function of the solution and solid involved, as well as the slurry density. The viscosity can also be significantly affected by the particle size, size distribution, and particle shape. As a general rule, as particle shape varies from spheres to needles, the viscosity moves further from Newtonian behavior. A detailed discussion of factors affecting the viscosity of suspensions can be found in Sherman (1970).

**TABLE 1.13 Power Law Model Parameters**

| Fluid Composition (wt%) | $m$ ($lb_f s^n ft^{-2}$) | $n$ (dimensionless) |
|---|---|---|
| 23.3% Illinois yellow clay in water | 0.116 | 0.229 |
| 0.67% CMC in water | 0.00634 | 0.716 |
| 1.5% CMC in water | 0.0653 | 0.554 |
| 3.0% CMC in water | 0.194 | 0.566 |
| 33% lime in water | 0.150 | 0.171 |
| 10% napalm in kerosene | 0.0893 | 0.520 |
| 4% paper pulp in water | 0.418 | 0.575 |
| 54.3% cement rock in water | 0.0524 | 0.153 |

(Reprinted by permission of John Wiley & Sons, Inc. from R.B. Bird, W.E. Stewart, and E.N. Lightfoot (1960), *Transport Phenomena.* © 1960 John Wiley & Sons, Inc.)

Instruments used to measure viscosity are called *viscometers.* A number of techniques and configurations are available for viscosity measurement. In rotational viscometers, some part of the viscometer is rotated imparting movement to the fluid that is transferred through the fluid to a measuring device. In capillary viscometers, the fluid flows through a capillary under the force of gravity and the time required for the fluid to flow through the capillary is measured. Some of the more common viscometers are summarized in Table 1.14.

**TABLE 1.14 Viscometers**

| Type | Operation |
|---|---|
| **Rotational** | |
| Stormer | Stationary center cup, inner rotor |
| Haake Rotovisko | Fixed outer cup and inner rotor |
| Epprech Rheomat | Fixed outer cup and inner rotation bob |
| Brookfield | Measure viscous traction on spindle rotating in sample |
| Cone plate | Rotating small angle cone and stationary lower flat plate |
| Weissenberg Rheogoniometer | Cone rigidly fixed while lower flat plate rotates |
| **Capillary** | |
| Ostwald U-tube | Reservoir bulb from which fixed volume of sample flows through capillary to receiver in other arm of U-tube |
| Common-tensile | Reservoir and receiving bulbs in same vertical axis |
| | U-tube viscometer with third arm |
| Bingham | Sample extruded through capillary by air pressure |

(Data from Sherman 1970.)

## 1.6.3. DIFFUSIVITY

If we were to prepare a solution made up of a solute in a solvent at two different concentrations and place them in contact with each

other, eventually they would achieve the same concentration through the process of diffusion. The solute molecules would diffuse from the region of high concentration to the region of lower concentration, and the solvent molecules would diffuse in the opposite direction (from higher to lower concentration of water). This process is described by Fick's first law of diffusion, which is written below

$$J_A = -D_{AB}\frac{dC_A}{dx} \tag{1.63}$$

where

$J_A$ = molar diffusive flux
$C_A$ = the concentration
$D_{AB}$ = the diffusivity (or diffusion coefficient)

The diffusion coefficient is a property of a given solute in a given solvent and tells us the rate in which the solute will diffuse under a concentration gradient. The units of diffusivity are length squared/time. Diffusion coefficients vary with temperature and with solute concentration. The diffusion coefficient is important to crystallization operations because it is one of the properties that determines the degree of agitation required. If insufficient agitation is used in a crystallization process, the crystal growth rate can be controlled by the rate of solute transfer from the bulk solution to the crystal–liquid interface. This is called *mass transfer controlled crystal growth.* Normally this is undesirable because the crystal growth rate obtained is usually significantly slower than the rate that would be obtained if interfacial attachment kinetics were the rate-controlling step. This will be discussed in more detail in Chapter 2, however, the important point is that the diffusion coefficient is a property that must be taken into account in looking at mass transfer, mixing, and agitation in crystallization processes.

Data on the diffusion coefficients of solid solutes in liquid solvents are difficult to find and, if available, are usually found at low concentrations (or infinite dilution) at only one temperature. The concentration and temperature dependence of diffusion coefficients in the glycine–water system is illustrated in Figure 1.24. The behavior shown in Figure 1.24 is typical nonelectrolyte behavior, with the diffusivity declining from a maximum value at infinite dilution in an approximately linear fashion. A comparison of the curves at different temperatures shows that the diffusion coefficient increases with increasing temperature. The data displayed in Figure 1.24 was for an undersaturated solution only. The diffusivity of glycine in supersaturated solutions is shown in Figure 1.25. The diffusivity declines rapidly with increasing concentration in the supersaturated region. In addition, Figure 1.25 shows that the diffusivity is a function of solution "age," decreasing as the solution age increases.

The diffusivity of KCl in aqueous solutions is shown in Figure 1.26. In electrolytes, the diffusivity initially decreases with increasing concentration, reaches a minimum, and then increases until saturation. The diffusivity then rapidly declines with increasing concentration in the supersaturated region.

The behavior of the diffusion coefficient in supersaturated solutions can be explained in two different ways, one based on thermodynamics, and the second based on metastable solution structure and nucleation theory. If we think of this thermodynamically, it is useful to look at equations used to predict concentration-dependent diffusion coefficients. Two examples are listed below

$$D = D^0\left(1+\frac{\partial \ln \gamma_2}{\partial \ln x_2}\right)\frac{\mu_1}{\mu_s} \quad \text{(Gordon)} \tag{1.64}$$

$$D = D^0\left(\frac{\partial \ln a_2}{\partial \ln x_2}\right) \quad \text{(Stokes–Einstein)} \tag{1.65}$$

where

$D^0$ = diffusivity at infinite dilution
$\mu_1$ = viscosity of the solvent
$\mu_s$ = viscosity of the solution




**Figure 1.24** Diffusion coefficients of aqueous glycine solutions at 25, 35, and 45°C. (Data from Chang 1984.)




**Figure 1.25** Diffusion coefficients in aqueous glycine solutions at 25 °C as a function of concentration and solution "age." (Reproduced with permission from Myerson and Lo 1991.)

These, and all other equations for concentration-dependent diffusion, consist of an infinite dilution diffusivity and a thermodynamic correction term. The thermodynamic correction term in all cases is equivalent to the derivative $\partial G_2/\partial x_2^2$. The definition of the thermodynamic metastable limit (the spinodal curve) is the locus of points where $\partial G_2/\partial x_2^2 = 0$. This means that concentration-dependent diffusion theory predicts a diffusivity of zero at the spinodal. Thermodynamics tells us that the diffusivity goes from some finite value at saturation to zero at the spinodal. Unfortunately, it does not tell us how the diffusion coefficient declines. In addition, lack of thermodynamic data makes prediction of the spinodal difficult. We are, therefore, left with only the fact that as the concentration is increased in the supersaturated region, the diffusivity should decline towards zero; but we do not know at what concentration the diffusivity becomes zero.




**Figure 1.26** Diffusion coefficients in aqueous KCl solutions at 25 °C (solution age = 24 h) in the metastable region, (Reproduced from Y.C. Chang and A.S. Myerson (1985), "The Diffusivity of Potassium Chloride and Sodium Chloride in Concentrated, Saturated, and Supersaturated Aqueous Solutions," *AIChE J.* 31, pp. 890–894. Used by permission of the American Institute of Chemical Engineers. © 1985 AIChE.)

If we look at nucleation theory, we know that as time goes on in a supersaturated solution, the cluster size in solution will increase. As the size of an entity increases, its diffusivity decreases so that nucleation theory tells us that because of cluster formation in supersaturated solutions the diffusivity should decline. Again, however, it is difficult to predict cluster size and evolution due to lack of one or more important parameters. An estimation of number average cluster size for glycine in water calculated from supersaturated diffusivity and viscosity data, and from recent theoretical work (Ginde and Myerson 1991) is shown in Table 1.15. These results and other recent studies (Myerson et al. 1990; Ginde and Myerson 1992) indicate that the number average cluster size can range from 2 to 100 molecules and is very dependent on the system, supersaturation, age, and history of the solution. In most crystallizing systems that operate at relatively low levels of supersaturation, it is likely that many of the clusters are small (dimers and trimers).

The almost total absence of diffusivity data in concentrated, saturated, and supersaturated solutions makes the estimation of diffusivity difficult in many cases. In order to estimate the diffusivity at the desired conditions, the first step is to find out if any experimental data exists (even at infinite dilution) for the diffusivity of the solute in the solvent of interest.

If you are fortunate to find diffusivity data over the entire concentration range (up to saturation) at the temperature of interest, you need to use this data to estimate the diffusivity in the supersaturated solution at the desired concentration. One simple estimation technique is to use the effective metastable limit concentration (obtained experimentally) and assume the diffusivity is zero at that concentration and that the diffusivity declines linearly from the value at saturation to zero at the estimated metastable limit concentration. This will give you a reasonable (but probably low) estimate of the supersaturated diffusivity. More complicated methods of estimating the diffusivity in metastable solutions can be found in the literature (Lo and Myerson 1990).

It is rare to find diffusivity data of most species at any concentration near saturation. It is, therefore, necessary to first estimate the diffusivity at saturation after which the diffusivity in the supersaturated solution can be estimated. To estimate the diffusivity at saturation from low concentration data requires the use of an equation for concentration-dependent diffusion coefficients that can be used with solid solutes dissolved in liquid solvents. One such equation that can be used for nonelectrolytes is the

**TABLE 1.15 Cluster Size Evolution from Experimental Data for Glycine-Water**

| Concentration (g/100 g solvent) | Solution Age (h) | Viscosity (cP) | Cluster Size $\left(g_{visc} = \left(\frac{\eta}{\eta_s}\right)^3\right)$ | Diffusivity ($\times 10^6$ cm²/s) | Cluster Size $\left(g_{diff} = \frac{D_s}{D}\right)^{1.5}$ | Cluster Size Calculated (Lo and Myerson 1990) |
|---|---|---|---|---|---|---|
| 25.0 | – | 1.508 | 1.0 | 7.07 | 1.0 | 1.0 |
| 26.0 | 0 | 1.545 | 1.08 | 6.98 | 1.02 | 1.05 |
| | 3 | 1.581 | 1.15 | 6.92 | 1.03 | 1.11 |
| | 9.5 | 1.605 | 1.21 | 6.79 | 1.06 | 1.17 |
| | 21.5 | 1.606 | 1.21 | 6.57 | 1.12 | 1.24 |
| | 0 | 1.613 | 1.22 | 6.87 | 1.04 | 1.08 |
| | 3.5 | 1.616 | 1.23 | 6.81 | 1.06 | 1.22 |
| | 19.0 | 1.642 | 1.29 | 6.43 | 1.16 | 1.35 |
| | 45.0 | 1.652 | 1.31 | 6.09 | 1.25 | 1.52 |

(Reproduced from R.M. Ginde and A.S. Myerson (1991), "Viscosity and Diffusivity in Metastable Solutions," *AIChE Symposium Series*, vol. 87, no. 284, pp. 124–129. Used by permission of the American Institute of Chemical Engineers. © 1991 AIChE.)

Hartley-Crank (Hartley and Crank 1949) equation that appears below

$$D = \left(\frac{d \ln a_2}{d \ln \gamma_2}\right)(x_1 D_{12}^0 + x_2 D_1^*)\frac{\mu_s}{\mu_1} \quad (1.66)$$

where

$D_{12}^0$ = infinite dilution diffusivity
$D_1^*$ = self-diffusion coefficient of the solvent
$\mu_s$ = viscosity of the solution
$\mu_1$ = viscosity of the solvent

The activity data required can be obtained experimentally or through thermodynamic calculations of activity coefficients similar to those described in the solubility sections. A comparison of calculated and experimental diffusion coefficients for the glycine-water system employing the Hartley-Crank equation appear in Figure 1.27.




**Figure 1.27** Comparison of experimental and calculated diffusivities in the glycine-water system (calculated values from the Hartley-Crank equation). (Data from Chang 1984.)

If no diffusivity data is available at any concentration, estimation can still be used. First, the infinite dilution diffusivity is estimated using one of several methods available (Reid et al. 1987) such as the Wilke-Chang (Wilke and Chang 1955) method

$$D_{21}^0 = 7.4 \times 10^{-8} \frac{(\phi M_1)^{1/2} T}{\mu_1 V_2^{0.6}} \quad (1.67)$$

where

$D_{21}^0$ = infinite dilution diffusivity of the solute (2) in the solvent (1) in cm²/s
$M_1$ = molecular weight of the solvent
$T$ = temperature in K
$\mu_1$ = viscosity of the solvent in cP
$V_2$ = molal volume of the solute at its normal boiling point in cm³/g mol
$\phi$ = association factor

The value of $\phi$ is 2.6 when water is the solvent, 1.9 for methanol, 1.5 for ethanol, and 1.0 for other unassociated solvents. The value of $V_2$ can be estimated by the Le Bas method if not known (see Reid et al. 1987).

Once a value of the infinite dilution diffusivity is estimated using Eq. (1.67), the diffusivity at saturation can be estimated using Eq. (1.66), followed by estimation of the supersaturated diffusivity using the method previously described.

The above procedure, while rather tedious, will result in a reasonable estimate of the supersaturated solution diffusivity that is quite useful in crystallization process design and development.

## 1.7. THERMAL PROPERTIES

A fundamental aspect in the development and design of any process involves the performance of an energy balance. Crystallization operations involve the transfer of energy in and out of the system. In addition, since phase changes are involved, through the formation of the product and through changes to the solvent system (if evaporation or change in solvent composition are used) data on the thermal properties of the solute–solvent system are important.

In a simple cooling crystallizer for example, it is obvious that a calculation must be done to determine the amount of energy to be removed from the system to cool the solution to the final temperature desired. The calculation could be seriously in error, however, if the heat effects due to the crystallization (heat of crystallization) are ignored. In crystallizations that involve evaporations, mixed solvents, or reactions, the heat effects that accompany each of

these phenomena must be known. In addition, any operation involving the dilution of a concentrated solution or the dissolution of a solid into a liquid is accompanied by heat effects that must be taken into account in any energy balance calculation.

### 1.7.1. HEAT CAPACITY

Imagine that you have a pure liquid and you wish to calculate how much energy is required to heat that liquid from one temperature to another. This calculation is simple, providing you know a property of the material known as the heat capacity (or specific heat). There are two types of heat capacities that can be defined. The heat capacity at constant temperature ($C_p$) and the heat capacity at constant volume ($C_v$), which are defined as follows

$$C_p(T) = \frac{d\overline{H}}{dT} \qquad (1.68)$$

$$C_v(T) = \frac{d\overline{U}}{dT} \qquad (1.69)$$

where $\overline{H}$ and $\overline{U}$ are the enthalpy and internal energy per mole, respectively. The two heat capacities are related to each other as follows

**HEAT CAPACITY: (Btu) / (1b$_m$) (°F) or (cal) / (g) (°C)**

| No. | Liquid | Range (°C) |
|---|---|---|
| 29 | Aceric Acid 100% | 0 - 80 |
| 32 | Acetone | 20 - 50 |
| 52 | Ammonia | -70 - 50 |
| 37 | Amyl Alcohol | -50 - 25 |
| 26 | Amyl Acetate | 0 - 100 |
| 30 | Aniline | 0 - 130 |
| 23 | Benzone | 10 - 80 |
| 27 | Benzyl Alcohol | -20 - 30 |
| 10 | Bezyl Chloride | -30 - 30 |
| 49 | Brine,25% $CaCl_2$ | -40 - 20 |
| 51 | Brine, 25% NaCl | -40 - 20 |
| 44 | Butyl Alcohol | 0 - 100 |
| 2 | Carbon Disulfide | -100 - 25 |
| 3 | Carbon Tetrachloride | 10 - 60 |
| 8 | Chlorobenzine | 0 - 100 |
| 4 | Chloroform | 0 - 50 |
| 21 | Decane | -80 - 25 |
| 6A | Dichloroethane | -30 - 60 |
| 5 | Dichloroethane | -40 - 50 |
| 15 | Diphenyl | 80 - 120 |
| 22 | Diphenylmethane | 30 - 100 |
| 16 | Diphenyl Oxide | 0 - 200 |
| 16 | Dowthem A | 0 - 200 |
| 24 | Ethyl Acetate | -50 - 25 |
| 42 | Ethyl Alcohol 100% | 30 - 80 |
| 46 | Ethyl Alcohol 60% | 20 - 80 |
| 50 | Ethyl Alcohol 50% | 20 - 80 |
| 25 | Ethyl Benzene | 0 - 100 |
| 1 | Ethyl Bromide | 5 - 25 |
| 13 | Ethyl Chloride | -30 - 40 |
| 36 | Ethyl Ether | -100 - 25 |
| 7 | Ethyl Iodide | 0 - 100 |
| 39 | Ethylene Glycol | -40 - 200 |

| No. | Liquid | Range (°C) |
|---|---|---|
| 2A | Freon - 11($CCl_3F$) | -20 - 70 |
| 6 | Freon - 12($CClF_2$) | 400 - 15 |
| 4A | Freon - 21($CHCl_2F$) | -20 - 70 |
| 7A | Freon - 22($CHClF_2$) | -20 - 60 |
| 3A | Freon - 113($CCl_2F$—$CClF_2$) | -20 - 70 |
| 38 | Glycerol | -40 - 20 |
| 28 | Heptane | 0 - 60 |
| 35 | Hexane | -80 - 20 |
| 48 | Hydrochlotic Acid, 30% | 20 - 100 |
| 41 | Isoamil Alcohol | 10 - 100 |
| 43 | Isobutyl Alcohol | 0 - 100 |
| 47 | Isopropyl Alcohol | -20 - 50 |
| 31 | Isopropyl Ether | -80 - 20 |
| 40 | Methyl Alcohol | -40 - 20 |
| 13A | Methyl Chloride | -80 - 20 |
| 14 | Naphthalene | 90 - 200 |
| 12 | Nitrobenzene | 0 - 100 |
| 34 | Nonane | -50 - 25 |
| 33 | Octane | -50 - 25 |
| 3 | Perchlorethylene | -30 - 140 |
| 45 | Propyl Alcohol | -20 - 100 |
| 20 | Pyridine | -50 - 25 |
| 9 | Sulfuric Acid 98% | 10 - 45 |
| 11 | Sulfur Dioxide | -20 - 100 |
| 23 | Toluene | 0 - 60 |
| 53 | Water | 10 - 200 |
| 19 | Xylene Ortho | 0 - 100 |
| 18 | Xylene Meta | 0 - 100 |
| 17 | Xylene Para | 0 - 100 |




**Figure 1.28** Heat capacities of liquids: (Btu) (lb$_m$) (°F) or (cal)/(g)(°C). Reproduced with permission of McGraw-Hill, Inc., from J.M. Smith and H.C. Van Ness, *Introduction to Chemical Engineering Thermodynamics*, 3rd ed. © 1975, McGraw-Hill, Inc., New York, p. 115.)

Ideal gases: $C_p = C_v + R$ (1.70)

Liquids and solids: $C_p \approx C_v$ (1.71)

Heat capacities are given in units of energy per mole (or mass) per unit temperature interval. Typical units used and conversion factors appear in Table 1.12.

Specific heat is another term used when heat capacity is expressed on a per mass basis. Heat capacities are a function of temperature and are usually expressed as a polynomial such as

$$C_p(T) = a + bT + cT^2 + dT^3 \tag{1.72}$$

Tables of heat capacities for a variety of pure substances can be found in the *Chemical Engineers Handbook* (Perry and Green 1997). The heat capacity of a number of liquids is given in Figure 1.28.

Heat capacity data is available for most liquids and gases, and for many solids. If not available, estimation techniques have been developed and are summarized in Reid et al. (1987). Heat capacities of liquid mixtures can be estimated by calculating an average heat capacity from the heat capacities of the components using the relation

$$C_{Pavg}(T) = \sum x_i C_{pi}(T) \tag{1.73}$$

The heat capacity of solutions of solids dissolved in liquids is usually not available. If the solution is dilute, the usual practice is to neglect the solute and to use the solvent heat capacity. For a concentrated solution, neglecting the solute can lead to inaccuracies so that the use of enthalpy data is suggested.

### 1.7.2. LATENT HEAT

When a pure material undergoes a phase change, the process takes place at a constant temperature and pressure. Even though the temperature remains the same, there is an enthalpy change associated

**TABLE 1.16 Enthalpy of Fusion and Melting Temperature of Some Organics**

| Compound | $T_m$ (°C) | Molecular Weight | $\Delta H_m$ (cal/g) | $\Delta H_m$ (cal/g mol) |
|---|---|---|---|---|
| Methane | −182.5 | 16.04 | 14.03 | 225 |
| Ethane | −183.3 | 30.07 | 22.73 | 683 |
| Propane | −187.7 | 44.09 | 19.10 | 842 |
| *n*-Butane | −138.4 | 58.12 | 19.17 | 1114 |
| Isobutane | −159.6 | 38.12 | 18.67 | 1085 |
| *n*-Pentane | −129.7 | 72.13 | 27.81 | 2006 |
| Isopentane | −159.9 | 72.13 | 17.06 | 1231 |
| Neopentane | −16.6 | 72.13 | 10.79 | 779 |
| *n*-Hexane | −95.4 | 86.17 | 36.14 | 3114 |
| 2-Methylpentane | −153.7 | 86.17 | 17.41 | 1500 |
| 2,2-Dimethylbutane | −99.9 | 86.17 | 1.61 | 139 |
| 2,3-Dimethylbutane | −128.5 | 86.17 | 2.25 | 194 |
| *n*-Heptane | −90.6 | 100.2 | 33.47 | 3350 |
| 2-Methylhexane | −118.3 | 100.2 | 21.91 | 2195 |
| 3-Ethylpentane | −118.6 | 100.2 | 22.78 | 2283 |
| 2,2-Dimethylpentane | −123.8 | 100.2 | 13.89 | 1392 |
| 2,4-Dimethylpentane | −119.2 | 100.2 | 16.32 | 1635 |
| 3,3-Dimethylpentane | −134.5 | 100.2 | 16.86 | 1689 |
| 2,2,3-Trimethylbutane | −24.9 | 100.2 | 5.39 | 540 |
| *n*-Octane | −56.8 | 114.2 | 43.40 | 4956 |
| 3-Methylheptane | −120.5 | 114.2 | 23.81 | 2719 |
| 4-Methylheptane | −120.9 | 114.2 | 22.68 | 2590 |
| *n*-Nonane | −53.5 | 128.2 | 28.83 | 3696 |
| *n*-Decane | −29.6 | 142.3 | 48.24 | 6865 |
| *n*-Dodecane | −9.6 | 170.3 | 51.69 | 8803 |
| *n*-Octadecane | 28.2 | 254.4 | 57.65 | 14,660 |
| Benzene | 5.5 | 78.1 | 30.09 | 2350 |
| Toluene | −94.9 | 92.1 | 17.1 | 1575 |
| Ethylbenzene | −94.9 | 106.1 | 20.63 | 2188 |
| *o*-Xylene | −25.1 | 106.1 | 30.61 | 3250 |
| *m*-Xylene | −47.9 | 106.1 | 26.04 | 2760 |
| *p*-Xylene | 13.3 | 106.1 | 38.5 | 4080 |
| *n*-Propylbenzene | −99.5 | 120.1 | 16.97 | 2040 |
| Isopropylbenzene | −96.0 | 120.1 | 14.15 | 1700 |
| 1,2,3-Trimethylbenzene | −25.4 | 120.1 | 16.6 | 1990 |
| 1,2,4-Trimethylbenzene | −43.8 | 120.1 | 25.54 | 3070 |
| 1,3,5-Trimethylbenzene | −44.7 | 120.1 | 19.14 | 2300 |
| Cyclohexane | 6.5 | 84.1 | 7.57 | 637 |
| Methylcyclohexane | −126.5 | 98.1 | 16.4 | 1610 |
| Ethylcyclohexane | −111.3 | 112.2 | 17.73 | 1930 |
| 1,1-Dimethylcyclohexane | −33.5 | 112.2 | 1.32 | 148 |
| 1,*cis*-2-Dimethylcyclohexane | − 50.0 | 112.2 | 3.50 | 393 |
| 1,*trans*-2-Dimethylcyclohexane | 88.1 | 112.2 | 22.34 | 2507 |

(Data from Reid et al. 1987.)

with the phase change that must be taken into account in energy balance calculations. These enthalpy changes associated with phase changes in pure materials are often referred to as latent heat. The latent heat of vaporization refers to the enthalpy change required to vaporize a given amount of a saturated liquid to saturated vapor at a constant temperature and pressure. Other latent heats commonly mentioned are fusion (melting a material) and sublimation (solid to gas). It is important to note that there are also heat effects that accompany phase changes from one solid phase to another. If a material crystallizes in one crystal form and then transforms to another crystal form, there will be an enthalpy change involved.

Latent heats vary as a function of temperature and to a smaller extent pressure. The latent heat for a phase change at 1 atm (101.29 kPa) is often called the standard heat of phase change and is available for many materials in the literature (Perry and Green 1997).

A number of techniques have been developed to estimate the, the latent heat of vaporization and, to a lesser extent, the latent heat of fusion and sublimation. A description of these techniques can be found in Reid et al. (1987). One very useful and commonly used method known as the Watson correlation appears below

$$\Delta\overline{H}_v(T_2) = \Delta\overline{H}_v(T_1)\left(\frac{1-(T_2/T_c)}{1-(T_1/T_c)}\right)^{0.38} \tag{1.74}$$

where $\Delta\overline{H}_v(T_2)$ and $\Delta\overline{H}_v(T_1)$ are the heats of vaporization at $T_2$ and $T_1$, and $T_c$ is the critical temperature. Eq. (1.74) allows calculation of the latent heat of vaporization at any temperature if the heat of vaporization is known at one temperature. If no heat of vaporization data are available, and the normal boiling point (boiling point at 1 atm) of the liquid is known, Chen's equation can be used to estimate the heat of vaporization at the boiling point by

$$\Delta\overline{H}_{vb} = \frac{RT_cT_{br}3.978T_{br} - 3.938 + 1.555\ln P_c}{1.07 - T_{br}} \tag{1.75}$$

where

$T_{br}$ = reduced boiling point temperature ($T_b/T_c$)

$P_c$ = critical pressure

Latent heats of vaporization can be calculated from vapor pressure data employing the Clausius-Clapeyron equation.

$$\Delta\frac{\overline{H}_v}{R} = \frac{d(\ln p^*)}{d(1/T)} \tag{1.76}$$

where $p^*$ is the vapor pressure at a particular temperature. By plotting ln $p^*$ versus $1/T$ and obtaining the slope at the temperature of interest, Eq. (1.76) can be used to calculate the heat of vaporization.

Calculation of latent heats of fusion and sublimation are more difficult and less accurate than calculating heats of vaporization. Reid et al. (1987) summarized available methods. A crude but simple approximation for standard heats of formation is (Felder and Rousseau 1986)

$$\Delta\overline{H}_m(\text{kJ/mol}) \approx 0.0092T_m(\text{K})(\text{Metallic elements})$$
$$\approx 0.025T_m(\text{K})(\text{Inorganic compounds})$$
$$\approx 0.050T_m(\text{K})(\text{Organic compounds})$$

The melting temperature and latent heats of fusion for a number of organic species appear in Table 1.16.

### 1.7.3. HEATS OF MIXING, SOLUTION, AND CRYSTALLIZATION

In any process where the concentration of a solution is changed, there will be an enthalpy change accompanying the concentration change. This is true when two liquids are mixed, a concentrated solution is diluted, a solid is dissolved in a liquid, or when a solute crystallizes from solution. These enthalpy changes are known as heats of mixing, solution, and crystallization, respectively, and can be very significant in energy balance calculations.

