# EXHIBIT 10

2005

# USP 28 THE UNITED STATES PHARMACOPEIA

# NF 23 THE NATIONAL FORMULARY

*By authority of the United States Pharmacopeial Convention, Inc., meeting at Washington, D.C., April 12–16, 2000. Prepared by the Council of Experts and published by the Board of Trustees*

*Official from January 1, 2005*

The designation on the cover of this publication, "USP NF 2005," is for ease of identification only. The publication contains two separate compendia: *The United States Pharmacopeia*, Twenty-Eighth Revision, and the *National Formulary*, Twenty-Third Edition.

UNITED STATES PHARMACOPEIAL CONVENTION, INC.
12601 Twinbrook Parkway, Rockville, MD 20852

## NOTICE AND WARNING

*Concerning U.S. Patent or Trademark Rights*

The inclusion in the *United States Pharmacopeia* or in the *National Formulary* of a monograph on any drug in respect to which patent or trademark rights may exist shall not be deemed, and is not intended as, a grant of, or authority to exercise, any right or privilege protected by such patent or trademark. All such rights and privileges are vested in the patent or trademark owner, and no other person may exercise the same without express permission, authority, or license secured from such patent or trademark owner.

*Concerning Use of* USP *or* NF *Text*

Use of the *USP–NF* is subject to the terms and conditions of the *USP–NF* License Agreement. Attention is called to the fact that *USP* and *NF* text is fully copyrighted. Authors and others wishing to use portions of the text should request permission to do so from the Secretary of the USPC Board of Trustees.

Copyright © 2004 The United States Pharmacopeial Convention, Inc.
12601 Twinbrook Parkway, Rockville, MD 20852
*All rights reserved.*
ISSN 0195-7996
ISBN 1-889788-25-2
Printed in Canada by Webcom Limited, Toronto, Ontario

**Assay Preparation**—Transfer an accurately weighed or measured portion of the preparation to be assayed, containing about 1 mg of folic acid, to a low-actinic, 50-mL volumetric flask, add 4.0 mL of *Internal Standard Solution*, add *Diluting Solvent* to volume, and mix.

**Chromatographic System** (see *Chromatography* ⟨621⟩)—The liquid chromatograph is equipped with a 280-nm detector and a 15-cm × 3.9-mm column that contains packing L1. The flow rate is about 1.0 mL per minute. Chromatograph the *Standard Preparation*, and record the peak responses as directed for *Procedure:* there is baseline separation of folic acid and methylparaben.

**Procedure**—Separately inject equal volumes (about 10 µL) of *Standard Preparation* and *Assay Preparation* into the chromatograph, record the chromatograms, and measure the responses for the major peaks. The relative retention times are about 0.8 for folic acid and 1.0 for methylparaben. Calculate the quantity, in µg, of $C_{19}H_{19}N_7O_6$ in the portion of the preparation taken by the formula:

$$50C(R_U / R_S),$$

in which $C$ is the concentration, in µg per mL, of USP Folic Acid RS in the *Standard Preparation;* and $R_U$ and $R_S$ are the ratios of the response of the folic acid peak to that of the methylparaben peak obtained from the *Assay Preparation* and the *Standard Preparation*, respectively.

# ⟨425⟩ IODOMETRIC ASSAY—ANTIBIOTICS

The following method is provided for the assay of most of the Pharmacopeial penicillin antibiotic drugs and their dosage forms, for which iodometric titration is particularly suitable.

**Standard Preparation—**Dissolve in the solvent specified in the table of *Solvents and Final Concentrations* a suitable quantity of the USP Reference Standard specified in the individual monograph, previously dried under the conditions specified in the individual monograph and accurately weighed, and dilute quantitatively and stepwise with the same solvent to obtain a solution having a known concentration of about that specified in the table. Pipet 2.0 mL of this solution into each of two 125-mL glass-stoppered conical flasks.

