# EXHIBIT 20

# The New Oxford American Dictionary

EDITED BY

Elizabeth J. Jewell
Frank Abate

LCCC LIBRARY

OXFORD
UNIVERSITY PRESS
2001

OXFORD
UNIVERSITY PRESS

New York Oxford
Athens Auckland Bangkok Bogotá Buenos Aires Cape Town
Chennai Dar es Salaam Delhi Florence Hong Kong Istanbul Karachi
Kolkata Kuala Lumpur Madrid Melbourne Mexico City Mumbai Nairobi
Paris São Paulo Singapore Taipei Tokyo Toronto Warsaw

and associated companies in
Berlin Ibadan

The *New Oxford American Dictionary* is based on the *New Oxford Dictionary of English,* published in the United Kingdom in 1998.

Copyright © 2001 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.,
198 Madison Avenue,
New York, New York 10016

*www.oup-usa.org*
*www.askoxford.com*

Oxford is a registered trademark of Oxford University Press.
All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior permission of Oxford University Press.

Library of Congress Cataloging in Publication Data
Data available
ISBN 0-19-511227-X (thumb index)

This book includes some words that are, or are asserted to be, proprietary names or trademarks. Their inclusion does not imply that they have acquired for legal purposes a nonproprietary or general significance, nor is any other judgment implied concerning their legal status. In cases where the editor has some evidence that a word is used as a proprietary name or trademark, this is indicated by the designation trademark, but no judgment concerning the legal status of such words is made or implied thereby.

10 9 8 7 6 5 4 3 2 1

Printed in the United States of America on acid-free paper

–DERIVATIVES **a•dapt•o•gen•ic** |ə,dæptə'jenik| adj.
–ORIGIN 1960s: a term used by N.V. Lazarev, Russian scientist, from ADAPT + -GEN.

**A•dar** |ä'där; 'ädär| ▸n. (in the Jewish calendar) the sixth month of the civil and twelfth of the religious year, usually coinciding with parts of February and March. It is known in leap years as **Second Adar**.
■ an intercalary month preceding this in leap years, also called **First Adar**.
–ORIGIN from Hebrew *'ădār*.

**ad•ax•i•al** |æd'æksēəl| ▸adj. Botany facing toward the stem of a plant (esp. denoting the upper surface of a leaf). The opposite of ABAXIAL.

**ADC** ▸abbr. ■ aide-de-camp. ■ analog-to-digital converter. ■ Aid to Dependent Children. ■ Air Defense Command.

**ADD** ▸abbr. ■ analog digital digital, indicating that a music recording was made in analog format before being mastered and stored digitally. ■ attention deficit disorder.

**add** |æd| ▸v. [trans.] **1** join (something) to something else so as to increase the size, number, or amount: *a new wing was* ***added to*** *the building* | *some box offices now* ***add on*** *a handling charge* | [as adj.] **(added)** *one vitamin tablet daily will give added protection* | [intrans.] *this development* ***added to*** *the problems facing the staff.*
■ [intrans.] **(add up)** increase in amount, number, or degree: *watch those air miles add up!* ■ put or mix (an ingredient) together with another as one of the stages in the preparation of a dish: ***add*** *the flour* ***to*** *the eggs, stirring continuously.* ■ put (something) in or on something else so as to improve or alter its quality or nature: *chlorine is* ***added to*** *the water to kill bacteria* | [as adj.] **(added)** *the fruit juice contains no added sugar.* ■ contribute (an enhancing quality) to something: *the canopy will* ***add*** *a touch of class* ***to*** *your bedroom.*
**2** put together (two or more numbers or amounts) to calculate their total value: *they* ***added*** *all the figures* ***up*** | ***add*** *the two numbers* ***together*** | [intrans.] *children learned to add and subtract quickly and accurately.*
■ [intrans.] **(add up to)** amount to: *this adds up to a total of 400 calories* | figurative *these isolated incidents don't add up to a true picture of the situation.* ■ [intrans.] [usu. with negative] **(add up)** informal seem reasonable or consistent; make sense: *many things in her story didn't add up.*
**3** [reporting verb] say as a further remark: [with direct speech] *"I hope we haven't been too much trouble," she added politely* | [trans.] *we would like to add our congratulations* | [with clause] *he* ***added that*** *few of America's allies would support military action.*
–ORIGIN late Middle English: from Latin *addere*, from *ad-* 'to' + the base of *dare* 'put.'

**Ad•dams**[1] |'ædəmz|, Charles (Samuel) (1912–88), US cartoonist, noted for his macabre characters, which were brought to life in the television series "The Addams Family" (1964–66) and later in the movies in the 1970s and 1990s. His cartoons appeared in the New Yorker magazine from 1935.

**Ad•dams**[2], Jane (1860–1935), US social reformer, feminist, and pacifist. In 1889 she founded Hull House, a center for the care and education of Chicago's poor and a national model for combating urban poverty and treating youthful offenders. She was a leader of the suffrage movement and an active pacifist. Nobel Peace Prize (1931).



