# EXHIBIT 21


Webster's II
New College Dictionary
THIRD EDITION

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 2005 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our website: www.houghtonmifflinbooks.com

ISBN-13: 978-0-618-39601-6
ISBN-10: 0-618-39601-2

Library of Congress Cataloging-in-Publication Data

Webster's II new college dictionary. -- 3rd ed.
p. cm.
ISBN 0-618-39601-2
1. English language--Dictionaries. I. Title: Webster's two new college dictionary. II. Title: Webster's 2 new college dictionary.
PE1628.W55164 2005
423--dc22
2003057079

Manufactured in the United States of America

Illustration credits: Academy Artworks; Alan Witschonke; Carlyn Iverson; Cecile Duray-Bito; Chris Costello; Elizabeth Morales; Gail Piazza; Jerry Malone; Laurel Cook Lhowe; Library of Congress; Mapping Specialists, Ltd.; Office of Information, Dept. of the Navy, Washington, DC; Precision Graphics; Tech-Graphics

ent in a court pro-
or bill, generally
ıcidence of all the
control and dis-
nce that gives rise
evidence of such
nce, as a deed. **7.**
laim. **8.** A formal
ıe of office, rank,
as a mark of re-
championship in
equired of a can-
A Roman Catho-
ts nominal head.
ame on.

, esp. for a cham-

ıe complete title,
place of publica-

y. < ME *titmose* :
, a kind of bird.]
the genus *Parus*,
r 1.

< *titre*, titer.] —*vt.*
titration. —*vi.* To

**to** (tōō; tə *when unstressed*) *prep.* [ME < OE *tō*.] **1.** In a direction toward <went *to* town> <turned *to* us and spoke> <going back *to* the original plan> **2a.** Reaching as far as <cut *to* the quick> <rotten *to* the core> **b.** To the degree or extent of <beaten *to* death> <defended the fortress *to* the last soldier> **c.** With the resultant condition of <torn *to* bits> **3.** Toward a specified state <the Communist rise *to* power> **4.** In contact with : AGAINST <the children's faces pressed *to* the glass> **5.** In front of <stood face *to* face> **6.** —Used to indicate possession <I have the belt *to* this coat.> **7.** Concerning <deaf *to* our pleas> **8.** In a given relationship with <at right angles *to* the line> **9.** As an accompaniment or complement of <danced *to* the music> **10.** In respect of <the secret *to* my success> **11.** Composing <two pints *to* a quart> **12.** In accord with <not *to* my taste> <*to* the best of my knowledge> **13.** In comparison with <a score of ten *to* eight> <a book superior *to* your others> **14a.** Before <The time is five *to* ten.> **b.** Until <worked from eight *to* four> **15a.** For the purpose of <came *to* my assistance> <went out *to* dinner> **b.** In honor of <a toast *to* you> **16.** —Used before a verb to indicate the infinitive <I'd like *to* go.> —Also used alone when the infinitive is understood <Leave if you want *to*.> **17a.** —Used to indicate the relationship of a verb with its complement <refer *to* a thesaurus > <refer me *to* a thesaurus> **b.** —Used with a reflexive pronoun to indicate exclusivity or separateness <had the train all *to* ourselves> —*adv.* **1.** In a direction toward <ran *to* and fro> **2.** Into a shut or closed position <pushed the gate *to*> **3.** Into a state of consciousness <brought the patient *to*> **4.** Into a state of action <sat down for dinner and fell *to*> **5.** *Naut.* Into the wind. —Used of a sailing vessel.

**toad** (tōd) *n.* [ME *tode* < OE *tādige*.] **1.** Any of numerous tailless am-