IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KYOWA HAKKO BIO, CO., LTD., BIOKYOWA, INC., KYOWA HAKKO BIO U.S. HOLDINGS, INC., and KYOWA HAKKO U.S.A., INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AJINOMOTO CO., INC., AJINOMOTO HEALTH & NUTRITION NORTH AMERICA, INC., and AJINOMOTO FOODS NORTH AMERICA, INC.,<br><br>Defendants. | C.A. 17-313-MSG |

**DECLARATION OF LISA M. MANDRUSIAK**
**IN SUPPORT OF AJINOMOTO'S ANSWERING CLAIM CONSTRUCTION BRIEF**

BARNES & THORNBURG LLP
Chad S.C. Stover (No. 4919)
Regina S.E. Murphy (No. 5648)
1000 N. West St., Suite 1500
Wilmington, DE 19801
Telephone: (302) 300-3474
chad.stover@btlaw.com
gigi.murphy@btlaw.com

*Attorneys for Defendants Ajinomoto Co., Inc., Ajinomoto Health & Nutrition North America, Inc. and Ajinomoto Foods North America, Inc.*

OF COUNSEL:
Robert C. Mattson
Tia D. Fenton
Stephen G. Baxter
Lisa M. Mandrusiak
OBLON, McCLELLAND, MAIER & NEUSTADT, L.L.P.
1940 Duke Street
Alexandria, VA 22314
Telephone: (703) 413-3000

June 14, 2019

I, LISA M. MANDRUSIAK, declare and state:

1. I am an attorney licensed to practice law in the Commonwealth of Virginia and a Senior Associate at the law firm of Oblon, McClelland, Maier & Neustadt, L.L.P., attorneys for Defendants Ajinomoto Co., Inc., Ajinomoto Health & Nutrition North America, Inc. and Ajinomoto Foods North America, Inc. (collectively, "Ajinomoto") in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

3. I make this declaration in support of Ajinomoto's Responsive Claim Construction Brief.

4. Attached hereto as **Exhibit 29** is a true and correct copy of Transcript of Deposition of Dr. Michael Doherty, May 17, 2019.

5. Attached hereto as **Exhibit 30** is a true and correct copy of J.W. Mullin, *Crystallization* (4th ed. 2001) pp. 76–78, 392–393 (Exhibit 6 to the Deposition of Dr. Michael Doherty).

6. Attached hereto as **Exhibit 31** is a true and correct copy of *Perry's Chemical Engineers' Handbook* (7th ed. 1997), pp. 20-5 to 20-10 (Exhibit 5 to the Deposition of Dr. Michael Doherty).

7. Attached hereto as **Exhibit 32** is a true and correct copy of Transcript of Deposition of Dr. Allan S. Myerson, May 24, 2019.

8. Attached hereto as **Exhibit 33** is a true and correct copy of Plaintiffs' Supplemental Responses to Defendants' First Set of Interrogatories (Nos. 1–3) (excerpts).

9. Attached hereto as **Exhibit 34** is a true and correct copy of Instruction Manual, Nara Jiyu Mill, M-4 (Figures).

10. Attached hereto as **Exhibit 35** is a true and correct copy of Instruction Manual, Nara Jiyu Mill, M-4.

11. Attached hereto as **Exhibit 36** is a true and correct copy of Dr. Doherty's measurements of the crystals in Fig. 1 of the '723 patent.

12. Attached hereto as **Exhibit 37** is a true and correct copy of Dr. Doherty's measurements of the crystals in Fig. 1 of the '723 patent (metadata).

13. Attached hereto as **Exhibit 38** is a true and correct copy of Transcript of Deposition of Dr. Dan Barns, November 8, 2018 (excerpts).

14. Attached hereto as **Exhibit 39** is a true and correct copy of *Representation of results of particle size analysis – Part 2: Calculation of average particle sizes/diameters and moments from particle size distributions*, International Standard, ISO 9276-2 (2nd ed. 2014), KHB_0001740–73.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 14, 2019

/s/ Lisa M. Mandrusiak
Lisa Mandrusiak