# EXHIBIT 30

# Crystallization

## Fourth Edition

J. W. Mullin

*Emeritus Professor of Chemical Engineering, University of London*

PENGAD 800-631-6989
Doherty
DEPOSITION EXHIBIT
6

BUTTERWORTH HEINEMANN

OXFORD BOSTON JOHANNESBURG MELBOURNE NEW DELHI SINGAPORE

Butterworth-Heinemann
Linacre House, Jordan Hill, Oxford OX2 8DP
225 Wildwood Avenue, Woburn, MA 01801-2041
A division of Reed Educational and Professional Publishing Ltd

A member of the Reed Elsevier plc group

First published 1961
Second edition 1972
Third edition 1992
Reprinted 1994, 1995
Paperback edition 1997
Fourth edition 2001

© Reed Educational and Professional Publishing Ltd 2001

All rights reserved. No part of this publication may be reproduced in any material form (including photocopying or storing in any medium by electronic means and whether or not transiently or incidentally to some other use of this publication) without the written permission of the copyright holder except in accordance with the provisions of the Copyright, Designs and Patents Act 1988 or under the terms of a licence issued by the Copyright Licensing Agency Ltd, 90 Tottenham Court Road, London, England W1P 9HE. Applications for the copyright holder's written permission to reproduce any part of this publication should be addressed to the publishers

**British Library Cataloguing in Publication Data**
A Catalogue record for this book is available from the British Library

**Library of Congress Cataloguing in Publication Data**
A Catalogue record for this book is available from the Library of Congress

ISBN 0 7506 4833 3

Typeset in India at Integra Software Services Pvt Ltd, Pondicherry, India 605005; www.integra-india.com

PLANT A TREE
BTCV British Trust for Conservation Volunteers
FOR EVERY TITLE THAT WE PUBLISH, BUTTERWORTH-HEINEMANN WILL PAY FOR BTCV TO PLANT AND CARE FOR A TREE.

The thickness $T$ is the minimum distance between two parallel planes which are tangential to opposite surfaces of the particle, one plane being the plane of maximum stability. The breadth $B$ is the minimum distance between two parallel planes which are perpendicular to the planes defining the thickness and are tangential to opposite sides of the particle. The length $L$ is the distance between two parallel planes which are perpendicular to the planes defining thickness and breadth and are tangential to opposite sides of the particle.

When using shape factors, it is important to remember that they depend on the dimension chosen to characterize the particle. For example, a geometrical shape such as regular parallelepipedon with a length : breadth : thickness ratio, $L:B:T$, of 5 : 2 : 1 the following shape factors may be calculated:

| | $f_v$ | $f_s$ | $F$ |
|---|---|---|---|
| using $L = 5$ | 0.08 | 1.4 | 17 |
| $B = 2$ | 1.25 | 8.5 | 6.8 |
| $T = 1$ | 10 | 34 | 3.4 |

Different answers again would result if measured values of the different equivalent diameters, such as $d_{\text{s.a.}}$, $d_{\text{p.a.}}$, $d_{\text{St}}$, etc. were used. An example of apparent shape factor change caused by the use of different sieves (woven wire, round or square hole, perforated plate) to measure the particle size is reported by Garside, Mullin and Das (1973).

### 2.14.4 Size data analysis

#### *Mean particle size*

In a total mass, $M$, of uniform particles, each of mass $m$ and equivalent diameter $d$, the number of particles, $n$, is given by

$$n = \frac{M}{m} = \frac{M}{f_v \rho d^3} \tag{2.67}$$

and the total surface area, $\Sigma s$, by

$$\Sigma s = ns = \frac{f_s M d^2}{f_v \rho d^3} = \frac{FM}{\rho d} \tag{2.68}$$

Equations 2.67 and 2.68 can be applied to masses of non-uniform particles if a suitable average or mean value of $d$ can be chosen. This becomes an intractable problem, however, since there are so many possible choices that could be made.

The simplest of all average diameters is the arithmetic mean. For example, if sieving has been carried out between two sieves of aperture $a_1$ and $a_2$, the average particle equivalent diameter is given by

$$\bar{d}_a = (a_1 + a_2)/2 \tag{2.69}$$

This description may be quite adequate for two close sieves in a $\sqrt[4]{2}$ series, but it can be absolutely meaningless for two sieves at extreme ends of the mesh range.

