# EXHIBIT 31

# PERRY'S CHEMICAL ENGINEERS' HANDBOOK

SEVENTH EDITION

THIS BOOK IS AVAILABLE ONLINE
K
www.knovel.com

PENGAD 800-631-6989
Doherty
DEPOSITION EXHIBIT
5

**Library of Congress Cataloging-in-Publication Data**

Perry's chemical engineers' handbook. — 7th ed. / prepared by a staff of specialists under the editorial direction of late editor Robert H. Perry : editor, Don W. Green : associate editor, James O'Hara Maloney.
p. cm.
Includes index.
ISBN 0-07-049841-5 (alk. paper)
1. Chemical engineering—Handbooks, manuals, etc. I. Perry, Robert H., date. II. Green, Don W. III. Maloney, James O.
TP151.P45 1997
660—dc21 96-51648
CIP

McGraw-Hill
*A Division of The McGraw-Hill Companies*

Copyright © 1997, 1984, 1973, 1963, 1950, 1941, 1934 by The McGraw-Hill Companies, Inc. Copyright renewed 1962, 1969 by Robert H. Perry. All rights reserved.

Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0 DOW/DOW 9 0 2 1 0 9 8 7

ISBN 0-07-049841-5

**INTERNATIONAL EDITION**

Copyright © 1997. Exclusive rights by The McGraw-Hill Companies, Inc., for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-115448-5.

*The sponsoring editors for this book were Zoe Foundotos and Robert Esposito, the editing supervisor was Marc Campbell, and the production supervisor was Pamela A. Pelton. It was set in Caledonia by North Market Street Graphics.*

*Printed and bound by R. R. Donnelley & Sons Company.*

This book was printed on acid-free paper.

Information contained in this work has been obtained by The McGraw-Hill Companies, Inc. ("McGraw-Hill") from sources believed to be reliable. However, neither McGraw-Hill nor its authors guarantee the accuracy or completeness of any information published herein, and neither McGraw-Hill nor its authors shall be responsible for any errors, omissions, or damages arising out of use of this information. This work is published with the understanding that McGraw-Hill and its authors are supplying information but are not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought.

# PARTICLE-SIZE ANALYSIS

GENERAL REFERENCES: Allen, *Particle Size Measurement*, Chapman and Hall, 4th ed. 1990. Barth and Sun, *Particle Size Analysis Review*, Anal. Chem., 57, 151R, 1985. Miller and Lines, *Critical Reviews in Analytical Chemistry*, **20**(2), 75–116, 1988. Herdan, *Small Particle Statistics*, Butterworths, London. Orr and DalleValle, *Fine Particle Measurement*, Macmillan, New York, 2d ed., 1960. Kaye, *Direct Characterization of Fine Particles*, Wiley, New York, 1981. Van de Hulst, *Light Scattering by Small Particles*, Wiley, New York, 1957.

## PARTICLE-SIZE DISTRIBUTION

**Specification for Particulates** Feed, recycle, and product from size reduction operations are defined in terms of the sizes involved. It is also important to have an understanding of the degree of aggregation or agglomeration that exists in the measured distribution.

The fullest description of a powder is given by its **particle-size distribution.** This can be presented in tabular or graphical form. The simplest presentation is in linear form with equal size intervals (Table 20-1). The significance of the distribution is more easily grasped when the data are presented pictorially, the simplest form of which is the histogram. More usually the plot is of cumulative percentage oversize or undersize against particle diameters, or percentage frequency against particle diameters. It is common to use a weight basis for percentage but surface or number may, in some cases, be more relevant. The basis of percentage; weight, surface, or volume should be specified, together with the basis of diameter; sieve, Stokes, or otherwise. The measuring procedure should also be noted.

Figure 20-1 presents the data from Table 20-1 in both cumulative and frequency format. In order to smooth out experimental errors it is best to generate the frequency curve from the slope of the cumulative curve, to use wide-size intervals or a data-smoothing computer program. The advantage of this method of presenting frequency data is that the area under the frequency curve equals 100 percent, hence, it is easy to visually compare similar data. A typical title for such a presentation would be: *Relative and cumulative mass distributions of quartz powder by pipet sedimentation.*

An alternative presentation of the same data is given in Fig. 20-2. In this case the sizes on the abscissa are in a logarithmic progression [log $(x)$] and the frequency is [$dP/d\ln(x)$] so that the area under the frequency curve is, again, 100. This form of presentation is useful for wide-size distributions: Many instrument software programs generate data in a logarithmic-size interval and information is compressed in the finer-size intervals if an arithmetic-size progression is used.

It is always preferable to plot data so that the area under the frequency curve is normalized to 100 percent since this facilitates data comparison.

