IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KYOWA HAKKO BIO, CO., LTD, BIOKYOWA, INC., KYOWA HAKKO BIO U.S. HOLDINGS, INC., and KYOWA HAKKO U.S.A., INC.

Plaintiffs,

v.

AJINOMOTO CO., INC., AJINOMOTO HEALTH & NUTRITION NORTH AMERICA, INC., AND AJINOMOTO FOODS NORTH AMERICA, INC.

Defendants.

C.A. No 17-313-MSG

JURY TRIAL DEMANDED

[redacted]

REDACTED VERSION

**DECLARATION OF MATT COLVIN IN SUPPORT OF**
**PLAINTIFFS' ANSWERING CLAIM CONSTRUCTION BRIEF**

I, Matt Colvin, declare as follows:

1. I am an attorney with the law firm of Fish & Richardson P.C., and am counsel of record in this action for Plaintiffs Kyowa Hakko Bio, Co., Ltd., Biokyowa, Inc., Kyowa Hakko Bio U.S. Holdings, Inc., and Kyowa Hakko U.S.A.., Inc. ("Plaintiffs"). I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of the Deposition Transcript of Allan Myerson, AJ's expert, taken May 24, 2019.

3. Attached as Exhibit 2A is a true and correct copy of International Standard ISO 9276-2, Representation of Results of Particle Size Analysis – Part 2: Calculation of Average Particle Sizes/Diameters and Moments from Particle Size Distributions (2001 Ed.).

4. Attached as Exhibit 2B is a true and correct copy of International Standard ISO 9276-2, Representation of Results of Particle Size Analysis – Part 2: Calculation of Average Particle Sizes/Diameters and Moments from Particle Size Distributions (2014 Ed.).

5. Attached as Exhibit 3 is a true and correct copy of an Information Disclosure Statement from the reissue prosecution history of U.S. Patent No. RE 45,723 ("the '723 patent").

6. Attached as Exhibit 4 is a true and correct excerpted copy of the Deposition Transcript of KHB's expert, Dr. Michael Doherty, taken May 17, 2019.

7. Attached as Exhibit 5A is a true and correct copy of *Contact Secondary Nucleation as a Means of Creating Seeds for Continuous Tubular Crystallizers*, Cryst. Growth Des. 2013, 13, 2514−2521.

8. Attached as Exhibit 5B is a true and correct copy of *Crystallization on Confined Engineered Surfaces: A Method to Control Crystal Size and Generate Different Polymorphs,* J. Am. Chem. Soc. 2005, 127, 14982-14983.

9. Attached as Exhibit 5C is a true and correct copy of *Compact Crystallization, Filtration, and Drying for the Production of Active Pharmaceutical Ingredients*, Org. Process Res. Dev. 2013, 17, 684−692.

10. Attached as Exhibit 5D is a true and correct copy of *Composite Hydrogels Laden with Crystalline Active Pharmaceutical Ingredients of Controlled Size and Loading*, Chem. Mater. 2014, 26, 6213−6220.

11. Attached as Exhibit 6A is a true and correct copy of *Comparative Performance of Concentration and Temperature Controlled Batch Crystallizations,* Journal of Process Control 18 (2008) 399–407.

12. Attached as Exhibit 6B is a true and correct copy of *Optimal Seeding in Batch Crystallization*, The Canadian J. of Chem. Eng. 77 (1999) 590–596.

13. Attached as Exhibit 6C is a true and correct copy of *Optimal Model-Based Experimental Design in Batch Crystallization*, Chemometrics and Intelligent Laboratory Systems 50 (2000) 83–90.

14. Attached as Exhibit 7 is a true and correct excerpted copy of the Deposition Transcript of KHB's 30(b)(6) witness, Dr. Ryo Ohashi, taken on April 16, 2019.

15. Attached as Exhibit 8 is a true and correct copy of a decision from the opposition proceedings of European patent EP1870476, dated January 17, 2017.

16. Attached as Exhibit 9 is a true and correct copy of KHB's grounds for appeal from the opposition proceedings of European patent EP1870476, dated May 26, 2017.

Executed this 14th day of June, 2019.

*/s/ Matt Colvin*
Matt Colvin

# CERTIFICATE OF SERVICE

Please take notice that on June 14, 2019, a true and correct copy of the within document was caused to be served by electronic mail on the following attorneys of record.

Chad S. C. Stover
Regina S.E. Murphy
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801
AJICO-KHB_Oblon@Oblon.com

Robert Mattson
Tia Fenton
Eric Schweibenz
Lisa M. Mandrusiak
Oblon Spivak
1940 Duke Street
Alexandria, VA 22314
AJICO-KHB_Oblon@Oblon.com

*/s/ Robert M. Oakes*
Robert M. Oakes