# Exhibit 5A

CRYSTAL GROWTH & DESIGN

Article

pubs.acs.org/crystal

# Contact Secondary Nucleation as a Means of Creating Seeds for Continuous Tubular Crystallizers

Shin Yee Wong,[†,‡] Yuqing Cui,[‡] and Allan S. Myerson*[,†,‡]

[†]Novartis-MIT Center for Continuous Manufacturing and [‡]Department of Chemical Engineering, Massachusetts Institute of Technology, 77 Massachusetts Avenue, 66-568, Cambridge, Massachusetts 02139, United States

**ABSTRACT:** The control of crystal size of any crystallization process is especially important in the pharmaceutical industry where small sizes are often desired. Seeding is often used as a method of controlling crystal size and suppressing primary nucleation in batch processes. The continuous mixed suspension mixed product removal crystallizers are self-seeded; however, crystal attrition and contact secondary nucleation due to crystal interaction with the impeller influence the crystal size. In this study, a nuclei generation device (nucleator) employing contact secondary nucleation is described. The nucleator consists of a "crossed" flow tube with four openings. Two of the openings are the inlet of supersaturated solution and the outlet of crystal slurry, respectively. The other two openings are for contact nucleation, where the parent crystal comes into contact with a platform under an applied stress. The rate of nucleation and the size of the crystals generated can be controlled by supersaturation ($S = c/c_s$) and residence time (RT) (e.g., with $S = 1.2$, glycine crystals of a 14 $\mu$m mean size was generated with a 10 s RT). Once nuclei were generated, the slurry was directed to a tubular crystallizer for further growth of crystals. The integrated nucleator–crystallizer experiments showed that nucleation and growth were decoupled, thus allowing better control of the final crystal characteristics.




## 1. INTRODUCTION

Crystallization from solution is a two-step process: nucleation and growth. Nucleation is the creation or "birth" of new crystals (nuclei). Once created, these nuclei can grow to larger sizes during the growth event, where the solute molecules are transported from the supersaturated solution to the surface of existing nuclei to be incorporated into the crystal lattice.[1] Nucleation can be classified as primary and secondary nucleation. Primary nucleation occurs in the absence of crystalline surfaces, whereas secondary nucleation involves the presence of parent (seed) crystals and their interaction with the environment (other crystals, crystallizer walls, impeller, etc.).[2] Many theories have been proposed for primary nucleation: classical nucleation theories suggest solute particles combine in a series of bimolecular reactions to produce ordered aggregates.[3] However, recent studies showed computational and experimental data supporting a two-step mechanism for nucleation.[1,4−6] In accordance with the two-step mechanism, nucleation is initiated by the formation of a sufficient-sized cluster of solute molecules, followed by reorganization of that cluster into an ordered structure. Such primary nucleation mechanisms are important in precipitation processes and crystallization in regions of high local supersaturation, but for most agitated industrial crystallizers that operate at lower supersaturation level, secondary nucleation dominates.

Among all known mechanisms of secondary nucleation, contact nucleation dominates in most agitated crystallization processes.[7−9] One of the first observations of contact nucleation was reported in a cooling crystallization process in the 1940s, where the number of nuclei was found to be proportional to the extent of agitation.[10] However, contact secondary nucleation was not systematically and carefully studied until 1969, where secondary nuclei were generated when seed crystals contacted vessel walls, agitators, and solid objects at a supersaturation level as low as 1.01.[11] The exact mechanism of contact secondary nucleation is still under debate. Some studies showed that the contact secondary nuclei originate from the seed crystals through a microattrition mechanism, where small fragments are chipped from the seed crystal surface during the contacting process.[8,12] Others demonstrated that the contact secondary nuclei come from the absorbed solute layer between seed crystal surface and bulk solution.[13−15] However, it is generally agreed that in industrial crystallizer, secondary nucleation is important in the crystal formation process,[16] where agitation prevails.

