# Exhibit 5C

Organic Process Research & Development
Article
pubs.acs.org/OPRD

# Compact Crystallization, Filtration, and Drying for the Production of Active Pharmaceutical Ingredients

Shin Yee Wong,[§] Jie Chen,[§] Laura E. Forte, and Allan S. Myerson*

Department of Chemical Engineering, Massachusetts Institute of Technology, 77 Massachusetts Avenue, 66-568, Cambridge, Massachusetts 02139, United States

**ABSTRACT:** With the growing problem of drug shortages worldwide, a solution could be a centralized compact pharmaceutical manufacturing platform that produces API and finished drug product. In this paper, the development of a combined crystallization, hybrid filtration-drying-dissolution apparatus to be used in such a compact platform is discussed. Experiments were conducted to evaluate each unit operation. Crystallization experiments using a conventional stirred tank and the newly designed scraped surface crystallizer demonstrated the advantages of the new design in terms of crystallization rates, yields and the ease of automation. Postcrystallization operations were operated stepwise using the custom hybrid device that delivered satisfactory results for each operation, e.g. after filtration, Fluoxetine HCl was dried in less than 20 min, with 99% yield after dissolution in the liquid excipient.

Downloaded via REPRINTS DESK INC on May 14, 2019 at 16:19:39 (UTC).
See https://pubs.acs.org/sharingguidelines for options on how to legitimately share published articles.

## 1. INTRODUCTION

Drug shortages have become a growing and critical problem in America and worldwide. In 2011, there was a record high of 267 new prescription drug shortages.[1] According to the Food and Drug Administration (FDA), the leading primary reasons for the shortages are problems at the manufacturing facility (43%), delays in manufacturing or shipping (15%), and active pharmaceutical ingredient (API) shortages (10%).[2] On the other spectrum, military bases need to store large amounts of drugs to prepare for unpredictable crises such as war. This can lead to a significant waste of drugs, particularly the drugs with short shelf-life.

To overcome these issues, a new framework for pharmaceutical engineering that revolutionizes the supply chain and the manufacturing framework is needed. One potential solution to this problem is a portable compact manufacturing system that can produce both APIs and final drug product. The realization of such a compact platform requires innovation in chemical synthesis, separation processes, automation, and process control. This contribution focuses on the final crystallization, filtration, and drying of the API prior to formulation. Due to the compact nature of the proposed system, the hardware is not readily available in the market. This unavailability is both a challenge and an opportunity to review the pharmaceutical crystallization process to allow for potential improvement to existing technology or to intensify multiple unit operations to overcome the restriction in size. As the first attempt to design and implement the API crystallization, filtration, and drying, this report is positioned to detail the hardware design and evaluation of its performance.

In the pharmaceutical industry, a typical API manufacturing process involves a final crystallization followed by filtration and drying prior to secondary manufacturing often conducted at a different site.[3,4] In this contribution, the development of a compact crystallization/filtration/drying platform for three APIs, including a scraped surface crystallizer for API crystallization and a hybrid filtration−drying−dissolution/suspension device are presented.

The idea of a scraped surface crystallizer comes from the well-known scraped surface heat exchangers (SSHEs) which are used for a variety of applications in the food, chemical, and pharmaceutical industries, for example the separation of *p*-xylene from xylene mixtures, the separation of chlorinated benzenes,[5] the production of ice cream[6] and margarine, etc. The scraping motion minimizes fouling and improves the heat-transfer rates by removing the solid layer on the wall and transferring solid to the bulk.[6] Despite the proven efficiency of SSHEs, its application in pharmaceutical crystallization is very limited due to worries about the rigorous scraping motion. Instead, in an unbaffled batch crystallizer operating at high-suspension density, closed-clearance impellers can be used to scrape fluid off the tank wall and off the impeller. This will be further investigated in this study by comparing the performances of the scraped surface and conventional stirred tank crystallizers.