The heat of mixing refers to the enthalpy change accompanying the mixing of two or more pure substances to form a solution at a constant temperature and pressure. When one species being mixed is a gas or solid, this enthalpy change is known as the heat of solution. Heats of solution are often given in terms of the dissolution of 1 mol of solute in moles of solvent at a particular temperature. This is known as an integral heat of solution. Integral heats of solution for HCl, NaOH, and $H_2SO_4$ appear in Table 1.17. The table shows that for each of these substances, the heat of solution is negative, meaning that the solution process results in the evolution of heat. In addition, Table 1.17 shows that the heat of solution is a function of concentration, increasing as the solution becomes less concentrated ($n$, the moles of water per moles of solute increases) to a limiting maximum value. This maximum value is known as the heat of solution at infinite dilution. Data in Table 1.17 can be used to calculate the enthalpy change that would result from making a solution of desired concentration from its components. It also can be used to calculate the enthalpy change that would result from the dilution of a concentrated solution.

The substances listed in Table 1.17 all have negative heats of solution, meaning that heat is released when the materials are dissolved, or a concentrated solution is diluted. This is not generally true; many substances have positive heats of solution, indicating that heat is absorbed when they are dissolved. The heats of

**TABLE 1.17 Integral Heats of Solution at 25 °C**

| $n$ (mol water/mol solute) | $(\Delta\hat{H}_s)_{HCl(g)}$ (kJ/mol HCl) | $(\Delta\hat{H}_s)_{NaOH(s)}$ (kJ/mol NaOH) | $(\Delta\hat{H}_m)_{H_2SO_4}$ (kJ/mol $H_2SO_4$) |
|---|---|---|---|
| 0.5 | — | — | −15.73 |
| 1 | −26.22 | — | −28.07 |
| 1.5 | — | — | −36.90 |
| 2 | −48.82 | — | −41.92 |
| 3 | −56.85 | −28.87 | −48.99 |
| 4 | −61.20 | −34.43 | −54.06 |
| 5 | −64.05 | −37.74 | −58.03 |
| 10 | −69.49 | −42.51 | −67.03 |
| 20 | −71.78 | −42.84 | — |
| 25 | — | — | −72.30 |
| 30 | −72.59 | −42.72 | — |
| 40 | −73.00 | −42.59 | — |
| 50 | −73.26 | −42.51 | −73.34 |
| 100 | −73.85 | −42.34 | −73.97 |
| 200 | −74.20 | −42.26 | — |
| 500 | −74.52 | −42.38 | −76.73 |
| 1000 | −74.68 | −42.47 | −78.57 |
| 2000 | −74.82 | −42.55 | — |
| 5000 | −74.93 | −42.68 | −84.43 |
| 10,000 | −74.99 | −42.72 | −87.07 |
| 50,000 | −75.08 | −42.80 | — |
| 100,000 | −75.10 | — | −93.64 |
| 500,000 | — | — | −95.31 |
| ∞ | −75.14 | −42.89 | −96.19 |

(Reprinted by permission of John Wiley & Sons, Inc. from R.M. Felder and R.W. Rousseau (1986), *Elementary Principles of Chemical Processes*, 2nd ed. © 1986 John Wiley & Sons, Inc.)

**TABLE 1.18 Heats of Solution in Water at Infinite Dilution of 18 °C**

| Substance | Formula | $\Delta H_s$ (kcal/gmol) |
|---|---|---|
| Ammonium chloride | $NH_4Cl$ | −3.82 |
| Ammonium nitrate | $NH_4NO_3$ | −6.47 |
| Ammonium sulfate | $(NH_4)_2SO_4$ | −2.75 |
| Barium bromide | $BaBr_2$ | +5.3 |
| | $BaBr_2 \cdot H_2O$ | −0.8 |
| | $BaBr_2 \cdot 2H_2O$ | −3.87 |
| Calcium chloride | $CaCl_2$ | +4.9 |
| | $CaCl_2 \cdot H_2O$ | +12.3 |
| | $CaCl_2 \cdot 2H_2O$ | +12.5 |
| | $CaCl_2 \cdot 4H_2O$ | +2.4 |
| | $CaCl_2 \cdot 6H_2O$ | −4.11 |
| Lithium bromide | LiBr | +11.54 |
| | $LiBr \cdot H_2O$ | +5.30 |
| | $LiBr \cdot 2H_2O$ | +2.05 |
| | $LiBr \cdot 3H_2O$ | −1.59 |
| Magnesium sulfate | $MgSO_4$ | +21.1 |
| | $MgSO_4 \cdot H_2O$ | +14.0 |
| | $MgSO_4 \cdot 2H_2O$ | +11.7 |
| | $MgSO_4 \cdot 4H_2O$ | +4.9 |
| | $MgSO_4 \cdot 6H_2O$ | +0.55 |
| | $MgSO_4 \cdot 7H_2O$ | −3.18 |
| Potassium sulfate | $K_2SO_4$ | −6.32 |
| Benzoic acid | $C_7H_6O_2$ | −6.5 |
| Citric acid | $C_6H_8O_7$ | −5.4 |
| Dextrin | $C_{12}H_{20}O_{10}$ | +0.268 |
| Hexamethylenetetramine | $C_6H_{12}N_4$ | +4.78 |
| *m*-Nitrophenol | $C_6H_5NO_3$ | −5.2 |
| *o*-Nitrophenol | $C_6H_5NO_3$ | −6.3 |
| *p*-Nitrophenol | $C_6H_5NO_3$ | −4.5 |
| Phthalic acid | $C_8H_6O_4$ | −4.87 |
| Urea | $CH_4N_2O$ | −3.61 |

(Data from Perry and Green 1997.)

solution of selected organic and inorganic species in water appear in Table 1.18. Additional data can be found in Perry and Green (1997).

The data in Table 1.18 illustrates two other points. The first is that for hydrated compounds, the heats of solution vary as a function of the number of waters of hydration present in the solid. Looking at magnesium sulfate, we see that the heat of solution at infinite dilution at 18 °C varies from −21.1 kcal/gmol for the anhydrous form to +3.18 kcal/gmol for $MgSO_4 \cdot 7H_2O$ (which is the stable form at this temperature). The second point is that organic compounds with the same chemical formula but different structures such as *para-*, *meta-*, and *ortho-*nitrophenol have differing heats of solution. In this case, they are 4.49, 5.21, and 6.3 kcal/gmol, respectively, at infinite dilution and 18 °C.

The enthalpy change that results from the crystallization of a species from solution is called the *heat of crystallization*. The heat of crystallization is normally assumed to be of the same magnitude but opposite sign as the heat of solution at a concentration near saturation. This is not exactly correct since the supersaturated solution from which the crystallization is occurring has a higher concentration than a saturated solution, however, the error should be relatively small.

For binary systems of solutes and solvents that are relatively common or have industrial importance, enthalpy concentration diagrams often exist that are quite useful in energy balance calculations involving solution, dilution, or crystallization. An example of an enthalpy concentration diagram for the NaOH–$H_2O$ system appears in Figure 1.29. It is important to be aware of the reference state on which the diagram is based when employing this data in energy balance calculations.

## NOMENCLATURE

| | | |
|---|---|---|
| $a$ | Activity | Eq. (1.2) |
| $A$ | Debye-Hückel constant | Eq. (1.26) |
| $B$ | Constant for ion interaction | Eq. (1.26) |
| $C$ | Concentration of solution | Eq. (1.54) |
| $C_s$ | Saturation concentration | Eq. (1.54) |
| $C_p$ | Specific heat at constant pressure | Eq. (1.68) |
| $C_v$ | Specific heat at constant volume | Eq. (1.69) |
| $D_{AB}$ | Diffusion coefficient | Eq. (1.63) |
| $D^*_1$ | Self-diffusion coefficient of the solvent | Eq. (1.66) |
| $D^0_{12}$ | Infinite dilution diffusivity | Eq. (1.66) |
| $dC_A/dx$ | Concentration gradient | Eq. (1.63) |
| $dv_x/dy$ | Shear rate | Eq. (1.61) |
| $e$ | Magnitude of the electric charge | Eq. (1.49) |
| $F_i$ | Interaction parameter | Eq. (1.32) |
| $f_i$ | Fugacity, mole fraction, activity coefficient | Eqs. (1.16), (1.37) |
| $\overline{H}$ | Enthalpy per mole | Eq. (1.68) |
| $I$ | Ionic strength | Eq. (1.26) |
| $i$ | Any ion present | Eq. (1.31) |
| $J_A$ | Molar diffusive flux | Eq. (1.63) |
| $K$ | Equilibrium constant | Eq. (1.2) |
| $K_{sp}$ | Solubility product | Eq. (1.4) |
| $l$ | Distance between two charges | Eq. (1.44) |
| $M$ | Molecular weight of the solute | Eq. (1.18) |
| $M_s$ | Molecular weight of the solvent | Eq. (1.17) |
| $m$ | Concentration of species in solution, empirical viscosity parameter | Eqs. (1.3), (1.62) |
| $n$ | Power law exponent | Eq. (1.62) |
| $P$ | Pressure | Eq. (1.42) |
| $p^*$ | vapor pressure | Eq. (1.76) |
| $P_c$ | Critical pressure | Eq. (1.75) |
| $P^s_2$ | Vapor pressure of component 2 | Eq. (1.41) |
| $R$ | Gas constant | Eq. (1.10) |
| $r$ | Cluster radius | Eq. (1.58) |
| $S$ | Supersaturation ratio | Eq. (1.57) |
| $T$ | Temperature, °C | Eq. (1.10) |
| $T_{br}$ | Reduced boiling point | Eq. (1.75) |
| $T_c$ | Critical temperature | Eq. (1.74) |
| $T_{tp}$ | Triple point temperature, °C | Eq. (1.42) |
| $V$ | Molar volume | Eq. (1.52) |
| $\overline{V}$ | Internal energy per mole | Eq. (1.69) |
| $V_m$ | Specific volume of solute | Eq. (1.58) |
| $V^L_2$ | Molar volume of subcooled liquid | Eq. (1.50) |
| $w$ | Mass fraction | Eq. (1.60) |
| $x_2$ | Mole fraction of the solute | Eq. (1.39) |
| $y_i$ | Molar activity coefficient | Eq. (1.15) |
| $z$ | Number of charges on the cation or anion | Eq. (1.27) |
| $\Delta c$ | Supersaturation | Eq. (1.56) |
| $\Delta C_p$ | Difference in specific heats of the liquid or solid | Eq. (1.42) |
| $\Delta G_{f^0}$ | Gibbs free energy of formation | Eq. (1.23) |
| $\Delta H_m$ | Latent heat of fusion | Eq. (1.47) |
| $\Delta H_{tp}$ | Enthalpy change at the triple point | Eq. (1.42) |
| $\Delta H_v$ | Heat of vaporization | Eq. (1.74) |
| $\Delta u$ | Enthalpy of vaporization | Eq. (1.52) |
| $\Delta v$ | Volume change for liquid-solid transformation | Eq. (1.42) |




**Figure 1.29** Enthalpy concentration diagram for NaOH–$H_2O$. (Reprinted by permission of John Wiley & Sons, Inc. from G. Brown (1950), *Unit Operations*. © 1950 John Wiley & Sons, Inc.)

*Greek Letters*

| | | |
|---|---|---|
| $\gamma$ | Activity coefficient | Eq. (1.3) |
| $\mu$ | Chemical potential | Eq. (1.8) |
| $\nu$ | Stoichiometric number | Eq. (1.9) |
| $\rho$ | Solution density | Eq. (1.19) |
| $\rho_0$ | Solvent density | Eq. (1.19) |
| $\delta_1$, $\delta_2$ | Solubility parameters of the solvent and subcooled liquid, respectively | Eq. (1.50) |
| $\phi$ | Volume fraction of the solvent | Eq. (1.50) |
| $\sigma$ | Relative supersaturation, solid–liquid interfacial tension | Eqs. (1.55), (1.58) |
| $\tau_{yx}$ | Shear stress | Eq. (1.61) |
| $\mu$ | Viscosity | Eq. (1.61) |

## REFERENCES


Bird, R.B., Stewart, W.E., and Lightfoot, E.N. (1960). *Transport Phenomena*, Wiley, New York.

Bromley, L.A. (1972). *J. Chem. Thermo.* **4**, 669.

Bromley, L.A. (1973). *AIChE J.* **19**, 313.

Bromley, L.A. (1974). *AIChE J.* **20**, 336.

Brown, G. (1950). *Unit Operations*, McGraw-Hill Book Co., New York.

Chang, Y.C. (1984). Ph.D. dissertation, Georgia Institute of Technology, Atlanta, GA.

Chang, Y.C., and Myerson, A.S. (1984). *AIChE J.* **31**, 890.

Decker. S., Fan, W.P., and Myerson, A.S. (1986). *Ind. Eng. Chern. Fund.* **25**, 925.

Felder, R.M., and Rousseau, R.W. (1996). *Elementary Principles of Chemical Processes*, 2nd ed., John Wiley & Sons, Inc., New York.

Frank, T.C., Downey, J.R., and Gupta, S. (1999) *Chem. Eng. Prog.* **95**, 12.

Frendenslund, A., Gmehling, A.J., Micheisen, M.L., Rasmussen, P., and Prausnitz, J.M. (1977). *Ind. Eng. Chem. Process Des. Dev.* **16**, 450.

Ginde, R.M., and Myerson, A.S. (1991). *AIChE Symposium Series*, vol. 87, **284**, 124–129.
Ginde, R., and Myerson, A.S. (1992). *J. Cryst. Growth* **116**, 41.
Gordon, L.J., and Scott, R.L. (1952). *J. Am. Chem. Soc.* **74**, 4138.
Gordon, P. (1968). *Principles of Phase Diagrams in Materials Science*, McGraw-Hill Book Co., New York.
Guggenheim, F.A. (1987). *Thermodynamics*, 5th ed., North Holland Publishing Company, Amsterdam.
Hartley, G.S., and Crank, J. (1949). *Trans. Faraday Soc.* **45**, 80.
Kim, S. and Myerson, A.S. (1996). *Industrial and Engineering Chemistry Research* **35**, 1078.
Kojima, K., and Tochigi, K. (1979). *Prediction of Vapor–Liquid Equilibria by the ASOG Method*, Elsevier Science Publishing, Inc., New York.
Linke, W.R., and Seidell, A. (1958). *Solubilities-Inorganic and Metal-Organic Compounds*, vol. 1 (vol. II, 1965), American Chemical Society, Washington, DC.
Lide, D.R. (1999). *Handbook of Chemistry and Physics*, 79th ed., CRC Press Cleveland, OH.
Lo, P.Y., and Myerson, A.S. (1990). *J. Cryst. Growth* **99**, 1048.
Mullin, J.W. (1997). *Crystallization*, Butterworths, London.
Myerson, A.S., and Lo, P.Y. (1991). *J. Cryst. Growth* **110**, 26.
Myerson, A.S., Lo, P.Y., Kim, Y.C., and Ginde, R. (1990). In *Proceedings of the 11th Symposium on Industrial Crystallization* (Mersmann, A., ed.), p. 847, European Fed. of Chemical Engineers, Munich, Germany.
Nývlt, J., Sohnel, O., Matuchova, M., and Brout, M. (1985). *The Kinetics of Industrial Crystallization*, Elsevier, Amsterdam.
Perry, R.H., and Green, D.W. (1997). *Chemical Engineers Handbook*. 7th ed., McGraw-Hill Book Co., New York.
Prausnitz, J.M., Lichenthaler, R.N., and Gomes de Azevedo, E. (1999). *Molecular Thermodynamics of Fluid-Phase Equilibria*, 3rd ed., Prentice-Hall. Inc., Englewood Cliffs, NJ.
Reid, R.C., Prausnitz, J.M., and Poling, B.E. (1987). *The Properties of Gases and Liquids*, 4th ed., McGraw-Hill Book Co., New York.
Robinson, R.A., and Stokes, R.H. (1970). *Electrolyte Solutions*, 2nd ed., Butterworths, London.
Rosenberger, F. (1981). *Fundamentals of Crystal Growth*, Springer-Verlag, New York.
Rush, S. (1991). M.S. thesis in Progress, Polytechnic University. Brooklyn, NY.
Saska, M. (1994). Ph.D. dissertation, Georgia Institute of Technology, Atlanta, GA.
Sherman, P. (1970). *Industrial Rheology*, Academic Press, New York.
Smith, J.M., and Van Ness, H.C. (1975). In *Introduction to Chemical Engineering Thermodynamics*, 3rd ed., p. 115, McGraw-Hill Book Co., New York.
Walas, S.M. (1985). *Phase Equilibria in Chemical* Engineering, Butterworths, Boston.
Wilke, C.R., and Chang, P. (1955). *AIChE J.* **1**, 264.
Zemaitis, J.F. Jr., Clark, D.M., Rafal, M., and Scrivner, N.C. (1986). *Handbook of Aqueous Electrolyte Thermodynamics*, American Institute of Chemical Engineers, New York.

# 2

# CRYSTALS, CRYSTAL GROWTH, AND NUCLEATION

Allan S. Myerson and Rajiv Ginde

## 2.1. CRYSTALS

*Crystals* are solids in which the atoms are arranged in a periodic repeating pattern that extends in three dimensions. While all crystals are solids, not all solids are crystals. Materials that have short-range rather than long-range ordering, like glass, are noncrystalline solids. A noncrystalline solid is often referred to as an amorphous solid. Many materials can form solids that are crystalline or amorphous, depending on the conditions of growth. In addition, some materials can form crystals of the same composition but with differing arrangements of the atoms forming different three-dimensional structures. Other materials can have the same three-dimensional structure but appear different in shape when viewed under the microscope. To make sense of this, and to understand the nature of crystals and how they are identified requires some knowledge of crystals and their structure. The study of crystal structure is called *crystallography* and is described in a number of standard references (Bunn 1961; Cullity 1978). In this section, we will discuss the basics of crystals and their structure.

### 2.1.1. LATTICES AND CRYSTAL SYSTEMS

Crystals are solids in which the atoms are arranged in a three-dimensional repeating periodic structure. If we think of crystals in a purely geometric sense and forget about the actual atoms, we can use a concept known as a point lattice to represent the crystal. A point lattice is a set of points arranged so that each point has identical surroundings. In addition, we can characterize a point lattice in terms of three spatial dimensions: $a$, $b$, and $c$, and three angles: $\alpha$, $\beta$, and $\gamma$. An example of a point lattice is given in Figure 2.1. Looking at Figure 2.1 we can see that the lattice is made up of repeating units that can be characterized by the three dimensions and three angles mentioned. We can arbitrarily choose any of these units, and by making use of the spatial dimensions and angles can reproduce the lattice indefinitely. The lengths and angles mentioned are known as *lattice parameters* and a single cell constructed employing these parameters is called the *unit cell.* A unit cell is shown in Figure 2.2.

There are obviously a number of different lattice arrangements and unit cells that can be constructed. It was shown, however, in 1848 by Bravais that there are only 14 possible point lattices that can be constructed. These point lattices can be divided into seven categories (crystal systems) that are shown in Table 2.1. Figure 2.3 shows all 14 of the Bravais lattices. Looking at the crystal systems we see that they are all characterized by these lattice parameters. For example, cubic systems all must have equal lengths (a = b = c) and angles equal to 90°. In addition, lattices can be classified as primitive or nonprimitive. A primitive lattice has only one lattice point per unit cell while a nonprimitive unit cell has more than one. If we look at the cubic system, a simple cubic unit cell is primitive. This is because each lattice point on a corner is shared by eight other cells so that 1/8 belongs to a single cell. Since there are eight corners, the simple cubic cell has one lattice point. Looking at a body centered cubic cell, the point on the interior is not shared with any other cell. A body centered cubic cell, therefore, has two lattice points. A face centered cubic cell has a lattice point on each face that is shared between two cells. Since there are six faces as well as the eight corners, a face centered cubic cell has four lattice points.

Another property of each crystal system that distinguishes one system from another is called symmetry. There are four types of symmetry operations: reflection, rotation, inversion, and rotation-inversion. If a lattice has one of these types of symmetry, it means that after the required operation, the lattice is superimposed upon itself. This is easy to see in the cubic system. If we define an axis normal to any face of a cube and rotate the cube about that axis, the cube will superimpose upon itself after each 90° of rotation. If we divide the degrees of rotation into 360°, this tells us that a cube has three fourfold rotational symmetry axes (on axes normal to three pairs of parallel faces). Cubes also have threefold rotational symmetry using an axis along each body diagonal (each rotation is



**Figure 2.1** A point lattice.




**Figure 2.2** A unit cell.




**Figure 2.3** The Bravais lattices ($P$, $R$ = primitive cells, $F$ = face centered, $I$ = body centered, and $C$ = base centered). (From B.D. Cullity, *Elements of X-ray Diffraction*, © 1978 by Addison-Wesley Publishing Company. Reprinted with permission of the publisher.)

**TABLE 2.1 Crystal Systems and Bravais Lattices**

| System | Axial Lengths and Angles | Bravais Lattice |
|---|---|---|
| Cubic | Three equal axes at right angles<br>$a = b = c, \alpha = \beta = \gamma = 90°$ | Simple<br>Body-centered<br>Face-centered |
| Tetragonal | Three axes at right angles, two equal<br>$a = b \neq c, \alpha = \beta = \gamma = 90°$ | Simple<br>Body-centered |
| Orthorhombic | Three unequal axes at right angles<br>$a \neq b \neq c, \alpha = \beta = \gamma = 90°$ | Simple<br>Body-centered<br>Base-centered<br>Face-centered |
| Rhombohedral[1] | Three equal axes, equally inclined<br>$a = b = c, \alpha = \beta = \gamma \neq 90°$ | Simple |
| Hexagonal | Two equal coplanar axes at 120°, third axis at right angles<br>$a = b \neq c, \alpha = \beta = 90°, \gamma = 120°$ | Simple |
| Monoclinic | Three unequal axes, one pair not at right angles<br>$a \neq b \neq c, \alpha = \gamma = 90° \neq \beta$ | Simple<br>Base-centered |
| Triclinic | Three unequal axes, unequally inclined and none at right angles<br>$a \neq b \neq c, \alpha \neq \beta \neq \gamma \neq 90°$ | Simple |

(Data adapted from Cullity 1978.)
[1]Also called trigonal.

**TABLE 2.2 Symmetry Elements**

| System | Minimum Symmetry Elements |
|---|---|
| Cubic | Four threefold rotation axes |
| Tetragonal | One fourfold rotation (or rotation-inversion) axis |
| Rhombohedral | Three perpendicular twofold rotation (or rotation-inversion) axes |
| Hexagonal | One sixfold rotation (or rotation-inversion) axis |
| Monoclinic | One twofold rotation (or rotation-inversion) axis |
| Triclinic | None |

(Data adapted from Cullity 1978.)

120°) and twofold rotational symmetry using the axis formed by joining the centers of opposite edges. Each lattice system can be defined in terms of the minimum symmetry elements that must be present. Table 2.2 lists the minimum symmetry elements that must be present in a given crystal system. A system can have more than the minimum but not less. A more complete discussion of lattices and symmetry can be found in Cullity (1978).




**Figure 2.4** Indices of directions. (From B.D. Cullity, *Elements of X-ray Diffraction*, © 1978 by Addison-Wesley Publishing Company. Reprinted with permission of the publisher.)

### 2.1.2. MILLER INDICES AND LATTICE PLANES

If we take any point on a lattice and consider it the origin, we may define vectors from the origin in terms of three coordinates. If, for example, we started with a cubic cell and defined a vector going from the origin and intersecting point 1,1,1, the line would go in the positive direction along the body diagonal of the cube and would also intersect the points 2,2,2 and all multiples. This direction is represented in shorthand by [1,1,1] where the numbers are called the indices of the direction. Negative numbers are indicated by putting a bar over a number so that [$\bar{1}$,1,1] means the first index is negative. We can represent a family of direction by using the symbol <1,1,1>. This represents all the directions using both positive and negative indices in all combinations. In this case, it represents all the body diagonals of a cube. By convention, all indices are reduced to the smallest set of integers possible either by division, or by clearing fractions. An illustration of various indices and the directions they represent is shown in Figure 2.4.

The representation of planes in a lattice makes use of a convention known as Miller indices. In this convention, each plane is represented by three parameters (*hkl*), which are defined as the reciprocals of the intercepts the plane makes with three crystal axes. If a plane is parallel to a given axis, its Miller index is zero. Negative indices are written with bars over them. Miller indices refer not only to one plane but a whole set of planes parallel to the plane specified. If we wish to specify all planes that are equivalent, we put the indices in braces. For example, {100} represents all the cube faces. Examples of Miller indices in the cubic system are shown in Figure 2.5.

Real crystals are often described in terms of the Miller indices of the faces (planes) present. Examples of some common crystals with their faces given in terms of Miller indices are shown in Figure 2.6.

### 2.1.3. CRYSTAL STRUCTURE AND BONDING

In the previous section we have developed a geometric system that can be used to represent the structure of actual crystals. In the simplest actual crystal, the atoms coincide with the points of one of the Bravais lattices. Examples include chromium, molybdenum,




**Figure 2.5** Miller indices of planes in the cubic system. The distance $d$ is the interplanar spacing. (From B.D. Cullity, *Elements of X-ray Diffraction*, © 1978 by Addison-Wesley Publishing Company. Reprinted with permission of the publisher.)




**Figure 2.6** Crystal forms of some common materials with their Miller indices shown. (Reproduced with permission from Mullin 1972.)

and vanadium, which have a body centered cubic crystal structure, and copper and nickel, which are face centered cubic.

In a more complex arrangement, more than one atom of the same type can be associated with each lattice point. A structure that a number of metals have, which is an example of this, is the hexagonal close-packed structure. It is called close packed because, if the molecules are assumed to be spherical, this arrangement is one of only two possible ways spheres can be packed together to yield the greatest density yet still be in a periodic structure. The packing arrangement in crystals is another part of the information that helps to understand crystal structure. More information on packing in crystals can be found in Ruoff (1973) and Cullity (1978).

Many inorganic molecules form ionic crystals. An example of an ionic structure common to a number of molecules is that of sodium chloride, shown in Figure 2.7. Ionic crystals are made up of the individual ionized atoms that make up the species in their stoichiometric proportion. They are held in place by electronic forces. The sodium chloride structure is face centered cubic and the unit cell contains four sodium ions and four chloride ions. Because the unit cells contain two types of atoms some additional constraints on the structure exist. For example, a symmetry operation on the crystal must superimpose atoms of the same type.

Most organic species form molecular crystals in which discrete molecules are arranged in fixed positions relative to the lattice points. This of course means that the individual atoms making up the molecules are each arranged at fixed positions relative to each other, the lattice point, and the other molecules. The forces between molecules in molecular crystals are generally weak when compared with the forces within a molecule. The structure of molecular crystals is affected by both the intermolecular forces and the intramolecular forces since the shapes of the individual molecules will affect the way the molecules pack together. In addition, the properties of the individual molecule, such as the polarity, will affect the intermolecular forces. The forces between the molecules in molecular crystals include electrostatic interactions between dipoles, dispersion forces, and hydrogen bond interactions. More information about the structure and energetics of molecular crystals can be found in the work of Kitaigorodski (1973) and in Wright (1987).




**Figure 2.7** The structure of sodium chloride (NaCl).

An important tool used to identify crystals and to determine crystal structure is that of x-ray diffraction. Crystals have atoms spaced in a regular three-dimensional pattern. X-rays are electromagnetic waves with wavelengths of similar size as the distance between the atoms in a crystal. When a monochromatic beam of x-rays is directed at a crystal in certain directions, the scattering of the beam will be strong and the amplitudes of the scattering will add creating a pattern of lines on photographic film. The relationship between the wavelength of the x-rays and the spacing between atoms in a crystal is known as Bragg's law, which is given below

$$\lambda = 2d \sin\theta \tag{2.1}$$

where $\lambda$ is the wavelength of the incident x-rays, $d$ is the interplanar spacing in the crystal, and $\theta$ the angle of the incident x-rays on the crystal.

Bragg's law shows us that, if x-rays of a known wavelength are used and the incident angle of the radiation is measured, determination of the interplanar spacing of a crystal is possible. This is the foundation of x-ray diffraction methods that are used to analyze or determine the structure of crystals. Several different experimental methods making use of x-ray diffraction and Bragg's law have been developed and are used depending on the type of sample that is available and the information desired.

The most powerful method that can be used to determine unknown crystal structures is the rotating crystal technique. In this method a single crystal of good quality (of at least 0.1 mm in the smallest dimension) is mounted with one of its axes normal to a monochromatic beam of x-rays and rotated about in a particular direction. The crystal is surrounded by cylindrical film with the axis of the film being the same as the axis of rotation of the crystal. By repeating this process of rotation in a number of directions, the rotating crystal method can be used to determine an unknown crystal structure.