**Solvents and Final Concentrations**

| Antibiotic | Solvent* | Final Concentration |
|---|---|---|
| Amoxicillin | Water | 1.0 mg per mL |
| Ampicillin | Water | 1.25 mg per mL |
| Ampicillin Sodium | *Buffer No. 1* | 1.25 mg per mL |
| Cloxacillin Sodium | Water | 1.25 mg per mL |
| Cyclacillin | Water | 1.0 mg per mL |
| Dicloxacillin Sodium | *Buffer No. 1* | 1.25 mg per mL |
| Methicillin Sodium | *Buffer No. 1* | 1.25 mg per mL |
| Nafcillin Sodium | *Buffer No. 1* | 1.25 mg per mL |
| Oxacillin Sodium | *Buffer No. 1* | 1.25 mg per mL |
| Penicillin G Potassium | *Buffer No. 1* | 2,000 units per mL |
| Penicillin G Sodium | *Buffer No. 1* | 2,000 units per mL |
| Penicillin V Potassium | *Buffer No. 1* | 2,000 units per mL |
| Phenethicillin Potassium | *Buffer No. 1* | 2,000 units per mL |

* Unless otherwise noted, the *Buffers* are the potassium phosphate buffers defined in the section *Media and Diluents* under *Antibiotics—Microbial Assays* ⟨81⟩, except that sterilization is not required before use.

**Assay Preparation—**Unless otherwise specified in the individual monograph, dissolve in the solvent specified in the table of *Solvents and Final Concentrations* a suitable quantity, accurately weighed, of the specimen under test, and dilute quantitatively with the same solvent to obtain a solution having a known final concentration of about that specified in the table. Pipet 2 mL of this solution into each of two 125-mL glass-stoppered conical flasks.

**Procedure—**

*Inactivation* and *Titration—*To 2.0 mL of the *Standard Preparation* and of the *Assay Preparation*, in respective flasks, add 2.0 mL of 1.0 N sodium hydroxide, mix by swirling, and allow to stand for 15 minutes. To each flask add 2.0 mL of 1.2 N hydrochloric acid, add 10.0 mL of 0.01 N iodine VS, immediately insert the stopper, and allow to stand for 15 minutes. Titrate with 0.01 N sodium thiosulfate VS. As the endpoint is approached, add 1 drop of starch iodide paste TS, and continue the titration to the discharge of the blue color.

*Blank Determination—*To a flask containing 2.0 mL of the *Standard Preparation* add 10.0 mL of 0.01 N iodine VS. If the *Standard Preparation* contains amoxicillin or ampicillin, immediately add 0.1 mL of 1.2 N hydrochloric acid. Immediately titrate with 0.01 N sodium thiosulfate VS. As the endpoint is approached, add 1 drop of starch iodide paste TS, and continue the titration to the discharge of the blue color. Similarly treat a flask containing 2.0 mL of the *Assay Preparation*.

*Calculations—*Calculate the microgram (or unit) equivalent ($F$) of each mL of 0.01 N sodium thiosulfate consumed by the *Standard Preparation* by the formula:

$$(2CP) / (B - I),$$

in which $C$ is the concentration, in mg per mL, of Reference Standard in the *Standard Preparation*, $P$ is the potency, in µg (or units) per mg, of the Reference Standard, $B$ is the volume, in mL, of 0.01 N sodium thiosulfate consumed in the *Blank determination*, and $I$ is the volume, in mL, of 0.01 N sodium thiosulfate consumed in the *Inactivation and titration*. Calculate the potency of the specimen under test by the formula given in the individual monograph.

# ⟨429⟩ LIGHT DIFFRACTION MEASUREMENT OF PARTICLE SIZE

Light diffraction is one of the most widely used techniques for measuring the size of a wide range of particles from very fine to very coarse. The method is popular because it is quick and easy to use, flexible, and it can be adapted to measure samples presented in various physical forms. The method depends on the analysis of the diffraction pattern produced when particles are exposed to a collimated beam of light. As the patterns are characteristic of the particle size, mathematical analysis can produce an accurate, repeatable picture of the size distribution.

This chapter provides guidance on the measurement of size distributions of particles in any phase system (e.g., powders, sprays, aerosols, suspensions, emulsions, and gas bubbles in liquids) through analysis of their angular light-scattering patterns. Traditionally, the measurement of particle size using laser diffraction has been limited to particles in the range 0.1 µm to 3 mm. Due to recent advances in optics and lens and equipment design and construction, newer instruments are routinely capable of exceeding this range (e.g., 0.1 µm to 8 mm). It is the responsibility of the user to demonstrate the applicability of the instrument for its intended use and to validate any method prior to its adoption for routine use.

For nonspherical particles, an equivalent-sphere size distribution is obtained because the technique uses the assumption of spherical particles in its optical model. The resulting particle size distribution may be different from those obtained by methods based on other physical principles (such as sedimentation or sieving). The laser diffraction technique cannot distinguish between scattering by single particles and scattering by clusters of primary particles forming an agglomerate or an aggregate. If the presence of aggregates is suspected, this can be investigated using other techniques such as microscopy.