Jane Addams

**ad•dax** |'æd,æks| ▸n. a large antelope with a mainly grayish and white coat, native to the deserts of North Africa.
•*Addax nasomaculatus*, family Bovidae.
–ORIGIN late 17th cent.: from Latin, from an African word recorded by Pliny.

**ad•den•dum** |ə'dendəm| ▸n. (pl. **addenda** |-də|) **1** an item of additional material, typically omissions, added at the end of a book or other publication.
**2** Engineering the radial distance from the pitch circle of a cogwheel, worm wheel, etc., to the crests of the teeth or ridges. Compare with DEDENDUM.
–ORIGIN late 17th cent.: Latin, 'that which is to be added,' gerundive of *addere* (see ADD).

**ad•der** |'ædər| ▸n. a small venomous Eurasian snake that has a dark zigzag pattern on its back and bears live young. Also called VIPER.
•*Vipera berus*, family Viperidae.
■ used in names of similar or related snakes, e.g., **death adder, puff adder**.
–ORIGIN Old English *nædre* 'serpent, adder,' of Germanic origin; related to Dutch *adder* and German *Natter*. The initial *n* was lost in Middle English by wrong division of *a naddre*; compare with APRON, AUGER, and UMPIRE.

**ad•der's tongue** (also **adder's-tongue**) ▸n. **1** a widely distributed atypical fern that has a single pointed oval leaf and a straight unbranched spore-bearing stem.
•Genus *Ophioglossum*, family Ophioglossaceae, in particular *O. vulgatum*.
**2** another term for DOGTOOTH VIOLET, esp. a trout lily.

**ad•dict** |'ædikt| ▸n. a person who is addicted to a particular substance, typically an illegal drug: *a former heroin addict.*
■ [with adj.] informal an enthusiastic devotee of a specified thing or activity: *a must book for the crossword-puzzle addict* | *a self-confessed chocolate addict.*
–ORIGIN early 20th cent.: from the obsolete verb *addict*, which was a back-formation from ADDICTED.

**ad•dict•ed** |ə'diktid| ▸adj. physically and mentally dependent on a particular substance, and unable to stop taking it without incurring adverse effects: *she became* ***addicted to*** *alcohol and diet pills.*
■ enthusiastically devoted to a particular thing or activity: *he's* ***addicted to*** *computers.*
–ORIGIN mid 16th cent.: from the obsolete adjective *addict* 'bound or devoted (to someone),' from Latin *addict-* 'assigned,' from the verb *addicere*, from *ad-* 'to' + *dicere* 'say.'

**ad•dic•tion** |ə'dikSHən| ▸n. the fact or condition of being addicted to a particular substance, thing, or activity: *he committed the theft to finance his drug addiction* | *an addiction to gambling.*
–ORIGIN late 16th cent. (denoting a person's inclination or proclivity): from Latin *addictio(n-)*, from *addicere* 'assign' (see ADDICT).

**ad•dic•tive** |ə'diktiv| ▸adj. (of a substance, thing, or activity) causing or likely to cause someone to become addicted to it: *a highly addictive drug* | *gambling can become addictive.*
■ of, relating to, or susceptible to the fact of being or becoming addicted to something: *addictive behavior* | *I have a very addictive personality.*

**add-in** ▸n. a printed circuit board capable of being fitted internally to a computer or accommodated in an externally accessible slot.

**Ad•dis A•ba•ba** |,ædəs 'æbəbə; ,ädəs 'äbəbə| (also **Adis Abeba**) the capital of Ethiopia, in the central part of the country, at an altitude of about 8,000 feet (2,440 m); pop. 2,113,000.

**Ad•di•son**[1] |'ædəsən| a village in northeastern Illinois, northwest of Chicago; pop. 32,058.

**Ad•di•son**[2], Joseph (1672–1719), English essayist, poet, dramatist, and Whig politician. He is noted for his simple unornamented prose style. In 1711 he founded the *Spectator* with Sir Richard Steele.

**Ad•di•so•ni•an** |,ædi'sōnēən| ▸adj. **1** of, relating to, or characteristic of the works or style of Joseph Addison.
**2** Medicine of, relating to, or characterized by Addison's disease.

**Ad•di•son's dis•ease** ▸n. a disease characterized by progressive anemia, low blood pressure, great weakness, and bronze discoloration of the skin. It is caused by inadequate secretion of hormones by the adrenal cortex.
–ORIGIN mid 19th cent.: named after Thomas *Addison* (1793–1860), the English physician who described the disease.