Another simple average diameter is the geometric mean, defined by

$$\bar{d}_g = \sqrt{(a_1 a_2)} \tag{2.70}$$

Values of $\bar{d}$ calculated from equation 2.70 are smaller than those given by equation 2.67, but for two close sieves the difference is not great.

The volume mean diameter (or mass mean if the particle density is constant) is widely used:

$$\bar{d}_v = \frac{\Sigma nd^4}{\Sigma nd^3} = \frac{\Sigma(Md)}{\Sigma M} \tag{2.71}$$

When the surface area of the particles is an important property the surface mean diameter can be employed, defined by

$$\bar{d}_s = \frac{\Sigma nd^3}{\Sigma nd^2} = \frac{\Sigma M}{\Sigma(M/d)} \tag{2.72}$$

where $n$ and $M$ are the number and mass, respectively, of all particles of equivalent diameter $d$.

The root mean square diameter is also frequently used when surface properties are important. This statistical quantity is defined by

$$\bar{d}_{rms} = \sqrt{\left(\frac{\Sigma nd^2}{\Sigma n}\right)} = \sqrt{\left[\frac{\Sigma(M/d)}{\Sigma(M/d^3)}\right]} \tag{2.73}$$

Values of the overall mean diameters calculated from equations 2.71–2.73 can differ considerably (see *Table 2.13*), yet for a mass of particles with a wide size distribution there is no general agreement as to the preferred method.

Two other statistical diameters are often encountered, viz. the modal and median diameters; both are determined from frequency plots (size interval versus number of particles in each interval). The modal diameter is the diameter at the peak of the frequency curve, whereas the median diameter defines a mid-point in the distribution – half the total number of particles are smaller than the median, half are larger. If the distribution curve obeys the Gaussian or Normal Error law, the median and modal diameters coincide.

**Table 2.13.** *Calculation of overall 'mean' diameters*

| *Size range* (μm) | *Mean size of fraction,* $d$ (μm) | *Mass of fraction,* $M$ (g) | $Md$ | $M/d$ | $M/d^3$ |
|---|---|---|---|---|---|
| 850–600 | 725 | 11.8 | 8550 | 0.0163 | $0.031 \times 10^{-6}$ |
| 600–425 | 512 | 18.6 | 9520 | 0.0363 | $0.139 \times 10^{-6}$ |
| 425–300 | 362 | 38.5 | 13 900 | 0.1064 | $0.812 \times 10^{-6}$ |
| 300–212 | 256 | 22.7 | 5810 | 0.0887 | $1.353 \times 10^{-6}$ |
| 212–150 | 181 | 8.4 | 1520 | 0.0464 | $1.417 \times 10^{-6}$ |
| | | 100.0 | 39 300 | 0.2941 | $3.752 \times 10^{-6}$ |

$\bar{d}_v = 39\,300/100 = 393$ μm.
$\bar{d}_s = 100/0.2941 = 340$ μm.
$\bar{d}_{rms} = (0.2941/3.75 \times 10^{-6})^{1/2} = 280$ μm.

In connection with particle size measurement more than 20 different 'mean' diameters have been proposed at one time or another; and while several have certain points in their favour in special cases, none has yet been found to be generally satisfactory. Therefore all calculations based on an average diameter are prone to appreciable error, and it is recommended that such calculated quantities be clearly annotated with the method of calculation so that the results of different workers can be compared.

### Graphical analysis

Once a size analysis has been performed and the results recorded, there remains the task of assessing the size characteristics of the tested material and of extracting the maximum amount of information from the data. While a table may record all the measured quantities, this form of expression is not always the best one; the magnitudes of the various quantities may be readily visualized, but certain trends may be completely obscured in a mass of figures. The real significance of a sizing test can most readily be judged when the data are expressed graphically. From such a pictorial representation trends in the data are easily detected, and the prediction of the expected behaviour of the material on sieves other than those used in the test can often be made with a reasonable degree of accuracy.

Many different forms of graphical expression may be employed, and the use and applicability of some of these methods are demonstrated below with reference to the results of a sieve test. The graphical procedures described, however, are applicable, with suitable nomenclature changes, to all methods of particle size analysis. The sieve test data in *Table 2.14* are recorded in three different ways, viz. the percentage by mass of the fractions retained on each sieve, and the cumulative mass percentages of oversize and undersize material.