**Particle-Size Equations** It is common practice to plot size-distribution data in such a way that a straight line results, with all the advantages that follow from such a reduction. This can be done if the curve fits a standard law such as the normal probability law. According to the normal law, differences of equal amounts in excess or deficit from a mean value are equally likely. In order to maintain a symmetrical bell-shaped curve for the frequency distribution it is necessary to plot the population density (e.g., percentage per micron) against size.

With the **log-normal probability law,** it is ratios of equal amounts which are equally likely. In order to obtain a symmetrical bell-shaped frequency curve it is therefore necessary to plot the population density per log (micron) against log (size) [Hatch and Choate, *J. Franklin Inst.*, **207**, 369 (1929)]:

$$Y = \operatorname{erf}\left(\frac{\ln (X/X')}{\sigma}\right) \tag{20-1}$$

Other equations in general use include the Gates-Gaudin-Schumann [Schumann, *Am. Inst. Min. Metall. Pet. Eng.*, Tech. Paper 1189, Min. Tech. (1940)]:

$$Y = (X/k)^m \tag{20-2}$$

The Rosin-Rammler-Bennett [Rosin and Rammler, *J. Inst. Fuel*, **7**, 29–36 (1933); Bennett, ibid., **10**, 22–29 (1936)]:

$$Y = 1 - [\exp\{-(X/X')^n\}] \tag{20-3}$$

The Gaudin-Meloy [Gaudin and Meloy, *Trans. Am. Inst. Min. Metall. Pet. Eng.*, **223**, 40–50 (1962)]:

$$Y = 1 - \left[1 - \left(\frac{X}{X'}\right)\right]^r \tag{20-4}$$

where $Y$ = cumulative fraction by weight undersize; $x$ = size; $k$, $X'$ = parameters with dimensions of size, $m$, $n$, $r$ = dimensionless exponents; erf = normal probability function; and $\sigma$ = standard deviation parameter.

The Rosin-Rammler is useful for monitoring grinding operations for highly skewed distributions, but should be used with caution since the device of taking logs always reduces scatter, hence taking logs twice is not to be recommended. The Gates-Gaudin-Schumann has the advantage of simplicity and the Gaudin-Meloy can be fitted to a variety of distributions found in practice. The log-normal distribution

**TABLE 20-1 Tabular Presentation of Particle Size Data**

| Particle size in microns $(x)$ | Percentage undersize $(P)$ | Percentage per micron $\left(\frac{dP}{dx}\right)$ | Percentage per log (micron) $\frac{dP}{d\log(x)}$ | Particle size in microns $(x)$ | Percentage undersize $(P)$ | Percentage per micron $\left(\frac{dP}{dx}\right)$ | Percentage per log (micron) $\frac{dP}{d\log(x)}$ |
|---|---|---|---|---|---|---|---|
| 2.5 | 0.00 | 0.000 | 0.00 | 52.5 | 97.41 | 0.425 | 13.21 |
| 7.5 | 0.29 | 0.058 | 0.12 | 57.5 | 98.59 | 0.236 | 8.16 |
| 12.5 | 5.06 | 0.953 | 3.21 | 62.5 | 99.24 | 0.130 | 4.92 |
| 17.5 | 19.44 | 2.875 | 15.54 | 67.5 | 99.59 | 0.071 | 2.92 |
| 22.5 | 39.93 | 4.098 | 34.68 | 72.5 | 99.79 | 0.039 | 1.71 |
| 27.5 | 59.68 | 3.951 | 47.97 | 77.5 | 99.89 | 0.021 | 1.00 |
| 32.5 | 74.91 | 3.047 | 48.92 | 82.5 | 99.95 | 0.012 | 0.58 |
| 37.5 | 85.18 | 2.054 | 41.04 | 87.5 | 99.98 | 0.006 | 0.34 |
| 42.5 | 91.55 | 1.273 | 30.31 | 92.5 | 100.00 | 0.004 | 0.20 |
| 47.5 | 95.28 | 0.748 | 20.58 | | | 0.000 | 0.12 |




**FIG. 20-1** Particle-size distribution curve plotted on linear axes.




**FIG. 20-2** Particle-size distribution curve plotted using a logarithmic scale for the abscissa.

has an advantage in that transformations between distributions is simple; that is, if the number distribution is log-normal, the surface and volume distributions are also log-normal with the same slope (σ).

***Average Particle Size*** A powder has many average sizes; hence it is essential that they be well specified. The median is the 50 percent size; half the distribution is coarser and half finer. The mode is a high-density region; if there is more than one peak in the frequency curve, the distribution is said to be multimodal. The mean is the center of gravity of the distribution. The center of gravity of a mass (volume) distribution is defined by: $X_{VM} = \sum XdV/\sum dV$ where $dV = X^3dN$: $dV$ is the volume of $dN$ particles of size $X$. This is defined as the *volume-moment mean diameter* and differs from the mean for a number or surface distribution.