Compared to other types of secondary nucleation, contact secondary nucleation also produces a larger number of nuclei[7,11,12] with narrow size distribution[8,9,14,17] In situ microscopic observation of $KH_2PO_4$ parent crystal showed that when placed in supersaturated solution, macrostep bunches were formed on the surface of the parent crystal, and upon contact with a solid rod, the step patterns were disturbed and a vast number of secondary nuclei ($10^3$) were generated if the contact energy exceeded a threshold.[9] A similar

Received: February 7, 2013
Revised: April 21, 2013
Published: April 29, 2013

Downloaded via REPRINTS DESK INC on May 14, 2019 at 16:18:47 (UTC).
See https://pubs.acs.org/sharingguidelines for options on how to legitimately share published articles.

result was also observed for potash alum and magnesium sulfate, where large numbers of particles were produced directly into size ranges between about 1 and 10 $\mu$m.[8] These studies suggest that (1) compared to primary nucleation, a large number of secondary nuclei with a narrow size distribution can be produced at much lower supersaturation and (2) in an agitated vessel, secondary nucleation can be triggered by collisions between seed crystals, agitators, vessel walls, and/or other crystals. Most studies on contact secondary nucleation were reported in inorganic systems. However, the same physical principles should apply to both organic and inorganic systems. For example, it was observed that the number of contact secondary nuclei of citric acid produced per contact is on the same order of magnitude as many other inorganic materials.[7] Therefore, secondary nucleation via contact is an ideal mechanism for rapid generation of small nuclei in a continuous crystallization process for either organic or inorganic systems.

In the pharmaceutical industry, crystals of small sizes are often desirable to improve dissolution rate, bioavailability, and to avoid additional postprocessing (e.g., milling). By controlling the balance between nucleation and growth processes, the size distribution of the crystals can be manipulated during the crystallization process, leading to the production of desired crystals. To produce small crystals with narrow size distribution, antisolvent crystallization is often used because it creates a high supersaturation level in a short period of time, resulting in extremely fine particles.[18] Many antisolvent crystallization systems that were proposed consisted of rapid mixing of solution and antisolvent and device designs to eliminate local regions of uncontrolled supersaturation (e.g., impinging jets, tee-mixers, and static mixers).[19] Sonocrystallization is another technique of interest to generate small crystals. Ultrasonics can be used to generate secondary nuclei from the collapse of cavitation bubbles on or near the crystal surface.[20] In one study, a continuous tubular crystallizer was used to generate acetylsalicylic acid seeds via cooling and ultrasound irradiation.[21] By the introduction of bubbles to minimize the residence time distribution, seed crystals with narrow size distributions were produced.

Besides all existing setups, secondary nucleation is an ideal mechanism to trigger nucleation at low supersaturation. Although there are many studies on contact secondary nucleation, there are no universal mechanisms relating to this type of nucleation, and, to our knowledge, very few studies controlled crystallization by manipulating contact secondary nucleation. The objective of this study is to create a device capable of producing uniformly sized small crystals in a fast and continuous manner. Once small crystals are generated by the device, the slurry can be directed into a downstream crystallizer (e.g., plug flow crystallizer, stirred tank crystallizer, micro-crystallizer, microfluidics crystallizer, tubular crystallizer, etc.) for further growth of crystals into larger sizes. This method decouples nucleation and growth events into separate domains, thus, allowing better control of each individual event.

## 2. MATERIAL AND METHODS

**2.1. Materials.** Two model chemicals were chosen for the study: glycine (Alfa Aesar) and acetaminophen (Sigma Aldrich Chemicals). Water produced from Barnstead Easypure II (Thermo Scientific) was used as the solvent for all experiments.

**2.2. Preparation of the Parent Crystal.** The parent crystal was generated by either slow cooling crystallization or direct tablet compression (Gamlen Tablet Press). For fast growing crystals, single parent crystal (size ≥ 1000 $\mu$m) can be generated easily by cooling a supersaturated solution slowly (between −0.01 and −0.035 °C/min). For example, to generate a glycine parent crystal, a 30% (w/w) solution was cooled from 65 to 5 °C at −0.012 °C/min.