Process intensification refers to technologies that replace large, expensive, energy-intensive equipment or processes with ones that are smaller, less costly, and more efficient or that combine multiple operations into fewer (or single) devices.[7] For the development of the compact system, the possibility of intensifying all post-API crystallization processes into one “multifunctional” equipment[8] is attractive, for size and functionality. To our knowledge, a few apparatuses that couple filtration and drying of slurries are currently available in the market, e.g., Rosenmund Rolab, 3V Cogeim, etc. However, none of those is close to the size required by the compact platform. In this study, the feasibility of scaling down such a compact hybrid device for API filtration and drying is proposed and evaluated.

**Received:** January 15, 2013
**Published:** March 17, 2013


© 2013 American Chemical Society

## 2. DESIGN OF HARDWARE

The design of the crystallizer and the hybrid device for postcrystallization operations will be discussed in this section.

**2.1. Crystallizer Design.** As shown in Figure 1, two types of crystallizers were evaluated. The first one was a conventional stirred tank reactor (Figure 1a), and the second was a custom-made scraped surface crystallizer for the compact system (Figure 1b). A 50-mL Multimax reactor was used as the body of the crystallizer, and the wall clearance motion was provided by a custom-made PTFE anchor impeller, with less than 1 mm clearance to the crystallizer wall. The top cover provided openings for the temperature probe, the inlets for feed solution and antisolvent, and the outlet for slurry removal. The crystallizer was placed in the Multimax station (Mettler Toledo, U.S.A.), where the crystallization temperature was controlled.




**Figure 1.** Design of (a) conventional stirred tank crystallizer, (b) scraped surface crystallizer.

**2.2. Hybrid Filtration–Drying.** The hybrid device needs to satisfy the requirement for each unit operation. The first unit operation is filtration, where efficient solid–liquid separation for a slurry containing crystals of 5–50 $\mu$m is desired. After filtration, the drying operation removes residual solvents in the crystals. Once the API is dried, it can be formulated into drug products by dissolving or resuspending the refined API in liquid excipients. On top of these requirements, the hybrid device needs to meet the greater demand of the compact purification platform. The device should be robust, easily modified for automation, and should work for all APIs formulated either as oral solutions or suspensions.

Based on these requirements, the hybrid device, as shown in Figure 2, was fabricated. The device consisted of three parts: top cover, center mesh holder and bottom funnel. These three parts were assembled with eight screws located around the lower circumference of the top cover, and tight vacuum operating condition was ensured by the two o-rings located at the junctions connecting each parts. A schematic of the stepwise operation is included in Figure 3. First, vacuum filtration was performed through solid–liquid separation across the 0.5 $\mu$m porous metal (Mott Corporation, USA) welded onto the center mesh holder. After washing the crystals cake with cold solvent, the cake was vacuum-dried by a flexible heater (KH-110/5-P, Omega Engineering) attached around the outer wall of the top cover. Drying temperature was regulated by a temperature controller (CSC32, Omega Engineering) through controlling the power supplied to the flexible heater




**Figure 2.** Design of the hybrid filtration–drying–dissolution device (PFA: perfluoroalkoxy.)



dx.doi.org/10.1021/op400011s | *Org. Process Res. Dev.* 2013, 17, 684–692

Case 1:17-cv-00313-MSG Document 105-8 Filed 06/20/19 Page 4 of 10 PageID #: 7884






**Figure 3.** Schematic diagram showing the stepwise operation of the hybrid device.




**Figure 4.** Process flowchart for the API purification processes.

according to the input from the thermocouple. Once the refined API was dried, it was dissolved/suspended in liquid excipient. This device featured a mixer, which improved the uniformity of drying and heat transfer rate,[9] and promoted the dissolution or dispersion of insoluble API into the liquid excipients. Lastly, the liquid drug product was drained through the side drain valve located above the stainless steel mesh.