It is unlikely that you will ever need to use the rotating crystal method to determine an unknown structure since most materials you are likely to crystallize have structures that have been determined. This will not be true for a newly developed compound, and is rarely true for proteins and other biological macromolecules.

An x-ray method more commonly used is called the *powder method* because, instead of using a single crystal, a very fine powder of the crystal is used. This is convenient since you do not have to grow a single crystal of the size and quality needed for single crystal methods. The powder method relies on the fact that the array of tiny crystals randomly arranged will present all possible lattice planes present for reflection of the incident monochromatic x-ray beam. The powder pattern of a particular substance acts as a signature for that substance so that a powder diffraction pattern can be used for identification, chemical analysis (presence of impurities), and determining if a material is crystalline or amorphous. This is made easier by the fact that a reference known as the powder diffraction file (Joint Committee on Powder Diffraction Standards 1990) is available with the powder x-ray patterns of more than 30,000 materials and is arranged in a way that makes searches based on a measured pattern quite possible. Description of powder diffraction methods and analysis can be found in Bunn (1961) and Cullity (1978). Recently (Engel et al., 1999) computer methods have been developed, which can solve crystal structures from high quality powder patterns. This is of great value when it is not possible to grow a crystal of sufficient size for single crystal structure determination.

Another method of x-ray diffraction is the Laue method, which employs a single crystal oriented at a fixed angle to the x-ray beam. The beam, however, contains the entire spectrum produced by the x-ray tube. In this method, therefore, the angle $\theta$ in Bragg's law is fixed but a variety of wavelengths are impinging on the crystal. Each set of planes that will satisfy Bragg's law with a particular wavelength will diffract and form a pattern known as a *Laue pattern*. The Laue method is used as a way to assess crystal orientation and to determine crystal quality. Other x-ray techniques are also available, making use of x-ray spectrometers and variations on the methods mentioned previously. A number of references can supply more details on any of the x-ray methods (Cullity 1978; Bunn 1961; Bertin 1975). It is important to remember that x-ray diffraction is the only unambiguous way to determine if a material is truly crystalline. In addition, as we will see in the next section, x-ray diffraction is often necessary to determine whether a material is cocrystallized or has crystallized into more than one crystal structure.

### 2.1.4. POLYMORPHISM

As we have seen in the previous section, crystalline materials can be characterized in terms of their crystal structures. A given chemical species, however, can have more than one possible crystal structure. The phenomena of a chemical species having more than one possible crystal form is known as *polymorphism*. The term *allotropism* is used to describe elements that can form more than one crystal form. Materials crystallize into different crystal forms as a function of the conditions of growth (temperature, pressure, impurity content, growth rate, etc.).

When a material can crystallize into a different polymorph, the chemical nature of the species remains identical, however, the physical properties of the material can be different. For example, properties such as density, heat capacity, melting point, thermal conductivity, and optical activity can vary from one polymorph to another. Table 2.3 lists common materials that exhibit polymorphism. Looking at Table 2.3 we can see that density varies significantly for the same materials when the crystal structure has changed. In addition, the change in the crystal structure often means a change in the external shape of the crystal, which is often an important parameter in industrial crystallization that has to be controlled. Many substances crystallize into structure in which the solvent is present as part of the crystal lattice. These crystals are known as *solvates* (or hydrates when the solvent is water). A substance can have multiple solvates with different crystal structures as well as a solvent free crystal form with a unique crystal structure. The solvates are often referred to as *pseudopolymorphs*. They are not true polymorphs because of the addition of the solvent molecule(s) to the crystal lattice. *Conformational polymorphism* refers to the situation where the molecular conformation of the molecules of a given substance are different in each polymorph.

Materials that exhibit polymorphism present an interesting problem. First, it is necessary to control conditions to obtain the desired polymorph. Second, once the desired polymorph is obtained, it is necessary to prevent the transformation of the material to another polymorph. Materials that form polymorphs often will transform from one form to another. This is known as a polymorphic transition. Often a simple change of temperature will cause a material to change form. In many cases, a particular polymorph is metastable, meaning that after crystallizing the material will eventually transform into a more stable state. This transformation can be relatively rapid in some systems while in others it can be infinitely slow. At room temperature, a diamond is a metastable form of carbon.

**TABLE 2.3 Polymorphic Forms of Some Common Substances**

| Element or Compound | Chemical Composition | Known Polymorphic Forms[1] |
|---|---|---|
| Cesium chloride | CsCl | Cubic (CsCl type) (s), $d = 3.64$<br>Cubic (NaCl type) (m), $d = 3.64$ |
| Calcium carbonate | $CaCO_3$ | Calcite (s), rhombohedral, uniaxial, $d = 2.71$<br>Aragonite (m), orthorhombic, biaxial, $d = 2.94$ |
| Carbon | C | Diamond (m), cubic, very hard, $d = 3.5$, covalent tetrahedral binding, poor conductor<br>Graphite (s), hexagonal, soft, $d = 2.2$ layer structure, good conductor |
| Iron | Fe | $\gamma$ iron (m), f.c.c.<br>$\alpha$ iron (s) and $\delta$ iron (m), b.c.c. |
| Mercuric iodide | $HgI_2$ | Red (s), tetragonal<br>Yellow (m), orthorhombic |
| Phosphorus | $P_4$ | White phosphorus (m), $d = 1.8$, melts 44 °C<br>Violet phosphorus (s), $d = 2.35$; melts around 600 °C |
| Silica | $SiO_2$ | Quartz (s) ($\alpha$ and $\beta$ forms), $d = 2.655$<br>Tridymite (m) ($\alpha$ and $\beta$ forms), $d = 2.27$<br>Cristobalite (m) ($\alpha$ and $\beta$ forms), $d = 2.30$ |
| Sulfur | S | $\alpha$, orthorhombic (s), $d = 2.05$, melts 113 °C<br>$\beta$, monoclinic (m), $d = 1.93$, melts 120 °C |
| Tin | Sn | White tin, tetragonal, $d = 7.286$, stable above 180 °C<br>Gray tin, cubic (diamond type), $d = 5.80$, metastable above 180 °C |
| Zinc sulfide | ZnS | Wurtzite (m), hexagonal<br>Sphalerite (s), cubic (diamond type) |

(Data adapted from Verma and Krishna 1966.)
[1] $d$ = density(g/km$^3$); m = metastable and s = stable.

These transitions from one polymorph to another usually occur most rapidly when the crystals are suspended in solution, however, some materials will undergo transformation when in a dry powder form. It is possible, with some effort, to obtain a phase diagram that shows where a particular polymorph is stable and where it is unstable. When a material has multiple polymorphs and one of the polymorphs is the stable form at all temperatures the system is known as *monotropic*. If different polymorphs are stable at different temperatures the system is known as *enantiotropic*. In enantiotropic systems, the polymorph with the lowest solubility is the stable form. If the solubility is plotted versus temperature in an enantiotropic system, the transition temperature will be where the solubility curves cross. This transition temperature is independent of solvent used. It is also possible through experiment to determine which conditions of growth favors the formation of a particular polymorph. In many, if not most industrial crystallizations involving polymorphs, it is necessary to obtain the same polymorph in all cases. If the wrong polymorph is produced, the properties of the material would change, making the product unacceptable. A good example of this is in the production of precipitated calcium carbonate that is used for coating and filler in paper. Calcium




**Figure 2.8** (a) D and (b) L tartaric acid. (Reproduced with permission from Mullin 1972.)

carbonate can crystallize into three forms: calcite, aragonite, and vaterite. For reasons of external crystal shape, calcite is the form needed. When aragonite is produced accidentally, which is a common occurrence, it is not usable and must be discarded and reprocessed.

In crystallization processes involving a material that displays polymorphism, it is quite common for an unstable polymorph to appear first and then transform into a stable form. This observation is summarized by Ostwald's step rule, sometimes referred to as the "Law of Successive Reactions," which says that in any process, the state which is initially obtained is not the stablest state but the least stable state that is closest in terms of free energy change, to the original state. What this means, therefore, is that a crystallization process, the initial solid phase, can be the least stable polymorph that will then transform into successively more stable forms until the stable form, at the conditions of the system, is reached. With some systems this can mean the formation of an amorphous solid phase followed by a transformation to the least stable crystalline phase and finally transformation to the stable phase. While this is observed in a wide range of systems, it is most likely to be observed in the crystallization of organic, especially higher molecular weight materials. More information on polymorphism can be found in Gilli (1992) and Myerson (1999).

There are some materials that can crystallize into two different crystal forms that are mirror images of each other. This is given the special name of *enantiomorphism*. In general, but not always, materials that form enantiomorphs also display a property called *optical activity*. This means that the crystal will rotate the plane of polarized light that passes through it. Optically active enantiomorphs are given the designation D (for dextro) and L (for levo), which indicate the direction they rotate polarized light (to the right or left). When an optically active material crystallizes as a mixture of the D and L forms, it is known as a *racemic mixture*. The separation of racemic mixtures into the pure D or L form is an important practical industrial problem that is often attacked by using differences in properties of the two forms. There are four main techniques for the separation of racemic mixtures (Leusen 1993). Two of the methods involve the use of a chemical that interacts specifically with one racemate, either through the rate of chemical reaction (kinetic resolution) or by absorption (chromatographic separation). The two other methods involve crystallization. In direct crystallization, one racemate is selectively crystallized from a solution of the racemic mixture. This can be accomplished by seeding with the desired enantiomer or by using chiral solvents or additives that will aid the crystallization of one enantiomer (or inhibit the crystallization of the other enantiomer). Another crystallization method involves the use of an agent that will form a complex with each of the enantiomers with the complexes having different solubilities so that one complex can be selectively crystallized. This method is known as resolution by diasteromeric salts. Examples of optically active enantiomorphs are tartaric acid and sodium chlorate, shown in Figures 2.8 and 2.9.




**Figure 2.9** L and D sodium chlorate crystal habit (top). Orientation of $ClO_3$ groups on 111 faces (bottom). (Reproduced with permission from Bunn 1961.)




**Figure 2.10** Imperfection in crystals: (a) perfect crystal; (b) substitutional impurity; (c) interstitial impurity; (d) Schottky defects; and (e) Frenkel defect. (From R.A. Laudise, *The Growth of Single Crystals*, © 1970, pp. 12–13. Reprinted by permission of Prentice-Hall, Englewood Cliffs, New Jersey.)

### 2.1.5. ISOMORPHISM AND SOLID SOLUTIONS

It is quite common for a number of different species to have identical atomic structures. This means that the atoms are located in the same relative positions in the lattice. We have seen this previously with the sodium chloride structure. A number of other species have this structure. Obviously, species that have the same structure have atoms present in similar stoichiometric proportion. Crystals that have the same structure are called *isostructural.*

If crystals of different species are isostructural and have the same type of bonding, they also will have very similar unit-cell dimensions and will macroscopically appear almost identical. This is known as *isomorphism.* Examples of isomorphic materials include ammonium and potassium sulfate and $KH_2PO_4$ and $NH_4H_2PO_4$. In each of these materials, the potassium and ammonium ions can easily substitute for each other in the lattice since they are of almost the same size. This illustrates one of the properties of isomorphous materials, that is they tend to form solid solutions, or mixed crystals. Crystallization from a solution of two isomorphous materials, therefore, can result in a solid with varying composition of each species with unit-cell dimensions intermediate between the two components. The purification of isomorphous substances can, therefore, be difficult.

Solid solutions do not all result from the substitution of isomorphous materials in the lattice sites, other types of solid solutions are possible and are described in Vainshtein (1981).

### 2.1.6. IMPERFECTIONS IN CRYSTALS

In our discussions of the internal structure of crystals, we have shown that each atom (or molecule) has a precise location in a repeating structure. If this structure is disrupted in some way the crystal is said to have imperfections. There are a number of different kinds of imperfections that can occur. If a foreign atom (or molecule in a molecular crystal) is present in the crystal lattice, this is known as a chemical imperfection. The foreign atom can be present at a lattice site having substituted for an atom in the structure as we saw in our brief discussion of isomorphism and solid solutions. This is called a *substitutional impurity*. The foreign atom can also be present in the crystal by fitting between the atoms in the lattice. This is called a *interstitial impurity*. Both of these types of impurities can cause the atoms in the crystal to be slightly displaced since the impurity atoms do not really fit in the perfect lattice structure. The displacement of the atoms causes a strain in the crystal.

Another type of imperfection is due to vacancies in the crystal. A vacancy is simply a lattice site in which there is no atom. A vacancy caused by the migration of an atom to an interstitial region is called a *Frenkel defect*, while one in which a vacancy is just an empty lattice site missing an atom is called a *Schottky defect*. These types of imperfections are very important in semiconductors and microelectronics. Figure 2.10 illustrates the various types of vacancies and chemical imperfections.

The imperfections in crystals discussed so far are called *point defects* because they involve a single unit of the crystal structure, that is an atom or molecule. Another type of imperfection is known as a line defect or dislocation. There are two types of dislocations known as edge dislocations and screw dislocations.

An edge dislocation is illustrated in Figure 2.11, which is a cross section of a crystal lattice. Looking at the figure you can see half of a vertical row (the bottom half) in the middle of the lattice is missing. This row of atoms is missing in each plane of the lattice parallel to the page. The dislocation is marked at point A. If a line is drawn vertically from the book out, going through all the layers of the crystal, it would represent the edge dislocation line. Looking at the figure, we can see that the lattice points are displaced in the region of the dislocation and that this displacement gets smaller as we move away from the dislocation until the lattice returns to normal.

The dislocation is a weak point in the crystal. Again looking at Figure 2.11, if we draw a line through the crystal at the dislocation,




**Figure 2.11** An edge dislocation shown in two dimensions. (From R.A. Laudise, *The Growth of Single Crystals*, © 1970, pp. 12–13. Reprinted by permission of Prentice-Hall, Englewood Cliffs, New Jersey.)




**Figure 2.12** A screw dislocation in a simple cubic crystal. The screw dislocation AD is parallel to BC (D is not visible). (Reproduced with permission from Strickland-Constable 1968.)




**Figure 2.13** External shape of hexagonal crystal displaying the same faces. (Reproduced with permission from Mullin 1972.)

this defines what is called a *slip plane*. If a force is exerted in the direction of the arrow on the upper half of the crystal, it will shear at this plane. A more detailed discussion of dislocations and defects can be found in several references (Laudise 1970; Strickland-Constable 1968).

The other type of line defect is called a *screw dislocation*, which is illustrated in three dimensions in Figure 2.12. Imagine that we cut the crystal along the line BC going towards point A. We then pushed up at the cut until point B was displaced one lattice unit higher at the edge along the cut. This results in a ledge running from A to B. The screw dislocation is very important in crystal growth as we will see in Section 2.3.

### 2.1.7. CRYSTAL HABIT

In our discussions of crystals to this point, we have been discussing the internal structure of the crystals, that is, how the atoms and molecules are arranged into their periodic lattice structure. The external appearance of the crystals is also of great importance and is referred to as the crystals habit, crystal shape, or crystal morphology. These terms are often used interchangeably, however, crystal habit is used most often.

*Crystal habit* refers to the external appearance of the crystal. A quantitative description of a crystal means knowing the crystal faces present, their relative areas, the lengths of the axes in the three directions, the angles between the faces, and the shape factor of the crystal. Shape factors are a convenient mathematical way of describing the geometry of a crystal. If the size of a crystal is defined in terms of a characterization dimension $L$, two shape factors can be defined: the volume shape factor ($\alpha$) and the area shape factor ($\beta$)

$$V = \alpha L^3 \tag{2.2}$$

$$A = \beta L^2 \tag{2.3}$$

Values of shape factors for common materials and geometries are available in the literature (Mullin 1993; Nývlt *et al.* 1985). Shape factors for common geometries are given in Table 2.4.

A good question to ask at this point is whether knowledge of the internal structure of a crystal gives you knowledge of its external habit. Looking at Figure 2.13 we see three examples of external shapes of crystals. The crystals all have the same faces present and the same internal structure, however, the relative areas of the faces present are different, thus resulting in differing external habits. This is a simple example showing that the relative area of the crystal faces has a major impact on the external habit, even though the internal structure is the same. In fact, sometimes the

**TABLE 2.4 Shape Factors for Various Geometries**

| Body | $\alpha$ | $\beta$ | $F = \beta/\alpha$ |
|---|---|---|---|
| Sphere | 0.524 | 3.142 | 6.00 |
| Tetrahedron | 0.182 | 2.309 | 12.7 |
| Octahedron | 0.471 | 3.464 | 7.35 |
| Six-sided prism | 2.60 | 11.20 | 4.31 |
| Cube | 1.00 | 6.00 | 6.00 |
| Prism | 10.00 | 2.00 | 5.00 |
| Platelet | 0.20 | 2.80 | 14.00 |
| Needle | 10.00 | 42.00 | 4.20 |

(Data adapted from Nývlt et al. 1985.)



**Figure 2.14** Scanning electron micrograph of terephthalic acid crystals obtained by rapid precipitation. [From M. Saska and A.S. Myerson (1987), "Crystal Aging and Crystal Habit of Tere phthalic Acid," *AIChE J.* 33 (5), pp. 848–852. Used by permis sion of the American Institute of Chemical Engineers. © 1987 AIChE.]

faces present will not even be the same for two crystals of the same substance with the same internal structure. This is because the external habit of a crystal is controlled, not only by its internal structure, but by the conditions at which the crystal grows. The rate of growth, the solvent used, and the impurities present all can have a major impact on the crystal habit.

The habit of crystals obtained from an industrial crystallization process can have a major impact on a number of important properties relating to the slurry and the dry product. Crystal habit will affect the rheological properties of the suspension, the filtration or centrifugation efficiency, the bulk density of the solid, and the flow properties of the solid. The control of crystal habit (along with crystal size distribution) is, therefore, an important part of industrial crystallization processes.

Crystal habit can vary dramatically with the rate of crystal growth and nucleation. A good example of this is in reactive systems that operate with very high supersaturations with products that have very low solubilities. In the manufacture of terephthalic acid by the air oxidation of *para*-xylene, the rapid reaction and high supersaturation result in a product crystal that does not show any crystal faces and looks like a boulder. An example of such a crystal is shown in Figure 2.14. While not showing any obvious faces, this material is crystalline when examined employing x-ray analysis. Crystallization of terephthalic acid from a supersaturated solution at slower rates yields a monoclinic needle, as shown in Figure 2.15. It is only the very rapid rate that produces the boulder-like form. Very rapid crystallization processes can often produce amorphous-appearing materials (showing no faces) that are actually crystalline. This is the result of the rapidity of the growth process with all the faces growing so rapidly as to disappear. Other examples of the rate of crystal growth rate on habit are shown in Figure 2.16. In these cases, rapid growth results in fewer faces present in the grown crystal.

Changes in the solvent used or the presence of an impurity can also profoundly affect the crystal habit. Figure 2.17 shows the effect of aluminum fluoride on the habit of anhydrous calcium sulfate. The impurity transforms the needle-like habit to a cubic looking crystal. Figure 2.18 demonstrates the effect of urea on sodium chloride crystals. A large amount of qualitative information exists on the effect of impurities on crystal habit (Mullin 1993; Buckley 1951), especially for inorganic systems. Known habit modifiers for inorganic materials are listed in Table 2.5. In recent years great strides have been made in developing a quantitative understanding of habit modification. More information relating to habit modification can be found in Chapter 3 of this volume, which deals with impurity crystal interactions.



Figure 2.15 The end of terephthalic acid rod crystal (7500 ×). [From M. Saska and A.S. Myerson (1987), "Crystal Aging and Crystal Habit of Terephthalic Acid," *AIChE J.* 33(5), pp. 848–852. Used by permission of the American Institute of Chemical Engineers. © 1987 AIChE.]




**Figure 2.16** Variation of crystal shape with conditions of growth. Sodium chlorate grown (a) rapidly and (b) slowly. Gypsum grown (c) slowly and (d) rapidly. (Reproduced with permission from Bunn 1961.)

## 2.1.8. PREDICTION OF CRYSTAL HABIT

As discussed in the previous section, crystal habit is a function of both the internal structure of the crystal and the external conditions of growth. A fundamental problem that has been of interest for many years is how to employ this information to predict the habit of crystals grown under realistic conditions.

The equilibrium shape of a crystal is that of its minimum energy. This is called the *Wulff condition* and indicates that the area of faces present will be such as to minimize the Gibbs free energy of the crystal. Unfortunately, the observed habit of crystals grown from solutions is often quite different from the prediction by the Wulff condition.

The early investigation of crystals led to interest in the relation of crystal morphology (shape) with internal structure. A simple correlation was noticed by Donnay and Harker (1937) between the interplanar spacing of a crystallographic plane, $d_i$, and its area on an average crystal. Since the area of a plane is roughly proportional to the inverse of its linear growth velocity, $R$, the Donnay–Harker law is equivalent to stating the $R_i \sim 1/d_i$. This simple relation is often useful in making a first estimate of crystal habit.

Hartman and Perdok (1955a, 1955b, 1955c) developed a theory that related crystal morphology to its internal structure on an energy basis. They concluded that the morphology of a crystal is governed by a chain of strong bonds [called periodic bond chains (PBC)], which run through the structure. The period of these strong bond chains is called the PBC vector. In addition, Hartman and Perdok divided crystal faces into three types. These types are:

1. F-faces (flat), each of which is parallel to at least two PBC vectors.
2. S-faces (stepped) parallel to at least one PBC vector.
3. K-faces (kinked) not parallel to any PBC vector.



**Figure 2.17** Anhydrous calcium sulfate crystals grown in pure phosphoric acid (top) and acid containing 0.8% aluminum fluoride (bottom). [Reprinted with permission from G.J. Witkamp and G.M. Van Rosmallen (1990). "Continuous Crystallization of Calcium Sulfate Phases from Phosphoric Acid Solutions," *Crystallization as a Separation Process*. A.S. Myerson and K. Toyokura (eds.), *ACS Symposium Series*, no. 438, pp. 392. © 1990 American Chemical Society.]

The attachment energy of a crystal face is the difference between the crystallization energy and the slice energy. For an F face the attachment energy can also be expressed as the bond energy of bonds belongng to the PBC's that are not parallel to the face. The attachment energy of an S face will require the formation of at least one more strong bond than an F face and a K face will require at least one more strong bond than an S face. Hartman-Perdok theory indicates that the larger the attachment energy, the faster the growth rate of a crystal. Since the largest face of a grown crystal are the faces that grow the least, Hartman-Perdok theory provides a means to predict the morphology of a grown crystal from the attachment energy of the F faces. More information on Hartman-Perdok theory can be bound in Hartman (1963) and Docherty and Meenan (1999).

The use of attachment energy as a method for the calculation of crystal morphology was developed by Hartman and Bennema (1980a, b) and has since become the standard method used to calculate the morphology of organic molecular crystals. The basic method used by most investigators, as well as the method used in most software packages (CERIUS2 1999; Clydesdale, Roberts, and



**Figure 2.18** Sodium chloride crystals grown from pure solution and from a solution containing 10% urea. (Reproduced with permission from Bunn 1961.)

Docherty, 1996), first identifies the important crystallographic faces of the crystal using the Donnay-Harker method. The attachment energy of these faces is then calculated using *interatomic potential functions* (which calculate interactions between all the atoms in the face). The morphology of the crystal is then calculated by assuming the relative growth velocity of the face is directly proportional to the attachment energy. More information on methods to calculate morphology and on molecular modeling can be found in Myerson (1999).

The attachment energy and Hartman-Perdok methods for the calculation of crystal morphology has been extended to ionic crystals and is described by Strom et. al. 1999.

A major weakness in the calculations described above is that they can only be used to represent vapor grown crystals. In crystals grown from solution, the solvent can greatly influence the crystal habit as can small amounts of impurities. Several investigators (Saska and Myerson 1983; Black and Davey 1988) accounted for discrepancies between observed crystal habit and those obtained using attachment energies by assuming preferential solvent (or impurity) adsorption on crystal faces. The impurity (or solvent) can slow the growth of a face by stearically hindering the attachment of additional molecules. Additives can also be "Tailor Made" to substitute into the crystal lattice in only certain faces thus blocking growth and altering the morphology (Weissbuch, Lahav and Leiserowitz, 1999).

The prediction and control of crystal habit by the appropriate selection of solvent or addition of impurity is an area of great current interest with potential for great impact on industrial crystallization.

## 2.2. NUCLEATION

Crystallization from solution can be thought of as a two-step process. The first step is the phase separation, or "birth," of new crystals. The second step is the growth of these crystals to larger sizes. These two processes are known as nucleation and crystal growth, respectively. Analysis of industrial crystallization processes requires knowledge of both nucleation and crystal growth. As was discussed in Chapter 1 of this volume, a supersaturated

Case 1:17-cv-00313-MSG Document 92-21 Filed 05/10/19 Page 47 of 81 PageID #: 5044



**TABLE 2.5 Habit Modifiers and Their Effect**

| Substance | Normal Habit | Habit Modifier | Changed Habit |
|---|---|---|---|
| $NH_4$ alum | Octahedra | Borax | Cubes |
| $NH_4Cl$ | Dendrites | $Cd^{2-}$, $Ni^{2-}$ | Cubes |
| | | $MnCl_2 + HCl$ | Granules |
| $NH_4H_2PO_4$ | Needles | $Al^{3+}$, $Fe^{3-}$, $Cr^{3-}$ | Tapered prisms |
| $NH_4NO_3$ | Squal crystals | Acid magenta | Needles |
| $(NH_4)_2SO_4$ | Prisms | $FeCl_3$ | Irregular crystals |
| $H_3BO_3$ | Needles | Gelatin, casein | Flaky crystals |
| $CaCO_3$ | | Alkylaryl sulphonates | Granular precipitate |
| $CaSO_4 \cdot 2H_2O$ | Needles | Sodium citrate | Prisms |
| | | Alkylaryl sulphonates | Prisms |
| $MgSO_4 \cdot 7H_2O$ | Needles | Borax | Prisms |
| $AgNO_3$ | Plates | Sodium oleate | Dendrites |
| K alum | Octahedra | Borax | Cubes |
| KBr | Cubes | Phenol | Octahedra |
| KCN | Cubes | $Fe^{3+}$ | Dendrites |
| KCl | Cubes | $Fe(CN)_6^{4+}$ | Dendrites |
| $K_2SO_4$ | Rhombic prisms | $FeCl_3$ | Irregular crystals |
| NaBr | Cubes | $Fe(CN)_6^{4+}$ | Dendrites |
| NaCN | Cubes | $Fe^{3+}$ | Dendrites |
| NaCl | Cubes | $Fe(CN)_6^{4+}$ | Dendrites |
| | | Formamide | Octahedra |
| | | $Pb^{2+}$, $Cd^{2+}$ | Large crystals |
| | | Polyvinyl alcohol | Needles |
| | | $Na_6P_4O_{13}$ | Octahedra |
| $Na_2B_4O_3 \cdot 10H_2O$ | Elongated | NaOH, $Na_2CO_3$ | Squat crystals |

(Reproduced with permission from Mullin 1972.)

solution is required for crystallization to occur. A supersaturated solution is not at equilibrium. In order to relieve the supersaturation and move towards equilibrium, the solution crystallizes. Once crystallization starts, however, the supersaturation can be relieved by a combination of nucleation and crystal growth. It is the relation of the degree of nucleation to crystal growth that controls the product crystal size and size distribution, and is, therefore, a crucial aspect of industrial crystallization processes. The analysis of industrial crystallization requires some information on the kinetics of both processes. The fundamentals of nucleation and crystal growth will be discussed in this and the next section. The use of this information in the analysis of crystallizers and their size distribution of the product crystals will be discussed in Chapter 4 of this volume.