The laser diffraction technique is based on the phenomenon that particles scatter light in all directions with an intensity pattern that is dependent on particle size. All present instruments assume a spherical shape for the particles. Historically, the early laser diffraction instruments used only scattering at small angles and, thus, has been

known by the following names: Fraunhofer diffraction, (near-) forward light scattering, and low-angle laser light scattering (LALLS).

However, the technique since has been broadened to include light scattering in a wider angular range by application of the Mie theory, in addition to the Fraunhofer approximation and anomalous diffraction.

The measurement of particle size is an important aspect in the characterization of raw materials and drug formulations. To monitor production and particle stability, efficient and rapid methods for particle sizing are needed. The electronic measurement of samples offers a convenient solution to this problem. However, the electronic measurement will often have to be accompanied by microscopical investigation to determine the type of particles being investigated. Modern drug formulations may also be particulate formulations where the particle size will be below 100 µm, and reliable and reproducible methods are needed for the quality control of these drug products.

## PRINCIPLE

A representative sample, dispersed at an adequate concentration in a suitable liquid or gas, is passed through the beam of a monochromatic light source, usually from a laser. The light scattered by the particles at various angles is measured by a multi-element detector, and numerical values relating to the scattering pattern are then recorded for subsequent analysis. These numerical scattering values are then transformed, using an appropriate optical model and mathematical procedure, to yield the proportion of total volume to a discrete number of size classes forming a volumetric particle size distribution (e.g., $x_{50}$ describes a particle diameter corresponding to 50% of the cumulative undersize distribution).

## APPARATUS

A typical setup for a laser diffraction instrument is shown in *Figure 1*.

A representative sample, dispersed at an adequate concentration, is passed through the light beam in a measuring zone by a transporting fluid (gas or liquid); this measuring zone should be within the working distance of the lens used. In some cases the particle stream in a process is illuminated directly by the laser beam for measurement, as in the case of sprays, aerosols, and air bubbles in liquids. In other cases (such as emulsions, pastes, and powders), representative samples can be dispersed in suitable liquids. Often dispersants (such as wetting agents or stabilizers) or mechanical forces (such as agitation or ultrasonication), or both, are applied to deagglomerate particles and to stabilize the dispersion. For these liquid dispersions, a recirculating system is most commonly used, consisting of an optical measurement cell, a dispersion bath (usually equipped with stirrer and ultrasonic elements), a pump, and tubing.

Dry powders can also be converted into aerosols through the use of dry powder dispersers, which apply mechanical forces for deagglomeration. In this case, a dosing device feeds the disperser with a constant mass flow of sample. The disperser uses the energy of compressed gas or the differential pressure to a vacuum to disperse the particles. It outputs an aerosol that is blown through the measuring zone, usually into the inlet of a vacuum pipe that collects the particles.

There are two positions in which the particles can enter the laser beam. In the conventional case, the particles enter the parallel beam before and within the working distance of the collecting lens. In the so-called reversed Fourier optics case, the particles enter behind the collecting lens, and thus in a converging beam.

The advantage of the conventional setup is that a reasonable path length for the sample is allowed within the working distance of the lens. The second setup allows only small path lengths but enables measurement of scattered light at larger angles, which is useful when submicron particles are present.

The interaction of the incident light beam with the dispersed particles results in a scattering pattern with different light intensities at various angles. The total angular intensity distribution, consisting of both direct and scattered light, is then focused by a positive lens or an assembly of lenses onto a multi-element detector. The lens(es) provide(s) for a scattering pattern which, within limits, is not dependent upon the location of the particles in the light beam. Thus the continuous angular intensity distribution is converted into a discrete spatial intensity distribution on a set of detector elements.

It is assumed that the recorded scattering pattern of the particle ensemble is identical to the sum of the patterns from all individual single scattering particles presented in random relative positions. Note that only a limited angular range of scattered light is collected by the lens(es), and thus by the detector.

## PREPARATION OF THE SAMPLE

Prepare a representative sample of suitable volume for the measurement by an adequate sample splitting technique.

Sprays, aerosols, and gas bubbles in liquid should be measured directly, provided that their concentration is at an appropriate level, since sampling or dilution is generally impossible without altering the particle size distribution.

The dispersion procedure is adjusted to the purpose of the measurement: for example, whether agglomerates should be detected or broken down to primary particles.