**ad•di•tion** |ə'disHən| (abbr.: **addn.**) ▸n. **1** the action or process of adding something to something else: *the hotel has been extended* ***with the addition of*** *more rooms.*
■ a person or thing added or joined, typically in order to improve something: *you will find the coat a useful* ***addition*** *to your wardrobe.*
**2** (abbr.: **addn.**) the process or skill of calculating the total of two or more numbers or amounts: *she began with simple arithmetic, addition and then subtraction.*
■ Mathematics the process of combining matrices, vectors, or other quantities under specific rules to obtain their sum.
–PHRASES **in addition** as an extra person, thing, or circumstance: *members of the board were paid a small allowance* ***in addition to*** *their normal salary.*
–ORIGIN late Middle English: from Latin *additio(n-)*, from the verb *addere* (see ADD).

**ad•di•tion•al** |ə'disHənl| ▸adj. added, extra, or supplementary to what is already present or available: *we require additional information.*

**ad•di•tion•al•ly** |ə'disHənl-ē| ▸adv. as an extra factor or circumstance: *brokers finance themselves additionally by short-term borrowing.*
■ [as sentence adverb] used to introduce a new fact or argument: *Additionally, the regulations require escape hatches.*

**ad•di•tion re•ac•tion** ▸n. Chemistry a reaction in which one molecule combines with another to form a larger molecule with no other products.

**ad•di•tive** |'æditiv| ▸n. a substance added to something in small quantities, typically to improve or preserve it: *many foods contain chemical additives.*
▸adj. characterized by, relating to, or produced by addition: *an additive process* | *the combination of these factors has an additive effect.*
■ technical of or relating to the reproduction of colors by the superimposition of primary colors: *the video monitor uses the* ***additive colors*** *red, green, and blue.*
–ORIGIN late 17th cent. (as an adjective): from late Latin *additivus*, from Latin *addit-* 'added,' from the verb *addere* (see ADD). The noun dates from the 1940s.

**ad•dle** |'ædl| ▸v. [trans.] chiefly humorous make unable to think clearly; confuse: *being in love must have addled your brain.*
▸adj. archaic (of an egg) rotten.
–ORIGIN Middle English: from Old English *adela* 'liquid filth,' of Germanic origin; related to Dutch *aal* and German *Adel* 'mire, puddle.'

**ad•dle•brained** |'ædl,brānd| ▸adj. lacking in common sense; having a muddled mind: *made the addlebrained decision to install an uncertain rookie at point guard.*

**addn.** ▸abbr. addition.

**add-on** ▸n. something that has been or can be added to an existing object or arrangement: *we offer skiing lessons as add-ons to our chalet vacations* | [as adj.] *cars with add-on extras.*
■ an accessory device designed to increase the capability of a computer or hi-fi system. ■ a unit of construction added to an existing construction: *the new kitchen replaces an add-on that was torn down in 1980.*

**ad•dress** |ə'dres; 'ædres| ▸n. **1** the particulars of the place where someone lives or an organization is situated: *they exchanged addresses and agreed to keep in touch.*
■ the place itself: *our officers went to the address.* ■ Computing a binary number that identifies a particular location in a data storage system or computer memory.
**2** a formal speech delivered to an audience: *delivered an address to the National Council of Teachers.*
■ archaic a person's manner of speaking to someone else: *his address was abrupt and unceremonious.* ■ **(addresses)** archaic courteous or amorous approaches to someone: *he persecuted her with his addresses.*
**3** dated skill, dexterity, or readiness: *he rescued me with the most consummate address.*
▸v. [trans.] **1** write the name and address of the intended recipient on (an envelope, letter, or package): *I* ***addressed*** *my letter* ***to*** *him personally* | [as adj.] **(addressed)** *an addressed envelope.*
**2** speak to (a person or an assembly), typically in a formal way: *she addressed an audience of the most important Shawnee chiefs* | *they* ***addressed themselves to*** *my father.*
■ **(address someone as)** name someone in a specified way when talking or writing: *she addressed my father as "Mr. Stevens."* ■ **(address something to)** say or write remarks or a protest to (someone): *address your complaints to the Board of Review.*
**3** think about and begin to deal with (an issue or problem): *a fundamental problem has still to be addressed.*
**4** Golf take up one's stance and prepare to hit (the ball).
–PHRASES **form of address** a name or title used in speaking or writing to a person of a specified rank or function: *"Venerable" was the usual form of address for a priest at that time.*
–DERIVATIVES **ad•dress•er** n.
–ORIGIN Middle English (as a verb in the senses 'set upright' and 'guide, direct,' hence 'write directions for delivery on' and 'direct spoken words to'): from Old French, based on Latin *ad-* 'toward' + *directus* (see DIRECT). The noun is of mid 16th-cent. origin in the sense 'act of approaching or speaking to someone.'

**ad•dress•a•ble** |ə'dresəbəl| ▸adj. Computing relating to or denoting a memory unit in which all locations can be separately accessed by a particular program.

**ad•dress•ee** |,ædre'sē; ə,dre'sē| ▸n. the person to whom something, typically a letter, is addressed.