Four types of graph paper are commonly used for plotting particle size distributions, depending on the sort of information that is required: (a) ordinary

**Table 2.14.** *Sieve test data used for the construction of Figures 2.15 to 2.18*

| *Sieve aperture,* μm | *Fractional mass per cent retained* | *Cumulative mass per cent oversize* | *Cumulative mass per cent undersize* |
|---|---|---|---|
| 2360 | 1.2 | 1.2 | 98.8 |
| 1700 | 2.9 | 4.1 | 95.9 |
| 1180 | 18.8 | 22.9 | 77.1 |
| 850 | 28.8 | 51.7 | 48.3 |
| 600 | 22.0 | 73.7 | 26.3 |
| 425 | 11.1 | 84.8 | 15.2 |
| 300 | 6.0 | 90.8 | 9.2 |
| 212 | 3.9 | 94.7 | 5.3 |
| 150 | 1.8 | 96.5 | 3.5 |
| 106 | 1.3 | 97.8 | 2.2 |
| – | 2.2 | – | – |

Solubilities of sodium acetate in water are given in the Appendix, *Table A.4*.

Equilibrium temperature of liquor $= 17.5 + 11.5 = 29\,°C$
Initial concentration, $c_1$ $= 0.4/0.6 = 0.667$ kg/kg of solvent
Final concentration at 29 °C, $c_2$ $= 0.539$ kg/kg of solvent
Initial mass of water $= 0.6 \times 2000 = 1200$ kg
Ratio of molecular masses, $R$ $= 136/82 = 1.66$

The vaporization, $V$, is calculated from equation 8.24

$V = 0.153$ kg/kg of water present originally

This value of $V$ substituted in equation 8.23 gives the crystal yield

$Y = 660$ kg of sodium acetate trihydrate

### 8.4.5 Controlled crystallization

Selected seed crystals are sometimes added to a crystallizer to control the final product size. The effects of cooling rate and seeding are shown in *Figure 8.53* (Griffiths, 1925). When an unseeded solution is cooled rapidly (*Figure 8.53a*), cooling proceeds at constant concentration until the limit of the metastable zone is reached, where nucleation occurs. The temperature increases slightly due to the release of latent heat of crystallization, but cooling reduces it and more nucleation occurs. This results in a short period of instability after which the temperature and concentration subsequently fall as indicated. In such a process, both nucleation and growth are uncontrolled.

*Figure 8.53b* demonstrates the slow cooling of a seeded solution in which temperature and solution composition are controlled within the metastable zone throughout the cooling cycle. Seeds are added as soon as the solution becomes supersaturated. Crystal growth occurs at a controlled rate only on the added seeds; spontaneous nucleation is avoided because the system is never




**Figure 8.53.** *The effect of cooling rate and seeding on a crystallization operation*: (*a*) *uncontrolled and* (*b*) *controlled cooling*




**Figure 8.54.** *Cooling modes for a batch crystallizer*: (*a*) *natural cooling*, (*b*) *controlled* (*constant supersaturation*) *cooling*

allowed to become labile. This batch operating method is known as *controlled crystallization*; many modern large-scale crystallizers operate on this principle.

If crystallization occurs only on the added seeds, the mass $M_s$ of seeds of size $L_s$ that can be added to a crystallizer depends on the required crystal yield $Y$ (equation 8.23) and the product crystal size $L_p$:

$$M_s = YL_s^3/(L_p^3 - L_s^3) \qquad (8.25)$$

The product crystal size from a batch crystallizer can also be controlled by adjusting cooling or evaporation rates. Natural cooling (*Figure 8.54a*), for example, produces a supersaturation peak in the early stages of the process when rapid, uncontrolled heavy nucleation inevitably occurs. However, nucleation can be controlled within acceptable limits by following a cooling path that maintains a constant low level of supersaturation (*Figure 8.54b*).

The calculation of optimum cooling curves for different operating conditions is complex (Mullin and Nývlt, 1971; Jones and Mullin, 1974), but the following simplified relationship is often adequate for general application:

$$\theta_t = \theta_0 - (\theta_0 - \theta_f)(t/\tau)^3 \qquad (8.26)$$

where $\theta_0$, $\theta_f$, and $\theta_t$ are the temperatures at the beginning, end, and any time $t$ during the process, respectively, and $\tau$ is the overall batch time.

The subject of controlled (programmed) crystallization is considered in more detail in sections 9.1.4 and 9.9 (example 9.3).

### 8.4.6 Miscellaneous crystallization techniques

#### *Salting-out crystallization*

A solute can be deposited from solution by the addition of another substance (a soluble solid, liquid or gas) which effectively reduces the original solute