***Specific Surface*** This can be calculated from size distribution data. For example, the Gates diagram employs a plot of cumulative percent by weight undersize versus reciprocal diameter; the area beneath the curve represents surface. Likewise the area under the Roller diagram of weight percent per micron against log of diameter represents surface (Work and Whitby, op.cit., p 477).

**Sampling of Powders** An important prerequisite to accurate particle size analysis is proper powder sampling. Powders may be classified as nonsegregating (cohesive) or segregating (free-flowing). Representative samples are more easily taken from cohesive powders *provided* they have previously been mixed. It is difficult to mix free-flowing powders; hence it is advisable to sample them in motion. (1) A powder should always be sampled when in motion. (2) The whole of the stream of powder should be taken for many short increments of time in preference to part of the stream being taken for the whole of the time. The estimated maximum sample errors on a 60:40 blend of free-flowing sand using different sampling techniques are given in Table 20-2.

**TABLE 20-2 Reliability of Selected Sampling Methods**

| Method | Estimated maximum sample error |
|---|---|
| Cone and quartering | 22.7% |
| Scoop sampling | 17.1% |
| Table sampling | 7.0% |
| Chute splitting | 3.4% |
| Spinning riffling | 0.42% |

The spinning riffler obeys the "Golden Rules of Sampling" given above and, therefore, generates the most representative samples [Allen and Khan, *The Chemical Engineer,* 103–112 (May 1970)]. In this device (Fig. 20-3) a ring of containers rotates under the powder feed. If the powder flows for a long time compared with the period of rotation (a ratio of at least 30:1), the sample in each container will be made up of many small portions drawn from all parts of the bulk. Several different configurations of this device are available for both cohesive and free-flowing powders. In the one illustrated, a single pass divides the bulk into 16 parts, two passes increases this subdivision to 256:1, and so on.

## PARTICLE-SIZE MEASUREMENT

There are many techniques available for measuring the particle-size distribution of powders. The wide size range covered, from nanometers to millimeters, cannot be analyzed using a single measurement principle. Added to this are the usual constraints of capital costs versus running costs, speed of operation, degree of skill required, and, most important, the end-use requirement.

If the particle-size distribution of a powder composed of hard, smooth spheres is measured by any of the techniques, the measured values should be identical. However, there are many different size distributions that can be defined for any powder made up of nonspherical particles. For example, if a rod-shaped particle is placed on a sieve, its diameter, not its length, determines the size of aperture through which it will pass. If, however, the particle is allowed to settle in a viscous fluid, the calculated diameter of a sphere of the same substance that would have the same falling speed in the same fluid (i.e., the Stokes diameter) is taken as the appropriate size parameter of the particle.

Since the Stokes diameter for the rod-shaped particle will obviously differ from the rod diameter, this difference represents added information concerning particle shape. The ratio of the diameters measured by two different techniques is called a **shape factor.**

Heywood [Heywood, *Symposium on Particle Size Analysis,* Inst. Chem. Engrs. (1947), Suppl. 25, 14] recognized that the word "shape" refers to two distinct characteristics of a particle—form and proportion. The first defines the degree to which the particle approaches a definite form such as cube, tetrahedron, or sphere, and the second by the relative proportions of the particle which distinguish one cuboid, tetrahedron, or spheroid from another in the same class. He replaced historical qualitative definitions of shape by numerical shape coefficients.

**Gravitational Sedimentation Methods** In gravitational sedimentation methods, particle size is determined from settling velocity and undersize fraction by changes of concentration in a settling suspension. The equation relating particle size to settling velocity is known as Stokes law:

$$d_{St} = \sqrt{\frac{18\eta u}{(\rho_s - \rho_f)g}} \qquad (20\text{-}5)$$

where $d_{St}$ is the Stokes diameter, $\eta$ is viscosity, $u$ is particle settling velocity under gravity, $\rho_s$ is the particle density, $\rho_f$ is the fluid density, and $g$ is the acceleration due to gravity.

Stokes diameter is defined as the diameter of a sphere having the same density and the same velocity as the particle in a fluid of the same density and viscosity settling under laminar flow conditions. Correction for deviation from Stokes law may be necessary at the large end of the size range. Sedimentation methods are limited to sizes above a μm due to the onset of thermal diffusion (Brownian motion) at smaller sizes.

An experimental problem is to obtain adequate dispersion of the particles before sedimentation analysis. For powders that are difficult to disperse the addition of dispersing agents is necessary, together with ultrasonic probing. It is essential to examine a sample of the dispersion under a microscope to ensure that the sample is fully dispersed.