For slow-growing crystals, it is difficult to generate a single parent crystal larger than 1000 $\mu$m. In this case, the parent crystals can be generated by tablet compression. For example, an acetaminophen tablet was prepared by compressing acetaminophen powder (100 mg) twice with a force of 400 N.

**2.3. Experimental Setup.** A schematic diagram of the device and experimental setup are shown in Figure 1. The




**Figure 1.** Schematic diagram of the nuclei generator (Nucleator) and experimental setup.

device consisted of three major components: (1) a "crossed" flow tube with four openings, (2) a parent crystal glued to the tip of a mixer shaft, and (3) a contact platform attached to a digital force gauge.

During the crystallization process, supersaturated solution was fed into the nucleator via a peristaltic pump. The flow rate was calculated according to the desired residence time in the nucleator (e.g., to achieve a residence time ($\tau$) of 30 s), the flow rate was set to 17.2 mL/min. The concentration of the feed solution ($C_i$) was selected such that the operation stayed in the metastable zone width, as shown in Figure 2. For example, for the crystallization of glycine at room temperature (25 °C), the suitable range of feed solution concentration is ≈20.5−25% (w/w).

When the parent crystal was immersed in the supersaturated solution, contact nucleation was initiated by rotating the parent crystal on the contact platform under an applied stress. The direction of rotation is indicated in Figure 1, and it is achieved by rotating the mixer shaft which the parent crystal is attached to. The actual mechanism of nuclei generation by contact nucleation is not well-understood. However, it is postulated that the contact (between parent crystal and platform) helped to remove the adsorbed solute layer surrounding the parent crystals, leading to the generation of secondary nuclei.[2] Once nuclei were generated, continuous fluid motion pushed the newly generated secondary nuclei toward the outlet of the flow tube.

The rotational speed of the shaft and applied stress should be kept optimal to avoid macroabrasion or breakage of the parent crystal. For the glycine crystal, a stirring speed of 30−45 rpm



dx.doi.org/10.1021/cg4002303 | Cryst. Growth Des. 2013, 13, 2514−2521




**Figure 2.** Solubility and metastable limit of (a) glycine[22−24] and (b) acetaminophen[25,26] solutions (dotted lines: metastable limits at varying cooling rates, Solid line: solubility curve).

and an impact less than 0.5 N are acceptable. It is known that the nucleation rate is a function of the impact energy.[9] With the use of this device, the magnitude of the impact force was controlled by the weight of the stainless steel mixer shaft. However, it can also be adjusted by (1) changing the material of the mixer shaft or (2) coupling additional weights to the shaft. During the crystallization process, the magnitude of the applied stress was measured by the digital force gauge (Imada DS-2 Force Gauge). All experiments were conducted with a stainless steel shaft (diameter = 6 mm), rotating at 30 rpm that yielded a force of approximately 0.5 N.

As shown in Figure 1, two types of experiments were conducted. The first sets of experiments were conducted to evaluate the crystals generated by the nucleator, where crystals were immediately separated from the mother liquor via vacuum filtration (0.2 $\mu$m membrane) after four residence times. Experiments were conducted for glycine and acetaminophen, and the conditions were summarized in Table 1. The robustness of the nucleator was evaluated in the last acetaminophen experiment, operating at a 1.55% solution concentration and $\tau$ = 36.3 s. A few parameters were investigated: (1) size of the parent crystal was monitored by a camera (Canon PowerShot G12), (2) size distribution of the crystals was monitored at an interval of 10−20 min, and (3)