## 3. EXPERIMENTAL SECTION

**3.1. Materials.** Three APIs with different shape attributes (fines and aggregates, plates, and needles), crystallization schemes, and drug formulations were selected for this study. The three APIs were bought from local or international supplier. Ibuprofen (IBP) and fluoxetine hydrochloride (FLU) were obtained from Shunyi Bio-Chemical Technology Co., Ltd. (China). Polysorbate 80 was from Sigma Aldrich (U.S.A.), and diphenhydramine hydrochloride (DPH) was from Alfa Aesar (U.S.A.). The solvents (all ACS grade), including acetone, isopropanol, and DMSO, were purchased from local suppliers.

**3.2. Experimental Setup.** The design of the hybrid device had simplified the flowchart of the API purification process in the compact platform significantly. The process flowchart of the compact purification platform is shown in Figure 4. It consisted of three main components: (1) crystallization; (2) filtration, drying, and dissolution/suspensions; and (3) final formulation. Each component was evaluated according to the processing of all three APIs. Three types of experiments were conducted: (1) crystallization experiments using two types of crystallizers; (2) filtration, drying, and dissolution experiments using the hybrid


dx.doi.org/10.1021/op400011s | Org. Process Res. Dev. 2013, 17, 684−692

device; and (3) multiple batches of the entire purification process from crystallization to formulation.

*3.2.1. Crystallization Experiments.* The scraped surface and stirred tank crystallizers were compared in order to assess their capability to handle the crystallization of crystals with various shape attributes (fines and aggregates, plates, and needles) using different crystallization schemes (cooling and antisolvent), as shown in Table 1. The agitation speed of the impeller affected the rate of mixing, mass transfer, nucleation, growth and aggregation, and breakage kinetics. The scraped surface crystallizer operated at low stirring speeds (60 rpm), because crystals remained well-suspended due to the closed clearance between the impeller and the crystallizer wall. For the stirred tank crystallizer, a minimum speed was required to suspend all the solids and to avoid crystals precipitating. Thus, experiments were conducted with two stirring speeds, 60 and 200 rpm. For each API, three experiments were conducted.

**Table 1. Experimental parameters for all three APIs**

| | ibuprofen (IBP) | diphenhydramine HCl (DPH) | fluoxetine HCl (FLU) |
|---|---|---|---|
| melting temp. (°C) | 76 | 166 | 193 |
| crystal shape | fines and aggs | plates | needles |
| crystallization scheme | antisolv. | cooling | cooling |
| solvent (*antisolv.*) | DMSO (*water*) | isopropanol | acetone |
| feed soln. conc (g API/g soln.) | 0.2 | 0.2 | 0.09 |
| cooling prof. | hold at 25 °C | (1) 60−5 °C (−1 K/min) (2) hold at 5 °C for 65 min | (1) 50−5 °C (−1 K/min) (2) hold at 5 °C for 75 min |
| antisolv. addn. rate | 1 mL/min | – | – |
| final solv./ antisolv. | 1:1 | – | – |
| total time (min) | 60 | 120 | 120 |
| washing solv. | water (25 °C) | acetone (4 °C) | acetone (4 °C) |
| equilibr. conc at final cryst'n cond. (mg API/g soln.) | 1.8 | 10.6 | 3.4 |
| Drying | | | |
| temp. (°C) | 50 | 65 | 70 |
| time (min) | 60 | 60 | 20 |
| Formulations | | | |
| type | oral suspensions | oral solution | oral solution |
| excipients | 5% polysorbate in water | water | water |
| dosage (mg/mL) | 20 | 2.5 | 4 |

The experimental conditions for the crystallization schemes of each component are summarized in Table 1. The crystallization kinetics were monitored with HPLC (Agilent 1200) with the HPLC methods specified in the United States Pharmacopeia.[10] At least three samples (at various time intervals) of the mother liquor were taken for HPLC analysis during each crystallization experiment. For example, the crystallization of ibuprofen (IBP) started with 5 g of IBP dissolved in 20 g of DMSO at 25 °C in the crystallizer. At $t = 0$ min, 20 g of water (antisolvent) was added using a peristaltic pump at a rate of 1 mL/min. Samples of the mother liquor were analyzed at $t$ = 0, 30, and 60 min. The temperature of the crystallizer was maintained at 25 °C over the course of the crystallization (60 min). Water, at room temperature, was used as the washing solvent.