Supersaturated solutions exhibit a metastable zone in which nucleation is usually not spontaneous. When the supersaturation is increased, eventually a supersaturation will be reached at which nucleation occurs spontaneously. This is called the *metastable limit*. A precise thermodynamic definition of the metastable limit is the locus of points where $\partial^2 G/\partial x^2 = 0$. This set of points is known as the spinodal curve and marks the boundary between the metastable region (where nucleation and crystal growth are the phase separation mechanisms) and the unstable region (where phase separation is governed by a phenomena known as spinodal decomposition). In liquid solutions it is unlikely that you ever penetrate very far into the metastable region. An effective metastable zone exists for most liquid solutions that is not close to the spinodal curve. This effective metastable zone is often measured in the laboratory and used to define a working zone for industrial crystallization processes. The true metastable zone is much larger. In some melt systems, in polymer-polymer systems, and in metal systems it is possible to approach or even exceed the spinodal concentration, and spinodal decomposition is a possible phase transition mechanism. Knowledge of the width of the metastable zone is important in crystallization because it aids in understanding of nucleation behavior of each system. Unfortunately, the width of the metastable zone is influenced by the solution history (how it was made and stored), the cooling rate employed, and the impurities present (including dust and dirt). The measurement of effective metastable limits and a tabulation of results for several inorganic species is found in Nývlt et al. (1985).




**Figure 2.19** Mechanisms of nucleation.

It is desirable to classify the various mechanisms of nucleation as shown in Figure 2.19. Primary nucleation occurs in the absence of crystalline surfaces, whereas secondary nucleation involves the active participation of these surfaces. Homogeneous nucleation rarely occurs in practice, however, it forms the basis of several nucleation theories. Heterogeneous nucleation is usually induced by the presence of dissolved impurities. Secondary nucleation involves the presence of crystals and its interaction with the environment (crystallizer walls, impellers, etc.).

### 2.2.1. HOMOGENEOUS NUCLEATION

A supersaturated solution is not in equilibrium. In a supersaturated solution at a given temperature the mean concentration of the solution is constant. However, local concentration fluctuations give rise to ordered microregions or clusters.

The classical theory of nucleation (Volmer 1939; Nielsen 1964) assumes that clusters are formed in solution by an addition mechanism

$$
\begin{aligned}
a + a &= a_2 \\
a_2 + a &= a_3 \\
a_2 + a &= a_4 \\
a_2 + a_2 &= a_4 \\
&\cdots\cdots\cdots \\
&\cdots\cdots\cdots \\
a_{c-m} + a_m &= a_c
\end{aligned} \tag{2.4}
$$

that continues until a critical size is reached. The rate of nucleus formation by this mechanism is given by an Arrhenius type of expression

$$B_0 = A \exp\left(-\frac{\Delta G_{cr}}{kT}\right) \tag{2.5}$$

where $A$ is the preexponential factor and has a theoretical value of $10^{30}$ nuclei/cm$^3$ s.

The thermodynamic considerations for homogeneous nucleation were developed by Gibbs (1928), Volmer (1939), and others. The free energy change for the formation of this new phase is the sum of the free energy change for the formation of the nucleus surface (a positive quantity) and the free energy change for the phase transformation (a negative quantity). Thus,

$$\Delta G = \Delta G_s + \Delta G_v = \beta L^2 \sigma + \alpha L^3 \Delta G_v \tag{2.6}$$

Here, $\sigma$ is the surface tension, and $\beta$ and $\alpha$ are the area and volume shape factors (based on the characteristic length $L$), respectively. For a spherical nuclei, the area factor $\beta = \pi$, and the volume factor is $\alpha = \pi/6$ based on the diameter, $d$, of the nuclei. The shape factors are defined in Section 2.1.7. [Eqs. (2.2), (2.3)] and the values for various geometric shapes in Table 2.4. For a spherical nuclei, Eq. (2.7) becomes

$$\Delta G = 4\pi r^2 \sigma + \frac{4}{3}\pi r^3 \Delta G_v \tag{2.7}$$

The free energy changes and their sum are shown qualitatively for a spherical nuclei in Figure 2.20. It is clear from the figure that




**Figure 2.20** Free energy diagram showing free energy versus cluster size. (Reproduced with permission from Mullin 1972.)

clusters greater than the critical size result in a decrease in free energy and will participate in the nucleation process. The critical size can be found by minimizing the free energy function [Eq. (2.7)] with respect to the radius.

$$\frac{d(\Delta G)}{dr} = 8\pi r_c \sigma + 4\pi r_c^2 \Delta G_v = 0 \tag{2.8}$$

or

$$r_c = -\frac{2\sigma}{\Delta G_v} \tag{2.9}$$

Substituting for $\Delta G_v$ from Eq. (2.9) in Eq. (2.8) we get

$$\Delta G_{cr} = \frac{4\pi r_c^2 \sigma}{3} \tag{2.10}$$

The growth of the clusters is governed by the Gibbs-Thompson equation

$$\ln \frac{c}{c*} = \ln S = 2\sigma v / kTr \tag{2.11}$$

where $c$ is the concentration of clusters of size $r$. Thus, smaller clusters dissolve, whereas larger clusters grow until they reach a critical size $r_c$, and a new phase is created. Substituting for $r_c$ in Eq. (2.10) from Eq. (2.11) we get

$$\Delta G_{cr} = \frac{16\pi\sigma^3 v^2}{3(kT \ln S)^2} \tag{2.12}$$

**TABLE 2.6 Induction Time for Nucleation of Water Vapor**

| Supersaturation, S | Time |
|---|---|
| 1.0 | Infinity |
| 2.0 | $10^{62}$ years |
| 3.0 | $10^{3}$ years |
| 4.0 | 0.1 seconds |
| 5.0 | $10^{-13}$ seconds |

The nucleation rate can now be obtained from Eq. (2.5)

$$B_0 = A \exp\left[\frac{-16\pi\sigma^3 v^2}{3k^3 T^3 (\ln S)^2}\right] \tag{2.13}$$

It is clear that the nucleation rate increases with increasing supersaturation and temperature, and decreases with an increase in surface energy. The importance of the level of supersaturation is evident from the calculation of the induction time (Mullin 1960) for the formation of nuclei in supercooled water (Table 2.6). Although water would nucleate spontaneously at any supersaturation exceeding unity given enough time, instantaneous nucleation is possible only at supersaturation levels of around four.

The rate equation predicts exponential growth once a critical supersaturation is attained, however, in practice, an optimal temperature exists below which the liquid is too viscous to nucleate and above which molecular motions prevent crystal formation. This was observed by Tamman (1925) for several organic salts. He found that the optimal nucleation temperature was lower than that required for maximal crystal growth. A similar observation was made by Mullin and Leci (1969) for the spontaneous nucleation of citric acid solutions and is shown in Figure 2.21. The viscous effects can be incorporated into the rate equation by taking into account the viscous free energy (Turnbull and Fisher 1949).




**Figure 2.21** Spontaneous nucleation in supercooled citric acid solution: (A) 4.6 kg of citric acid monohydrate/kg of "free" water (temperature = 62 °C) and (B) 7.0 kg/kg (temperature = 85 °C). (Reproduced with permission from Nývlt 1968.)

$$B_0 = A \exp\left[-\frac{16\pi\sigma^3 v^2}{3k^3 T^3 (\ln S)^2} + \frac{\Delta G_{visc}}{kT}\right] \tag{2.14}$$

At higher supersaturation values, the first term becomes smaller, whereas the viscous energy term, $\Delta G_{visc}$, becomes larger. Thus, the nucleation rates decline after a critical supercooling has been attained.

Homogeneous nucleation is difficult to observe in practice due to the presence of dissolved impurities and physical features such as crystallizer walls, stirrers, and baffles. Homogeneous nucleation has been studied in several inorganic systems ($KNO_3$,$NH_4Br$, $NH_4Cl$) (White and Frost 1959; Melia and Moffit 1964a, 1964b) using the dispersed phase method proposed by Vonnegut (1948). All predict a preexponential factor of $10^3$–$10^5$, which is much lower than the theoretical value of $10^{30}$. However, in a highly supersaturated NaCl precipitation system, a value close to the theoretical was found by using a crystalloluminescence technique (Garsten and Head 1966).

### 2.2.2. HETEROGENEOUS NUCLEATION

A foreign substance present in a supersaturated solution is generally known to reduce the energy required for nucleation. Nucleation in a heterogeneous system generally occurs at a lower supersaturation than a homogeneous system—the free energy barrier is lower in the case of a heterogeneous system. Volmer (1939) found that the decrease in free energy depended on the contact (or wetting) angle of the solid phase

$$\Delta G_{hom} = \phi \Delta G_{het} \tag{2.15}$$

$$\phi = \frac{1}{4}(2 + \cos\theta)(1 - \cos\theta)^2 \tag{2.16}$$

Thus, a lower supersaturation is necessary for nucleation in a heterogeneous system. Energy considerations show that spontaneous nucleation would occur for a system with zero contact angle, however, no such systems exist in practice. Partial attraction is possible in a case where the foreign substance and the crystal have almost identical atomic arrangement (see Section 2.1.5. on isomorphism). It was shown (Preckshot and Brown 1952) that the energy for nucleus formation was reduced only if the difference in isomorphism between the crystal and the foreign particle was <15%. For differences >15%, the energy requirements were similar to that for a homogeneous system. The contact angle factor $\phi$ is given in Table 2.7. A review of experimental work on heterogeneous nucleation is given by Turnbull and Vonnegut (1952).

### 2.2.3. SECONDARY NUCLEATION

Secondary nucleation results from the presence of crystals in the supersaturated solution. These parent crystals have a catalyzing effect on the nucleation phenomena, and thus, nucleation occurs at a lower supersaturation than needed for spontaneous nucleation. Although several investigations of secondary nucleation exist, the mechanisms and kinetics are poorly understood.

Several theories have been proposed to explain secondary nucleation. These theories fall into two categories—one traces the origin of the secondary nuclei to the parent crystal—that include: (1) initial or dust breeding; (2) needle breeding; and (3) collision breeding. Secondary nuclei can also originate from the solute in the liquid phase and the theories that take this into account include: (1) impurity concentration gradient nucleation and (2) nucleation due to fluid shear.

**TABLE 2.7 Surface Tension Factor for Heterogeneous Nucleation**

| $\theta$ | $\phi$ |
|---|---|
| 0 | 0 |
| 5 | $1.80 \times 10^{-5}$ |
| 10 | $1.72 \times 10^{-4}$ |
| 30 | $1.29 \times 10^{-2}$ |
| 45 | $5.81 \times 10^{-2}$ |
| 60 | $1.56 \times 10^{-1}$ |
| 90 | 0.50 |
| 120 | 0.84 |
| 180 | 1.0 |

(Reproduced with permission from Nývlt et al. 1985.)

In *initial breeding* or *dust breeding*, secondary nuclei originate from the seed crystals. Tiny crystallites are formed on the crystal surface during the growth of seed crystals or due to fragmentation during storage. When introduced into the solution, the crystallites act as nucleation sites (Ting and McCabe 1934; Strickland-Constable and Mason 1963). These crystallites are larger than the critical nucleus size and, as a result, the rate of nucleation is independent of the supersaturation of the solution or the stirring rate. This mechanism is important only in batch crystallization; however, it is important to minimize this effect by retreating the seed crystals with a solvent.

At high levels of supersaturation, needle-like or dendritic crystals are formed. These crystals fragment in the solution and serve as nucleation sites. This phenomena is referred to as *needle breeding*. At still higher supersaturations, irregular polycrystalline aggregates are formed. Fragmentation of the polycrystals can serve as nucleation centers. This process is called *polycrystalline breeding*. Nucleation by this mechanism is not considered very likely in industrial crystallization.

At high stirring speeds, macroabrasion of crystals results in fragments that serve as nucleation sites. As opposed to contact nucleation, which involves microabrasion of the crystals, this phenomenon results in the rounding of edges and corners of crystals. This process is referred to as *collision* or *attrition breeding*. The rate of nucleation by this mechanism is a function of the crystal hardness, the concentration of the suspension, and the retention time. Although important from an industrial point of view, this mechanism can be obscured by other mechanisms of secondary nucleation. *Contact nucleation* is probably the most important source of secondary nuclei in the crystallizer. Three types of contact can be envisioned in a crystallizer-crystal-crystal, crystal-stirrer, and crystal-crystallizer wall. Secondary nuclei are generated either by microabrasion or from the absorbed layer of the solute that has not yet crystallized.

The *impurity concentration gradient theory* assumes that the solution is more structured in the presence of a crystal. This increases the local supersaturation of the fluid near the crystal, which is the source of crystal nuclie. Changes in the structure of the solution near the crystal surface have been observed experimentally. Dissolved impurities in the solution are known to inhibit nucleation rates. Some of the impurities are incorporated into the crystal surface. Thus, a concentration gradient is formed that enhances the probability of nucleation. Experimental evidence of the theory was presented for the nucleation of potassium chloride in the presence of lead impurities. As expected, stirring the solution causes the impurity concentration gradient to disappear and hence, lower the nucleation rates (Denk 1970).

Powers (1963) proposed *fluid shear* as a mechanism for the generation of secondary nuclei. At high supersaturation, dendritic growth occurs at the crystal surface. These crystals break, either due to the shearing flow around it (Cooke 1966; Strickland-Constable 1968) or due to a dendrite coarsening mechanism Denk 1970; Denk and Botsaris 1971) and are the source of crystal nuclei. Another possibility assumes the boundary layer between the crystal and the solution to be the source of crystal nuclei. The solute and the solution near it are thought to be in a loosely ordered phase near the crystal surface. The shearing action of the fluid is sufficient to remove a layer of the adsorbed molecules into the solution where they grow into crystals.

***Origin of Secondary Nuclei.*** The various theories proposed in the previous section for secondary nucleation show that secondary nuclei originate either from the seed crystal or from the boundary layer near the growing crystal.

It is generally very difficult to determine the origin of the secondary nuclei experimentally. The presence of an adsorbed layer as a source of secondary nuclei was initially proposed by Powers (1963). Several investigators (Clontz and McCabe 1971; Strickland-Constable 1972) verified this hypothesis by sliding a crystal along a solid surface, and observing the nucleation and crystallization behavior. It was found that a growing crystal was necessary for the generation of nuclei and that the nucleation rate was a function of the contact energy and degree of supersaturation.

Denk and Botsaris (1972a) devised a clever experiment in which the optical activity of the sodium chlorate crystal was used to determine the origin of the nuclei. The crystals were grown from aqueous solutions in the presence of seed crystals with and without the presence of impurities. The results for crystals grown from pure stagnant solutions are shown in Figure 2.22. If the solid phase was the source of the secondary nuclei, the resulting crystals would have the same form as the parent crystal. If the secondary nuclei originated in the liquid or transition phase, then the ratio of optically different nuclei should be similar to the ratio obtained during spontaneous nucleation. From the Figure 2.22, the change in the source of nuclei is observed around a supercooling of 3 °C. At higher supersaturations, the ratio approached to that of spontaneous nucleation. In the presence of impurity (12 ppm borax), the crystals obtained for various supersaturations showed a similar trend but the curve shifted to the right as expected. It was concluded that no single mechanism could explain secondary nucleation. The possible sources are from: (1) the parent crystals (needle breeding); (2) the boundary layer near the growing crystal (impurity concentration gradient); and (3) the solution due to reordering of water molecules near the crystal leading to local supersaturation.

Garside et al. (1979) developed an experiment in which a crystal could be contacted with a fixed energy. Their data displayed in Figure 2.23 show that the crystal size distribution (CSD) in a potassium-alum system was a function of the supersaturation of the solution. Larson and Bendig (1976) used a similar apparatus to show the dependence of nucleation on contact frequency. They found that the adsorbed layer requires time for regeneration. This regeneration time can be of the order of a few seconds and decreases with increasing undercooling or supersaturation. It was found that the nucleation rates decline by several orders of magnitude if proper regeneration times cannot be met.

***Factors Affecting Secondary Nucleation.*** The rate of secondary nucleation is governed by three processes: (1) the generation of secondary nuclei on or near a solid phase; (2) removal of the clusters; and (3) growth to form a new solid phase. Several factors




**Figure 2.22** Differentiation of the secondary nucleation mechanisms using enantiomorphous crystals. The fraction of the crystals with the same modification as that of the parent crystal is denoted as percent. (Reproduced with permission from Denk and Botsaris 1972a.)

influence these processes: the supersaturation, the rate of cooling, the degree of agitation, and the presence of impurities.

The degree of supersaturation is the critical parameter controlling the rate of nucleation. The effect of supersaturation on the nucleation rate is threefold. At higher supersaturation, the absorbed layer is thicker and results in a large number of nuclei. The size of the critical nucleus decreases with increasing supersaturation. Thus, the probability of the nuclei surviving to form crystals is higher. As the supersaturation is increased, the microroughness of the crystal surface also increases, resulting in a larger nuclei population.

These effects have been verified by several researchers (Garabedian and Strickland-Constable 1972a, 1972b; Youngquist and Randolph 1972); in general, nucleation rates are enhanced with increasing supersaturation. However, the nucleation exponent is found to be lower than that for primary nucleation (Nývlt 1981).

The role of temperature in the production of secondary nuclei is not fully understood. For several systems, the nucleation rate declined with increasing temperature for a given supersaturation. This was attributed to the faster rate of incorporation of the absorbed layer on to the crystal surface at higher temperatures. Since the thickness of the absorbed layer was reduced, the nucleation rates also declined with increasing temperatures. A few contradictory results exist—Genck and Larson (1972) found a decrease in nucleation rate with increasing temperature for a potassium nitrate system and increasing rates with increasing temperature for a potassium chloride system. It was shown by Nývlt (1981) and others that the nucleation order is not sensitive to temperature variations.

Stirring the solution leads to a thinning of the absorbed layer and hence should lead to lower nucleation rates. However, Sikdar and Randolph (1976) found that the nucleation rate increased with the degree of agitation for smaller crystals of magnesium sulfate (8–10 $\mu$m)—the nucleation rates were independent of the degree of agitation for larger crystals. The results of Melia and Moffit




**Figure 2.23** Nuclei size distribution from contact nucleation. [From J. Garside, I.T. Rusli, and M.A. Larson (1979), "Origin and Size Distribution of Secondary Nuclei," *AIChE J.* 25(1), pp. 57–64. Used by permission of the American Institute of Chemical Engineers. © 1979 AIChE.]




**Figure 2.24** Dependence of number of secondary nuclei produced on stirrer speed and supercooling in secondary nucleation of potassium chloride. [Reprinted with permission from T.P. Melia and W.P. Moffitt (1964a), "Secondary Nucleations from Aqueous Solutions," *Ind. Eng. Chem. Fund.* 3, p. 323. © 1964 American Chemical Society.]

(1964a, 1964b) on the secondary nucleation of potassium chloride are shown in Figure 2.24. They found that the nucleation rate increases with supersaturation, and the degree of supercooling and agitation.




**Figure 2.25** Effect of agitator speed on secondary nucleation rate for steel and plastic impellers. [From J.N. Ness and E.T. White (1976), "Collision Nucleation in an Agitated Crystallizer," *AIChE Symposium Series* 72 (153), pp. 64–73. Used by permission of the American Institute of Chemical Engineers. © 1976 AIChE.]

The effect of hardness of the contact material and the crystal hardness on the generation of secondary nuclei has been investigated by several researchers. In general, it was found that a harder material is more effective in enhancing the nucleation rates. For example, it was found that a polyethylene stirrer reduced the nucleation rates by a factor of 4–10, depending on the agitation (Figure 2.25). In situ experiments have indicated that microattrition may be an important source of nuclei in this case. Crystal hardness also affects nucleation behavior—a hard, smooth crystal is less effective. Irregular crystals with some roughness are generally more active.

It is well known that a small amount of impurity can profoundly affect the nucleation rate, however, it is impossible to predict the effect prior. The presence of additives can either enhance or inhibit the solubility of a substance. Enhanced solubilities would lead to lower supersaturations and lower growth rates. If it is postulated that the impurity adsorbs on the crystal surface, then two opposing effects come into play—the presence of an additive would lower the surface tension and lead to higher growth rates, however, the impurity adsorption blocks potential growth sites and lowers nucleation rates. Thus, the effect of impurities is complex and unpredictable.

Several experimental investigations have been undertaken to clarify the situation. For example, it was shown that $Pb^{+2}$ acts as a nucleation agent in a NaCl system, whereas $Co^{+2}$ inhibits nucleation in a $KNO_3$ solution. The effect of the presence of chromium ions on the crystallization of magnesium sulfate is shown in Figure 2.26 (Khambaty and Larson 1978). Their data show a decrease in both the nucleation and growth rate in increasing chromium concentration. Although it is difficult to generalize, certain trends can be observed from the experimental evidence. The inhibiting effect appears to increase with increasing charge of the cation, e.g., $Cr^{+3} > Fe^{3} > Ni^{+2} > Na^{+1}$. The inhibiting effect also appears to decline above a certain critical impurity concentration. This can be seen in the behavior of the nucleation exponent, which is unaffected at low contaminant concentration (ppm) but changes erratically at higher concentrations (Broul 1978).




**Figure 2.26** Effect of $Cr^{+3}$ on $MgSO_4 \cdot 7H_2O$ crystallization. Chromium ion concentration ○ = 3 ppm □ = 8 ppm; △ = 15 ppm; and ◇ = 130 ppm. [Reprinted with permission from S. Khambaty and M.A. Larson (1978), "Crystal Regeneration and Growth of Small Crystals in Contact Nucleation," *Ind. Eng. Chem. Fund.* 17, p. 160. © 1978 American Chemical Society.]

Larger seed crystals yield more secondary nuclei. Smaller crystals generally follow the path of the liquid and have a smaller probability of coming in contact with the stirrer or walls to generate secondary nuclei. The effect of several external factors such as electric and magnetic fields, x-rays, ultraviolet light, and other radiations on nucleation have been studied. The findings are summarized by Tipson (1950) and Khamskii (1969).

### 2.2.4. NUCLEATION KINETICS

Secondary nucleation is a complex phenomena and is not well understood. A general theory for the prediction of nucleation rates does not exist. Several correlations based on the power law model have been found to explain most of the experimental data satisfactorily. The power law (from the Becker–Doering relationship) is given by

$$B = k_N \Delta C^n \tag{2.17}$$

The nucleation rate, $B$, is normally given in units of no./$m^3$ s. This form is valid if the adsorption layer mechanism described before is the source of nuclei. The nucleation rate in this case is independent of the suspension concentration.

In the industrial crystallizer, most of the nuclei are generated by contact with the crystallizer environment. The nucleation rate in this case is a function of the degree of agitation, the suspension density, and the supersaturation.

$$B = k'_N W^i M_T^j (\Delta C^n) \tag{2.18}$$

where $W$ is the agitation rate (usually in rpm or impeller tip speed), and $M_T$ is the suspension density (mass of crystals per volume of solution). It is important to remember that the constants $k_N$ and $k'_N$ have different units interchangeably. When Eq. (2.17) is used in a situation in which secondary nucleation is important, the constant $k_N$ will actually vary with the conditions in the crystallizer (suspension density and agitation rate). In some situations an equation that does not include the effect of agitation is used

$$B = k''_N M_T^j \Delta C^n \tag{2.19}$$

In this case, $k''_N$ may vary with the agitation rate.

Correlations are available for nucleation in flow situations. For a potassium–aluminum sulfate system, it was found that the nucleation rate was given by Toyokura et al. (1976), for a fluidized bed,

$$B = 10(\Delta C)^{3.3} Re^{2.5} \tag{2.20}$$

for a fixed bed,

$$B = 0.85(\Delta C)^{3.3} Re^{2.5} \tag{2.21}$$

where $Re$ is the Reynolds number based on the crystal size. Several other correlations can be found in literature (Nývlt et al. 1985).

The kinetics for secondary nucleation can be measured either by measuring the width of the metastable zone, the induction time, or by counting the number of nuclei formed. One of the methods for the determination of nucleation rates is by measuring the maximum possible supercooling that can be obtained in a saturated solution when it is cooled at different rates *(metastable zone width measurement)*. The polythermal experiment (proposed by Nývlt 1968) is carried out in a jacketed crystallizer cooled by a circulating water/ethylene-glycol bath accurate to ±0.1 °C. The temperature can be increased or decreased at a constant rate by a programmed controller. The crystallizer is fitted with an accurate thermometer ±0.1 °C to read the solution temperatures. A schematic of the apparatus is shown in Figure 2.27.

Approximately 200 ml of saturated solution is placed in a crystallizer and allowed to equilibrate thermally. The solution is stirred at a constant rate and cooled slowly until a number of small crystals are formed. The temperature of the solution is then raised at a very slow rate until the last crystal disappears. This temperature is denoted as the saturation temperature, $T_s$. The solution is




**Figure 2.27** Schematic diagram of apparatus for measurement of nucleation rates.

then heated to a temperature 1° above $T_s$ and maintained for 30 min. The solution is now cooled at a constant rate ($r_1$) and the temperature at which the first crystal appears is noted ($T_1$). The difference between this temperature and the saturation temperature is denoted as $\Delta T_{1max}$ for the cooling rate $r_1$. The experiment is repeated for two different cooling rates. The measurements can also be carried out in the presence of solid phases where two to four large crystals are added to the system and the maximum supercooling is observed in a similar fashion.

The nucleation rate at the metastable limit can be approximated as

$$B = \left(\frac{dC^*}{dT}\right) r_1 \tag{2.22}$$

The maximum supersaturation is given by

$$\Delta C = \left(\frac{dC^*}{dT}\right) \Delta T_{max} \tag{2.23}$$

Combining Eqs. (2.22), (2.23), and (2.17), simplifying, and taking logarithms, yields

$$\log(-r_1) = \log k_N m \log(\Delta T_{max}) + (m-1)\log\frac{dC}{dT} \tag{2.24}$$

where $m$ is used in place of $n$ to signify an apparent nucleation order.

Thus, a plot of the cooling rate and the maximum possible supercooling will give the apparent order $m$ and the rate constant $k_N$. If the nuclei are visible immediately after they are formed, the true order ($n$) and the apparent order ($m$) are identical. In all other cases, the true nucleation order can be found by knowing the exponent for crystal growth ($g$). The relationship is given by

$$n = 4m - 3g - 4 \tag{2.25}$$

The dependence of the cooling rate on the maximum attainable supercooling for a sodium chromate system (Nývlt 1968) is shown in Figure 2.28. The presence of solid phase (filled circles) decreases the maximum supercooling but the exponent remains the same. A nomograph for the estimation of the apparent nucleation order is given in Figure 2.29. The example shows that for a supercooling ratio of 3 and a cooling rate ratio of 9.5, the apparent order of nucleation is 2.07.




**Figure 2.28** The dependence of cooling rate on the maximum attainable supercooling in aqueous sodium chromate solutions. (Reproduced with permission from Nývlt 1968.)




**Figure 2.29** Nomograph for the estimation of the apparent nucleation order. The ratio of the cooling rates and the observed widths of the metastable zone are denoted as points on the left and right axes, respectively. The apparent nucleation order is given by the value at which the straight line joining those points intersects the diagonal. (Reproduced with permission from Nývlt et al. 1985.)

The rate of nucleation can also be determined by observing the time elapsed between the creation of supersaturation and the formation of a new phase. This time interval is defined as the *induction time* and is a function of the solution temperature and supersaturation. The formation of a new phase can be detected in several different ways—for example, by the appearance of crystals or by changes in properties (turbidity, refractive index) of the solution.

The induction time, $t_{ind}$, is the sum of the time needed for reaching steady-state nucleation, $t_{tr}$; the nucleation time, $t_n$; and the time required for the critical nucleus to grow to a detectable size, $t_g$. Thus,

$$t_{ind} = t_{tr} + t_n + t_g \tag{2.26}$$

It can be shown (Sohnel and Mullin 1988) that the transient period is unimportant in aqueous solutions of moderate supersaturations and viscosities. In certain special cases however, at very low supersaturations the transient period cannot be ignored (Packter 1974) and the following analysis is not applicable. Recently, Kubota et al. (1986) has suggested a method to take into account the transient period.

If the transient period can be ignored, the induction time is a function of the nucleation and growth times. Three cases emerge:

1. $t_n \gg t_g$.
2. $t_n \sim t_g$.
3. $t_n \ll t_g$.

If the nucleation time is much greater than the growth time, the induction time is inversely proportional to the steady-state nucleation rate and

$$t_{ind} = A \exp\left[\frac{F\sigma^3 V^2 \phi}{(kT)^3 \ln^2 S}\right] \tag{2.27}$$

where $\phi$ is the wetting angle that is 1 for homogeneous nucleation and is <1 for heterogeneous nucleation [see Eq. (2.15)], and $F$ is the shape factor ratio (see Table 2.4).