For the development of a method, it is necessary to check that comminution of the primary particles does not occur, and conversely that a good dispersion of the agglomerates has been achieved. The dry particles may be examined microscopically before and after the addition and dispersion of aliquots of the dispersing liquid to determine if the particle size has changed, and if the agglomerates are dispersed but the primary particles are not fractured. The effect of the dispersion process can usually be checked by changing the dispersing energy and monitoring the change of the size distribution. The measured size distribution does not change significantly if the sample is well dispersed and the particles are neither fragile nor soluble. Microscopy may also be used to investigate primary particle comminution and adequacy of dispersion.




1. Obscuration detector
2. Scattered beam
3. Direct beam
4. Fourier lens
5. Scattered light not collected by lens (4)
6. Particle ensemble
7. Light source laser
8. Beam processing unit
9. Working distance of lens (4)
10. Multi-element detector
11. Focal distance of lens (4)

Fig. 1. Typical setup for a laser diffraction instrument.

## Dispersion Liquids

A variety of liquids are available for the dispersion of powders and must have the following characteristics:
— be transparent at the laser wavelength and free from air bubbles or other particles,
— be compatible with the materials used in the instrument (O-ring, tubing, etc.),
— not dissolve or alter the size of the particulate materials,
— favor easy and stable dispersion of the particulate material,
— have suitable viscosity to enable calculation,
— have a refractive index that differs from that of the material (for the Mie calculation), and
— not be hazardous to health and meet safety requirements.

A low-foaming surfactant and dispersant may be used to facilitate the wetting of the particles and to stabilize the dispersion. A preliminary check on the dispersion quality can be made by visual or microscopic inspection of the suspension.

If very small samples are required, it is also possible to take fractional samples out of a well-mixed sample paste if the material is neither fragile nor soluble. The consistency of the paste then prevents segregation errors. The pastes are formed by adding dispersant to the sample dropwise, while mixing it with a spatula. As long as the mixture forms lumps, single drops should be added while continuing the mixing after each drop. A good consistency for the paste is one like honey or toothpaste. If the paste becomes too fluid by mistake, it cannot be used, and a new preparation is initiated.

Alternatively, a concentrated suspension may be prepared. While stirring this concentrated suspension, a small aliquot is removed and transferred to the optical measurement cell containing the blank dispersing medium. Care must be taken to ensure the complete transfer of the sample and that settling of the larger particles does not occur.

Where a dispersant that does not dissolve the particles cannot be found, it may be possible to use a prefiltered, saturated solution of the sample in the dispersing solvent as the dispersant. Such a saturated solution may be produced by stirring an excess of sample in the dispersing solvent for several hours. For weak acids and weak bases, buffering of the dispersing solvent at low or high pH, respectively, can assist in identifying a suitable dispersant. The saturated medium is filtered using a membrane filter to remove any undissolved sample before use. This approach is not suitable if the sample forms a more viscous concentrated solution.

## Dispersion Gases

For dry dispersion and spray applications, a compressed gas is sometimes used. If used, it is essential that it is free from oil, water, and particles. To achieve this, a dryer with a filter is required. Any vacuum unit is located away from the measurement zone, so that the output of the hot air does not reach the measuring zone. Avoid drafts in order to avoid unstable particulate streams.

## Concentration

The particle concentration in the dispersion should be above a minimum level, which for many instruments will correspond to about 5% obscuration, in order to produce an acceptable signal-to-noise ratio in the detector. Likewise, it should be below a maximum level in order to avoid multiple scattering (for example, 35% above 20 µm and 15% below 20 µm).

The optimum concentration is influenced by the laser beam width, the path length of the measurement zone, the optical properties of the particles, and the sensitivity of the detector elements. In view of the above, perform measurements at different particle concentrations in order to decide on the optimum concentration range that achieves the required obscuration for any typical sample of material.

# MEASUREMENT

## Setting Up the Instrument and Blank Measurement

After selection of the appropriate particle size range and proper alignment of the optical part of the instrument, a blank measurement is performed in which a particle-free dispersion medium is used.

## Measurement of the Scattering of Dispersed Sample(s)

Generally, a large number of detector scans or sweeps at short time intervals is used (typically some 2 seconds or 1000 sweeps). For each detector element an average signal is calculated, sometimes together with its standard deviation. Data are stored in the computer memory. The magnitude of the signal from each detector element depends upon the detection area, the light intensity, and the quantum efficiency. The coordinates (size and position) of the detector elements, together with the focal distance of the lens, determine the region of scattering angles for each element. These factors are factory-determined and stored in the computer.