Equations to calculate size distributions from sedimentation data are based on the assumption that the particles fall freely in the suspension. In order to ensure that particle-particle interaction does not prevent free fall, an upper-volume concentration limit of around 0.2 percent is recommended.

There are various procedures available for determining the changing solids concentration of a sedimenting suspension:

In the *pipet method,* concentration changes are monitored by extracting samples from a sedimenting suspension at known depths of fall and predetermined times. The method is best known as the Andreasen modification [Andreasen, *Kolloid-Z.,* **49,** 253 (1929)] shown in Fig. 20-4. Two 10-mL samples are withdrawn from a fully dispersed, agitated suspension at zero time to corroborate the 100 percent concentration given by the known weight of powder and volume of liquid making up the suspension. The suspension is then allowed to settle, and 10-mL samples are taken at time intervals in a geometric 2:1 time progression starting at 1 minute (i.e., 1, 2, 4, 8, 16, 32, 64 minutes); if longer time intervals than this are used it is necessary to enclose the pipet in a temperature-controlled environment. The amounts of powder in the extracted samples are determined by




**FIG. 20-3** Spinning riffler sampling device.




**FIG. 20-4** Equipment used in the pipet method of size analysis.

drying, cooling in a dessicator, and weighing. Stokes diameters are determined from the predetermined times and the depths, with correction for the changes in depth due to the extractions. The cumulative, mass, undersize distribution comprises a plot of the normalized concentration against the Stokes diameter. A reproducibility of ±2 percent is possible using this apparatus. The technique is versatile in that it is possible to analyze most powders which are dispersible in liquids; its disadvantages are that it is a labor-intensive procedure and a high level of skill is needed.

The *hydrometer method* is simpler in that the density of the suspension, which is related to the concentration, is read directly from the stem of the hydrometer while the depth is determined by the distance of the hydrometer bulb from the surface (ASTM Spec. Pub. 234, 1959). The method has low resolution but is widely used in soil science studies.

In *gravitational photosedimentation methods* the changing concentration with time and depth of fall is monitored using a light beam. These methods give a continuous record of changing optical density with time and depth and have the added advantage that the beam can be scanned to the surface to reduce the measurement time. A correction needs to be applied to compensate for the breakdown in the laws of geometric optics (due to diffraction effects the particles cut off more light than geometric optics predicts). The normalized measurement is a cumulative surface undersize.

In *gravitational X-ray sedimentation methods* the changing concentration with time and depth of fall is monitored using an X-ray beam. These methods give a continuous record of changing X-ray density with time and depth and have the added advantage that the beam can be scanned to the surface to reduce the measurement time. The method is limited to materials having a high atomic mass (i.e., X-ray opaque material) and gives a mass undersize distribution directly.

**Sedimentation Balance Methods** In sedimentation balances the weight of sediment is measured as it accumulates on a balance pan suspended in an initially homogeneous suspension. The technique is slow because of the time required for the smallest fine particle to settle out over a given column height. The relationship between settled weight ($P$), weight undersize ($W$) and time ($t$) is given by the following equation.

$$P = W - \frac{dP}{d \ln (t)} \qquad (20\text{-}6)$$

**Centrifugal Sedimentation Methods** These methods extend sedimentation methods into the submicron size range. Sizes are calculated from a modified version of Stokes equation:

$$d_{St} = \sqrt{\frac{18\eta u}{(\rho_s - \rho_f)\omega^2 r}} \qquad (20\text{-}7)$$

where $r$ is the measurement radius and $\omega$ is the radial velocity of the centrifuge. The concentration calculations are complicated due to radial dilution effects (i.e., particles do not travel in parallel paths as in gravitational sedimentation but move away from each other as they settle radially outwards).

Particle velocities are given by:

$$u = \frac{\ln\left(\frac{r}{s}\right)}{t} \qquad (20\text{-}8)$$

where both $r$, the measurement radius, and $s$, the surface radius can be varying; the former varies if the system is a scanning system, and the latter if the surface falls due to the extraction of samples.

Concentration undersize $D_m$ is determined using Kamack's equation [Kamack, *Br. J. Appl. Phys.*, **5**, 1962–68 (1972)]:

$$Q(D_m) = \int_0^{D_m} \left(\frac{r_i}{s_i}\right)^2 f(D)dD \qquad (20\text{-}9)$$

where $r_i$ is the measurement radius and $s_i$ is the surface radius, either or both of which may vary during the analysis. $f(D)dD = F(D)$ is the fraction of particles in the narrow-size range $dD$. $(r_i/s_i)^2$ is the radial dilution correction factor.