**Table 1. Parameters for the Nucleator Only Experiments (w/w = g chemical/g solution)**

| chemicals | feed solution concentration, $C_i$ (% w/w) | saturation concentration at 25 °C ($C_s$) (% w/w) | residence time (s) |
|---|---|---|---|
| glycine, 25 °C | 20.5 | 20[23] | 120 |
| | 21 | | 30, 120, 210 |
| | 24 | | 10.3 |
| acetaminophen, 25 °C | 1.64 | 1.48[27] | 7.4, 10.3, 20.6 |
| | 1.55 | | 36.3 |

residence time distribution was measured by connecting the outlet of the nucleator to FlowIR (Mettler Toledo). With the use of DI water as the eluent flowing at 14.2 mL/min, acetone (0.5 mL) was injected close to the inlet of the nucleator (Figure 1), and then the intensity of the IR characteristics peak of acetone was monitored.

The second set of experiments were designed to illustrate the potential application of the nuclei generator, by connecting it to a tubular crystallizer for crystal growth. The integrated nucleator−crystallizer experiment was conducted with a 49 mL tubular coiled crystallizer (Masterflex L/S, Chem-Durance Bio tubing, i.d. = 3.2 mm, length = 20 ft), using 1.54% acetaminophen solution. During the experiment, the small crystals generated in the nucleator were pumped into the tubular crystallizer at the same flow rate as the nuclei generator. At the given flow rate, the small crystals then grew in the crystallizer for a fixed residence time before the crystals were collected by vacuum filtration, as shown in Figure 1. Two experiments at flow rates of 14.2 and 11.3 mL/min were conducted.

The crystals generated were either sampled directly from the outlet (as slurry) or collected from vacuum filtration (as solid). The particle size distributions of the crystals were determined by microscopic (Nikon Eclipse ME600) and image analysis.

## 3. RESULTS AND DISCUSSIONS

**3.1. Nucleator Experiments.** The nucleator experiments were conducted with glycine and acetaminophen, with a single crystal and a tablet as parent crystal, respectively. All experiments were conducted at room temperature (25 °C), where the concentrations of the feed solutions were held at 2.5−20% higher than the saturation concentration (Table 1).

To investigate the influence of residence time on the characteristics of secondary nuclei, three experiments with different residence times were conducted with the 21% glycine solution. The size distributions of the crystals obtained from these experiments are shown in Figure 2. The nuclei obtained




| | 30 s | 2 min | 3.5 min |
|---|---|---|---|
| $d_{0.1}$ (µm) | 1.5 | 1.6 | 3.4 |
| $d_{0.5}$ (µm) | 3.8 | 4.4 | 7.9 |
| $d_{0.9}$ (µm) | 12.2 | 17.1 | 22.8 |
| Mean (µm) | 6.9 | 8.5 | 12.1 |
| Standard deviation (µm) | 6.6 | 9.4 | 10.0 |
| Coeff. of variation | 1.0 | 1.1 | 0.8 |
| Average crystal growth rate (m/s) | 2.30E-07 | 7.07E-08 | 5.77E-08 |

**Figure 3.** Size distribution of the glycine crystals obtained from the nucleator experiment with 21% (w/w) feed solution at varying residence time (30 s, 2 min, 3.5 min).




| | 20.5%, 2min | 21%, 2min | 24%, 10s |
|---|---|---|---|
| $d_{0.1}$ (µm) | 1.6 | 1.6 | 2.4 |
| $d_{0.5}$ (µm) | 4.1 | 4.4 | 8.8 |
| $d_{0.9}$ (µm) | 11.4 | 17.1 | 27.2 |
| Mean (µm) | 6.7 | 8.5 | 14.0 |
| Standard deviation (µm) | 5.3 | 9.4 | 12.2 |
| Coeff. of variation | 0.8 | 1.1 | 0.9 |
| Average crystal growth rate (m/s) | 5.61E-08 | 7.07E-08 | 1.40E-06 |

**Figure 4.** Size distribution of the glycine crystals obtained from the nucleator experiment with varying concentrations and residence times.

are mostly less than 20 $\mu$m with a coefficient of variation (CV) close to 1 (e.g., 90% of the nuclei are less than 12.28 $\mu$m in the run with 30 s RT). These results show that the nuclei generator device is capable of producing nuclei of small sizes with a narrow size distribution using the principle of contact secondary nucleation. In addition, given the same supersaturation, smaller crystals can be produced by reducing the residence time.