The performances of the stirred tank and scraped surface crystallizers were evaluated using the following three criteria: (1) the crystallization kinetics and yield, (2) the crystal shape and size, (3) the effectiveness of slurry draining and washing, which was related to the ease of automation. The crystal shape and size were evaluated using an optical microscope. After crystallization, the slurry was drained through the GL-14 SN opening at the top of the crystallizer into a Büchner funnel connected to vacuum. The crystallizer was washed using two 20-mL aliquots of washing solvent sequentially while the crystallizer was stirred at 200 rpm (this stirring speed was used in all washings). The encrustation on the crystallizer wall and the macroscopic attributes of crystals were inspected visually.

*3.2.2. Preliminary Evaluation of Hybrid Device.* Each unit operation conducted in the hybrid device was evaluated stepwise. First, the slurry from the crystallization experiment (using the scraped surface crystallizer) was filtered using the hybrid device. Then, the flexible heater was switched on, and the drying temperature was controlled according to Table 1. During the drying process, 0.5 g (minimum) of crystals was sampled every 10 min, and the moisture content was measured by the gravimetric method. Crystals were dried for at least 90 min. For dissolution/suspension, 90 mL of liquid excipient (Table 1) was first added to the hybrid device. After 5 min (15 min is required for suspension of IBP in polysorbate solution), the drug product was drained from the side opening (Figure 2) into the formulation tank (Figure 4). To ensure a complete removal of API, the dissolution/suspension steps were repeated one more time. In this study, the efficiency of the dissolution/suspension operation was evaluated by measuring the concentration of the combined drug product from two draining steps (using HPLC). During the entire operation, the mixer operated at different rotational speeds, for filtration and drying - 70 rpm and for dissolution/suspension - 125 rpm.

*3.2.3. Integrated Processes.* To boost the production capacity of the purification platform, all processes were designed to run in multiple (consecutive) batches, such that the platform operated in a semicontinuous mode. The last set of experiments was conducted to mimic the operation of the compact platform running in three consecutive batches, as shown in Figure 4. One batch of experiment started with crystallization (using the scraped surface crystallizer) and ended after the dissolution/suspension operation. The experimental parameters were the same as those described in the previous sections, except there was an extra regeneration step of the hybrid device. After dissolution of the first batch, the presence of liquid excipient in the hybrid device affected the yield for the subsequent batch; e.g. DPH (batch 2) dissolved in the residual water (from batch 1), resulting in a lower yield for batch 2. Therefore, a regeneration step was required between subsequent batches. For DPH and FLU, water from the dissolution operation was removed by drying (70 °C) the hybrid device under vacuum for at least 15 min. In contrast, since IBP is not soluble in water, the hybrid device was simply cleaned with water in-between batches.

## 4. RESULTS AND DISCUSSIONS

**4.1. Crystallization Experiments.** *4.1.1. Ibuprofen (IBP).* The crystallization kinetics and yield of IBP from the scraped surface crystallizer at 60 rpm and the stirred tank crystallizer at

200 rpm are comparable, as shown in Figure 5. For both crystallizers, the yields were above 98% at 30 min (10 min after




**Figure 5.** Crystallization kinetics of IBP. (SS, scraped surface crystallizer. ST, stirred tank crystallizer.)

the complete addition of antisolvent), with only marginal improvement at 60 min (after another 30 min of holding). Some problems were encountered when operating the stirred tank crystallizer at 60 rpm (the same speed as the scraped surface crystallizer). During the antisolvent addition (0–25 min), a layer of water was formed on the surface of the DMSO solution, due to insufficient axial mixing. At 30 min, a sample was collected from the top of the fluid surface where the water concentrates; thus, a high yield of 99.9% was reported. On top of this, formation of ibuprofen crystal crust at the fluid surface was also observed. Both of these issues are undesirable; not only has it contributed to sampling error, but it also invalidates any direct comparison across three different types of crystallization operations. After the sample collection at 30 min, the ibuprofen crystal crust was broken manually and mixed with the bulk system. Therefore, a yield of 94.3% was reported at 60 min. The decrease in the yield is largely due to the disturbance where it allowed a comparison of the total yield across three different crystallizers, assuming uniformly mixed conditions.