If the nucleation and growth times are of the same order of magnitude, the induction time for nucleation followed by diffusion growth is given by (Nielsen 1969)

$$t_{ind} = \frac{v^{2/3}}{2Dx^{1/5}} \exp\left[\frac{2Fv^2\sigma^3}{5(kT)^3 \ln^2 S}\right] \tag{2.28}$$

where $x$ is the solute mole fraction.

The induction time for nucleation followed by polynuclear growth is given by Sohnel and Mullin (1988). If the nucleation time is much smaller than the growth time, the induction times for various cases are given by Sohnel and Mullin (1988). For mononuclear growth, the induction time in this case is given by

$$t_{ind} = \frac{d^3}{6D_s r_c} \exp\left[\frac{F\sigma^2 v^{4/3}}{(kT)^2 \ln^2 S}\right] \tag{2.29}$$

where $D_s$ is the surface diffusion coefficient and $r_c$ is the critical radius of the nuclei.




**Figure 2.30** Induction period as a function of supersaturation for $CaCO_3$ precipitation at 25 °C showing regions of homogeneous and heterogeneous nucleation. (Reproduced with permission from Sohnel and Mullin 1988.)

In general, the induction time is given by the expression

$$t_{ind} = KS_0^{-n} \tag{2.30}$$

However, Eqs. (2.26–2.29) are helpful in determining the mechanism of nucleation and growth over a wide range of supersaturations. For example, the validity of Eq. (2.27) has been verified for a number of systems from sparingly soluble, e.g., $BaSO_4$, $BaCrO_4$, and $SrSO_4$ (Nielsen 1969; Nielsen and Sohnel 1971) to readily soluble potassium and potassium aluminum phosphates (Joshi and Anthony 1979). A plot of $\log(t_{ind})$ versus $(\log S)^{-2}$ at a constant temperature is shown for $CaCO_3$ in Figure 2.30. From Figure 2.30 it is clear that at low supersaturations the nucleation is heterogeneous $[f(\theta) < 1]$, whereas homogeneous nucleation occurs at higher supersaturations.

It is difficult to distinguish between the mechanisms proposed by Eqs. (2.27) and (2.28) by constant temperature experiments. However, experiments at different temperatures can be done to differentiate between the two mechanisms (Mullin and Osman 1973) since the surface tension, $\sigma$, is temperature dependent. Further experimental evidence can be found in Sohnel and Mullin (1988).

Nucleation kinetics are often obtained from continuous experiments employing a mixed suspension, mixed product removal (MSMPR) crystallizer and the concepts of the population balances. This technique is also used to obtain crystal growth kinetics. The details of the population balance and its uses will be discussed in Chapter 4 of this volume. A review of methods to estimate nucleation kinetics from batch and continuous experiments can be found in Tavare (1995).

In this section we have described two methods to determine the kinetics governing the nucleation process. The first method, which utilizes the width of the metastable zone, is easy to use and gives an apparent order of nucleation. The second method uses the induction time to predict the mechanism and order of nucleation processes. A third method, which employs population balance techniques and an MSMPR crystallizer, will be described in Chapter 4 of this volume.

### 2.2.5. APPLICATION TO INDUSTRIAL CRYSTALLIZERS

Secondary nucleation is a complex phenomena and due to the various competing mechanisms present it is difficult to predict the nucleation rates. However, general recommendations can be made to control nucleation rates and hence, the final crystal size distribution. The possible sources of secondary nuclei in an industrial crystallizer are given in Table 2.8 along with suggestions for preventing excessive nucleation (Jančić and Grootscholten 1983).

In the industrial crystallizer, primary homogeneous nucleation is not possible due to the low levels of supersaturation employed and the presence of impurities. Primary heterogeneous nucleation is possible at places where high supersaturation is being created—for example, in heat transfer equipment. This could lead to crystal deposits on these surfaces. Undesirable nucleation can be reduced by choosing proper production rates and by allowing adequate mixing.

Secondary nucleation is the main source of crystal nuclei in an industrial crystallizer. Nuclei due to initial breeding are possible during the start-up period. Coating of seed crystals can reduce the nucleation rate due to this mechanism. Needle breeding occurs at high supersaturations and is not significant in industrial situations. Contact nucleation is the most important source of secondary nuclei. Collisions with stirrers, pumps, impellers, and crystallizer walls lead to fragmentation and generation of secondary nucleation sites. Small clearances between equipment can also lead to breakage of crystals via crystal contact. Nucleation by this

**TABLE 2.8 Sources of Nuclei in Industrial Crystallization**

| Source of Nuclei | Type of Nucleation Process | Prevention or Remedy |
|---|---|---|
| Boiling zone | Primary | Reduce specific production rates, increase crystal surface area |
| Hot feed inlet | Primary | Enhance heat dissipation, reduce degree of superheating, carefully chosen inlet position |
| Inlet of direct coolant | Primary | Enhance heat dissipation, reduce temperature of coolant chosen inlet position |
| Heat exchangers, chillers, etc. | Primary | Reduce temperature gradients by increasing surface area, increase liquid velocities |
| Reaction zone | Primary | Enhance mixing and dissipation of supersaturation, increase crystal surface area |
| Cavitating moving parts | Primary | Adjust tip speed, suppress boiling by sufficient static head |
| Crystal/crystallizer contacts<br>Collisions with moving parts (impellers, pumps etc.)<br>Collisions with crystallizer walls | Secondary | Adjust tip speed and design configuration, coat impellers with soft materials, reduce if possible magma density and mean crystal size |
| Crystal/crystal contacts<br>Crystal grinding in small clearance spaces (impeller/draft tube, pump stator/rotor) | Secondary, attrition breakage | Carefully specify all clearances and hydrodynamics of two-phase flow therein |
| Crystal/solution interaction<br>Fluid shear, effect of impurities, etc. | Primary or secondary | Reduce jetting, get to know the effect of impurities for each particular system, prevent incrustation |

(Data adapted from Jančić and Grootscholten 1983.)

mechanism can be controlled by varying the frequency and energy of contact. Padded impellers and nylon or Teflon stirrers are known to reduce the nucleation rate. Allowing for adequate clearances and optimizing fluid flow conditions can also lead to lower nucleation rates.

## 2.3. CRYSTAL GROWTH

As we have seen in the previous section, the "birth of a new crystal," which we have called *nucleation*, refers to the beginning of the phase separation process. The solute molecules have formed the smallest sized particles possible under the conditions present. The next stage of the crystallization process is for these nuclei to grow larger by the addition of solute molecules from the supersaturated solution. This part of the crystallization process is known as *crystal growth*.

Crystal growth, along with nucleation, controls the final particle size distribution obtained in the system. In addition, the conditions and rate of crystal growth have a significant impact on the product purity and the crystal habit. An understanding of crystal growth theory and experimental techniques for examining crystal growth from solution are important and very useful in the development of industrial crystallization processes.

### 2.3.1. BASIC CONCEPTS

The growth rate of a crystal can be described in a number of different ways that are often used interchangeably in the literature. It is important to understand the definition of each of these terms and their relation to each other.

The growth of a crystal is often described by the change in some dimension of the crystal with time. This is called the *linear growth rate* and has dimensions of length per unit time. It is not enough, however, to indicate that you are interested in a linear growth rate because this can mean a number of different things. As we have seen in the previous sections, crystals are made up of a number of faces that can grow at different rates. A fundamental expression of the growth rate, therefore, is the linear growth rate of a particular face. This refers to the rate of growth of the face in the direction normal to the face.

While face growth rates are of interest in studies of the fundamentals of crystal growth, they are not normally used to describe the overall growth of a crystal. When a linear growth rate is used to describe the growth of an entire crystal it is describing the increase in some characteristic dimension of the crystal. If the crystal was a sphere, the characteristic dimension would be the diameter and we would express the crystal growth rate by the increase of the diameter with time. If the crystal is of another shape, the characteristic dimension used is usually the second longest dimension. This can be understood by thinking of what happens when you pass crystals through screens or sieves. The dimension of the crystal, which determines if it will pass through a sieve of a given size, is the second largest dimension rather than the largest dimension. This characteristic dimension can be related to the volume and surface area of the crystal through the shape factor.

Another way of measuring crystal growth rates is through the measurement of the mass change of the crystal. The increase in mass with time is often used and can be directly related to the overall linear growth velocity through the relation

$$R_G = \frac{1}{A}\frac{dm}{dt} = 3\frac{\alpha}{\beta}\rho G = 3\frac{\alpha}{\beta}\rho\frac{dL}{dt} \tag{2.31}$$

where

$R_G$ = increase of mass per unit time per unit surface area
$A$ = surface area of the crystal
$\alpha, \beta$ = volume and area shape features, respectively
$\rho$ = crystal density
$L$ = characteristic dimension

As we can see from Eq. (2.31), the surface and volume shape factors must be known or estimated to allow linear growth rates

to be calculated from mass growth rates. It is quite common for investigators to assume a sphere and thus calculate growth rates based on an equivalent spherical geometry. This can be a reasonable estimate or can be quite poor, depending on the crystal's actual shape.

### 2.3.2. THEORIES OF CRYSTAL GROWTH

Crystals and their growth and habit have long been of interest to scientists. Much early work on crystal growth centered on explaining the difference in observed crystal habits from an equilibrium or thermodynamic point of view. Of more interest to practitioners of industrial crystallization are theories that deal with the kinetics (rate) of crystal growth. Reviews of crystal growth theories can be found in the work of Ohara and Reid (1973), Strickland-Constable (1968), and Nývlt et al. (1985). Many of the theories are mathematically rather complex, however, there are certain features of these theories that are worth reviewing and are quite helpful in understanding the nature of the crystal growth process.

When discussing crystal growth it is necessary to focus on a single face or plane and examine the growth of that face. The *linear growth velocity* of a face is usually defined as the rate of growth of a face in the direction normal to the face. Crystals are thought to grow in a layer-by-layer fashion. This can be understood by looking at Figure 2.31. A molecule in solution must desolvate and absorb on the crystal surface. Looking at Figure 2.31 we can see three possible sites for the molecule to incorporate into the crystal surface. The sites A, B, and C can be distinguished by the number of bonds the molecule will form with the crystal. At site A, the molecule will be attached only to the surface of a growing layer while at site B, the molecule is attached to both the surface and to a growing step. At site C, the molecule is attached at three surfaces at what is known as a *kink site*. From an energetic point of view, C is more favorable than B, and B more favorable than A. This can be generalized by saying that molecules tend to bond at locations where they have the maximum number of nearest neighbors. These are the most energetically favorable sites. The general mechanism for incorporation of a molecule into a crystal face is its adsorption onto the surface followed by its diffusion along the surface to a step (B-type) or kink (C-type) site for incorporation. From this explanation you can see why crystals grow in a layer-by-layer fashion since it is easier for molecules to bond to an existing step that is spreading over a surface than to form a new one. The linear growth rate ($G$) of a face can, therefore, be written in terms of the step velocity ($V_\infty$), the step height ($h$), and the step spacing ($y_0$)

$$G = V_\infty h / y_0 \quad (2.32)$$

Eq. (2.32) provides a simple illustration of the growth of a face, however, it does not help us with two fundamental questions. Where do the steps come from and what is the rate controlling factor in determining the crystal growth rate? The goal of crystal growth theories is to try to answer these two questions.

***Two-Dimensional Growth Theories.*** One way to describe the birth of a step is to use what is called *two-dimensional nucleation theory*. In our discussion of nucleation in Section 2.2., we saw that nucleation requires the formation of a critical sized cluster of molecules. When this critical size is reached, the Gibbs free energy favors the growth of the cluster, at sizes below the critical size the cluster dissolves. While our previous discussion has involved the nucleation of new particles with three dimensions, the same logic and derivation can be applied to the nucleation of a two-dimensional circular nucleus on a flat surface. Molecules will be continually absorbing on the surface diffusing and desorbing. They also will collide with each other and form two-dimensional aggregates as illustrated in Figure 2.32.

An application of nucleation theory in two dimensions yields the expression for the critical size given below

$$r_c = \sigma V_m / kT \ln S \quad (2.33)$$

where $r_c$ is the radius of a critical size cluster, $\sigma$ is the surface energy, and $V_m$ is the volume of a molecule. As we have seen previously, Eq. (2.33) depends on knowledge of the surface energy that is difficult to obtain. Figure 2.33 gives the critical radii as a function of supersaturation at three different values of the surface energy for the KCl-water system.

Employing nucleation theory it is possible to derive an expression for the rate of formation of critical size nuclei per unit surface area per unit time. A complete derivation can be found in Ohara and Reid (1973). A simplified version of the rate expression follows.

$$I = C_1[\ln(S)]^{1/2} \exp[-C_2/T^2 \ln(S)] \quad (2.34)$$

$$C_1 = (2/\pi)n^2\bar{v}(V_m/h)^{1/2} \quad (2.35)$$

$$C_2 = \pi h\sigma^2 V_m/k^2 \quad (2.36)$$

where $I$ is the two-dimensional nucleation rate, $n$ is the equilibrium number of molecules or monomers in the solution, and $\bar{v}$ is the speed of surface absorbed molecules. Since these values, along with the surface energy, are rarely known, $C_1$ and $C_2$ are often used as




**Figure 2.31** Surface structure of a growing crystal. (From M. Ohara and R.C. Reid, *Modeling Crystal Growth Rates from Solution*, © 1973, p. 3. Reprinted by permission of Prentice-Hall, Englewood Cliffs, New Jersey.)



**Figure 2.32** Formation of two-dimensional critical nucleus on a crystal surface. (From M. Ohara and R.C. Reid, *Modeling Crystal Growth Rates from Solution*, © 1973, p. 20. Reprinted by permission of Prentice-Hall, Englewood Cliffs, New Jersey.)




**Figure 2.33** Two-dimensional critical radii estimated for KCl at 300K as a function of supersaturation. (From M. Ohara and R.C. Reid, *Modeling Crystal Growth Rates from Solution*, © 1973, p. 25. Reprinted by permission of Prentice-Hall, Englewood Cliffs, New Jersey.)

empirical parameters obtained from experimental data. As you would expect, Eq. (2.34) shows that the rate of two-dimensional nuclei formation is a strong function of temperature and supersaturation.

Once a surface nuclei is formed, the next question is how does the nuclei spread to form a complete layer. The simplest crystal growth theory assumes that when a surface nuclei is formed, it spreads across the surface at an infinite velocity. The surface must then await the formation of another surface nuclei. Since the rate-determining step in this model is the formation of a surface nuclei, the growth rate of the crystal can be expressed as

$$G = hAI \tag{2.37}$$

or substituting for $I$

$$G = C_1 hA[\ln(S)]^{1/2} \exp[-C_2/T^2 \ln(S)] \tag{2.38}$$

Eq. (2.38) predicts that the growth rate of a face is proportional to the area of that face. This model is known as the *mononuclear model.*

If we were to assume that the two-dimensional nucleus does not spread at all when it forms, a layer would be formed by the formation of enough two-dimensional nuclei of the critical size to cover the layer. The growth rate expression would therefore be

$$G = I\pi r_c^2 h \tag{2.39}$$

or

$$G = (C_3/T^2[\ln(S)]^{3/2}) \exp[-C_2/T^2 \ln(S)] \tag{2.40}$$

This model is called the *polynuclear model.*

Between the extremes of the mononuclear model, in which the spreading velocity is infinite, and the polynuclear model, in which it is zero, is a model called the *birth and spread model.* The birth and spread model allows the spreading of nuclei at a finite constant rate that is assumed to be independent of size. It also assumes that nuclei can form at any location, including incomplete layers, and that there is no intergrowth between the nuclei. A growth rate expression for this model is derived by Ohara and Reid (1973) and is

$$R = C_4(S-1)^{2/3}[\ln(S)]^{1/6} \exp[-C_5/T^2 \ln(S)] \tag{2.41}$$

A number of modifications of this model have been developed and reported in the literature (Bennema et al. 1973; Garside et al. 1975; Van Rosmalen and Bennema 1975).

If we examine these three models, each one makes some prediction about how crystals grow as function of supersaturation, temperature, or face area. In the case of the mononuclear model, Eq. (2.37) tells us that the crystal growth rate of a face is directly proportional to the area of that face. This would indicate that large faces grow faster than small faces, which contradicts the observation that the fastest growing faces on a crystal have the smallest areas while the slowest growing faces have the largest areas. This essentially eliminates the mononuclear model from serious consideration as a useful model.

The polynuclear model predicts [Eq. (2.40)] that the growth rate will increase with increasing nucleation rate, however, the growth rate will decline with decreasing critical nuclei size. The critical nuclei size declines as the supersaturation increases, making the growth rate a complex function of the supersaturation ratio ($S$). Eq. (2.40) also predicts that the growth rate should display a maximum in $G$ at some supersaturation. This means the polynuclear model does not predict that crystal growth rate increases continuously with supersaturation, instead it predicts that at some supersaturation, growth is a maximum that will decline if the supersaturation is increased or decreased. This result seems unlikely and has not been observed.

The birth and spread model and its modifications predicts that the growth rate $G$ increases with increasing supersaturation and increasing temperature. The dependence of growth rate on these variables is not a simple function of supersaturation and the model does not have the obvious problems of the other two models. For this reason, some semiempirical relations obtained from Eq. (2.41) are sometimes used to correlate experimental growth data and obtain the needed constants.

Another difficulty with all models that depend on two-dimensional surface nucleation is that, unless a very low value for surface energy is used in Eq. (2.34), each of the models fail at low supersaturation, predicting a much lower growth rate then is observed experimentally.

The models discussed in this section are useful in developing some understanding of possible crystal growth mechanisms and are quite illustrative in that regard. It is not recommended, however, that these models be used in any predictive sense though empirical equations obtained by reducing Eqs. (2.38), (2.40), and (2.41) are sometimes used.

***Burton–Cabrera–Frank (BCF) Model.*** The models discussed in the previous section all require two-dimensional nucleation events for a new layer to start. These models fail to account for observed crystal growth rates at low supersaturations and are unsatisfying in the sense that they make crystal growth a noncontinuous process with the formation of a critical size two-dimensional nucleus the rate-determining step. A basis for a model in which the steps are self-perpetrating was put forward by Frank (1949). Frank's idea was that dislocations in the crystal are the source of new steps and that a type of dislocation known as a *screw dislocation* could



(a) (b) (c)

**Figure 2.34** Development of a growth spiral from a screw dislocation. (Reproduced with permission from Mullin 1972.)

provide a way for the steps to grow continuously. A simple example of the growth of a screw dislocation is given in Figure 2.34. Molecules absorb on the crystal surface and diffuse to the top step of the two planes of the screw dislocation. The surface becomes a spiral staircase (which can be right- or left-handed, depending on the screw dislocation). After a layer is complete, the dislocation is still present, it is just a layer higher. The appeal of Frank's idea was that surface nucleation was not required for growth and that growth could occur at a finite rate at low supersaturations. Burton et al. (1951) formularized this concept in a growth model in which surface diffusion was assumed to be the determining rate.

Descriptions and derivations of the Burton–Cabrera–Frank (BCF) growth equation can be found in Nývlt et al. (1985), and Ohara and Reid (1973). The resulting kinetic expression is given below.

$$G = K_1 T(S-1)\ln(S)\tan h[K_2/T\ln(S)] \qquad (2.42)$$

While Eq. (2.42) has system constants ($K_1$ and $K_2$), which again are difficult to calculate or obtain from experimental data, it does provide significant information. At low supersaturations, the equation reduces to a form in which the growth is proportional to the supersaturation to the second power while at higher supersaturations, growth is linear with supersaturation. The BCF theory tells us that crystal growth rates vary from a parabolic dependence on supersaturation to a linear dependence as the supersaturation increases.

The model we have just described is called the *BCF surface diffusion model* because diffusion on the crystal surface is considered to be the rate-controlling step. While this is true in vapor growth, it is often not true in solution growth where diffusion from the bulk solution to the crystal-liquid interface can often be the limiting rate step.

Crystal growth models based on the idea of the self-perpetuating growth spiral of the BCF theory have been developed for the situation in which bulk diffusion is limiting. The most well known of these models is that of Chernov (1961). In this model, diffusion of solute molecules through a boundary layer is the rate-determining step. Details of the derivation of the model can be found in Ohara and Reid (1973), and Nývlt et al. (1985). The resulting growth equation is

$$G = \frac{V_m \xi C^*(S-1)^2 h}{S_{cr}\delta\{1 + (\xi h/D)\ln[S_{cr}\delta/((S-1)h)\sin h((S-1)/S_{cr})]\}} \qquad (2.43)$$

where $\xi$ is a coefficient that depends on kink density, $\delta$ is the boundary layer thickness, and $S_{cr}$ is a parameter defined by

$$S_{cr} = 4V_m\sigma/kT\delta \qquad (2.44)$$

$S_{cr}$ is a dimensionless group that is sometimes called the *critical transition supersaturation* since when $(S-1)$ is much less than $S_{cr}$, Eq. (2.43) reduces to the following relationship

$$G \propto (S-1)^2/[1 + k\ln(\delta/h)] \qquad (2.45)$$

where

$$k = \xi h/D$$

Eq. (2.45) shows that at low relative supersaturations, the growth rate follows a parabolic relation with supersaturation. This is the same result as the BCF surface diffusion model. In addition, however, the growth rate, $G$, decreases with an increase in $\delta$, the boundary layer thickness. This is an important result since the boundary layer thickness is directly related to hydrodynamic conditions and stirring rates. If $(S-1)$ is much greater than $S_{cr}$ but much $<1$, Eq. (2.44) results in a relationship in which $G$ increases linearly with supersaturation and declines with increasing $\delta$.

The Chernov bulk diffusion model provides an important link between crystal growth theory and the practical world of industrial crystallization where fluid flow and agitation are important. The effect of hydrodynamics on crystal growth will be discussed in the next section, *The Diffusion Layer Model.*

We have presented two models that make use of the self-perpetuating growth spiral, the BCF surface diffusion model and the bulk diffusion model of Chernov. While there are other models of this type, these two are the most well known and useful. In the surface diffusion model, the rate-limiting step is the diffusion of a molecule on the crystal surface to a step. In the bulk diffusion model, it is the diffusion of molecules from the bulk solution to the crystal-liquid interface. A more general model employing the BCF growth mechanism combines surface and bulk diffusion, and considers these effects in parallel or series on the crystal growth rate. These models are mathematically complex and are described in detail in the literature (Gilmer et al. 1971; Bennema 1969). One important result that is predicted by these types of models is that as the relative velocity between a crystal and the solution is increased, the growth will increase to a maximum value and then will remain the same. This maximum value is the value obtained when only surface diffusion limits growth. In the literature, this is known as a *growth limited by interfacial attachment kinetics.* When the crystal growth rate can be changed by changing the hydrodynamic conditions, it is known as a *mass transfer limited growth.*

***The Diffusion Layer Model.*** The models of crystal growth discussed to this point have been mathematically complex and focused on the propagation of steps on the crystal surface either by two-dimensional nucleation or by the screw dislocation of the BCF theory. As we have seen in the bulk diffusion models of Chernov, the diffusion of the solute in the boundary layer and the boundary layer thickness can play a significant role in controlling the crystal growth rate. A simple model that focuses on the diffusion of solute through the boundary layer is known as the *diffusion layer model.* Generally, it is this model that is used in correlating data for industrial crystallization processes.

When a crystal is growing from a supersaturated solution, solute is leaving the solution at the crystal-liquid interface and becoming part of the crystal. This will deplete the solute concentration in the region of the crystal-liquid interface. Since the concentration of the solute is greater as you go away from the interface, solute will diffuse toward the crystal surface. The

concentration of the solute will continuously increase from the value at the interface to the value in the bulk solutions. The region in which the concentration is changing is called the *concentration boundary layer* (there is also a momentum and thermal boundary layer). The distance from the crystal surface to the region where the concentration is that of the bulk is called the *boundary layer thickness*. This is illustrated in Figure 2.35.

The basis of the diffusion layer model is that solute diffuses through the boundary layer and is then incorporated into the crystal. For the single one-dimensional case shown in Figure 2.35, the rate of mass increase of the crystal can be equated to the diffusion rate through the boundary layer through the expression

$$\frac{dm_c}{dt} = DA\left(\frac{dC}{dx}\right) \tag{2.46}$$

where $A$ is the surface area of the crystal and $D$ is the diffusion coefficient. The concentration versus position through the boundary layer can be written as

$$\frac{dC}{dx} = \frac{C - C_i}{\delta} \tag{2.47}$$

where $\delta$ is the boundary layer thickness, and $C$ and $C_i$ are the bulk and interfacial concentrations, respectively. Substituting Eq. (2.47) into Eq. (2.46) yields

$$\frac{dm_c}{dt} = k_d A(C - C_i) \tag{2.48}$$

where

$$k_d = D/\delta$$

The rate of solute integration into the crystal surface can be approximated by the relation




**Figure 2.35** A schematic representation of the concentration profile near a growing crystal. (Reproduced with permission from Nývlt et al. 1985.)

$$\frac{dm_c}{dt} = k_i A(C_i - C)^i \tag{2.49}$$

where $i$ is between 1 and 2, and $k_i$ is a rate constant. If $i = 1$, then Eqs. (2.48) and (2.49) can be combined to eliminate the interfacial concentration that is difficult to obtain. This yields

$$\frac{dm_c}{dt} = K_G A \Delta C \tag{2.50}$$

where

$$\frac{1}{K_G} = \frac{1}{k_d} + \frac{1}{k_i} \tag{2.51}$$

Looking at Eqs. (2.50) and (2.51), we see that when $k_d \ll k_i$, the crystal growth rate will be diffusion controlled and $K_g = k_d$. When $k_i \ll k_d$, the crystal growth rate will be controlled by the rate of solute incorporation into the crystal.

If $i = 2$ in Eq. (2.49), combination with Eq. (2.48) yields (Nývlt et al. 1985)

$$\frac{dm_c}{dt} = A\frac{1}{2k_i/k_d^2}\left[1 + \frac{2k_i}{k_d}\Delta C - \left(\frac{4k_i}{k_d}\Delta C + 1\right)^{1/2}\right] \tag{2.52}$$

Eq. (2.52) is a rather complex expression relating the crystal growth rate, supersaturation, and the two constants, $k_d$ and $k_i$. Normally this equation is approximated by the simple relation

$$\frac{dm_c}{dt} = K_G A \Delta C^g \tag{2.53}$$

where $g$ is between 1 and 2. When $i$ in Eq. (2.49) is a value between 1 and 2, an explicit expression like Eqs. (2.50) or (2.52) cannot be obtained. However, Eqs. (2.50) or (2.53) are generally used in industrial crystallization processes. The constants are normally obtained from experimental data. This will be discussed in more detail in Section 2.3.3 on crystal growth kinetics.

Garside (1971) defined an effectiveness factor for crystal growth that is a measure of the relative importance of diffusion and surface integration as the rate-controlling factors. The effectiveness factor is defined by the relation

$$\eta = \frac{\text{Measured growth rate}}{\text{Rate with negligible diffusion resistance}} = \frac{R_G}{k_i \Delta C^i} \tag{2.54}$$

As $\eta \to 1$, diffusion plays a smaller and smaller role in controlling the rate. Methods for estimation $\eta$ as well as other methods to determine the relative importance of diffusion and surface integration are discussed in Nývlt et al. (1985).

### 2.3.3. CRYSTAL GROWTH KINETICS

The development and operation of industrial crystallization processes can be made significantly easier if some data on the kinetics of crystal growth are available. This information can be incorporated in process models, can be used in process and crystallizer design, and can shed light on the observed behavior of the system.

In the previous section, we reviewed a number of different crystal growth theories. These provide a theoretical basis for the correlation of experimental crystal growth data and the determination of kinetic parameters from the data to be used in models of

industrial crystalization processes. In general, two basic expressions are used to express the relationship between supersaturation and crystal growth. These are

$$G = k_g \Delta C^g \tag{2.55}$$

and

$$R_G = K_g \Delta C^g \tag{2.56}$$

Eq. (2.55) employs a linear crystal growth velocity (length/time) with Eq. (2.56) employs a mass rate of crystal growth (mass/area time). The constants in Eqs. (2.55) and (2.56) can be related to each other through the expression

$$K_g = 3\frac{\alpha}{\beta}\rho k_g \tag{2.57}$$

Typical units for the growth constants are

$$\frac{\text{m}}{s\left[\frac{(\text{kg solute})}{(\text{kg solvent})}\right]^g}$$

for $k_g$ and

$$\frac{\text{kg}}{\text{sm}^2\left[\frac{(\text{kg solute})}{(\text{kg solvent})}\right]^g}$$

for $k_g$. The power $g$ in the growth equations does not depend on the form of the equation used and is normally a number between 1 and 2.