Most instruments also measure the intensity of the central laser beam. The difference between a dispersed sample and a blank experiment is given as an obscuration value, which is indicative of the total amount of scattering light and the particle concentration.

## Selection of an Appropriate Optical Model

Most often either the Fraunhofer approximation or the Mie theory is used, though other approximations are sometimes applied for calculation of the scattering matrix. Below approximately 25 µm, the differences between the optical models become more significant. In this size range, the proper application of the Mie theory (assuming accurate real and imaginary refractive index values) provides the greatest accuracy. When using the Mie theory, the refractive indices of particulate and medium, or their ratio, are entered into the instrument to allow calculation of the model matrix. Often, small values of the imaginary part of the refractive index (about 0.01–0.1) are applied to cope with the surface roughness of the particles.[1] In order to obtain traceable results, it is essential that the refractive index values used are reported.

## Conversion of Scattering Pattern into Particle Size Distribution

This deconvolution step is the inverse of the calculation of a scattering pattern for a given particle size distribution. The fact that rapidly measured data always contain some random and systematic errors may cause erroneous size distribution results. Several mathematical procedures have been developed for use in the different instruments available. They allow for some weighting of deviations between measured and calculated scattering patterns (such as least squares), some constraints (such as non-negativity for amounts of particles), or (or in combination with) some smoothing of the size distribution curve. A new procedure uses the observed fluctuations of the detector signals to introduce proper weighting of these data and to calculate confidence intervals for the particle size distribution.

The algorithms used are specific to each make and model of equipment and are proprietary. The differences in the algorithms between different instruments can give rise to differences in the particle size statistics. For this reason, when reporting the particle size distribution and statistics for a given material, also report the cell type, sample state and preparation, together with the make and model of the equipment.

[1] Small differences in the assumed complex refractive index may cause significant differences in the resulting particle size distributions.

## Replicates

The required precision of the method is dependent on the characteristics of the material (milled versus not milled, robust versus fragile), and also on the requirements of the application (formulation type and technique). Appropriate measurement conditions are established experimentally, in relation to the desired precision. In general, at least three different representative samples from the same batch are measured. The repeatability of the particle size distribution parameter is as follows: for any central value of the distribution, for example the median ($x_{50}$), the coefficient of variation is less than 10%. For values away from the center of the distribution, for example $x_{10}$ and $x_{90}$, the coefficient of variation cannot exceed 15%. Below 10 µm, these maximum values are doubled.

## System Suitability

The system suitability test is used to verify that the precision and accuracy are adequate for the analysis to be done. The test is based on the concept that the equipment, electronics, and analytical operations constitute an integral system that can be evaluated as such. This can be done by measuring at regular time intervals a control material of known size distribution. In general, unless otherwise specified in the individual monograph, the mean values of three measurements must deviate from the established value by less than 10% for $x_{50}$, and by less than 15% for $x_{10}$ and $x_{90}$. Below 10 µm, these maximum values are doubled.

## Reporting of Results

The distribution statistics are usually reported by the instrument data system. Most common parameters are calculated from the cumulative distribution by interpolation. Percentile sizes, $x_m$, represent the particle size in relation to which $m$ percent of the distribution is smaller. (The notation $d_m$ is also used and is equivalent to $x_m$.) $Q_y$ represents the percent smaller than $y$ microns. Mean sizes, such as $D_{4,3}$, the arithmetic volume mean diameter, can also be calculated by representing the distribution as a collection of spherical particles with diameters of the size band midpoints. Unless otherwise stated, parameters are calculated on the volume or mass basis.

## QUALIFICATION

### Calibration

Laser diffraction systems are based on the direct measurement of the diffraction pattern of particles, but with idealized properties of the particles. Thus, calibration in the strict sense is not required. However, it is still necessary and desirable to confirm the correct operation of the instrument with a qualification procedure.

### Accuracy and Repeatability

Primarily, qualification validation can be made with any certified or standard reference material, acceptable for use in the particular industry. Here, the total measurement procedure is being examined, including sampling, sample dispersion, sample transport through the measuring zone, measurement, and the deconvolution procedure. It is essential that the total operational procedure is adequately described in full detail.

Certified or standard reference materials consisting of a known distribution having a range of spherical particles over one decade of size are preferred. They are certified to mass percentage by an absolute technique, if available, and used in conjunction with an agreed, detailed operational procedure. It is essential that the real and imaginary part of the complex refractive index are precisely specified for the material if the Mie theory is applied in data analysis.