The disc centrifuge, developed by Slater and Cohen and modified by Allen and Svarovsky [Allen and Svarovsky, *Dechema Monogram*, Nuremberg, Numbers 1589–1615, 279–292 (1975)], is essentially a centrifugal pipet device. Size distributions are calculated from the measured solids concentrations of a series of samples withdrawn through a central drainage pillar at various time intervals.

In the centrifugal disc photosedimentometer concentration changes are monitored by a light beam. In one high-resolution mode of operation, the suspension under test is injected into clear fluid in the spinning disc through an entry port, and a layer of suspension is formed over the free surface of the liquid (the line-start technique). The analysis can also be carried out using a homogeneous suspension. Very low concentrations are used, but the light-scattering properties of small particles make it difficult to interpret the measured data.

Several centrifugal cuvet photocentrifuges are commercially available. These instruments use the same theory as the disc photocentrifuges but are limited in operation to the homogeneous mode of operation.

The X-ray disc centrifuge is a centrifugal version of the gravitational instruments and extends the measuring technique well into the sub-μm-size range.

**Microscope Methods** In microscope methods of size analysis, direct measurements are made on enlarged images of the particles. In the simplest technique, linear measurements of particles are made by using a calibrated scale on top of the particle image. Alternatively, the projected areas of the particles can be compared to areas of circles.

**Feret's diameter** (Fig. 20-5) is the perpendicular projection, in a fixed direction, of the tangents to the extremities of the particle profile. **Martin's diameter** is a line, parallel to a fixed direction, which divides the particle profile into two equal areas. Since the magnitude of these statistical diameters varies with particle orientation, these diameters have meaning only when a sufficient number of measurements are averaged.

Quantitative image microscopy has revolutionized microscopic methods of size and shape analysis. The sizes of large numbers of particles can be rapidly determined and the data manipulated. The speed and sophistication of such devices make it possible to devise new methods for characterizing the shape of fine particles. In **Fourier techniques** the shape characteristic is transformed into a signature waveform. Beddow and coworkers (Beddow, *Particulate Science and Technology*, Chemical Publishing, New York, 1980) take the particle centroid as a reference point. A vector is then rotated about this centroid with the tip of the vector touching the periphery. A plot of the magnitude of the vector against its angular position is a wave-type function. This wave form is then subjected to Fourier analysis. The lower frequency harmonics constituting the complex wave correspond to the gross external morphology, whereas the higher frequencies correspond to the texture of the fine particle. **Fractal logic** was introduced into fine-particle science by Kaye and coworkers [Kaye, op. cit. (1981)], who show that the non-Euclidean logic of Mandelbrot can be applied to describe the ruggedness of a particle profile. A combination of fractal dimension, and geometric-shape factors such as aspect ratio, can be used to describe a population of fine particles of various shapes, and these can be related to the functional properties of the particle.

**Stream Scanning Methods** In these techniques, the particles to be measured are examined individually in a stream of fluid. As the particles pass through a sensing zone they are counted and measured through their interaction with the sensor. It is essential to use very low particle concentrations since the signals received from two particles is indistinguishable from the signal received from a single larger particle.




**FIG. 20-5** Statistical (Martin's and Feret's) and projected area diameters for an irregular particle.

In the **electrical sensing zone method** a dilute well-dispersed suspension in an electrolyte is caused to flow through a small aperture [Kubitschek, *Research,* **13,** 129 (1960)]. The changes in the resistivity between two electrodes on either side of the aperture, as the particles pass through, are directly related to the volumes of the particles. The pulses are fed to a pulse-height analyzer where they are counted and scaled. The method is limited by the pulse-height analyzer which can resolve pulses in the range 16,000:1 (i.e., a volume diameter range of about 25:1) and the need to suspend the particles in an electrolyte.

In **light blockage methods** the size of the particle is determined from the amount of light blocked off by the particle as it passes through a sensing zone. In **light scattering methods** the particle size is determined either from the light scattered in the forward direction or at some angle, usually 90° from the direction of the incident beam. The light source can be incandescent or laser and the detecting mechanism ranges from simple photodetectors to parabolic mirrors. The particles can be suspended in a liquid or gas.

In the Lasentec instruments a chord-length distribution is generated, from a rotating infrared beam, and this is converted to a size distribution. Since highly concentrated systems can be interrogated this system can be used for on-line size analysis.

**Field Scanning Methods** In these techniques, the particles to be measured are examined collectively, and the signal from the assembly of particles is deconvulated to generate a size distribution.