Besides residence time, the degree of supersaturation is also an important parameter governing the rate of nucleation. Three experiments with a supersaturation of 2.5%, 5%, and 20% above saturation concentration ($C_s$) were conducted at varying residence time. The size distributions are shown in Figure 4. With the same RT, the size distribution of crystals obtained from 20.5 and 21% feed solution concentrations are similar, with slightly larger nuclei produced from the 21% run. When the supersaturation increases (e.g., 24% or $1.2C_s$), the absorbed solute layer (on the parent crystal surface) is thicker and the size of the critical nucleus is smaller, thus resulting in a faster nucleation rate with larger number of nuclei.[2]

The combined impact of supersaturation and residence time (RT) can be observed from Figures 3 and 4. As shown in Figure 3, when the supersaturation is the same, shorter RT results in smaller crystals. However, in Figure 4, a 1.14× increase in the feed solution concentration (24%) generated larger crystals even at significantly (12×) shorter RT compared to the "21% 2 min" run. This is partly due to the significant increase in the average growth rate following the higher



dx.doi.org/10.1021/cg4002303 | Cryst. Growth Des. 2013, 13, 2514−2521




| | 20.6 s | 10.3 s | 7.4 s |
|---|---|---|---|
| $d_{0.1}$ (μm) | 7.9 | 2.3 | 1.7 |
| $d_{0.5}$ (μm) | 13.0 | 10.0 | 5.7 |
| $d_{0.9}$ (μm) | 29.0 | 27.1 | 18.9 |
| Mean (μm) | 18.5 | 14.1 | 10.1 |
| Standard deviation (μm) | 14.4 | 12.9 | 13.1 |
| Coeff. of Variation | 0.8 | 0.9 | 1.3 |

**Figure 5.** Size distribution of acetaminophen crystals at three different residence times (feed concentration = 1.64%).

supersaturation level. Therefore, fast production of small nuclei can be achieved (RT in the order of s) at higher supersaturation. These data show that users can tailor the desired size distribution of the seed crystals by modifying either the feed solution concentration or the residence time.

The glycine experiments showed that small crystals of mean size up to 14 $\mu$m were successfully generated with the nucleator device. In pharmaceutical manufacturing, a potential application is to use the nucleator to generate small active pharmaceutical ingredient (API) crystals directly, thereby avoiding the need for postprocessing prior to formulation into drug products. To illustrate this concept, experiments were conducted with acetaminophen, which is the active ingredient in many analgesic and antipyretic drugs. In addition, to further simplify the experimental setup, the parent crystal was generated by direct compression of acetaminophen. The first set of acetaminophen experiments was conducted with the nucleator (only) with residence times (RT) of 20.6 s, 10.3 s, and 7.4 s. Size distribution and microscopic images of the nuclei obtained are shown in Figures 5 and 6. Similar to the observations in the glycine study, smaller nuclei are obtained from experiments with shorter RT. This example illustrates the effectiveness of a compressed tablet as a parent crystal. From our knowledge, this is the first such study that has utilized a tablet as a seed crystal.




(a) 20.6 s (b) 10.3 s

**Figure 6.** Polarized microscopic images of acetaminophen crystals (collected after vacuum filtration) obtained from nucleator experiments at two different residence times (Scale bar: 250 $\mu$m).