Optical micrographs of the crystals prepared from all three conditions are similar, as shown in Figure 6. There are a lot of fines, and the average crystal size is approximately 15 $\mu$m. The macroscopic images of the crystal products and the crystallizers (Figure 7) further demonstrate the advantages of the scraped surface crystallizer in the following two aspects:

(1) Formation of aggregates. In Figure 7b, the big aggregates that formed at the bottom of the crystallizer were not drainable after washing. When the mixing improved with either the scraped surface crystallizer or the stirred tank crystallizer (200 rpm), the final crystal products were more uniform with fewer big and chunky aggregates.

(2) Encrustation. The encrustation on the surface is largely dependent on the characteristics of the API and the state (roughness and adsorption layer) of the surface[11] (materials of the stirrers and crystallizers). In Figure 7c, heavy encrustation was found on the stainless steel impeller, whereas only a minimum amount was found on the PTFE anchor impeller. In addition, after being washed, the scraped surface crystallizer exhibited minimum encrustation on the wall, all of which made it a more appealing design for automation than the stirred tank.

*4.1.2. Diphenhydramine Hydrochloride (DPH).* For plate-like DPH crystals, the crystallization kinetics in the scraped surface crystallizer at 60 rpm is again comparable to that in the stirred tank crystallizer at 200 rpm, both of which are significantly faster than the kinetics observed in the stirred tank crystallizer at 60 rpm (Figure 8). Greater numbers of aggregates were observed in the optical micrograph of DPH crystals prepared in the stirred tank crystallizer (at both rpm's), as shown in Figure 9. The draining and washing of the slurries from both the scraped surface crystallizer operated at 60 rpm and the stirred tank crystallizer operated at 200 rpm were satisfactory, with no residual crystals in the crystallizer and no large chunky aggregates in the final crystal product. However, severe problems with encrustation and the draining of chunky aggregates were found when using the stirred tank crystallizer at 60 rpm, as shown in Figure 10.

*4.1.3. Fluoxetine Hydrochloride.* For needlelike FLU crystals, the crystallization kinetics in the scraped surface crystallizer is significantly faster than that in the stirred tank crystallizer at either 60 or 200 rpm (Figure 11). As shown in Figure 12, FLU crystals prepared from these three crystallizers all exhibited long, thin, needlelike morphologies, with longer needles from the scraped surface crystallizer. No problems with the draining or washing of the slurry from the scraped surface crystallizer were encountered (Figure 13). However, the slurries prepared in the stirred tank crystallizer (at both rpm settings) showed poor flowability and could not be drained directly from the GL-14 SN opening. As shown in Figure 13b, most crystals were recovered only after the addition of 20 mL of washing solvent (cold acetone) for further draining.

*4.1.4. Summary.* For both cooling (DPH, FLU) and antisolvent (IBP) crystallization, mixing is one of the important factors that govern the crystallization kinetics, although more prominent in the case of antisolvent crystallization. In the antisolvent crystallization of ibuprofen, mixing is required to disperse the antisolvent into the bulk solution rapidly.[12] A good example of poor mixing would be the stirred tank crystallizer



**Figure 6.** Optical micrographs of IBP crystals from (a) scraped surface crystallizer, 60 rpm; (b) stirred tank crystallizer, 60 rpm; (c) stirred tank crystallizer, 200 rpm.



dx.doi.org/10.1021/op400011s | *Org. Process Res. Dev.* 2013, 17, 684–692



Figure 7. Images of the crystallizers after draining and washing and the IBP crystals after filtration. (a) Scraped surface crystallizer, 60 rpm; (b) stirred tank crystallizer, 60 rpm; (c) stirred tank crystallizer, 200 rpm.