The constants $k_g$ and $k_g$ are temperature-dependent and are usually fit to the Arrhenius equation to obtain a general expression for growth rate as a function of temperature. The Arrhenius equation can be written as

$$k_g = A\exp(-E_G/RT) \tag{2.58}$$

where $A$ is a constant and $E_G$ is an activation energy. The activation energy can be used to obtain information of whether the rate-controlling step is diffusion or surface integration (Wilcox 1971; Nývlt et al. 1985). A complete crystal growth expression that includes both the effect of temperature and supersaturation on the growth rate would, therefore, be written as

$$G = A\exp(-E_G/RT)\Delta C^g \tag{2.59}$$

There are a number of experimental methods that can be used to obtain the crystal growth rate data needed to obtain kinetics. Unfortunately, unless great care is taken, these methods can provide very different results for the same system at the same supersaturation. We will first review the measurement techniques and then describe the various problems and pitfalls that may be encountered.

***Measurement of Crystal Growth Rates.*** Techniques used to measure crystal growth rates can be divided into two main groups. The first group is comprised of methods that rely on the growth of a single crystal to obtain the needed data. The second set of methods involves the growth of a suspension of crystals. Discussion of experimental methods can be found in a number of references (Laudise 1970; Nývlt et al. 1985; Mullin 1993; Randolph and Larson 1986).

In experiments in which single crystals are grown, the goal is to allow the crystal to grow at a known supersaturation without any nucleation occurring. This implies, therefore, that the supersaturations used in these experiments must be small. In addition, seed crystals must be prepared that can be used in the experiments. A common method to prepare seed crystals is to make a saturated solution at some temperature above room temperature and then allow the solution to cool without stirring. The resulting crystals are then examined under a microscope and the one of the desired size showing discernible faces are used. In some systems this method produces very large crystals. In those cases, gentle agitation will reduce the size obtained.

As we have seen in our discussion of the diffusion layer theory of crystal growth, the rate of crystal growth is affected by the boundary layer thickness. The boundary layer thickness is, in turn, affected by the relative velocity between the crystal and the solution. In order to prevent diffusion from controlling the crystal growth rates in single crystal experiments, all methods employ some means to create a velocity between the growing crystal and the solution. A simple and commonly used experimental apparatus is shown in Figure 2.36. This apparatus consists of a round bottom flask, usually of volume of 500–1000 cm$^3$, to which glass tubing (2.5-cm diameter) has been added to form a loop. If a stirrer is placed in the tube just below the bottom of the flask, it will push the solution down, resulting in flow in a clockwise direction. The rate of flow through the tube will increase with the speed of the impeller. The crystal is attached to a rod and placed in the path of the flow. The entire apparatus is normally placed in a constant temperature bath so that the temperature can be controlled. Since the volume of the solution is large compared to the mass of solute that will deposit on the single growing crystal, these experiments can be assumed to occur at a constant supersaturation.

The crystal is normally allowed to grow for a period of hours. The growth rate of the crystal can be measured in several ways. The simplest method is to weigh the seed crystal at the beginning of the experiment and the product crystal at the end of the experiment. The linear growth rates can also be obtained this way by measuring the crystal dimension before and after the experiment



**Figure 2.36** Recirculation apparatus for single crystal growth. [From P. Slaminko and A.S. Myerson (1981), "The Effect of Crystal Size on Occlusion Formation During Crystallization from Solution," *AIChE J.* 27(6), 1029–1031. Used by permission of the American Institute of Chemical Engineers. © 1981 AIChE.]




**Figure 2.37** Flow apparatus for single crystal growth.

through a microscope. By use of a traveling microscope or cathetometer, the growing crystal can be observed during the experiment and the growth of a particular dimension or face can be observed. This method has been used by a number of investigators for a variety of substances (Slaminko and Myerson 1981; Clontz et al. 1972; Botsaris and Denk 1970).

One of the most difficult aspects of this method is the attachment of the seed crystal to the rod. This can be accomplished by heating a glass rod tip and attaching the crystal to the molten glass. Other methods include using a heated metal rod and inserting the heated metal directly into the crystal. The use of epoxy and silicon rubber to attach the crystal has also been reported.

An alternate method that is quite similar to the circulation method and is described in the literature (Myerson 1977; Myerson and Kirwan 1977) is shown in Figure 2.37. In this method, solution is pumped past a crystal that is suspended from a rod in a chamber. The flow rate can be directly measured by a rotameter, which is not possible in the circulation apparatus. As previously mentioned, the mass or change in dimension of the crystal can be measured at the beginning and end of the experiment or can be directly observed by using a microscope. This method is more difficult to use for several reasons. First, pumping of the solution tends to increase the chance of nucleation as does the presence of the various tubing and connections. Second, the lines must be kept at the desired temperature or material will crystallize in the lines.

A third single crystal growth method involves rotating the crystal instead of moving the liquid. The simplest way this is done is by attaching a seed crystal to a rod that is inserted into a variable speed agitator. A more complex sample preparation method known as the *rotating disk method* involves fixing the crystal in a Teflon epoxy disk with a particular face exposed. The advantages of the rotating disk are the well-defined geometry and hydrodynamics. More details on this method can be found in Nývlt et al. (1985).

Determining the crystal growth kinetics of a particular material using one of the single crystal growth methods just described involves conducting a series of experiments at different supersaturations (at a given temperature). The resulting data at each supersaturation are used with Eqs. (2.55) or (2.56) to obtain the parameter $k_g$ (or $K_g$) and $g$. Normally this means that the ln of $G$ is plotted versus the ln of $\Delta C$ and a least squares fit is performed. The slope of this line will be $g$ and the intercept ln $k_g$. The entire process can then be repeated at a different temperature if desired. It is important to conduct these experiments at well-defined flow or stirring rates. Usually in measurements of this type it is desired to minimize the effect of bulk diffusion so that surface integration is the rate-controlling step. This is normally done in practice by measuring the growth rate as a function of flow rate (or stirring speed) at a given supersaturation. If mass transfer is controlling, the growth rate will increase with increasing flow rate. This is continued until a point is reached where no observerable increase in growth rate is noted with increasing flow rate. A flow rate in this range is then used for all additional experiments. An example of this type of data is shown in Figure 2.38 for potassium aluminum sulfate dodecahydrate (potassium alum). Looking at Figure 2.38, we see that above a flow rate of about 2300 $cm^3$/min, the growth rate does not increase. It is important to note that in our discussion of crystal growth to this point we have assumed that the size of the crystal does not affect its growth rate. This is often known as a McCabe $\Delta L$ law (McCabe 1929). This is a good first assumption but it is not necessarily true. We will discuss size-dependent growth and related issues in Section 2.3.5 of this chapter.

The methods for measurement of crystal growth kinetics discussed to this point all involve the growth of a single seed crystal. This is clearly different from the environment in an industrial crystallizer where many crystals are growing in a suspension. A laboratory method known as a *fluidized bed crystallizer*, which attempts to measure the growth rates of a number of crystals, is shown in Figure 2.39. In this method, solution is circulated through a crystallizer in which seed crystals are suspended by the flowing fluid. The flow is such that the crystal will not settle and will not flow out of the crystallization vessel. As in single crystal growth experiments, the mass of solute depositing on the growing crystals must be small enough so that the system is considered to be at constant supersaturation. By using seed crystals of the same initial size, the final size and mass of the crystals can be used to




**Figure 2.38** Effect of flow rate on the growth rate of single crystal of potassium aluminum sulfate to dodecahydrate.

obtain an average growth rate. More details on the method and the operation can be found in the literature (Mullin et al. 1966; Mullin and Gaska 1969).

The most common method for obtaining crystal growth kinetics involving suspensions involves the use of a mixed suspension, mixed product removal continuous crystallizer operating at steady state. By using the population balance concepts developed and described by Randolph and Larson (1986), growth rates can be obtained. The population balance method and the use of the crystal size distribution in obtaining kinetic parameters will be discussed in detail in Chapter 4 of this volume.

***Estimation of Crystal Growth Kinetics.*** The techniques for crystal growth measurement discussed in the last section all involved direct measurement of the change in mass or size of a crystal (or crystals) at a fixed temperature and supersaturation. To obtain kinetic parameters, these experiments are repeated at a several different supersaturations at each temperature of interest and then fit to a power law model given by Eqs. (2.55) or (2.56). In the MSMPR method, which will be described in detail in Chapter 4 of this volume, a continuous crystallizer must be operated at steady state to obtain the crystal size distribution and the growth rate. To obtain kinetics, this must be repeated at several different supersaturations.



**Figure 2.39** Fluidized bed crystallizer; glass tube (1), stock vessel (2), cooler (3), thermostat (4), centrifugal pump (5), infrared lamp (6), power source (7), contact thermometer (8), mercury thermometer (9), and stirrer (10). (Reproduced with permission from Nývlt et al. 1985.)

All of the direct measurement techniques are time consuming and require a significant number of experiments to obtain sufficient data to obtain kinetic parameters. This has led a number of investigators (Garside et al. 1982; Tavare and Garside 1986; Qiu and Rasmussen 1990; Witkowski et al. 1990) to look at indirect methods for the estimation of both growth and nucleation kinetics. Most of the indirect methods are based on the measurement of the solution concentration versus time in a seeded isothermal batch experiment. This is often called the *desupersaturation curve* since the concentration and the solubility can be used to calculate the supersaturation of the system versus time.

The procedure using this type of experiment involves the preparation of a saturated solution of known concentration in a batch crystallizer or other vessel where the temperature can be controlled. The vessel should be equipped with stirring. With the stirrer on, the temperature of the solution is lowered several degrees, making the solution supersaturated. The solution must remain clear with no crystals present at the lower temperature. Seed crystals of the solute of known mass and size (or size distribution) are added to the solution. Since the solution is supersaturated, these crystals will grow, causing a decline in the concentration at the solution that is measured as a function of time. This is done by taking samples and using one of a number of concentration measurement techniques. Myerson (unpublished data) used density measurement to obtain desupersaturation curves on line using the apparatus shown in Figure 2.40. Solution is continuously pumped from the crystallizer to a ceramic cross-flow filter. Clear solution is obtained in a small side-stream that flows through the density meter. All solution and crystals are returned to the crystallizer. Readings from the density meter are sent directly to a computer. Typical results obtained from this system for the potassium aluminum sulfate dodecahydrate are shown in Figure 2.41.

A number of methods can be used to estimate growth kinetics from the desupersaturation curve obtained during batch-seeded isothermal experiments. The simplest of these methods was developed by Garside et al. (1982) and involves using the derivatives of the desupersaturation curve at time zero. It is assumed in this method that the concentration change is due only to crystal growth




**Figure 2.40** Apparatus to measure the desupersaturation curve on line.

with no nucleation occurring. Using this analysis, the power $g$ and constant $k_g$ of Eq. (2.56) can be obtained from the relations

$$g = \frac{2F\Delta C_0}{3\rho \bar{L}_0 A_{TO}} + \frac{\Delta C_0 \Delta \ddot{C}_0}{\Delta \dot{C}_0^2} \quad (2.60)$$

$$K_g = \frac{-\Delta \dot{C}_0}{A_{TO}\Delta C_0^g} \quad (2.61)$$

where

$\Delta C_0$ = supersaturation at time zero
$\Delta \dot{C}_0$ and $\Delta \ddot{C}_0$ = first and second derivatives of the desupersaturation curve at time zero, respectively
$F$ = shape factor ratio ($\beta/\alpha$)
$\bar{L}_0$ = average size of the seeds
$A_{TO}$ = surface area of the seeds at time zero

The derivatives $\Delta \dot{C}_0$ and $\Delta \ddot{C}_0$ are usually obtained by fitting the desupersaturation to a polynomial of the form

$$\Delta C = a_0 + a_1 t + a_2 t^2 \quad (2.62)$$

so that $\Delta C_0 = a_0$, $\Delta \dot{C}_0 = a_1$, and $\Delta \ddot{C}_0 = 2a_2$. While simple, results obtained from this method are quite sensitive to measurement errors since the method relies on derivatives.

More sophisticated techniques for the estimation of growth kinetics involve the use of the entire desupersaturation curve with parameter estimation techniques (Qiu and Rasmussen 1990). The combination of the desupersaturation curve and the crystal size distribution can be used to estimate both growth and nucleation




**Figure 2.41** Desupersaturation curve.

kinetics (Tavare and Garside 1986; Witkowski et al. 1990; Tavare 1995). While these methods do not supply very accurate kinetic data, the experiments are fast and the data are easy to obtain, thus allowing for relatively quick estimation of kinetic parameters that can be used for process design and modeling purposes.

### 2.3.4. OSTWALD RIPENING

As we saw in Chapter 1 of this volume, the solubility of a solid solute in a liquid solution is an equilibrium property of the

solution. When a crystalline solid with a particular CSD is in contact with a saturated solution, however, the CSD can change with time. This is the result of the system trying to minimize its Gibbs free energy. This can be seen in looking at Eq. (2.63).

$$dG = -SdT - VdP + \sum \mu_i dn_i + \sigma_s dA \qquad (2.63)$$

where $\mu_i$ is the chemical potential of species and $\sigma_s$ is the specific surface energy of the solid particle. Since the system will try to minimize $G$, the surface area $A$ will try to achieve a minimum. What this means in practice is that particles have different solubilities based on their size when present in a suspension of particles with a size distribution. This difference in solubility results in the small particles dissolving and depositing on the larger particles, decreasing the surface area $A$ and moving the system towards a minimum in Gibbs free energy. It also increases the average crystal size. This process is called *Ostwald ripening*. The effect of size on particle solubility can be shown using the Gibbs-Thomson (Ostwald-Freundlich) equation

$$\ln \frac{c(r)}{c^*} = \beta V \sigma_s / rkT \qquad (2.64)$$

where

$c(r)$ = solubility of a particle of size $r$
$c^*$ = equilibrium solubility
$\beta$ = surface shape factor
$r$ = particle radius
$V$ = molecular volume

The equilibrium solubility refers to the solubility that would be obtained with very large particles (therefore, small surface areas). As in all thermodynamic calculations, activity coefficients should be used in nonideal solutions.

If the crystal growth process accompanying the aging phenomenon is diffusion-controlled, it can be shown (Nývlt et al. 1985) that the size of particle in equilibrium with the solution can be obtained from the relation

$$r(c) = \frac{\beta V \sigma_s c^*}{(c - c^*)kT} \qquad (2.65)$$

Particles larger than $r(c)$ will grow and particles smaller than $r(c)$ will dissolve.

Ostwald ripening is often important in processes in which crystallization is rapid and crystal sizes are small. This is especially true in a precipitation process and will be discussed in detail in Chapter 6 of this volume. It is important to remember that the effect of Ostwald ripening is to alter the crystal size distribution with time in a suspension of crystals that is an apparent equilibrium with its saturated solution. Ostwald ripening is an important phenomena if you are concerned with obtaining fine particles or are concerned about changes in the crystal size distribution of your product prior to drying.

### 2.3.5. SIZE-DEPENDENT GROWTH AND GROWTH RATE DISPERSION

In our discussions of crystal growth theory and kinetics, we have assumed that the crystal growth rate is not a function of crystal size. While a good first assumption, this is not always true. As we saw in our discussion of Ostwald ripening, there is a difference in solubility between very small particles and larger particles. This differential solubility will result in a difference in supersaturation as a function of particle size. The smaller particles will be at a lower supersaturation then larger particles and will, therefore, not grow as fast. This is an example of size-dependent growth, however, this mechanism is important only when the crystal size is very small (under 1 $\mu$m).

For crystals of larger size, a size-dependent growth mechanism has been proposed for the situation when interfacial attachment kinetics control the crystal growth rate. This mechanism (Garside et al. 1976, 1974) is based on the idea that, as a crystal gets larger its total surface area increases, as does the probability of the occurrence of dislocations on the surface. If the crystals grow by a BCF-type mechanism, this would indicate that larger crystals will likely grow faster than smaller crystals. A mechanism has also been proposed based on bulk diffusion (Garside and Jančić 1976), which also indicates that under certain conditions larger crystals can grow faster than smaller ones. A number of investigators have developed empirical growth rate expressions that include a size dependence. This work is summarized by Randolph (1984).

While size-dependent growth does occur, work in recent years has shown that in many instances what had been attributed to size-dependent growth was due to another phenomenon, known as *growth rate dispersion*. This unexpected concept says that crystals of the same size and material exposed to identical conditions of supersaturation, temperature, and hydrodynamics do not necessarily grow at the same rate. This is not the same as size-dependent growth in which crystals of different sizes display differences in growth rate. The concept of growth rate dispersion was first used by White and Wright (1971) to explain an observed widening of the size range during the batch growth of sucrose.

Studies of growth rate dispersion have resulted in two distinctly different mechanisms being proposed. In one mechanism it is assumed that crystals have a distribution of growth rates but that each individual crystal grows at a constant rate (at a fixed set of conditions). This implies that nuclei are born with a distribution of growth rates and the observation of two nuclei in a crystallizer at steady-state conditions will reveal each nuclei growing at a constant but different rate. This type of behavior has been demonstrated experimentally for crystal fragments produced by attrition (Van't Land and Wunk 1978), for secondary nuclei (Berglund et al. 1983; Berglund and Larson 1982), and for single crystal produced by primary nucleation (Garside and Ristic 1983).

The second mechanism for growth dispersion says that while all crystals have the same time-averaged growth rate, the growth rates of individual crystals can fluctuate significantly with time. This mechanism, therefore, implies that the observation of two different crystals growing under identical conditions might be different at any time that the time-averaged growth rate over a long time period would be identical. Experimental evidence has also appeared (Human et al. 1982) that supports this mechanism.

Explanations of growth rate dispersion that have appeared in the literature employ the surface integration step of the BCF theory of crystal growth as the primary cause of the observed phenomena. The BCF theory indicates that the growth rate of a crystal is dependent on screw dislocations present on the surface. Experimental work has shown that changes in the location or density of screw dislocations can cause large changes in the crystal growth rate. Collisions of the crystals with the impeller, walls, and each other can result in damage to the dislocations and, therefore, changes in the crystal growth rate. This is especially true with secondary nuclei that could display very different dislocation densities. In addition, the imperfect nature of the crystal growth process could lead to changes in the dislocations of the crystal faces.

Both growth rate dispersion and size-dependent growth affect the crystal size distribution obtained from laboratory and industrial crystallizers. They must, therefore, be taken into account when analyzing the modeling crystallization processes. More information on this topic can be found in Chapter 4 of this volume.

## NOMENCLATURE

| | | |
|---|---|---|
| $A$ | Constant | Eq. (2.58) |
| $A$ | Surface area of crystal, $cm^2$ | Eq. (2.3) |
| $A_{10}$ | Surface area of the seeds at time zero | Eq. (2.61) |
| $B$ | Secondary nucleation rates, nuclei/$cm^2$-s | Eq. (2.17) |
| $B_0$ | Primary nucleation rate, nuclei/$cm^2$-s | Eq. (2.5) |
| $c$ | Bulk concentration | Eq. (2.47) |
| $c$ | Concentration of clusters | Eq. (2.11) |
| $c^*$ | Concentration of clusters at equilibrium, equilibrium solubility | Eq. (2.11), (2.64) |
| $C_1$, $C_2$ | Empirical parameters | Eq. (2.34) |
| $C_i$ | Interfacial concentration | Eq. (2.47) |
| $d$ | Interplanar spacing, cm | Eq. (2.1) |
| $D$ | Diffusion coefficient, $cm^2$/s | Eq. (2.28) |
| $D_s$ | Surface diffusion coefficient, $cm^2$/s | Eq. (2.29) |
| $E_G$ | Activation energy, ergs | Eq. (2.58) |
| $F$ | Shape factor ratio | Eq. (2.27) |
| $g$ | Exponent for crystal growth | |
| $G$ | Linear growth rate, cm/s | Eq. (2.32) |
| $h$ | Step height, cm | Eq. (2.32) |
| $i, j$ | Empirical exponents | Eq. (2.18) |
| $I$ | Two-dimensional nucleation rate | Eq. (2.34) |
| $k$ | Boltzman's constant | Eq. (2.5) |
| $k''_N$ | Empirical constant | Eq. (2.19) |
| $k'_N$ | Empirical constant | Eq. (2.18) |
| $k_d$ | Diffusion rate constant | Eq. (2.48) |
| $k_i$ | Rate constant | Eq. (2.49) |
| $k_N$ | Empirical constant | Eq. (2.17) |
| $L$ | Characteristic crystal length, cm | Eq. (2.2) |
| $m$ | Apparent nucleation order | Eq. (2.24) |
| $M_T$ | Suspension density, g/$cm^3$ | Eq. (2.18) |
| $n$ | Equilibrium number of molecules or monomers in solution | Eq. (2.34) |
| $n$ | Nucleation order | Eq. (2.17) |
| $\bar{L}_0$ | Average size of the seeds | Eq. (2.60) |
| $P$ | Pressure | Eq. (2.63) |
| $r$ | Nucleus radius, cm | Eq. (2.7) |
| $R$ | Growth rate for birth and spread model | Eq. (2.41) |
| $r_1$ | Cooling rate, °C/$h$ | Eq. (2.22) |
| $r_c$ | Critical nucleus radius, cm | Eq. (2.8) |
| $Re$ | Reynolds number | Eq. (2.20) |
| $R_G$ | Increase in crystal mass per unit time per unit area | Eq. (2.31) |
| $S$ | Supersaturation ratio | Eq. (2.11) |
| $S$ | Entropy | Eq. (2.63) |
| $S_{cr}$ | Critical transition supersaturation | Eq. (2.44) |
| $T$ | Solution temperature, K | Eq. (2.5) |
| $T_1$ | Temperature at which the first crystal appears, °C | |
| $t_g$ | Time for nucleus to grow to a detectable size, s | Eq. (2.26) |
| $t_{ind}$ | Induction time for formation of new phase, s | Eq. (2.26) |
| $t_n$ | Nucleation time, s | |
| $T_s$ | Saturation temperature, °C | |
| $t_{tr}$ | Time needed to reach steady-state nucleation, s | Eq. (2.26) |
| $v$ | Molecular volume, $cm^3$/g | Eq. (2.11) |
| $V$ | Volume of crystal, $cm^3$ | Eq. (2.2) |
| $V$ | Step velocity, cm/s | Eq. (2.32) |
| $V_m$ | Volume of the molecule, $cm^3$ | Eq. (2.33) |
| $W$ | Agitation rate, rpm | Eq. (2.18) |
| $x$ | Solute mole fraction | Eq. (2.28) |
| $y_0$ | Step spacing, cm | Eq. (2.32) |
| $\Delta C$ | Supersaturation | Eq. (2.17) |
| $\Delta C_0$ | Supersaturation at time zero | Eq. (2.60) |
| $\Delta G$ | Free energy change for the formation of a new phase, ergs | Eq. (2.5) |
| $\Delta G_{cr}$ | Critical free energy for nucleation, ergs | Eq. (2.5) |
| $\Delta G_{hom}$ | Free energy change for homogeneous nucleation, ergs | Eq. (2.15) |
| $\Delta G_{het}$ | Free energy change for heterogeneous nucleation, ergs | Eq. (2.15) |
| $\Delta G_s$ | Free energy change for the formation of a new surface, ergs | Eq. (2.5) |
| $\Delta G_V$ | Free energy change for the phase transformation, ergs | Eq. (2.5) |
| $\Delta G_{visc}$ | Free energy change due to viscous effects, ergs | Eq. (2.14) |

### Greek Letters

| | | |
|---|---|---|
| $\alpha$ | Volume shape factor | Eq. (2.2) |
| $\beta$ | Area shape factor | Eq. (2.3) |
| $\delta$ | Boundary layer thickness | Eq. (2.43) |
| $\xi$ | Kink density coefficient | Eq. (2.43) |
| $\eta$ | Effectiveness factor | Eq. (2.54) |
| $\Theta$ | Contact angle/wetting angle of the crystal, radians | Eq. (2.16) |
| $\theta$ | Incident angle of x-ray, radians | Eq. (2.1) |
| $\lambda$ | Wavelength, $cm^{-1}$ | Eq. (2.1) |
| $\mu_i$ | Chemical potential of species $i$ | Eq. (2.63) |
| $\rho$ | Crystal density, g/$cm^3$ | Eq. (2.31) |
| $\sigma$ | Surface tension, dynes/cm | Eq. (2.6) |
| $\phi$ | Multiplication factor for heterogeneous nucleation | Eq. (2.16) |
| $\sigma_s$ | Specific surface energy of solid particles | Eq. (2.63) |
| $\bar{\nu}$ | Speed of surface-adsorbed molecules | Eq. (2.35) |

## REFERENCES


Bennema, P. (1969). *J. Cryst. Growth* **5**, 29.

Bennema, P., Boon, J., Van Leeuwen, L., and Gilmer, G.H. (1973). *Krist. U. Technic.* **8**, 659.

Berglund, K.A., and Larson, M.A. (1982). *AIChE Symposium Series* **78**, 9.

Berglund, K.A., Kaufman, E.L., and Larson M.A. (1983). *AIChE J.* **25**, 876.

Bertin, E.P. (1975). *Principles and Practice of X-Ray Spectrometric Analysis*, Plenum Press, New York.

Black, S.N., and Davey, R.J. (1988). *J. Cryst. Growth* **90**, 136.

Botsaris, G.D., and Denk, E.G. (1970). *Ind. Eng. Chem. Fund.* **9**, 276.

Broul, M. (1978). Ph.D. thesis, University of Chem. Tech., Prague.

Buckley, H.E. (1951). *Crystal Growth*, Wiley, New York.

Bunn, C.W. (1961). *Chemical Crystallography*, 2nd ed., Oxford University Press, London.

Burton, W.K., Cabrera, N., and Frank, F.C. (1951). *Phil. Trans.* **A243**, 299.

CERIUS2 Software (1999). Molecular Simulations Inc. San Diego, CA.

Chernov, A.A. (1961). *Soviet Phys. Usp.* **4**, 116.

Clontz, N.A., and McCabe, W.L. (1971). *Chem. Eng. Prog. Symp. Ser.* **110**, 67, 6.

Clontz, N.A., Johnson, A.T., McCabe, W.L., and Rousseau, R.W. (1972). *Ind. Eng. Chem. Fund.* **11**, 368.