The response of a laser diffraction instrument is considered adequate if the mean value of $x_{50}$ obtained from at least three independent measurements does not exceed the certified range of values of the certified or standard reference material by more than 3%. The mean values for $x_{10}$ and $x_{90}$ must not exceed the certified range of values by more than 5%. For repeatability, the coefficient of variation must be less than 3% for $x_{50}$ and less than 5% for $x_{10}$ and $x_{90}$. Below 10 µm, these maximum values are doubled.

Although the use of spherical materials is preferable, nonspherical ones may also be used. Preferably, these have certified or typical values coming from laser diffraction analyses according to an agreed, detailed operational procedure. If the reference values come from methods other than laser diffraction, a significant bias may result. The reason for this bias is that the different principles applied in the various methods may lead to different responses to the particles, and thus to different equivalent-sphere diameters for the same nonspherical particle.

# ⟨431⟩ METHOXY DETERMINATION

**Apparatus**—The apparatus for methoxy determination is shown diagrammatically in the *accompanying figure*. The boiling flask, *A*, is fitted with a capillary side-arm for the introduction of carbon dioxide or nitrogen and is connected to a column, *B*, which serves to separate aqueous hydriodic acid from the more volatile methyl iodide. The methyl iodide passes through water in a scrubber trap, *C*, and is finally absorbed in the bromine–acetic acid solution in absorption tube *D*. The carbon dioxide or nitrogen is introduced through a pressure-regulating device and connected to the apparatus by a small capillary containing a small cotton pledget. [NOTE—Avoid the use of organic solvents in cleaning this apparatus, since traces remaining may interfere with the determination. This test is used also for ethoxy determination with an 80-minute reaction time and a titrant equivalent of 0.751 mg of $(OC_2H_5)$.]

For greater convenience in use and cleaning, a ground-glass ball joint connects the two upright columns of the apparatus. The top of the scrubber *C* consists of a 35/20 ball joint, the upper half of which is connected to the side-arm leading into tube *D*. This permits taking the apparatus apart and facilitates adding the water to the trap. Also, it allows access to the loose inverted (10-mm) test tube that serves as the trap over the inner tube of the scrubber *C*.

**Reagents**—

BROMINE–ACETIC ACID SOLUTION—Dissolve 100 g of potassium acetate in 1000 mL of a solution consisting of 900 mL of glacial acetic acid and 100 mL of acetic anhydride. On the day of use, to 145 mL of this solution add 5 mL of bromine.

HYDRIODIC ACID—A colorless, or nearly colorless, constant-boiling reagent solution, prepared for this purpose, is available commercially. If not obtained commercially, it may be prepared by distilling hydriodic acid over red phosphorus, passing carbon dioxide or nitrogen through the apparatus during the distillation. Use the constant-boiling mixture (between 55% and 58% of HI) distilling between 126° and 127°, which is colorless or nearly colorless. *[Caution—Exercise safety precautions when distilling Hydriodic Acid.]* Place the acid in small, amber, glass-stoppered bottles previously flushed with carbon dioxide, or nitrogen, seal with paraffin, and store in a cool, dark place.

**Procedure**—Prepare the apparatus by disconnecting the ball joint and pouring water into trap *C* until it is half-full. Connect the two parts, using a minimal amount of a suitable silicone grease to seal the ball joint. Add 7 mL of *Bromine-Acetic Acid Solution* to absorption tube *D*. Weigh the sample in a tared gelatin capsule, and add it to the boiling flask along with a few boiling chips or pieces of porous plate. Finally add 6 mL of *Hydriodic Acid* and attach the flask to the column, using a minimal amount of a suitable silicone grease to seal the junction. Bubble the carbon dioxide or nitrogen through the apparatus at the rate of 2 bubbles per second, place the boiling flask in an oil bath or heating mantle heated to 150°, and continue the reaction for 40 minutes for methoxy determination, or 80 minutes for ethoxy determination. Drain the contents of the absorption tube into a 500-mL conical flask containing 10 mL of sodium acetate solution (1 in 4). Rinse the tube with water, adding the rinsings to the flask, and finally dilute with water to about 125 mL. Add formic acid, dropwise, with swirling, until the reddish brown color of the bromine is discharged, then add 3 additional drops. A total of 12 to 15 drops usually is required. Allow to stand for 3 minutes, and add 15 mL of