**Light Diffraction Methods** These comprise one of several field scanning procedures in which an assembly of particles is irradiated with a laser beam. The forward light-scattered flux contains information on the size distribution of the particles. Several assumptions are made in the transformation of the diffraction pattern into particle-size data, and the various companies manufacturing these instruments offer different interpretive programs. The dozen or so instruments currently marketed tend to disagree with each other and also generate a wider distribution than other methods. Their advantages are ease of use and high reproducibility. Although low-angle laser light scattering is only applicable down to around 0.7 μm, the lower limit can be extended using secondary measurements of 90 degree scattering of white light, polarization ratio, and so on.

The principle of ultrasonic attenuation is that plane sound waves moving through a slurry are attenuated according to the size and concentration of the particles in the slurry. Two instruments have been described, one for sizing in the plus-one μm up to mm sizes (Reibel and Loffler, *European Symposium on Particle Characterization,* Nuremberg, Germany, publ. Nuremberg Messe, 1989) and the other for sub-μm sizing (Alba, US Patent 5121629, June 16, 1992). Although in its infancy, the technique shows high promise for on-line size analysis at high-volume (+50%) concentrations.

**Photon Correlation Spectroscopy (PCS)** The size distribution of particles ranging in size from a few nanometers to a few μm can be determined from their random motion due to molecular bombardment. This technique involves passing a laser beam into a suspension and measuring the Doppler shift of the frequency of light scattered at an angle (usually 90 degrees) with respect to the incident beam. The Doppler shift is related to particle velocity which, in turn, is inversely related to their size. Multiangle instruments are also available to generate the angular variation of scattered light intensity for derivation of molecular weight, radius of gyration, translational and rotational diffusion coefficients, and other molecular properties.

Through dynamic light scattering in the controlled reference method, a laser beam is fed into an agitated measuring cell or flowing suspension using an optical-wave guide. Particles within 50 microns of the tip of the wave guide (a fiber-optic probe) scatter light some of which is reflected back into the fiber and transmitted back through the guide. The reflected light from the interface between the guide tip and the suspension is also transmitted back. If these two components are coherent they will interfere with each other and result in a component of signal which has the difference or "beat" frequency between the reflected and scattered components. The difference frequencies are the same as the desired Doppler shifts. The received signal resembles random noise at the output of the silicon photodiode as a result of the mixing of the Doppler shifts from all the particles scattering the laser light. The photodiode output is digitized and the power spectrum of the signal is determined using Fast Fourier Transform techniques. The spectrum is then analyzed to determine the particle-size distribution. Two instruments based on this phenomenon are available, the Microtrac UPA (Fig. 20-6) [Trainer, Freud, and Weiss, *Pittsburgh Conference, Analytical and Applied Spectroscopy* Symp. Particle Size Analysis (March 1990)] and the Malvern Hi-C which operates in a similar manner to cover the size range 0.015 μm to 1 μm at concentrations from 0.01 to 50 percent solids.

**Sieving Methods and Classification** Sieving is probably the most frequently used and abused method of analysis because the equipment, analytical procedure, and basic concepts are deceptively simple. In sieving, the particles are presented to equal-size apertures that constitute a series of go-no-go gauges. Sieve analysis presents three major difficulties: (1) with woven-wire sieves, the weaving process produces three-dimensional apertures with considerable tolerances, particularly for fine-woven mesh; (2) the mesh is easily damaged in use; (3) the particles must be efficiently presented to the sieve apertures.

Sieves are often referred to by their mesh size, which is the number of wires per linear unit. The U.S. Standard Sieve Series as described by the American Society of Testing and Materials (ASTM) document E-11-87 *Standard Specification for Wire-cloth Sieves for Testing Purposes* addresses sieve opening sizes from 20 μm (635 mesh) to 125 mm (5.00 in). Electroformed sieves with square or round apertures and tolerances of ±2 μm, are also available.

For coarse separation **dry sieving** is used, but other procedures are necessary as the powder becomes finer and more cohesive. Machine sieving is performed by stacking sieves in ascending order of aperture size and placing the powder on the top sieve. The most aggressive action is performed with Pascal Inclyno and Tyler Ro-tap sieves which combine a gyratory and jolting movement, although a simple vibratory action may be suitable in many cases. With the Air-Jet sieve a rotating jet below the sieving surface cleans the apertures and helps the passage of fines through the apertures. The sonic sifter combines two actions, a vertically oscillating column of air, and a repetitive mechanical pulse. Wet sieving is frequently used with cohesive powders.

**Elutriation Methods and Classification** In gravity elutriation the particles are classified, in a column, by a rising fluid current. In centrifugal elutriation the fluid moves inward against the centrifugal force. A *cyclone* is a centrifugal elutriator, though not usually so regarded (see Sec. 17: "Dust Collection Equipment"). The cyclosizer is a series of inverted cyclones with added apex chambers through which water flows. Suspension is fed into the largest cyclone and particles are separated into different size ranges.