The robustness of the nucleator in running longer experiments was investigated further in the acetaminophen nucleator experiment, operating at a 1.55% concentration and 36.3 s residence time (Table 1). As shown in Figure 7, the crystal size distribution (CSD) of the crystals collected from the outlet remained in a similar bin size over the course of the experiment. There were differences between the distribution profiles over time. However, the statistics showed that the numbers fluctuated within a small range. The preservation of the parent seed crystal was also investigated. In Figure 8, the size and photos of the parent seed crystal before and after a 1.5 h operation showed that the seed crystal was preserved, and the size did not change significantly. Therefore, these data showed that the nucleator is capable of generating small crystals of desired mean size over a period of time, which is very useful in continuous operations.

As reported in Figures 3 and 5, residence time was an important parameter that affects the size distribution of crystals generated from the nucleator. Therefore, the residence time distribution (RTD) was also investigated by tracking the amount of acetone released through the outlet of the nucleator. From the IR spectra, the peak heights at 1715 $cm^{-1}$ (C=O, carbonyl stretch) and 1350 $cm^{-1}$ (−C−H, alkane bending) over a period of 10 min were plotted, as shown in Figure 9. There were three main periods of interest: (1) 0:00 to 02:15, the system was first stabilized by the eluent (water), (2) at 02:15, acetone was injected, (3) after 03:16, all acetone was eluted, so the peak heights were reduced to the level observed during the first period. This data showed a 1.02 min gap between acetone injection at the inlet and complete acetone elution from the outlet. With the time required (22.7 s) to transport the eluent through the tubing between the nucleator outlet and flowIR detection flow cell taken into account, it took 38.3 s to flow 0.5 mL of acetone out of the nucleator, which is comparable to the calculated residence time of 36.3 s (Table 1). In addition, the RTD plotted in Figure 9 b revealed a profile close to a near plug flow reactor with narrow standard deviation with a mean residence time ($t_m$) of 62.25 s for the peak at 1350 $cm^{-1}$. Therefore, both analyses had shown that the RTD in the nucleator is minimal.

**3.2. Integrated nucleator−crystallizer experiment.** The nuclei generator can be integrated into any crystallization process where the production of crystals of a specific size



dx.doi.org/10.1021/cg4002303 | Cryst. Growth Des. 2013, 13, 2514−2521




**Figure 7.** Size distribution of acetaminophen crystals from the nucleator over 1.5 h ($C_i$ = 1.55%, $\tau$ = 36.3 s).




**Figure 8.** Size of acetaminophen parent seed crystal over time.




**Figure 9.** Acetone IR peak heights before and after 0.5 mL acetone was injected into the nucleator inlet (flow rate =14.23 mL/min, $E(t) = \{[\text{peak height}(t)]/[\int_{\infty}^{0} \text{peak height}(t)\ dt]\}$, $t_m = \int_{\infty}^{0} tE(t)\ dt$).



dx.doi.org/10.1021/cg4002303 | Cryst. Growth Des. 2013, 13, 2514−2521




| Flow rates (mL/min) | 14.23 | 11.31 | 11.31 (Nucleator ONLY) |
|---|---|---|---|
| $\tau_{nucleator}$ (s) | 36.3 | 45.6 | 45.6 |
| $\tau_{crystallizer}$ (min) | 3.4 | 4.3 | -- |
| $d_{0.1}$ (µm) | 3.3 | 3.3 | 1.6 |
| $d_{0.5}$ (µm) | 8.0 | 8.5 | 5.0 |
| $d_{0.9}$ (µm) | 21.3 | 26.0 | 11.9 |
| Mean (µm) | 11.8 | 13.5 | 6.7 |
| Standard deviation (µm) | 8.6 | 10.7 | 4.2 |
| Span ($d_{0.9}$ - $d_{0.1}$) (µm) | 18.0 | 22.7 | 10.2 |

**Figure 10.** Crystal size distributions of the integrated nucleator−tubular crystallizer experiments at two flow rates ($\tau$: residence time).

distribution is desired. With the continuous generation of nuclei, the nucleation and growth events are essentially decoupled. In this case, nucleation is triggered in the nucleator, while growth continued in the crystallizer. To illustrate this idea, two integrated nucleator−tubular crystallizer experiments were conducted.