Figure 8. Crystallization kinetics of DPH. (SS, scraped surface crystallizer. ST, stirred tank crystallizer.)

running at 60 rpm. For cooling crystallization, the driving force required for crystallization is created by cooling. The mixing profile had an impact on the temperature and thus the local supersaturation inside the crystallizer;[13] the low yield observed in the stirred tank crystallizer at 60 rpm (Figure 8) could be partly attributed to the poor heat transfer.

In addition, crystals need to be suspended to promote crystal growth. In terms of crystallization kinetics, the performances of three types of operating conditions are summarized as follows:

(●) Stirred tank crystallizer operating at 200 rpm promotes breakage, aggregation, and rate of secondary nucleation.[14] Therefore, wide crystal size distribution is observed, in Figure 6c and Figure 12c.

(●) For the stirred tank crystallizer operating at 60 rpm, the pictures in Figure 10b showed that crystals precipitated once it grows to a certain size, and formed aggregates at the bottom of the vessels. Since the mixing is poor, crystal growth is limited by the rate of convective mass transfer,[14] leading to slow kinetics.

(●) In the scraped surface crystallizer, crystals are well suspended even when operating at low rpm due to the closed clearance between the impeller and crystallizer wall. The Computational Fluid Dynamics analysis[15] of the anchor crystallizer has shown that the volume-averaged shear is low. Therefore, breakage is minimum in the scraped surface crystallizer, as evidenced in the case of FLU (Figure 12a), where there is the least number of small, broken needles. In addition, it operates at low shear and rotational speed, with less



Figure 9. Optical micrographs of DPH crystals from (a) the scraped surface crystallizer, 60 rpm; (b) the stirred tank crystallizer, 60 rpm; (c) the stirred tank crystallizer, 200 rpm.




Figure 10. Images of the crystallizers after draining and washing and the DPH crystals after filtration. (a) Scraped surface crystallizer, 60 rpm; (b) stirred tank crystallizer, 60 rpm; (c) stirred tank crystallizer, 200 rpm.




Figure 11. The crystallization kinetics of FLU. (SS, scraped surface crystallizer. ST, stirred tank crystallizer).

frequency of crystal−crystal or crystal−wall interactions that would lead to formation of big aggregates.[16]

The performance attributes of the scraped surface crystallizer operating at 60 rpm and the stirred tank crystallizers operating at 60 and 200 rpm are summarized in Table 2. It is clear that the newly designed scraped surface crystallizer provides many advantages over the traditional stirred tank crystallizer. Specifically, it enhanced the crystallization kinetics and reduced the formation of chunky aggregates and encrustation on the crystallizer walls, leading to improved draining and washing, all of which helped shorten process cycle time and facilitate process automation.

**4.2. Preliminary Evaluation of the Hybrid Device.** As shown in the process flowchart in Figure 4, the slurry from crystallization was filtered, dried, and dissolved/suspended in the hybrid device. In this section, results for each individual unit operation are included.

For all three APIs, the vacuum filtration across the stainless steel porous metal (Figure 2) was fast, and completed within 5 min. The moisture (or % residual solvent) profiles of all three APIs during the drying operation are shown in Figure 14. All APIs were relatively dried within one hour into the drying. Due to the highly volatile solvent (acetone, Table 1), fluoxetine HCl (FLU) was dried within 10 min. With water and DMSO adhering to the crystals of ibuprofen (IBP), IBP was relatively dried only after 60 min. The drying rate can be increased by a higher drying temperature. For IBP, however, the temperature is also limited by the low melting point, as shown in Table 1. The drying experiments show that the hybrid device is capable




(a) (b) (c)

Figure 12. Optical micrographs of FLU crystals from (a) the scraped surface crystallizer, 60 rpm; (b) the stirred tank crystallizer, 60 rpm; (c) the stirred tank crystallizer, 200 rpm.