Clydesdale, G., Roberts, K.J., and Docherty, R., (1996). In *Crystal Growth of Organic Materials* (Myerson, A.S., Green D., and Meenan, P., eds.), pp. 43–52, American Chemical Society, Washington DC.
Cooke, E.G. (1966). *Krist. U. Technic.* **1**, 119.
Cullity, B.D. (1978). *Elements of X-Ray Diffraction*, 2nd ed., Addison-Wesley Publishing Co., Reading, MA.
Denk, E.G. (1970). Ph.D. thesis, Tufts University, Medford, MA.
Denk, E.G., and Botsaris, G.D. (1971). *Fundamental Studies in Secondary Nucleation from Solution*, International Conference on Crystal Growth-3, Marseille.
Denk, E.G., and Botsaris, G.D. (1972a). *J. Cryst. Growth* **13–14**, 493.
Denk, E.G., and Botsaris, G.D. (1972b). *J. Cryst. Growth* **15**, 57.
Docherty, R., and Meenan, P. In *Molecular Modeling Applications in Crystallization* (Myerson, A.S., ed.), pp. 106–165, Cambridge University Press, New York, 1999.
Donnay, J.D.H., and Harker, D. (1937). *Am. Mineral.* **22**, 446.
Engle, G.E., Wilke, S., Konig, O., Harris, K.D.M., and Leusen, F.J.J., (1999). *J. Appl. Cryst.* **32**, 1169–1179.
Frank, F.C. (1949). *Symposium on Crystal Growth, Discussions of the Faraday Society*, no. 5.
Garabedian, H., and Strickland-Constable, R.F. (1972a). *J. Cryst. Growth*, **12**, 53.
Garabedian, H., and Strickland-Constable, R.F. (1972b). *J. Cryst. Growth*, **13–14**, 506.
Garside, J. (1971). *Chem. Eng. Sci.* **26**, 1425.
Garside, J., and Jančić, S. (1976). *AIChE J.* **22**, 887.
Garside, J., and Ristic, R.I. (1983). *J. Cryst. Growth*, **61**, 215.
Garside, J., Mullin, J.W., and Das, S.N. (1974). *Ind. Eng. Chem. Fund.* **13**, 299.
Garside, J., Van Rosmalen, R., and Bennema, R. (1975). *J. Cryst. Growth*, **29**, 353.
Garside, J., Phillips, V.R., and Shah, M.B. (1976). *Ind. Eng. Chem. Fund.* 15, 230.
Garside, J., Rusli, I.T., and Larson, M.A. (1979). *AIChE J.* **25**, 57.
Garside, J., Gibilaro, L.G., and Tavare, N.S. (1982). *Chem. Eng. Sci.* **37**, 1625.
Garsten, V.A., and Head, R.B. (1966). *Phil. Mag.* **14**, 1243.
Genck, W.J., and Larson, M.A. (1972). *AIChE Symposium Series*, **68 (121)**, 57.
Gibbs, J.W. (1928). *On the Equilibrium of Heterogeneous Substances*, Collected Works, Longmans-Green, New York.
Gilli, G., In *Fundamentals of Crystallography*, Giacovazzo, C., (ed.) Oxford University Press, Oxford 1992.
Gilmer, G.A., Ghez, R., and Cabrera, N. (1971). *J. Cryst. Growth*, **8**, 79.
Hartman, P. (1980a). *J. Cryst. Growth*, **49**, 157.
Hartman, P. (1980b). *J. Cryst. Growth*, **49**, 166.
Hartman, P., and Bennema, P. (1980). *J. Cryst. Growth*, **49**, 145.
Hartman, P., and Perdok, W.G. (1955a). *Acta Crystallogr.* **8**, 49.
Hartman, P., and Perdok, W.G. (1955b). *Acta Crystallogr.* **8**, 521.
Hartman, P., and Perdok, W.G. (1955c). *Acta Crystallogr.* **8**, 525.
Human, H.J., Van Enckerork, W.J.A., and Bennema, P. (1982). In *Industrial Crystallization 81* (Jančić, S.J., and De Jong, E.J., eds.), p. 387, North Holland, Amsterdam.
Jančić, S.M., and Grootscholten, P.A.M. (1983). In *Industrial Crystallization*, pp. 36–37, Delft University Press, Delft, The Netherlands.
Joint Committee on Powder Diffraction Standards (1990). 1601 Park Lane, Swarthmore, PA.
Joshi, M.S., and Anthony, A.V. (1979). *J. Cryst. Growth* **46**, 7.
Khambaty, S., and Larson, M.A. (1978). *Ind. Eng. Chem. Fund.* **17**, 160.
Khamskii, E.V. (1969). *Crystallization from Solution*, Consultants Bureau, New York.
Kitaigorodski, A.I. (1973). *Molecular Crystals and Molecules*, Academic Press, New York.
Kubota, N., Kawakami, T., and Tadaki, T. (1986). *J. Cryst. Growth* **74**, 259.
Larson, M.A., and Bendig, L.L. (1976). *AIChE Symposium Series* **72 (153)**, 11.
Laudise, R.A. (1970). *The Growth of Single Crystals*, Prentice-Hall, Englewood Cliffs, NJ.
Leusen, F.J.J. (1993). Ph.D. dissertation, Nijmegen University, Nijmegen, The Netherlands.
McCabe, W.L. (1929). *Ind. Eng. Chem.* **21**, 112.
Melia, T.P., and Moffitt, W.P. (1964a). *Ind. Eng. Chem. Fund.* **3**, 313.
Melia, T.P., and Moffitt, W.P. (1964b). *Nature (London)* **201**, 1024.
Mullin, J.W. (1993). *Crystallization*, 3rd ed., Butterworth-Heinemann, Oxford.
Mullin, J.W. (1960). *Ind. Chemist* **36**, 272.
Mullin, J.W. (1972). *Crystallization*, 2nd ed., Butterworths, London.
Mullin, J.W., and Gaska, J. (1969). *Can. J. Chem. Eng.* **47**, 483.
Mullin, J.W., and Leci, C.L. (1969). *J. Cryst. Growth* **5**, 75.
Mullin, J.W., and Osman, M.M. (1973). *Krist. U. Technic.* **8**, 471.
Mullin, J.W., Garside, J., and Gaska, C. (1966). *Chem. Ind.* **1966**, 704.
Myerson, A.S. (1999). *Molecular Modeling Applications in Crystallization*, Cambridge University Press, New York.
Myerson, A.S. (1977). Ph.D. diss., University of Virginia, Charlottesville, VA.
Myerson, A.S., and Kirwan, D.J. (1977). *Ind. Eng. Chem. Fund.* **16**, 420.
Ness, J.N., and White, E.T. (1976). *AIChE Symposium Series* **72**, 153.
Nielsen, A.E. (1964). *Kinetics of Precipitation*, Pergamon Press, New York.
Nielsen, A.E. (1969). *Krist. U. Technic.* **4**, 17.
Nielsen, A.E., and Sohnel, O. (1971). *J. Cryst. Growth* **11**, 233.
Nývlt, J. (1968). *J. Cryst. Growth* **3–4**, 377.
Nývlt, J. (1972). *Collect. Czech. Chem. Commun.* **37**, 3155.
Nývlt, J. (1976). *AIChE Symposium Series* **72(153)**, 61.
Nývlt, J. (1981). *Cell. Czech.* **46**, 79.
Nývlt, J., Sohnel, O., Matuchova, M., and Broul, M. (1985). *The Kinetics of Industrial Crystallization*, Elsevier, Amsterdam.
Ohara, M., and Reid, R.C. (1973). *Modeling Crystal Growth Rates from Solution*, Prentice-Hall, Englewood Cliffs, NJ.
Packter, A.J. (1974). *J. Cryst. Growth* **21**, 191.
Powers, H.E.C. (1963). *Ind. Chemist.* **39**, 351.
Preckshot, G.W., and Brown, G.G. (1952). *Ind. Eng. Chem.* **44**, 1314.
Qiu, Y., and Rasmussen, A.C. (1990). *AIChE J.* **36**, 665.
Randolph, A.D. (1984). *AIChE Symposium Series* **240, (80)**.
Randolph, A., and Larson, M. (1986). *Theory of Particulate Processes*, 2nd ed., Academic Press, New York.
Ruoff, A.L. (1973). *Materials Science*, Prentice-Hall, Englewood Cliffs, NJ.
Saska, M., and Myerson, A.S. (1983). *J. Cryst. Growth*, **61**, 546.
Saska, M., and Myerson, A.S. (1987). *AIChE J.* **33**, 848.
Sikdar, S.K., and Randolph, A.D. (1976). *AIChE J.* **22**, 110.
Slaminko, P., and Myerson, A.S. (1981). *AIChE J.* **27**, 1029.
Sohnel, O., and Mullin, J.W. (1979). *Krist. U. Technic.* **14**, 217.
Sohnel, O., and Mullin, J.W. (1988). *J. Colloid. Interface Sci.* **123**, 43.
Stephen, L., and Stephen, R. (1963). *Solubilities of Inorganic and Organic Compounds*, Macmillan, New York.
Strickland-Constable, R.F. (1968). *Kinetics and Mechanism of Crystallization*, Academic Press, New York.
Strickland-Constable, R.F. (1972). *Chem. Eng. Prog. Symposium Series* **68(121)**, 1.
Strickland-Constable, R.F., and Mason, R.E.A. (1963). *Nature (London)* **197**, 897.
Tamman, G. (1925). *States of Aggregation*, Van Nostrand and Co., New York.
Tavare, N.S., (1995). *Industrial Crystallization Process Simulation Analysis and Design*, Plenum Press, New York.
Tavare, N.S., and Garside, J. (1986). *Chem. Eng. Res. Des.* **64**, 109.
Ting, H.H., and McCabe, W.L. (1934). *Ind. Eng. Chem.* **26**, 1201.
Tipson, R.S. (1950). *Techniques of Organic Chemistry*, 3rd ed. (Weissberger, A., ed.), Interscience, New York.
Toyokura, K., Yamazoe, K., and Mogi, J. (1976). *AIChE Symposium Series* **72 (153)**, 53.
Turnbull, D., and Fisher, J.C. (1949). *J. Chem. Phys.* **17**, 71.
Turnbull, D., and Vonnegut, B. (1952). *Ind. Eng. Chem.* **44**, 1292.
Vainshtein, B.K. (1981). *Modern Crystallization I*, Springer-Verlag, New York.
Van Rosmalen, R., and Bennema, P. (1975). *J. Cryst. Growth* **29**, 342.
Van't Land, C.M., and Wunk, B.G. (1978). *Control of Particle Size in Industrial Sodium Chloride Crystallization* (Mullin, J.W., ed.), p. 51, Plenum Press, New York.
Verma, A.R., and Krishna, P. (1966). *Polymorphism and Polytypism in Crystals*, Wiley, New York.
Volmer, M. (1939). *Kinetic der Phasenbildung*, Steinkoff, Dresden, Germany.
Volmer, M., and Schultze, W. (1931). *Z. Phys. Chem.* **A156**, 1–22.
Vonnegut, B. (1948). *J. Colloid Sci.* **3**, 563.
Weissbuch, I., Lahav, M., and Leiserowitz, L. (1999). In *Molecular Modeling Applications in Crytallization*, Myerson, A.S., (ed.), Cambridge University Press, New York.
White, E.T., and Wright, A.G. (1971). *Chem. Eng. Prog. Symposium Series* **110**, 67–81.
White, M.L., and Frost, A.A. (1959). *J. Colloid Sci.* **14**, 247.

Wilcox, W.R. (1971). *Preparation and Properties of Solid State Materials*, Lefever, New York.

Wilson, W.R. (1986). *Preparation and Properties of Solid State Materials*, Lefever, New York.

Witkamp, G.J., and Van Rosmallen, G.M. (1990). *American Chemical Society Symposium Series* no. 438 (Myerson, A.S., and Toyokura, K., eds.), pp. 392, American Chemical Society, Washington, DC.

Witkowski, W.R., Miller, S.M., and Rawlings, S.B. (1990). *Americal Chemical Society Symposium Series* no. 438 (Myerson, A.S., and Toyokura, K., eds.), pp. 102, American Chemical Society, Washington, DC.

Wright, J.D. (1987). *Molecular Crystals*, Cambridge University Press, New York.

Youngquist, G.R., and Randolph, A.D. (1972). *AIChE J.* **18**, 421.

# 4

# ANALYSIS AND MEASUREMENT OF CRYSTALLIZATION UTILIZING THE POPULATION BALANCE

K.A. Berglund

## 4.1. PARTICLE SIZE AND DISTRIBUTION

The size and shape of particles in a particulate product are important for several reasons. The efficiency of any process for production of a particulate material relies on the size, shape, and size distribution. A very small mean size product is difficult to centrifuge, wash, and package. Many products must be dissolved for subsequent use and a broad size range leads to variation in time necessary for dissolution among product crystals. Shape can also be important in applications such as pharmaceuticals wherein different crystal faces have different dissolution rates, leading to variation in bioavailability for crystals of different shapes. Therefore, any comprehensive discussion of crystallization must include the genesis of size and size distribution, as well as its possible measurement and control.

The population balance approach to analysis of crystallizers was formalized and presented by Randolph and Larson (1971, 1988). The technique parallels other balance approaches such as material and energy balances, which are familiar to process engineers. The population balance is used to account for both the size (an attribute to be described later in this section) and number of particles. Therefore, before a discussion of the development and application of the population balance can be enjoined, it is necessary to consider size and size distributions of particles.

The concept of particle size and its measurement is both very simple and complex. We all know what we mean by size, but it is difficult to quantify in many instances. In the specific case of size definition for crystallization, we generally resort to a single linear dimension to establish size. This dimension, which we will denote the characteristic dimension, will be determined by the method of measurement to be discussed later in this section.

Crystals do not occur in single sizes, but have distributions. Two types of crystal size distributions are normally considered, the density distribution and the cumulative distribution. The density distribution is defined as

$$\int_0^{\infty} f(L)dL = 1 \quad (4.1)$$

where $f(L)dL$ denotes the fraction of particles in the size range between $L$ and $L + dL$. Eq. (4.1) is written in normalized form, which results in the integral being equal to one. The second type of size distribution is the cumulative distribution defined as

$$F(L) = \int_0^{L} f(L)dL \quad (4.2)$$

The density distribution has arbitrary units of no./size × volume while the cumulative distribution has arbitrary units of no./volume.

The relative importance of the two distributions becomes more apparent when one considers the type of data usually encountered in the analysis of crystallizers. A typical cumulative oversize plot is shown in Figure 4.1. Such a plot would be constructed by summing the number of particles greater than zero. In this instance we are assuming that we can use a single characteristic dimension to describe each particle. This will be determined by the method of size measurement. The transformation from the numbers data, $N$, to population density, $n$, is then defined by




**Figure 4.1** A typical cumulative numbers oversize plot.

$$n = \left.\frac{dN}{dL}\right|_L \quad (4.3)$$

A population density distribution plot is shown in Figure 4.2. Typical units for $n$ and $N$ are no./$m^3 \cdot m$ and no./$m^3$, respectively.

The relationship between the number distribution, $N(L)$, and the number density distribution, $n(L)$, can be thought of as a transform. Specifically, Eq. (4.3) can be used to transform in one direction while Eq. (4.4) can be used for the reverse transformation.

$$N(L) = \int_0^{L} n(L)dL \quad (4.4)$$

This is very important in a practical sense because we measure distribution in the integral domain, i.e., $N(L)$. We do not directly measure $n(L)$, but calculate it. The conventional approach to use of the population balance utilizes $n(L)$; therefore, we almost always deal with transformed experimental data.




**Figure 4.2** A typical population density versus size plot.

Many important properties of the crystal size distribution (CSD) can be calculated utilizing the population density. The total number of particles per unit volume, $N_T$, is

$$N_T = \int_0^{\infty} n(L)dL \tag{4.5}$$

In a similar fashion, the total area of the size distribution per unit volume, $A_T$, is

$$A_T = \int_0^{\infty} k_a L^2 n(L)dL \tag{4.6}$$

where $k_a$ is the area shape factor that relates the area of a particle to the square of the characteristic dimension. A third property is the total mass per unit volume, $M_T$, which is also referred to as the suspension density. $M_T$ is calculated

$$M_T = \rho k_v \int_0^{\infty} L^3 n(L)dL \tag{4.7}$$

Here, $\rho$ is the density of the solid and $k_v$ is the volumetric shape factor that relates the volume of a particle to its characteristic dimension cubed.

Eqs. (4.5), (4.6), and (4.7) can be used in a different manner upon changing the limits of integration. If the upper limit of integration is changed to $L$ instead of $\infty$, we obtain the number [shown in Eq. (4.4)], area, and mass distributions, $n(L)$, $A(L)$, and $M(L)$, respectively. The latter distribution is very important in that we often have specifications based on mass distribution. Furthermore, we can use this relationship to convert from $M(L)$ to $n(L)$ when working with sieves.

Mean size can also be defined through use of the population density. For example, if it is desired to calculate the number based mean size, it can be found from

$$\overline{L}_{1,0} = \int_0^{\infty} Ln(L)dL \Big/ \int_0^{\infty} n(L)dL = \int_0^{\infty} Ln(L)dL/N_T \tag{4.8}$$

A more common mean size is that based on mass which is

$$\overline{L}_{4,3} = \int_0^{\infty} L^4 n(L)dL \Big/ \int_0^{\infty} L^3 n(L)dL \tag{4.9}$$

In fact, any weighting of mean size can be used in addition to Eqs. (4.8) and (4.9) through use of the recursion

$$\overline{L}_{i+1,\,i} = m_{i+1}/m_i \tag{4.10}$$

where $m_i$ is the $i$th moment of the size distribution defined as

$$m_i = \int_0^{\infty} L^i n(L)dL \tag{4.11}$$

In a subsequent discussion of the population balance we will utilize the concept of moments in more detail. A comparison of the different mean sizes will be given for the distribution resulting from a continuous crystallizer.

## 4.2. MEASUREMENT OF SIZE DISTRIBUTION

There are two major classes of sizing techniques commonly used in practice: mass-based and number-based. The mass-based techniques include classical sieving procedures. Sieves are used by measuring the mass retained on a series of screens of progressively smaller size when moving from the top to the bottom of the stack. The mean size calculated on the basis of these weight measurements is the mass mean size, $\overline{L}_{4,3}$. If one wishes to convert sieve data to population density data, the following equation should be used

$$n = \frac{\Delta m}{k_v \rho \overline{L}^3 (\Delta L)} \tag{4.12}$$

where $\Delta m$ is the weight retained on a sieve, $k_v$ is the volumetric shape factor defined earlier, $\rho$ is the particle mass density, $\overline{L}$ is the mean size of the sieve on which the particles are retained and the sieve above it in the stack, and $\Delta L$ is the size difference between the two sieves just discussed. Example 4.1 shows data reduction reproduced from Randolph and Larson (1988).

---

**EXAMPLE 4.1**
**Reduction of Sieve Data to Population Density Data**

A known volume of mother liquor containing crystals is sampled from a crystallizer. They are filtered, washed with an appropriate washing solution to avoid agglomeration, dried, and weighed. Using the weight of crystals obtained and the volume of mother liquor sampled, the slurry density, $M_T$, is calculated to be 0.1g/cm$^3$ of solids-free liquor (i.e., filtrate). The crystals are then sieved and the mass size range is 0.1. The crystal density and volumetric shape factor are known to be 2.0 g/cm$^3$ and 0.6, respectively. Determine the population density at 110$\mu$m (the average size of the 100- to 120 – $\mu$m size range).

Using Eq. (4.12) for the average size, which in this case is 110 $\mu$m, is

$$n = \frac{\Delta m}{k_v \rho \overline{L}^3 (\Delta L)}$$

using $\Delta m = \Delta w M_T$, where $\Delta w$ is the weight fraction in the size range.

$$n = \frac{(0.1)(0.1\ \text{g/cm}^3)(10^{12}\ \mu\text{m}^3/\text{cm}^3)}{(0.6)(2.0\ \text{g/cm}^3)(110\ \mu\text{m})^3(120 - 100\ \mu\text{m})}$$
$$= 313\ \text{no./cm}^3 \cdot \mu\text{m}$$

---

Other techniques also based on mass are sedimentation and light scattering/diffraction. The most popular technique offered by several companies is Fraunhofer diffraction. In each case, including sieves, there will be some difficulty in measuring small particles in the presence of larger particles. This will manifest itself in poor estimation of the small size population density, a shortcoming that will become more obvious when nucleation rates are determined from crystal size distribution measurements.

A second class of measurement techniques, based on particle number, overcomes some of the problems associated with mass-based techniques. Electronic zone sensing, sometimes referred to as the "*Coulter*" principle, permits simultaneous particle size and number measurement. Particles are sized by suspending them in an electrolyte and drawing them through an aperture tube across which a current is passed. As particles pass through the aperture, a change in conductivity occurs and an electrical pulse is created, the magnitude of which is proportional to the volume of the particles. Typically, the size reported is the equivalent spherical diameter; the diameter of a sphere with the same volume as the particle measured.

The electronic zone-sensing technique has been widely used as both a research and quality control tool. The major shortcoming of the technique is the requirement of an electrolyte solution in which to suspend the particles without causing dissolution. Other problems such as electrical noise and coincidence (two particles passing through the aperture at the same time) can usually be overcome by choice of appropriate experimental conditions. Example 4.2 shows data reduction using the Coulter-type data.

**EXAMPLE 4.2**
**Reduction of Electronic Zone Sensing Data to Population Density Data**

A set of typical electronic zone-sensing data are given in Table 4.1. The sample volume from the crystallizer was 1 ml and it was diluted into 100 ml of electrolyte. A sample of 0.1 ml was drawn through the aperture to record the particle numbers given in Table 4.2. Therefore, the basis for the particles is

$$\text{no./volume} = \left(\frac{100\,\text{ml of electrolyte}}{1\,\text{ml of sample of magma}}\right)\frac{1}{(0.1\,\text{ml of electrolyte})}$$
$$= \text{no./ml sample of magma} \times 1000$$

Therefore, the particle numbers appearing in Table 4.1 should be multiplied by 1000 to get them on the basis of milliliters of crystallizer magma.

To calculate the population density, where $i$ denotes the channel number,

$$n_i = \frac{\Delta N_i}{L/\text{upper end} - L/\text{lower end}} = \frac{\Delta N_i}{\Delta L_i}$$

Using the data from Table 4.1, Table 4.2 can be constructed. A comparison of the numbers, $N(L)$, and population density, $n(L)$, plots are shown in Figures 4.3 and 4.4. It is important to note how similar the two plots can look, depending on the data under consideration.

**TABLE 4.1 Example of Raw Data Obtained in a Coulter-Type Size Measurement Device**

| Channel | Size at Edge of Channel (μm) | Average Size of Channel (μm) | Particle No. in Channel |
|---|---|---|---|
| | 10 | | |
| 1 | | 12.0 | 1000 |
| | 14.0 | | |
| 2 | | 17.0 | 2000 |
| | 20.0 | | |
| 3 | | 24.2 | 3000 |
| | 28.3 | | |

**TABLE 4.2 Coulter-Type Data Reduced to Population Density**

| Channel | $\bar{L}_i$(μm) | $\Delta N_i$(No./ml) | $\Delta L_i$(μm) | $n_i$(No./ml·μm) |
|---|---|---|---|---|
| 1 | 12.0 | 1,000,000 | 4.0 | 250,000 |
| 2 | 17.0 | 2,000,000 | 6.0 | 333,000 |
| 3 | 24.2 | 3,000,000 | 8.3 | 361,000 |



**Figure 4.3** Numbers distribution data from text Example 4.2.



**Figure 4.4** Population density distribution from text Example 4.2.

More recently, there have been in-process techniques developed. Focused Beam Reflectance Measurement (FBRN®) uses an immersion probe and is capable of in situ measurement of particle chord length. Obscuration measurement can also be used as an in line size measurement. Acoustic size measurement is also emerging as in-process technique that permits use in heavy slurries that are difficult to measure using optical techniques.

Microscopy can also be employed as a number-based sizing technique. The major shortcoming is the requirement of counting individual particles. Even with use of image analysis techniques, this shortcoming makes it difficult to acquire sufficient counts so as to be statistically significant. Another shortcoming is the two-dimensional nature of the sizing technique. While the third dimension can sometimes be inferred by shadowing techniques, only two dimensions are directly measured. The main considerations in choosing a sizing technique are usually cost and convenience. Irrespective of the technique chosen, it is imperative that the practitioner is aware of the technique's strengths and shortcomings.

## 4.3. THE MIXED SUSPENSION, MIXED PRODUCT REMOVAL (MSMPR) FORMALISM FOR THE POPULATION BALANCE

The power of the population balance for analysis of crystallizers is demonstrated by its application to a continuous crystallizer. It is desired to predict the product CSD from a continuous, stirred tank reactor (CSTR). Such a continuous crystallizer is called a mixed suspension, mixed product removal (MSMPR) crystallizer (Randolph and Larson 1988). Several assumptions are involved in this formalism. First, it is assumed that the product CSD is the same as that found within the crystallizer, i.e., no classification of the particles in the crystallizer takes place. This is the standard assumption used in reaction engineering to define a well-mixed reaction vessel. Second, it is assumed that particles are formed only by nucleation and increase in size only through growth. The processes of breakage, attrition, and agglomeration are negligible. Finally, the shape factors for particles are not a function of size. This permits the use of a single characteristic size to be used as the dimension to describe the entire size range.

Using the same approach as is used to write material and energy balances, a population balance can also be constructed. Consider an arbitrary size within the crystallizer (Figure 4.5), for the size range $L_1$ to $L_2$ with population densities $n_1$ and $n_2$, respectively, the balance is

$$\text{No. in} = \text{no. out} \tag{4.13}$$

Particles may enter or leave the size range via either growth or flow. If $G$ is denoted as the growth rate of the characteristic dimension, $V$ is the crystallizer volume, and $Q$ is the volumetric flow rate, the four terms to be considered are




**Figure 4.5** Schematic diagram of an MSMPR crystallizer.

1. Number of particles entering size range by growth—$Vn_1G_1$.
2. Number of particles leaving the size range by growth—$Vn_2G_2$.
3. Number of particles entering the size range by flow—$Q_i\bar{n}_i\Delta L$, where $\bar{n}_i$ = average in $L_1$ to $L_2$ and $\Delta L = L_2 - L_1$.
4. Number of particles leaving the size range by flow—$Q\bar{n}\Delta L$.

Equating the terms in Eq. (4.13), yields,

$$Vn_1G_1 + Q_i\bar{n}_i\Delta L = Vn_2G_2 + Q\bar{n}\Delta L \tag{4.14}$$

Upon arrangement, Eq. (4.14) becomes

$$V\left[\frac{n_2G_2 - n_iG_2}{\Delta L}\right] = Q_i\bar{n}_i - Q\bar{n} \tag{4.15}$$

Taking the limit as $\Delta L$ approaches zero permits the mean values to be replaced by single values and results in

$$V\frac{d(Gn)}{dL} = Q_in_i - Qn \tag{4.16}$$

Upon observing that $V/Q = \tau$, mean retention time, and assuming no particles are in the feed stream, i.e., $n_i = 0$, Eq. (4.16) reduces to

$$\tau\frac{d(Gn)}{dL} + n = 0 \tag{4.17}$$

If the system under consideration follows McCabes $\Delta L$ law, $G \neq G(L)$, the result becomes

$$\frac{dn}{dL} = -\frac{n}{G\tau} \tag{4.18}$$

Eq. (4.18) is an ordinary differential equation that can be separated and integrated. If the boundary condition of $n^o$ representing zero-sized particles is employed, i.e., $n(0) = n^o$, the final result is

$$n = n^o\exp\left(-\frac{L}{G\tau}\right) \tag{4.19}$$

Therefore, the growth rate, $G$, can be determined from the slope of the CSD.

The second kinetic parameter that can be deduced from the CSD is the nucleation rate. If the nucleation rate, $B^o$, is the rate of appearance of near zero-sized particles, an expression can be derived, thus




**Figure 4.6** Semilogarithmic population density versus size plot predicted by application of the MSMPR crystallizer formalism.

$$B^o = \left.\frac{dN}{dt}\right|_{L\to 0} = \left[\frac{dN}{dL}\cdot\frac{dL}{dt}\right]_{L\to 0} = n^o G \quad (4.20)$$

Therefore, a semilogarithmic plot of the population density versus size yields $n^o$ from the intercept and $G$ from the slope (Figure 4.6).

Since $\tau$ is fixed by the choice of experimental conditions, nucleation and growth rates can be determined simultaneously by a single measurement of the CSD at steady-state. Example 4.3 shows the use of the population balance in determination of nucleation and growth kinetics.

**EXAMPLE 4.3**
**Sieve Analysis for an MSMPR Crystallizer. (Adapted from Belter et al. 1988.)**

An MSMPR crystallizer was used to produce sucrose. At steady-state, a sieve analysis was performed to determine the size distribution. The percentage retention on the respective sieves was measured and is presented in Table 4.3.

The suspension density was measured as 335 g/l and the retention time was fixed at 2.5 h. We would like to perform an MSMPR analysis on these data to determine the crystal nucleation and growth rates.