**Surface Area Determination** The surface-to-volume ratio is an important powder property since it governs the rate at which a powder interacts with its surroundings. Surface area may be determined from size-distribution data or measured directly by flow through a powder bed or the adsorption of gas molecules on the powder surface. Other methods such as gas diffusion, dye adsorption from solution, and heats of adsorption have also been used. It is emphasized that a powder does not have a unique surface, unless the surface is considered to be absolutely smooth, and the magnitude of the measured surface depends upon the level of scrutiny (e.g., the smaller the gas molecules used for gas adsorption measurement the larger the measured surface).




**FIG. 20-6** Diagram of the Leeds and Northrup Ultrafine Particle Analyzer (UPA).

Gas adsorption is the preferred method of surface-area determination. An isotherm is generated of the amount of gas adsorbed against gas pressure, and the amount of gas required to form a monolayer is determined. The surface area can then be calculated using the cross-sectional area of the gas molecule. Outgassing of the powder before analysis should be conducted very carefully to ensure reproducibility. Commonly, nitrogen at liquid nitrogen vapor pressure is used but, for low surface-area powders, the adsorbed amounts of krypton or xenon are more accurately found. Many theories of gas adsorption have been advanced, but measurements are usually interpreted by using the BET theory [Brunauer, Emmett, and Teller, *J. Am. Chem. Soc.*, **60**, 309 (1938)].

In the **static method** the powder is isolated under high vacuum and surface gases driven off by heating the container. The container is next immersed in liquid nitrogen and known amounts of nitrogen vapor are admitted into the container at measured increasing pressures in the relative pressure range 0.05 to 0.35.

In the **dynamic method** the powder is flushed with an inert gas during degassing, nitrogen is then adsorbed on the powder in a carrier of helium gas at known relative pressure while the powder is in a container surrounded by liquid nitrogen. The changing concentration of nitrogen is measured by a calibrated conductivity cell so that the amount adsorbed can be determined.

**Permeametry** The flow of fluid through a packed bed of powder can be related to the surface area of the powder using the Carman-Arnel Equation [Carman and Arnell, *Can. J. Res.*, **26**, 128 (1948)]. Flow takes place through two mechanisms, viscous and diffusional flow. The latter term is often neglected leading to erroneous results [British Standard BS 4359: Part 2: (1982) *Determination of specific surface of powders. Recommended air permeability methods*]. Essentially, the pressure drop across the bed is directly related to the flow rate through it, and the constant of proportionality includes surface area. The assumptions made in deriving the equation are so sweeping that the derived value is better considered as a surface-related parameter.

**On-line Procedures** The growing trend toward automation in industry has resulted in many studies of rapid procedures for generating size information so that feedback loops can be instituted as an integral part of a process. Many of these techniques are modifications of more traditional methods. The problems associated with on-line methods include: allocation and preparation of a representative sample; analysis of the sample; evaluation of the results. The interface between the measuring apparatus and the process has the potential of high complexity, and consequently, high costs [Leschonski, *Particle Characterization*, **1**, 1 (July 1984)].

# PRINCIPLES OF SIZE REDUCTION

GENERAL REFERENCES: Annual reviews of size reduction, *Ind. Eng. Chem.*, October or November issues, by Work from 1934 to 1965, by Work and Snow in 1966 and 1967, and by Snow in 1968, 1969, and 1970; and in *Powder Technol.*, **5**, 351 (1972), and **7** (1973); Snow and Luckie, **10**, 129 (1973), **13**, 33 (1976), **23**(1), 31 (1979). *Chemical Engineering Catalog*, Reinhold, New York, annually. Cremer-Davies, *Chemical Engineering Practice*, vol. 3: *Solid Systems*, Butterworth, London, and Academic, New York, 1957. *Crushing and Grinding: A Bibliography*, Chemical Publishing, New York, 1960. *European Symposia on Size Reduction*: 1st, Frankfurt, 1962, publ. 1962, Rumpf (ed.), Verlag Chemie, Düsseldorf; 2d, Amsterdam, 1966, publ. 1967, Rumpf and Pietsch (eds.), *DECHEMA-Monogr.*, **57**; 3d, Cannes, 1971, publ. 1972, Rumpf and Schönert (eds.), *DECHEMA-Monogr.*, **69**. Gaudin, *Principles of Mineral Dressing*, McGraw-Hill, New York, 1939. International Mineral Processing Congresses: *Recent Developments in Mineral Dressing*, London, 1952, publ. 1953, Institution of Mining and Metallurgy; *Progress in Mineral Dressing*, Stockholm, 1957, publ. London, 1960, Institution of Mining and Metallurgy; 6th, Cannes, 1962, publ. 1965, Roberts (ed.), Pergamon, New York; 7th, New York, 1964, publ. 1965, Arbiter (ed.), vol. 1: *Technical Papers*, vol. 2: *Milling Methods in the Americas*, Gordon and Breach, New York; 8th, Leningrad, 1968; 9th, Prague, 1970; 10th, London, 1973; 11th, Cagliari, 1975; 12th, São Paulo, 1977. Lowrison, *Crushing and Grinding*, CRC Press, Cleveland, 1974. *Pit and Quarry Handbook*, Pit & Quarry Publishing, Chicago, 1968. Richards and Locke, *Text Book of Ore Dressing*, 3d ed., McGraw-Hill, New York, 1940. Rose and Sullivan, *Ball, Tube and Rod Mills*, Chemical Publishing, New York, 1958. Snow, *Bibliography of Size Reduction*, vols. 1 to 9 (an update of the previous bibliography to 1973, including abstracts and index), U.S. Bur. Mines Rep. SO122069, available IIT Research Institute, Chicago, Ill. 60616. Stern, "Guide to Crushing and Grinding Practice," *Chem. Eng.*, 69(25), 129 (1962). Taggart, *Elements of Ore Dressing*, McGraw-Hill, New York, 1951.