Figure 10 shows the size distribution of the acetaminophen crystals obtained from the integrated nucleator−tubular crystallizer experiments. With a fixed supersaturation, the mean size of the crystal can be controlled by the flow rates, which are essentially the residence time in the nucleator and crystallizer. Larger crystals with a larger span and standard deviation are produced when the flow rate is lower (11.31 mL/min).

Also shown in Figure 10 are results for the nucleator and integrated nucleator−crystallizer experiments at a flow rate of 11.31 mL/min. The crystals leave the nucleator with a mean size of 6.7 $\mu$m; after 4.3 min in the tubular crystallizer, the crystals have grown larger to a mean size of 13.5 $\mu$m. The acetaminophen crystals have average growth rates of $1.47 \times 10^{-7}$ and $2.62 \times 10^{-7}$ m/s inside the nucleator and crystallizer, respectively. In this case, the crystallization events were essentially split into two domains where control of individual events was made possible: (1) the rate of nucleation and initial growth of nuclei was controlled by the feed concentration and residence time (flow rate) inside the nucleator and (2) the growth rate of small crystals exiting the nucleator was controlled by the operating temperature and the length of the tubing (residence time). By decoupling the conditions for nucleation and growth, the crystallization process can be better controlled.

Compared to the continuously seeded, continuously operated tubular crystallizer reported[28] earlier for the production of acetaminophen, the new setup (Figure 1) replaced the batch-wise production of seed (>50 $\mu$m) suspension with a continuous seed generator (the nucleator). In addition, by simply integrating the nucleator and a tubular crystallizer, small acetaminophen crystals of mean size of 12 $\mu$m can easily be produced, as shown in Figure 10. With this setup, the crystals can be produced to the desired size range directly, eliminating additional postcrystallization processes.

## 4. CONCLUSIONS

In the pharmaceutical industry, it is difficult to produce crystals with an appropriate narrow size distribution, especially if small sizes are required. This study offers a fast solution to generate uniformly sized crystals in continuous flow. With the use of the theory of contact nucleation, the nucleator is capable of generating small nuclei continuously via the contact between the parent crystal and the contact platform. The size of the secondary nuclei can easily be controlled by the supersaturation of the feed solution and the residence time (flow rate). The nucleator can be used as a continuous nucleation chamber, when it is connected directly to a downstream crystallizer. The integration of nucleator and crystallizer provides a new platform where nucleation and growth are decoupled into individual events in separate vessel. This decoupling allows additional control over the crystallization process, especially those that have a high demand over the crystal size distribution of the refined crystals. In addition, the integrated nucleator−crystallizer setup can be used to produce small crystals (~ 12 $\mu$m) directly, potentially eliminating other additional post-crystallization processes required for small crystal production.

## ■ AUTHOR INFORMATION

### Corresponding Author

*Address: Professor of the Practice of Chemical Engineering, Department of Chemical Engineering, Massachusetts Institute of Technology, 77 Massachusetts Avenue, 66-568, Cambridge, MA 02139, United States. Tel: 617-452-3790. Fax: 617-253-2072. E-mail: myerson@mit.edu.

### Notes

The authors declare no competing financial interest.

## ■ REFERENCES

(1) Erdemir, D.; Lee, A. Y.; Myerson, A. S. *Acc. Chem. Res.* **2009**, *42*, 621−629.