(a) (b)

**Figure 13.** Images of the crystallizers after draining and washing and the FLU crystals after filtration. (a) the scraped surface crystallizer, 60 rpm; (b) the stirred tank crystallizer, 60 and 200 rpm.

**Table 2. Summary of comparison between the scraped surface crystallizer (60 rpm) and the stirred tank crystallizers (60 rpm, 200 rpm) ('+'good; '−' poor; 'o' comparable)**

| | | IBP | DPH | FLU |
|---|---|---|---|---|
| scraped surface, 60 rpm | crystallization kinetics and yield | + | + | + |
| | crystal size and shape (microscopic) | o | + | + |
| | draining, washing and automation | + | + | + |
| stirred tank, 200 rpm | crystallization kinetics and yield | + | + | − |
| | crystal size and shape (microscopic) | o | − | − |
| | draining, washing and automation | − | + | − |
| stirred tank, 60 rpm | crystallization kinetics and yield | − | − | − |
| | crystal size and shape (microscopic) | − | − | − |
| | draining, washing and automation | − | − | − |




| | Yield (%) | |
|---|---|---|
| | Crystallization | Dissolution/Suspensions |
| IBP | 99 | 93 |
| DPH | 86 | 93 |
| FLU | 90 | 99 |

**Figure 14.** Moisture profiles and yields for the preliminary evaluation of the hybrid device.

of removing the residual solvents from the refined APIs in a reasonable time frame.

After drying, the refined APIs were dissolved/suspended in liquid excipients. The yields for all APIs are summarized in the table in Figure 14. All APIs reported a yield above 90%, with the highest yield of 99% for FLU. The dissolution steps for oral solution (FLU, DPH) are straightforward since both APIs are very soluble in water. For suspension, however, careful controls of experimental parameters are crucial. To be "drainable" from the side opening, the IBP crystals must be well-dispersed in the 5% polysorbate solution. In this case, the mixer assembly (Figure 2) is a very important component that suspends the crystals in liquid excipient when stirred at 125 rpm for 15 min.

**4.3. Integrated Crystallization−Filtration−Drying Processes.** In the previous sections, the evaluations of each individual unit operation for the proposed compact API purification platform (Figure 4) had shown positive results for all operations. The compact platform was designed for longer operations that span from hours to a day. Therefore, to prove the feasibility of implementation, experiments were conducted in three subsequent batches and evaluated.

From Table 3, the yield data show reasonable results for DPH and FLU, which are formulated as oral solutions. The regeneration step is very important for APIs formulated as oral solutions. At batch 2, DPH and FLU might dissolve in any trace water remaining in the hybrid device (after the dissolution operation in batch 1), thereby reducing the yield for subsequent batch. For example, a DPH experiment conducted without the regeneration steps reported a 17% reduction in the dissolution yield at batch 2.

**Table 3. Yield for multiple batches of purification processes**

| | | yield (%) | |
|---|---|---|---|
| | | crystallization | dissolution/suspensions |
| IBP | batch 1 | 99 | 78 |
| | batch 2 | 99 | 80 |
| | batch 3 | 99 | 93 |
| DPH | batch 1 | 85 | 93 |
| | batch 2 | 84 | 90 |
| | batch 3 | 80 | 90 |
| FLU | batch 1 | 90 | 99 |
| | batch 2 | 88 | 99 |
| | batch 3 | 84 | 98 |

For oral suspensions, the hybrid device displayed limited performance for recovery of IBP in the polysorbate solution. The loss was mainly due to small amounts of IBP crystals attached to the wall of the hybrid device, which were not efficiently suspended into the polysorbate solution. In addition, IBP crystals were also found on the wall of the tubing connected to the side opening. Despite the limitations, the data summarized in Table 3 showed promising results on the actual implementation of the crystallization and hybrid device.