First, the data must be converted from cumulative percentages to population density. This is done by first determining what the mean size will be for each size range. Since the crystals retained on a given sieve must be larger than the sieve size and smaller than the sieve size above it in the stack, we will use the arithmetic mean to represent the size. So, for example, the crystals average size retained on the 20 mesh in our example is

$$\bar{L}_{20} = \frac{1.199 + 0.841}{2} = 1.02\,\text{mm}$$

The cumulative sieve data are reduced to population density by using Eq. (4.12). We will assume $k_v = 1$ and $\rho = 1588\,\text{g/cm}^3$. For the 28-mesh crystals

$$n = \frac{\Delta m}{k_v \rho \bar{L}^3 \cdot \Delta L}$$
$$= \frac{(0.14 - 0.03)335\,\text{g/l}}{(1)(1.588\,\text{g/cm}^3)}$$
$$\times (1\,\text{cm}^3/1000\,\text{mm}^3)(0.718\,\text{mm/no.crystals})^3(0.246\,\text{mm})$$
$$= 255{,}000\,\frac{\text{no.crystals}}{\text{mm}\cdot 1}$$

**TABLE 4.3 Mass Retained in Sieve Analysis of Example 4.3**

| Sieve (Mesh) | Size of Mesh (mm) | Cumulative Percent Retained |
|---|---|---|
| 14 | 1.199 | — |
| 20 | 0.841 | 3 |
| 28 | 0.595 | 14 |
| 35 | 0.420 | 38 |
| 48 | 0.297 | 76 |
| 65 | 0.149 | 92 |

**TABLE 4.4 Population Density Distribution Data Obtained from Sieve Analysis in Example 4.3**

| Sieve (Mesh) | Average Size Retained (mm) | Difference, $\Delta L$(mm) | ln (Population Density) |
|---|---|---|---|
| 20 | 1.02 | 0.358 | 9.80 |
| 28 | 0.72 | 0.246 | 12.5 |
| 35 | 0.51 | 0.175 | 14.6 |
| 48 | 0.36 | 0.123 | 16.5 |
| 65 | 0.25 | 0.148 | 17.0 |

The remaining values are given in Table 4.4.

Upon constructing the semilogarithmic population density versus size plot, Figure 4.7 results. The growth rate is calculated

$$G = \frac{1}{\text{slope}}\left(\frac{1}{\tau}\right)$$
$$= -\frac{1}{9.9(2.5\,\text{h})}$$
$$= 0.040\,\text{mm/h}$$

Since the intercept is $n^o = 3.25 \times 10^8(\text{no./mm}\cdot 1)$, the nucleation rate is

$$B^o = n^o G$$
$$= \left(3.25 \times 108\,\frac{\text{no.}}{\text{mm}\cdot 1}\right)(0.40\,\text{mm/1}\cdot\text{h})$$
$$= 1.3 \times 10^7 \frac{\text{no.}}{1\cdot\text{h}}$$

An alternate approach (one that should be used with caution!) is to plot the cumulative numbers directly. Since

$$N(L) = \int_L^\infty n\,dL$$

where $N(L)$ is cumulative oversize, we can insert the MSMPR crystallizer result from Eq. (4.18) and upon integrating obtain

$$N(L) = B^o \tau \exp(-L/G\tau)$$

So we see that cumulative oversize plots can also yield exponentials only with a different intercept. This feature is often responsible for novices' confusion on whether they are plotting $n$ or $N$! Caveat emptor!




**Figure 4.7** Semilogarithmic population density versus size plot obtained by MSMPR analysis of data in Example 4.3. (Data from Belter et al. 1988.)

The exponential distribution given in Eq. (4.19) has a convenient analogy to reaction engineering. An exponential residence time distribution is obtained from a CSTR. Therefore, since an MSMPR crystallizer has an exponential residence time distribution, it should come as no surprise that the CSD has that form because it is caused by kinetic events, namely nucleation and growth.

In addition to its physical significance, the exponential size distribution is convenient for calculation of several quantities relative to the CSD. For example, from Eq. (4.5) the total number of particles, $N_T$, can be determined

$$N_T = \int_0^\infty n(L)dL = \int_0^\infty n^o \exp\left(-\frac{L}{G\tau}\right)dL = m_o = n^o G\tau \tag{4.21}$$

Similarly, the area, $A_T$, and suspension density, $M_T$, can be determined from Eqs. (4.5) and (4.6), respectively.

$$A_T = k_a m_2 = 2k_a n^o (G\tau)^3 \tag{4.22}$$

$$M_T = \rho k_v m_3 = 6k_v \rho n^o (G\tau)^4 \tag{4.23}$$

Finally, using Eq. (4.10) the various mean sizes can be calculated

$$\bar{L}_{1.0} = G\tau \tag{4.24a}$$

$$\bar{L}_{2.1} = 2G\tau \tag{4.24b}$$

$$\bar{L}_{3.2} = 3G\tau \tag{4.24c}$$

$$\bar{L}_{4.3} = 4G\tau \tag{4.24d}$$

### 4.3.1. MASS BALANCE

From the preceding discussion, it is clear that irrespective of the crystallization system under consideration the size distribution will have the same form. However, the mass balance must also be satisfied.

The mass balance for a crystallization system is written for the phase change. That is, the rate at which solute is lost from the solution phase must be equal to the rate at which mass is gained by the solid phase. In the absence of seeding, $n_i = 0$, the mass balance can be written

$$Q_i C_i - Q_0 C_0 = Q_0 M_T \tag{4.25}$$

Since the mass rate of deposition due to nucleation is usually negligible relative to that of crystal growth, $Q_0 M_T$ can be equated to the growth on the particle surface

$$Q_i C_i - Q_0 C_0 = Q_0 M_T = \tfrac{1}{2} G A_T \rho V \tag{4.26}$$

where the 1/2 is necessary to account for face growth and $L$ refers to a diameter rather than a radius. If $\delta C = (Q_i/Q_0)(C_i - C_0)$ and Eq. (4.21) is used for $A_T$, then Eq. (4.26) can be rearranged

$$G = \frac{2(\delta C)}{\rho k_a \tau \int_0^\infty nL^2 dL} \tag{4.27}$$

Growth rate is a function of supersaturation. If a linear relation is assumed (a nonlinear relation can also be assumed)

$$G = k_1(C - C_{eq}) = k_1 s \tag{4.28}$$

where $C_{eq}$ is the saturation concentration and supersaturation is defined thus, $s = C - C_{eq}$. Upon equating Eqs. (4.27) and (4.28) and rearranging, the following result is obtained

$$s = \frac{k(\delta C)}{\tau\left[\int_0^\infty nL^2 dL\right]} \tag{4.29}$$

Previously, it has been shown that both growth and nucleation are functions of supersaturation, i.e., $B^o = B^o(s)$ and $G = G(s)$.




**Figure 4.8** Information feedback diagram illustrating the interaction between size distribution and kinetics resulting from the constraint of the mass balance.

The interaction among the kinetic expressions and the mass balance can be conveniently expressed in the form of an information feedback loop as shown in Figure 4.8. Here it is shown how the size distribution, which dictates the area and mass of the distribution, impacts on the kinetics by altering the supersaturation, $s$. It is this information feedback of the system that makes control of crystallizers a challenging problem in that overshoot is easily caused.

## 4.4. GENERALIZED POPULATION BALANCE

As is the case for all balance equations, we can generalize the population balance. The details of the derivation are presented elsewhere (Randolph and Larson 1988).

The basis of the derivation is the concept of particle phase space, of a system, i.e., the least number of independent coordinates that allows a complete description. These coordinates are either internal, which describe properties independent of position, or external, which describe spatial distribution.

A Lagrangian viewpoint results in the form

$$\frac{\delta n}{\delta t} + \nabla \cdot (\mathbf{v}_e n) + \nabla \cdot (\mathbf{v}_i n) = B - D \quad (4.30)$$

where $n$ is the population density; $t$ is time; $\mathbf{v}_e$ is the velocity along an external coordinate, i.e., particle velocity; $\mathbf{v}_i$ is the velocity along an internal coordinate, e.g., $G = dL/dt$; $B$ is a birth function; and $D$ is a death function. This form is also known as the micro-distributed population balance.

An Eulerian viewpoint results in the form

$$\frac{\delta n}{\delta t} + \nabla \cdot \mathbf{v}_i n + n\frac{d(\log V)}{dt} = B - D - \sum_k \frac{Q_k n_k}{V} \quad (4.31)$$

where all items are the same as before with the addition of the system volume, $V$, and the flow rates across the system boundary, $Q_k$. This expression is also known as the macro-distributed population balance and is the most useful form for crystallizers. Example 4.4 shows reduction of the expression.

---

**EXAMPLE 4.4**
**Reduction of the Macro-Distributed Population Balance for an MSMPR Crystallizer**

At steady state, all time derivatives are zero so

$$\frac{\delta n}{\delta t} + \frac{d(\log V)}{dt} = 0$$

No breakage or agglomeration occurs in an MSMPR crystallizer so $B = D = 0$. The internal coordinate of interest is particle length so, $\mathbf{v}_i = G = dL/dt$. Furthermore,

$$\nabla \cdot \mathbf{v}_i n = \frac{d(Gn)}{dL} = G\frac{dn}{dL}$$

if $G \neq G(L)$. The only flow rate of particles occurs in the exit stream (if we assume no seeding) so

$$\frac{Q_k n_k}{V} = \frac{Q}{V} n = \frac{n}{\tau}$$

Collecting all terms we obtain

$$G\frac{dn}{dL} + \frac{n}{\tau} = 0$$

or

$$\frac{dn}{dL} + \frac{n}{G\tau} = 0$$

which is the same result obtained previously for an MSMPR crystallizer.

---

The macro-distributed population balance also permits us to analyze the performance of a continuous crystallizer, which is not at steady state. The population balance reduces to

$$\frac{\delta n}{\delta t} + G\frac{\delta n}{\delta L} + \frac{n}{\tau} = 0$$

for an unsteady state MSMPR crystallizer.

## 4.5. EXTENSION AND VIOLATIONS OF THE MSMPR MODEL

Unfortunately, in many cases the semilogarithmic population density size plot shown in Figure 4.6 is not obtained. A common occurrence when analyzing data at smaller sizes, e.g., <100 $\mu$m, is to obtain a strong upward curvature. The following discussion gives possible reasons and approaches to analyzing such data.

### 4.5.1. SIZE-DEPENDENT CRYSTAL GROWTH

A possible interpretation is size-dependent growth, wherein smaller crystals grow slower than larger ones. In order to model this situation it is necessary to return to the differential equation derived from the population balance

$$\frac{d(Gn)}{dL} + \frac{n}{\tau} = 0 \quad (4.32)$$

At this point, instead of assuming $G \neq G(L)$, an empirical relation is assumed for $G(L)$. The most widely used one is the ASL model (Abegg et al. 1968)

$$G = G_0(1 + \gamma L)^b,\ b < 1 \quad (4.33)$$

Upon substitution into the population balance and solutions, the following result is obtained for the population balance

$$n(L) = Kn^o(1 + \gamma L)^{-b} \exp\left[-(1 + \gamma L)^{1-b}/G_0 \tau \gamma(1 - b)\right]. \quad (4.34)$$

where $K = \exp[1/G_0 \tau \gamma(1 - b)]$ and $b < 1$. The equation can be fit to experimental data to determine the constants $G_0$, $b$, and $\gamma$. An example of a plot resulting from the results in Eq. (4.34) is shown in Figure 4.9.




**Figure 4.9** Dimensionless CSD from Eq. (4.34). [From "Crystal Size Distributions in Continuous Crystallizers when Growth Rate is Size Dependent," C.F. Abegg, J.D. Stevens, and M.A. Larson (1968), *AIChE J.*, 14(1), pp. 118–122. Reproduced by permission of the American Institute of Chemical Engineers © 1968 AIChE.]

### 4.5.2. GROWTH RATE DISPERSION

A second set of phenomena that should be included in CSD modeling is growth rate dispersion. Two possible mechanisms have been modeled and observed experimentally.

***Random Fluctuation Model (Randolph and White 1977).*** In this case the growth of crystals fluctuates during the course of time. It is possible to write the overall population balance as

$$\frac{\partial n}{\partial t} + \nabla \cdot \mathbf{N} = \text{sum of sources and sinks} \tag{4.35}$$

In this form the flux vector N is

$$\mathbf{N} = (\nu_z n)\delta_z + (Gn)\delta_L \tag{4.36}$$

where, as before, there is the external term, $\nu_z n$, and an internal term, $Gn$.

In the Random Fluctuation Model, it is proposed that both flow and velocity fluctuations occur, requiring two more diffusivity terms

$$\mathbf{N} = \left(\nu_z n + D_a \frac{\partial n}{\partial z}\right)\delta_z + \left(Gn + D_G \frac{\partial n}{\partial L}\right)\delta_L \tag{4.37}$$

where

$D_a$ = axial diffusivity

$D_G$ = growth rate diffusivity

Substituting into the general population balance equation yields for the micro-distributed case

$$\frac{\partial n}{\partial t} + v_z \frac{\partial n}{\partial z} + \frac{\partial (Gn)}{\partial L} = B - D + D_a \frac{\partial^2 n}{\partial z^2} + D_G \frac{\partial^2 n}{\partial L^2} \tag{4.38}$$

and the macro-distributed case

$$\frac{\partial n}{\partial t} + \frac{\partial (Gn)}{\partial L} + n \frac{\partial (\log V)}{\partial t} = \sum_j \frac{Q_j n_j}{V} + B - D + D_G \frac{\partial^2 n}{\partial L^2} \tag{4.39}$$

An interesting consequence of this model is its solution for an MSMPR crystallizer. The net result is to produce a linear semilogarithmic population density size plot with a larger mean size than would be predicted from the growth rate. Therefore, the standard MSMPR analysis can be used.

***Constant Crystal Growth Model.*** In this instance, crystals have an inherent constant growth rate, but the rate from crystal-to-crystal varies. The modeling of this phenomenon must be accomplished by use of probability transform techniques due to the presence of a growth rate distribution. The complete solution for the population density yields a semilogarithmic population density plot that is concave upwards similar to size-dependent growth (Berglund and Larson 1984). Since it is relatively difficult to handle, a moment approximation was developed for an MSMPR crystallizer (Larson et al. 1985).

$$m_L(j) = j!\tau^j m_G(j) \tag{4.40}$$

where

$m_L(j)$ = $j$th moment of the CSD

$m_G(j)$ = $j$th moment of the growth rate distribution

Determination of which of the preceding phenomena is operative is not always an easy matter. One approach is to study the growth of individual crystals. If one can satisfactorily accomplish this, the different phenomena can be separated. Figure 4.10 depicts the type of results one would expect from the various phenomena.

### 4.5.3. METHODS TO TREAT EXPERIMENTAL DATA

***Effective Nucleation Rates.*** A simple approach to handling the problem of upward curvature of the semilogarithmic size plot at small size is to use linear extrapolation. Figure 4.11 shows an example of such data for the sucrose-water system. Previously, we saw data for sucrose crystallization in Figure 4.7. These data obeyed the MSMPR formalism since small-size population densities were not measured. The data shown in Figure 4.11, also for the sucrose-water system, were measured using a Coulter counter, which allowed the smaller sizes to be determined. Since the linear portion of the plot represents the product sized crystals, a linear extrapolation to zero size yields an "effective" zero-size population density. Therefore, an "effective" nucleation rate can also be determined. This approach does not require knowledge of the cause of the curvature.

***Sum of Growth Rate Distributions.*** Berglund and de Jong (1990) devised a method of data treatment that allows use of the entire size distribution. It was previously shown that the moments of the growth rate distribution can be related to the moments of the size distribution, thus,

$$m_L(j) = j!\tau^j m_G(j) \tag{4.41}$$




**Figure 4.10** Comparison of the consequences of size-dependent growth and growth rate dispersion. Consider an experiment wherein several crystals can be monitored independently in time.




**Figure 4.11** Semilogarithmic population density size plot depicting use of linear extrapolation to determine "effective" zero-size population density. Data are for the sucrose-water system. (Liang and Hartel 1991.)

Using the definition of mean sizes

$$\bar{L}_{j+1,j} = \frac{m_L(j+1)}{m_L(j)} \tag{4.42}$$

we can rewrite this as

$$\bar{L}_{j+1,j} = (j+1)\tau \frac{m_G(j+1)}{m_G(j)} \tag{4.43}$$

From this relation the growth rate distribution that causes curvature can be determined by guessing different forms and checking against the mean sizes.

Upon successful fit of data the nucleation and growth kinetics can be determined.

Since

$$m_T = \rho k_v B^o \tau m_L(3) \tag{4.44}$$

and

$$m_L(j) = j! \tau^j m_G(j), \quad \text{then} \tag{4.45}$$

$$m_T = 6\rho k_v B^o \tau^4 m_G(3) \tag{4.46}$$




**Figure 4.12** Semilogarithmic population density size plot for the sucrose-water system depicting the quality of fit when using a sum of two exponentials for the data. (Berglund and de Jong 1990.)

and upon rearranging

$$B^o = 6\rho k_v \tau^4 m_G(3) \qquad (4.47)$$

using the parameters of the growth rate distribution

$$\overline{G} = m_G(1) \qquad (4.48)$$

$$\sigma_G^2 = m_G(2) - m_G(1)^2 \qquad (4.49)$$

A typical semilogarithmic population density size plot obtained from a 1400-l pilot scale sucrose crystallizer is shown in Figure 4.12. It was found that a single growth rate distribution is insufficient to the data. Surprisingly, a combination of two growth rates was all that was necessary, i.e., the sum of two exponentials reproduced the experimental data. This is particularly useful since it now permits the use of effective rates that can be determined unambiguously.

### 4.5.4. AGGLOMERATION

In many systems, particularly precipitating systems such as proteins, agglomeration is an important factor and cannot be overlooked. Unlike the simple case of crystal growth, it is necessary to write the population balance in volume coordinates (Hartel and Randolph 1986).

$$\frac{\partial n}{\partial t} + \partial\frac{(nG_v)}{\partial v} + \frac{n - n_i}{\tau} = B_a - D_a + B_d - D_d + \int_0^\infty \delta(v - v_a) B_a dV \qquad (4.50)$$

where

$B_a - D_a$ = net formation by aggregation

$B_d - D_d$ = net formation by disruption

The last term corresponds to growth and aggregation into the lowest measurable size range $v_a$. The aggregation of two particles of size $u$ and $v - u$ into a particle of size $v$ can be written

$$B_a = \frac{1}{2}\int_0^v K(u, v-u) n(u,t) n(v-u,t) du \qquad (4.51)$$

and

$$D_a = n(v,t)\int_0^\infty K(u,v) n(u,t) du \qquad (4.52)$$

where the aggregation kernel, $K(u, v)$, is chosen to correspond to the mechanism of aggregation. Several possible aggregation kernels are listed in Table 4.5.

Several possible forms exist for the disruption terms, $B_d$ and $D_d$. The most tractable form is the two-body equation volume function. It is assumed that one particle breaks into two smaller equal volume particles

$$B_d(v) = 2D_d(2v) \qquad (4.53)$$

In the case where $D_d$ is proportional to volume and population density

$$D_d = K_d v n(v) \qquad (4.54)$$




**Figure 4.13** Curvature in a semilogarithmic population density size plot caused by agglomeration. [From "Mechanisms and Kinetic Modeling of Calcium Oxalate Crystal Aggregation in a Urinelike Liquor," R.W. Hartel, B.E. Gottung, A.D. Randolph, and G.W. Drach (1986), *AIChEJ.* 32(7), pp. 1176–1185. Reproduced by permission of the American Institute of Chemical Engineers. © 1986 AIChE.]




**Figure 4.14** CSD of ammonium polyuranate showing clusters and agglomerates. $NH_3$: Uranium mole ratio = 2.20; pH = 7.10; $\tau$ = 13min; $T$ = 25 °C. (Data from Hoyt 1978.)




**Figure 4.15** Particle size distribution of protein aggregate in a continuous stirred-tank reactor: comparison of model with experimental data. 0.15 kg/m$^3$; Δ, 300 kg/m$^3$; ○, 25.00 kg/m$^3$. [From "The Formation and Growth of Protein Precipitates in a Continuous Stirred-Tank Reactor," C.E. Glatz, M. Hoare, and J. Landa-Vertiz (1987), *AIChE J.* 32(7), pp. 1196–1204. Reproduced by permission of the American Institute of Chemical Engineers. © 1987 AIChE.]

and

$$B_d = 4K_D vn(2v) \tag{4.55}$$

Clearly, solutions to the population balance in the presence of agglomeration are difficult. However, many important industrial systems exhibit this behavior making it a very active area of research.

An example of aggregation and its modeling can be seen in Figure 4.13, taken from Hartel and Randolph (1986). Clearly, aggregation can result in similar semilogarithmic population density size plots to those found in size-dependent growth and growth rate dispersion.

Other examples of agglomeration have appeared in the literature. In the first case, Hoyt (1978) showed that a curved population density size plot resulted from agglomeration during the precipitation of ammonium polyuranate. An example of such data are shown in Figure 4.14. Glatz et al. (1987) showed that agglomeration and breakup could result in the appearance of a local maxima in a population density plot as shown in Figure 4.15.

### 4.5.5. ALTERATION OF RESIDENCE TIME DISTRIBUTION TO CONTROL CSD

A possible method for changing a CSD from an MSMPR crystallizer is the use of fines destruction or classified product removal. In the case of fines destruction, it is assumed that small crystals in the size range from 0 to $L_F$ are withdrawn at a flow rate $(R-1)Q_0$, while crystals in the range $L_F$ to $\infty$ are withdrawn at $Q_0$.

$R$ is the ratio of product to fines drawdown times and

$$\tau_F = V/RQ_0 \quad L < L_F$$
$$\tau_p = V/Q_0 \quad L > L_F$$

The population density plot for this case is shown in Figure 4.16, so it can be seen that larger average size can be obtained at the expense of a wider distribution.

**TABLE 4.5 Aggregation Kernels**

| | |
|---|---|
| Brownian motion | $K(u,v) = \frac{2kT}{3\mu}[u^{1/3}+v^{1/3}][u^{-1/3}+v^{-1/3}]$ |
| Laminar shear | $K(u,v) = \frac{4}{3}Sh[u^{1/3}+v^{1/3}]^3$ |
| Turbulent diffusion | $K(u,v) = k_1 U[u^{1/3}+v^{1/3}]^3$ |
| Turbulent inertia | $K(u,v) = 0.2\frac{\rho\epsilon^{3/4}}{\rho_0 v^{5/4}}E_i[u^{1/3}+v^{1/3})^2(u^{2/3}-v^{2/3})$ |
| Gravitational settling ($L < 50\,\mu$m) | $K(u,v) = C_A E_i(u^{1/3}+v^{1/3})^2\lvert u^{2/3}-v^{2/3}\rvert$ |
| Gravitational settling ($L > 50\,\mu$m) | $K(u,v) = C_A E_i(u^{1/3}+v^{1/3})^2\lvert u^{1/3}-v^{1/3}\rvert$ |
| Semiempirical formulation | $K(u,v) = C_A E_i(u-v)^2/(u+v)$ |

(Data from Hartel and Randolph 1986.)

Case 1:17-cv-00313-MSG Document 92-21 Filed 05/10/19 Page 80 of 81 PageID #: 5077






**Figure 4.16** Hypothetical population density plot without (– – –) and with (———) fines removal. (Data from Larson and Randolph 1969.)




**Figure 4.17** Hypothetical population density plot without (– – –) and with (———) classified product removal. (Data from Larson and Randolph 1969.)




**Figure 4.18** Hypothetical population density plot with classified product removal and fines destruction. (Data from Larson and Randolph 1969.)

A second alternative is classified product removal. Figure 4.17 shows the

$$\tau_u + V/Q_0 = \tau \quad L < L_p$$
$$\tau_p + V/zQ_0 = \tau/z \quad L > L_p$$

of this possibility to the general MSMPR case.

**TABLE 4.6 Summary of Types of Semilogarithmic Population Density Plots and Potential Causes**

| Type | Appearance | Cause |
|---|---|---|
| linear |  | MSMPR formalism is obeyed |
| concave upward |  | (i) size dependent growth rate<br>(ii) growth rate dispersion<br>(iii) agglomeration<br>(iv) classification |
| local maxima |  | (i) agglomeration with breakup<br>(ii) classification |

Finally, a combination of fines destruction and classified product removal is shown in Figure 4.18.

## 4.6. SUMMARY

The population balance approach to analysis of crystallizers has been presented. Table 4.6 summarizes the various outcomes discussed for continuous crystallizers.

## NOMENCLATURE

| | |
|---|---|
| $f(L)$ | Normalized size density distribution function |
| $F(L)$ | Normalized cumulative size distribution function |
| $L$ | Characteristic size of a particle |
| $n$, $n(L)$ | Population density distribution |
| $N$, $N(L)$ | Number distribution |
| $\mathbf{N}$ | Number distribution vector in Eq. (4.35) |
| $N_T$ | Total number of particles per unit volume |
| $A_T$ | Total surface area of particles per unit volume |
| $M_T$ | Total mass of particles per unit volume |
| $k_a$ | Area shape factor |
| $k_v$ | Volume shape factor |
| $\rho$ | Density of particles |
| $A(L)$ | Distribution of particle area as a function of size |
| $M(L)$ | Distribution of particle mass as a function of size |
| $m_i$ | $i$th moment of the population density distribution as defined by Eq. (4.11) |
| $\overline{L}_{i+1,i}$ | Mean size as defined by Eq. (4.10) |
| $\Delta m$ | Mass retained as a given sieve |
| $V$ | Volume |
| $G$ | Growth rate based on a characteristic dimension |
| $Q$ | Volumetric flow rate |
| $\tau$ | Mean retention time defined by $V/Q$ |
| $n^o$ | Zero size population density |
| $B^o$ | Nucleation rate |
| $C$ | Concentration of a solution |
| $k_1$ | Rate constant from Eq. (4.28) |
| $\mathbf{v}_e$ | Velocity along an external coordinate |
| $\mathbf{v}_i$ | Velocity along an internal coordinate |
| $t$ | Time |
| $B$ | Birth function for particles |
| $D$ | Death function for particles |
| $G_0$ | Zero constant in ASL model in Eq. (4.33) |
| $\gamma$ | Constant in ASL model in Eq. (4.33) |
| $b$ | Constant in ASL model in Eq. (4.33) |
| $D_a$ | Axial diffusivity |
| $D_G$ | Growth rate diffusivity |
| $v_z$ | Velocity in the $z$-direction |
| $\delta_z, \delta_L$ | Unit vector |
| $m_L(j)$ | $j$th moment of the size distribution |
| $m_G(j)$ | $j$th moment of the growth rate distribution |
| $K$ | Aggregation kernels |
| $\epsilon$ | Rate of energy dissipation per unit mass |
| $\nu$ | Kinematic viscosity |
| $u$ | Particle volume |
| $v$ | Particle volume |
| $E_i$ | Collection efficiency in aggregation kernel |
| $C_A$ | Aggregation parameter |
| $\mu$ | Absolute viscosity |
| $K(u, v)$ | Aggregation kernel |
| $U$ | Velocity gradient |
| $\rho$ | Particle density |
| $\rho_o$ | Fluid density |
| $sh$ | Shear rate |

## REFERENCES

Abegg, C.F., Stevens, J.D., and Larson, M.A. (1968). *AIChE J.* **14**, 118.
Belter, P.A., Cussler, E.L., and Hu. W.-S. (1988). *Bioseparations*, Wiley-Interscience, New York.
Berglund, K.A., and de Jong, E.J. (1990). *Separations Technology* **1**, 1.
Berglund, K.A., and Larson, M.A. (1984). *AIChE J.* **30**, 280.
Glatz, C.E., Hoare, M., and Landa-Vertz. J. (1987). *AIChE J.* **32**, 1196.
Hartel, R.W., and Randolph, A.D. (1986). *AIChE J.* **32**, 1136.
Hoyt, R.C. (1978). Ph.D. dissertation, Iowa State University, Ames, IA.
Larson, M.A., and Randolph, A.D. (1969). *Chem. Eng. Progr. Symp. Ser.* **95(65)**, 1.
Larson, M.A., White, E.T., Ramanarayanan, K.A., and Berglund, K.A. (1985). *AIChE J.* **31**, 90.
Liang, B., and Hartel, R.W. (1991). *J. Cryst. Growth* **108**, 129.
Randolph, A.D., and Larson, M.A. (1971). *Theory of Particulate Processes*. Academic Press, New York.
Randolph, A.D., and Larson, M.A. (1988). *Theory of Particulate Processes*, 2nd ed., Academic Press, San Diego, CA.
Randolph, A.D., and White. E.T. (1977). *Chem. Eng. Sci.* **32**, 1067.