Since a large part of the literature is in the German language, availability of English translations is important. Translation numbers cited in this section refer to translations available through the National Translation Center, Library of Congress, Washington, DC. Also, volumes of selected papers in English translation are available from the Institute for Mechanical Processing Technology, Karlsruhe Technical University, Karlsruhe, Germany.

## PROPERTIES OF SOLIDS

**Grindability** is a measure of the rate of grinding of material in a particular mill (discussed later).

**Single-Particle Fracture** More fundamental knowledge of the breaking action occurring within mills depends on developing knowledge of the mechanism of single-particle fracture. The early workers [Smekal, Z. *Ver. Dtsch. Ing. Beh. Verfahrenstech.*, no. 6, 159–165 (1938), NTC translation 70-14798; and Smekal Z. *Ver. Dtsch. Ing.*, **81**(46), 1321–1326 (1937), NTC translation 70-14799] investigated the breakage of cubes. This gives misleading results when cubes are crushed between platens because surface irregularities concentrate the load and give nonuniform load distribution. More meaningful measurements can be made with spheres, which approximate the shapes of particles broken in mills.

The force required to crush a single particle that is spherical near the contact regions is given by the equation of Hertz (Timoschenko and Goodier, *Theory of Elasticity*, 2d ed., McGraw-Hill, New York, 1951).

In an experimental and theoretical study on glass spheres Frank and Lawn [*Proc. R. Soc.* (*London*), **A299**(1458), 291 (1967)] observed the repeated formation of ring cracks as increasing load was applied, causing the circle of contact to widen. Eventually a load is reached at which the crack deepens to form a cone crack, and at a sufficient load this propagates across the sphere to cause breakage into fragments. The authors' photographs show how the size of flaws that happen to be encountered at the edge of the circle of contact can result in a distribution of breakage strengths. Thus the mean value of breakage strength depends partly on intrinsic strength and partly on the extent of flaws present. From the measured breaking load and the Hertz theory one can calculate the apparent tensile strength $\sigma_0$, which is the maximum stress under the circle of contact normal to the direction of crack propagation. This tensile strength is the most appropriate one to use for breakage in mills, although the crushing strength of cubes still is often used as a rule of thumb. The propagation of cracks across spheres and disks has been recorded by high-speed spark cinematographs by Rumpf et al. (*Second European Symposium on Size Reduction*, op. cit., 1966, p. 57). They attempt to extend the Hertz theory deeper into the sphere although it is not valid far from the point of load application. The stress at points within the sphere far from the point of load application is given by the Bousinesque theory [Sternberg and Rosenthal, *J. Appl. Mech.*, **12**, 413 (1952); and Hiramatsu and Oka. *Int. J. Rock Mech. Min. Sci.*, **3**, 89 (1966)].

Snow and Paulding (Heywood Memorial Conference, Loughborough University, England, September 1973) observed that when breakage occurs, the finest fragments arise near the circle of contact where the stored internal stress is highest. They postulated that the fragment-size distribution could be calculated by assuming that the local fragment size is correlated with the locally stored stress energy just before fracture occurs. Calculated fragment-size distributions are roughly similar to those that they measured for glass spheres and various hard minerals as well as to distributions measured by Bergstrom and Sollenberger [*Trans. Am. Inst. Min. Metall. Pet. Eng.*, **220**, 373–