(2) Myerson, A. S.; Ginde, R. Crystals, Crystal Growth, And Nucleation. In *Handbook of Industrial Crystallization*, 2nd Ed.; Myerson, A. S., Ed.; Butterworth-Heinemann: Woburn, MA, 2002; pp 33−65.
(3) Garside, J.; Davey, R. J. *Chem. Eng. Commun.* **1980**, *4−5*, 393−424.
(4) Wolde, P. R. t.; Frenkel, D. *Science* **1997**, *5334*, 1975−1978.
(5) Nicolis, G.; Nicolis, C. *Phys. A* **2003**, *0*, 139−154.
(6) Vekilov, P. G. *J. Cryst. Growth* **2005**, *1−2*, 65−76.
(7) Tai, C. Y.; McCabe, W. L.; Rousseau, R. W. *AIChE J.* **1975**, *2*, 351−358.
(8) Garside, J.; Larson, M. A. *J. Cryst. Growth* **1978**, *6*, 694−704.
(9) Wissing, R.; Elwenspoek, M.; Degens, B. *J. Cryst. Growth* **1986**, *1−3* (Part 2), 614−619.
(10) Holden, A. N. *Discuss. Faraday Soc.* **1949**, *5*, 312−315.
(11) Lal, D. P.; Mason, R. E. A.; Strickland-Constable, R. F. *J. Cryst. Growth* **1969**, *1*, 1−8.
(12) Denk, E. G.; Botsaris, G. D. *J. Cryst. Growth* **1972**, *1*, 57−60.
(13) Tai, C. Y.; Wu, J.; Rousseau, R. W. *J. Cryst. Growth* **1992**, *3−4*, 294−306.
(14) Reyhani, M. M.; Parkinson, G. M. Source of Nuclei in Contact Nucleation as Revealed by Crystallization of Isomorphous Alums. *ACS Symposium Series 667*; American Chemical Society: Washington, D.C., 1997; pp 28−35.
(15) Friej, S.; Reyhani, M. M.; Parkinson, G. M. *Appl. Phys. A: Mater. Sci. Process.* **1998**, *1*, S507−S511.
(16) Jones, A. G. *Crystallization Process Systems*; Butterworth-Heinemann: Oxford, 2002.
(17) van der Heijden, A. E. D. M.; Elwenspoek, M. *J. Cryst. Growth* **1990**, *1−4* (Part 2), 1087−1091.
(18) Wey, J. S.; Karpinski, P. H. Batch Crystallization. In *Handbook of Industrial Crystallization*, 2nd Ed.; Myerson, A. S., Ed.; Butterworth-Heinemann: Woburn, MA, 2002; pp 231−248.
(19) Alvarez, A. J.; Myerson, A. S. *Cryst. Growth Des.* **2010**, *10*, 2219−2228.
(20) Genck, W. *Chemical Processing* **2006**, *March*, 35−42.
(21) Eder, R. J. P.; Schrank, S.; Besenhard, M. O.; Roblegg, E.; Gruber-Woelfler, H.; Khinast, J. G. *Cryst. Growth Des.* **2012**, *12*, 4733−4738.
(22) Dalton, J. B.; Schmidt, C. L. A. *J. Biol. Chem.* **1933**, *103* (2), 549−578.
(23) Yi, Y.; Hatziavramidis, D.; Myerson, A. S.; Waldo, M.; Beylin, V. G.; Mustakis, J. *Ind. Eng. Chem. Res.* **2005**, *15*, 5427−5433.
(24) Bonnin-Paris, J.; Bostyn, S.; Havet, J.; Fauduet, H. *Chem. Eng. Commun.* **2011**, *8*, 1004−1017.
(25) Fujiwara, M.; Chow, P. S.; Ma, D. L.; Braatz, R. D. *Cryst. Growth Des.* **2002**, *2*, 363−370.
(26) Brown, C. J.; Ni, X. *CrystEngComm* **2012**, *8*, 2944−2949.
(27) Hojjati, H.; Rohani, S. *Org. Process Res. Dev.* **2006**, *6*, 1101−1109.
(28) Eder, R. J. P.; Radl, S.; Schmitt, E.; Innerhofer, S.; Maier, M.; Gruber-Woelfler, H.; Khinast, J. G. *Cryst. Growth Des.* **2010**, *10*, 2247−2257.