dx.doi.org/10.1021/op400011s | *Org. Process Res. Dev.* 2013, 17, 684−692

## 5. CONCLUSIONS

In the quest for developing a compact pharmaceutical crystallization process, a scraped surface crystallizer and a hybrid device were developed. The scraped surface crystallizer utilized the concept of an anchor impeller to create closed clearance between the crystallizer wall and impeller. This design had successfully prevented crystal encrustation on the wall, generated larger crystals (for ease of filtration), and improved draining and washing for automation. The hybrid device intensified three unit operations (filtration, drying, dissolution/suspension) into a single unit, which has greatly conserved the limited space (for the platform) while delivering the performance demanded by each unit operation. In addition, intensifying these unit operations had potentially reduced the time and material lost due to pumping, and allowed for less contact between the API and the environment and operators. Streamlining these processes would increase yield, decrease batch time, and reduce space requirement, all of which are major concerns in both large- and small-scale API processing.

## ■ AUTHOR INFORMATION

**Corresponding Author**

*Tel.: 617-452-3790. Fax: 617-253-2072. E-mail: myerson@mit.edu.

**Author Contributions**

[§]S.Y.W. and J.C. contributed equally to this work.

**Notes**

The authors declare no competing financial interest.

## ■ ACKNOWLEDGMENTS

Financial support from DARPA through Grant # N66001-11-C-4147 is gratefully acknowledged.

## ■ REFERENCES

(1) Schoen, D. *The Drug Shortage Crisis in America*; http://www.forbes.com/sites/dougschoen/2012/02/13/the-drug-shortage-crisis-in-america/ (accessed February 2012), 2012

(2) *A Review of FDA's Approach to Medical Product Shortages*; U.S. Food and Drug Administration: Silver Spring, MD, www.fda.gov/DrugShortageReport (accessed Dec 10, 2012), 2012.

(3) Muzzio, F. J.; Shinbrot, T.; Glasser, B. J. *Powder Technol.* **2002**, *1−2*, 1−7.

(4) Plumb, K. *Chem. Eng. Res. Des.* **2005**, *6*, 730−738.

(5) Armstrong, A. *Chem. Eng. (London)* **1979**, *349*, 685−687.

(6) Rao, C.; Hartel, R. *Crit. Rev. Food Sci. Nutr.* **2006**, *3*, 207−219.

(7) Tsouris, C.; Porcelli, J. V. *Chem. Eng. Prog.* **2003**, *10*, 50.

(8) Charpentier, J. *Chem. Eng. J.* **2007**, *1−3*, 84−92.

(9) Nere, N. K.; Allen, K. C.; Marek, J. C.; Bordawekar, S. V. *J. Pharm. Sci.* **2012**, *10*, 3886−3895.

(10) The United States Pharmacopeial Convention. General Notices and Requirements Applying to Standards, Tests, Assays, and Other Specifications of the United States Pharmacopeia. In *United States Pharmacopeia 34 - National Formulary 29 (USP 34-NF 29)*; United Book Press: Baltimore, MD, 2011; Vol. 2.

(11) Kühberger, M.; Mersmann, A. *Chem. Eng. Res. Des.* **1997**, *2*, 213−218.

(12) Woo, X. Y.; Tan, R. B. H.; Chow, P. S.; Braatz, R. D. *Cryst. Growth Des.* **2006**, *6*, 1291−1303.

(13) Tung, H.; Paul, E. L.; Midler, M.; McCauley, J. A. *Crystallization of Organic Compounds: An Industrial Perspective*; Wiley InterScience: Hoboken, NJ, 2009.

(14) Myerson, A. S.; Ginde, R. Crystals, Crystal Growth, and Nucleation. In *Handbook of Industrial Crystallization*, 2nd ed.; Myerson, A. S., Ed.; Butterworth-Heinemann: Woburn, MA, 2002; pp 33−65.

(15) Wong, S. Y.; Bund, R. K.; Connelly, R. K.; Hartel, R. W. *Cryst. Growth Des.* **2012**, *4*, 642−654.

(16) Wong, S. Y.; Bund, R. K.; Connelly, R. K.; Hartel, R. W. *Cryst. Growth Des.* **2010**, *6*, 2620−2628.